IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1001 WL LLC**, | ) | Case No. 24-10119 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Kyle S. Hirsch of the law firm Bryan Cave Leighton Paisner LLP hereby enters his appearance as counsel for TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"). All notices given or required to be given in this case to Romspen, and all papers served or required to be served in this case upon Romspen, shall be given to and served upon counsel as follows:

Kyle S. Hirsch (SBN 24117262)
BRYAN CAVE LEIGHTON PAISNER LLP
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
kyle.hirsch@bclplaw.com
nick.marcus@bclplaw.com
brigid.ndege@bclplaw.com

DATED this 9th day of February, 2024.

BRYAN CAVE LEIGHTON PAISNER LLP

By /s/ Kyle S. Hirsch
Kyle S. Hirsch
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Phoenix, Arizona 85004-4406
**Attorneys for TIG Romspen US Master Mortgage LP**

24-10119-smr Doc#2 Filed 02/09/24 Entered 02/09/24 14:34:02 Main Document Pg 2 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, a true and correct copy of the foregoing was served via the Court's ECF notification system, including counsel for the Debtor.

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch