**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 04, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10119-SMR** |
| | § | |
| **1001 WL, LLC** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

**ORDER DENYING DEBTOR'S MOTION TO CONTINUE HEARING**

On April 4, 2024, the Court held a hearing on the Debtor's *Motion to Continue Hearing* (the "Motion," at ECF No. 90). For the reasons set forth on the record, the Court finds that the Motion should be DENIED.

ACCORDINGLY IT IS THEREFORE ORDERED that the Motion is DENIED.

###