

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 20, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| IN RE: | § | CASE NO. 24-10119-smr |
|---|---|---|
| | § | |
| **1001 WL, LLC,** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### ORDER DENYING APPROVAL OF
### DEBTOR'S DISCLOSURE STATEMENT

On May 6, 2024, 1001 WL, LLC (the "Debtor") filed its Disclosure Statement. [ECF No. 153]. On May 17, 2024, TIG Romspen US Master Mortgage, LP ("Romspen") filed an Objection to Debtor's Disclosure Statement (the "Objection" at ECF No. 162). On May 20, 2024, the Court held a hearing on the Disclosure Statement. For the reasons stated on the record, the Court finds that approval of the Disclosure Statement should be DENIED.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that approval of the Debtor's Disclosure Statement is **DENIED.**

**IT IS FURTHER ORDERED** that the Debtor shall submit both an amended Disclosure Statement and a corresponding redline on or before **May 28, 2024.**

**IT IS FURTHER ORDERED** that objections to the amended Disclosure Statement shall be due on or before **May 31, 2024.**

**IT IS FURTHER ORDERED** that secured creditors must make their 11 U.S.C. § 1111(b) elections in accordance with Federal Rule of Bankruptcy Procedure 3014.

**IT IS FURTHER ORDERED** that this matter is **CONTINUED** to a final hearing on **Monday, June 3, 2024 at 3:00 P.M. (CT)** at **https://us-courts.webex.com/meet/robinson, via WebEx or by phone. Call-in number 650-479-3207; Access Code 2305 533 7827.**

# # #