**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 04, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 24-10119-smr |
| 1001 WL, LLC | § § § § | |
| DEBTOR | § | CHAPTER 11 |

ORDER GRANTING IN PART
TIG ROMSPEN US MASTER MORTGAGE LP'S MOTION
TO COMPEL PRODUCTION OF DOCUMENTS FROM 1001 WL LLC

On April 30, 2024, the Court held a hearing on TIG Romspen US Master Mortgage LP's ("Romspen") Motion to Compel Galleria Loop Note Holder, LLC to Comply with Rule 2004 Examination and for Discovery Sanctions (the "Motion to Compel" at ECF No. 124). The Court finds that Romspen: (i) properly served a notice for examination of the designated representative(s) of GLNH in accordance with the applicable rules of bankruptcy procedure; (ii) properly served a subpoena compelling production of documents and attendance of the designated representative(s) of GLNH on April 19, 2024, at 9:30 a.m. in Austin, Texas; and (iii) appeared through counsel at the time, date, and location set forth therein. The Court further finds that GLNH failed to raise any

objections, failed to file a motion to quash, and failed to comply with the subpoena and examination notice. For the reasons stated herein, and for the reasons stated on the record on April 30, 2024, the Court finds that the Motion to Compel should be granted as follows:

**IT IS ORDERED** that Galleria Loop Note Holder, LLC ("GLNH") shall produce one or more designated representative(s) to appear and testify under oath regarding the topics identified in the Rule 2004 Notice, attached to Romspen's Motion to Compel as Exhibit 2 except for topics number 14, 15, and 16. Romspen is not permitted to ask any questions on topics number 14, 15, and 16, and GLNH's representative(s) are not required to answer any questions on topics number 14, 15, and 16. GLNH's representatives shall explain GLNH's failure to comply with the Rule 2004 Notice. GLNH shall produce the representative(s) on **Friday, June 21, 2024, at 9:30 a.m. (CT)** in person in Houston, Texas, at a location agreed to in writing (an email is sufficient) by the Parties or designated by Romspen's counsel Kyle Hirsch.

**IT IS FURTHER ORDERED** that GLNH shall produce all documents in its possession, custody, and/or control responsive to the documents production requests in the Rule 2004 Notice, attached to Romspen's Motion to Compel as Exhibit 2 except for requests number 5, 6, and 20 by no later than **Monday, June 10, 2024, at 11:59 p.m. (CT).** GLNH is not required to produce any documents related to requests number 5, 6, and 20 in the Rule 2004 Notice attached to Romspen's Motion to Compel as Exhibit 2. All other documents responsive to the remaining requests shall be delivered in accordance with instructions to be provided by counsel for Romspen. GLNH is ordered to immediately seek such instructions by sending an email requesting such information to Romspen's counsel, Kyle S. Hirsch, at kyle.hirsch@bclplaw.com.

**IT is FURTHER ORDERED** that GLNH is hereby found in contempt of this Court for its failure to comply with a properly-noticed examination under Federal Rule of Bankruptcy

Procedure 2004, which constitutes an order of this Court pursuant to Local Rule 2004(c); and for its failure to comply with a properly-served subpoena pursuant to Federal Rule of Bankruptcy Procedure 9016 which incorporates Federal Rule of Civil Procedure 45.

**IT IS FURTHER ORDERED** that Romspen is awarded sanctions against GLNH in the amount of $2,454.57, payable to Romspen within fourteen calendar days of the date of this Order for reimbursement of costs and expenses incurred, and such other sanctions as set forth herein.

**IT IS FURTHER ORDERED** that all objections to the Notices and the Subpoena have been waived. No motion to quash shall be filed. The timeframe for raising any objections or for filing a motion to quash has expired.

**IT IS FURTHER ORDERED** that to the extent GLNH fails to fully and timely comply with this Order, Romspen may seek further sanctions and orders of this Court.

### 