8/1/24, 7:33 AM
Account Detail - Wells Fargo

# Check Details

Item 28 of 44   Show full image*

🖨 Print

| | |
|---|---|
| Check Number | 1040 |
| Date Posted | 06/04/24 |
| Check Amount | $418.00 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

## Item 27 of 44    Show full image*     🖨 Print

| | |
|---|---|
| Check Number | 1037 |
| Date Posted | 06/05/24 |
| Check Amount | $1,714.68 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 26 of 44   Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1041 |
| Date Posted | 06/07/24 |
| Check Amount | $1,948.50 |



‹ Previous   ⟳ Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 25 of 44  Show full image*  🖨 Print

| | |
|---|---|
| Check Number | 1039 |
| Date Posted | 06/11/24 |
| Check Amount | $1,137.90 |



‹ Previous   ⟲ Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

## Item 24 of 44            Show full image*            🖶 Print

| | |
|---|---|
| Check Number | 1044 |
| Date Posted | 06/12/24 |
| Check Amount | $1,002.56 |



‹ Previous    ⟳ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Show full image*                        🖨 Print

| | |
|---|---|
| Check Number | 1046 |
| Date Posted | 06/13/24 |
| Check Amount | $350.00 |



‹ Previous     Flip     🔍 Zoom     Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 22 of 44    Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1042 |
| Date Posted | 06/13/24 |
| Check Amount | $320.00 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 21 of 44     Show full image*          🖨 Print

| | |
|---|---|
| Check Number | 1049 |
| Date Posted | 06/14/24 |
| Check Amount | $2,912.50 |



‹ Previous    ⟳ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

## Item 20 of 44          Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1048 |
| Date Posted | 06/14/24 |
| Check Amount | $1,000.00 |



‹ Previous      Flip     🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Show full image*                          🖨 Print

| | |
|---|---|
| Check Number | 1047 |
| Date Posted | 06/17/24 |
| Check Amount | $1,348.80 |



‹ Previous      Flip      🔍 Zoom      Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 18 of 44    Show full image*    🖨 Print

| Check Number | 1045 |
| Date Posted | 06/20/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Show full image*            🖨 Print

| | |
|---|---|
| Check Number | 1052 |
| Date Posted | 06/24/24 |
| Check Amount | $8,803.80 |



‹ Previous   ○ Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Account Detail - Wells Fargo

# Check Details

Item 15 of 44          Show full image*                          🖨 Print

| Check Number | 1054 |
| --- | --- |
| Date Posted | 06/24/24 |
| Check Amount | $1,558.80 |



‹ Previous     ⟲ Flip     🔍 Zoom     Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 14 of 44     <u>Show full image</u>*     🖨 Print

| | |
|---|---|
| Check Number | 1055 |
| Date Posted | 06/25/24 |
| Check Amount | $1,558.80 |



‹ Previous    ⟳ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 13 of 44          Show full image*                    🖶  Print

| | |
|---|---|
| Check Number | 1050 |
| Date Posted | 06/27/24 |
| Check Amount | $117.51 |



‹ Previous      ⟲ Flip      🔍 Zoom      Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 12 of 44  Show full image*  🖨 Print

| | |
|---|---|
| Check Number | 1056 |
| Date Posted | 06/28/24 |
| Check Amount | $2,980.00 |



‹ Previous  Flip  🔍 Zoom  Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender