**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC | § | |
| | § | |
| Debtor | § | |

**SUPPLEMENT TO JUNE 2024 MONTHLY OPERATING REPORT**

## Check Details

Item 28 of 44    Show full image*                  🖨 Print

| | |
|---|---|
| Check Number | 1040 |
| Date Posted | 06/04/24 |
| Check Amount | $418.00 |



Check image:
- 1001 WL, LLC
- Debtor in Possession Case 24-10119
- 1001 W Loop S Ste 700
- Houston, TX 77027
- Wells Fargo, 2851 Kipling St, Suite 103, Houston, TX 77098
- Check #1040  Date: 06/04/2024
- Pay to the order of: JUSTIN VALLE
- This amount: **** FOUR HUNDRED EIGHTEEN AND 00/100 DOLLARS
- $418.00
- Signed: Justin Valle
- MEMO

‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 27 of 44     Show full image*                              🖨 Print

| | |
|---|---|
| Check Number | 1037 |
| Date Posted | 06/05/24 |
| Check Amount | $1,714.68 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.
🏠 Equal Housing Lender

# Check Details

Item 26 of 44   Show full image*                🖨 Print

| | |
|---|---|
| Check Number | 1041 |
| Date Posted | 06/07/24 |
| Check Amount | $1,948.50 |



‹ Previous     Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 25 of 44    Show full image*                                🖨 Print

| | |
|---|---|
| Check Number | 1039 |
| Date Posted | 06/11/24 |
| Check Amount | $1,137.90 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 24 of 44    Show full image*    🖨 Print

| | |
|---|---|
| Check Number | 1044 |
| Date Posted | 06/12/24 |
| Check Amount | $1,002.56 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 23 of 44    Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 1046 |
| Date Posted | 06/13/24 |
| Check Amount | $350.00 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 22 of 44    Show full image*                              🖨 Print

| | |
|---|---|
| Check Number | 1042 |
| Date Posted | 06/13/24 |
| Check Amount | $320.00 |



‹ Previous   Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 21 of 44    Show full image*                          🖨 Print

|  |  |
|---|---|
| Check Number | 1049 |
| Date Posted | 06/14/24 |
| Check Amount | $2,912.50 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 20 of 44     Show full image*                               🖨 Print

| | |
|---|---|
| Check Number | 1048 |
| Date Posted | 06/14/24 |
| Check Amount | $1,000.00 |



‹ Previous     Flip     🔍 Zoom     Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 19 of 44    Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1047 |
| Date Posted | 06/17/24 |
| Check Amount | $1,348.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏛 Equal Housing Lender

# Check Details

Item 18 of 44    Show full image*                              🖨 Print

|  |  |
|---|---|
| Check Number | 1045 |
| Date Posted | 06/20/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 17 of 44   Show full image*                              🖨 Print

| | |
|---|---|
| Check Number | 1052 |
| Date Posted | 06/24/24 |
| Check Amount | $8,803.80 |



‹ Previous   Flip   🔍 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 15 of 44    Show full image*                               🖨 Print

| | |
|---|---|
| Check Number | 1054 |
| Date Posted | 06/24/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 14 of 44    Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 1055 |
| Date Posted | 06/25/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

*For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 13 of 44    Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1050 |
| Date Posted | 06/27/24 |
| Check Amount | $117.51 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 12 of 44     Show full image*                                 🖨 Print

| | |
|---|---|
| Check Number | 1056 |
| Date Posted | 06/28/24 |
| Check Amount | $2,980.00 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender