# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Texas

Austin

| | | |
|---|---|---|
| In Re. 1001 WL LLC | § | Case No. 24-10119 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2024          Petition Date: 02/08/2024

Months Pending: 6          Industry Classification: 5 3 1 1

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Stephen W Sather
_____
Signature of Responsible Party

08/28/2024
_____
Date

Stephen W Sather
_____
Printed Name of Responsible Party

7300 N MOPAC Suite 400 Austin, TX 78732
_____
Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  1001 WL LLC                                              Case No.  24-10119

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $292,472 | |
| b. Total receipts (net of transfers between accounts) | $157,986 | $843,558 |
| c. Total disbursements (net of transfers between accounts) | $116,310 | $559,817 |
| d. Cash balance end of month (a+b-c) | $334,148 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $116,310 | $559,817 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $6,815,633 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $6,332,156 |
| c. Inventory    (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $6,815,633 |
| g. Postpetition payables past due (excluding taxes) | $48,283 |
| h. Postpetition taxes payable | $772,799 |
| i. Postpetition taxes past due | $772,799 |
| j. Total postpetition debt (f+h) | $7,588,432 |
| k. Prepetition secured debt | $9,734,099 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $17,322,531 |
| o. Ending equity/net worth (e-n) | $-17,322,531 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $137,622 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $137,622 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $124,005 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $13,617 | $384,156 |

Debtor's Name  1001 WL LLC

Case No.  24-10119

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  1001 WL LLC                                          Case No.  24-10119

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  1001 WL LLC | Case No.  24-10119

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name 1001 WL LLC                                    Case No. 24-10119

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name 1001 WL LLC                                    Case No. 24-10119

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| Debtor's Name  1001 WL LLC | Case No.  24-10119 |
|---|---|

| | xc99 | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ⚪  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ⚪  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ⚪  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⚪  No ⦿ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⚪  No ⦿ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⚪  No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ⚪  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⚪  No ⦿  N/A ⚪ |
| i. | Do you have:    Worker's compensation insurance? | Yes ⚪  No ⦿ |
| | If yes, are your premiums current? | Yes ⚪  No ⦿  N/A ⚪  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⚪  No ⦿ |
| | If yes, are your premiums current? | Yes ⚪  No ⦿  N/A ⚪  (if no, see Instructions) |
| | General liability insurance? | Yes ⚪  No ⦿ |
| | If yes, are your premiums current? | Yes ⚪  No ⦿  N/A ⚪  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⚪  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ⚪  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⚪  No ⦿ |

Debtor's Name  1001 WL LLC                                                    Case No.  24-10119

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ⬤  N/A ◯ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ali Choudri                                          Ali Choudri
_____                    _____
Signature of Responsible Party                    Printed Name of Responsible Party

CEO                                                          08/28/2024
_____                    _____
Title                                                          Date

Debtor's Name  1001 WL LLC

Case No.  24-10119



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name 1001 WL LLC                                    Case No. 24-10119



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  1001 WL LLC

Case No.  24-10119



PageThree



PageFour

# 1001 WL, LLC
*Year 2024*

## Profit and Loss Report

| Revenue | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 |
|---|---|---|---|---|---|---|---|
| Rent Income | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 | $145,230.78 | $137,622.79 |
| | | | | | | | |
| **Net Sales** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** | **$145,230.78** | **$137,622.79** |
| **Cost of Goods Sold** | | | | | | | |
| Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Overhead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Cost of Goods Sold** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gross Profit** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** | **$145,230.78** | **$137,622.79** |
| **Operating Expenses** | | | | | | | |
| Service Contract | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administration | $5,812.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fire Safety | $0.00 | $0.00 | $3,261.79 | $210.00 | $210.00 | $1,055.44 | $4,290.17 |
| Repairs & Maintenance | $146.23 | $1,933.54 | $11,464.92 | $8,051.79 | $15,175.15 | $6,892.50 | $3,270.00 |
| Emergency HVAC Repair | $0.00 | $0.00 | $0.00 | $0.00 | $18,211.98 | $0.00 | $0.00 |
| Misc Repairs | $0.00 | $0.00 | $0.00 | $0.00 | $2,225.00 | $1,766.80 | $9,110.73 |
| Security | $0.00 | $0.00 | $0.00 | $3,273.48 | $5,144.04 | $5,066.10 | $1,792.62 |
| Waste Removal | $962.05 | $0.00 | $1,000.00 | $950.00 | $1,728.14 | $860.59 | $1,346.30 |
| Janitorial | $0.00 | $0.00 | $0.00 | $15,683.96 | $17,971.52 | $13,210.45 | $7,165.75 |
| Professional Fees | $0.00 | $35,956.85 | $0.00 | $0.00 | $0.00 | $2,500.00 | $0.00 |
| Utilities | $0.00 | $16,710.31 | $43,907.57 | $37,653.27 | $31,922.07 | $58,240.00 | $36,655.73 |
| Insurance | $41,708.02 | $1,277.84 | $43,562.98 | $20,919.75 | $41,697.65 | $1,216.99 | $59,946.55 |
| Telephone & Internet | $0.00 | $240.08 | $80.32 | $107.52 | $117.51 | $117.51 | $107.52 |
| Water Treatment | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $320.00 | $320.00 |
| Bank Fee | $378.30 | $333.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Licenses & Permits | $50.00 | $0.00 | $0.00 | $53.97 | $0.00 | $1,002.56 | $0.00 |
| Pest Control | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $350.00 | $0.00 |
| **Total Operating Expenses** | **$49,056.99** | **$56,452.54** | **$103,277.58** | **$87,223.74** | **$135,873.06** | **$92,598.94** | **$124,005.37** |
| **Operating Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** | **$52,631.84** | **$13,617.42** |
| *Add: Other Income* | | | | | | | |
| Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Profit (Loss) Before Taxes** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** | **$52,631.84** | **$13,617.42** |
| *Less:* Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Distributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** | **$52,631.84** | **$13,617.42** |

1001 WL Balance Sheet

| Month | Feb 24 | Mar 24 | Apr 24 | May 24 | June 24 | July 24 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash | $136,138 | $168,975 | $235,301 | $264,727 | $292,473 | $334,149 |
| AR | | | $6,332,196 | $6,332,196 | $6,332,196 | $6,815,633 |
| Total Other Assets | $72,136,138 | $72,105,125 | | | | |
| Total | $72,272,276 | $72,274,100 | $6,567,497 | $6,596,923 | $6,624,669 | $7,149,782 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Choudri Loan | $8,925,223 | $8,999,599 | $9,074,596 | $9,150,218 | $9,226,469 | $9,303,353 |
| Boxer Loan | $399,847 | $405,845 | $411,933 | $418,112 | $424,383 | $430,746 |
| Post Petition Payables | $114,162 | $118,478 | $159,119 | $90,129 | $52,967 | $48,283 |
| Post Petition Taxes Payable | $45,833 | | $673,360 | $673,360 | $766,305 | $772,799 |
| Prepetition Unsecured Debt | | | | | | |
| Prepetition Secured Debt | $26,177,386 | | | | | |
| Prepetition unsecured Debt | $827,440 | | | | | |
| Total | $36,489,891 | $9,523,923 | $10,319,008 | $10,331,819 | $10,470,125 | $10,555,181 |
| | | | | | | |
| Equity | $35,782,385 | $62,750,177 | -$3,751,511 | -$3,734,896 | -$3,845,456 | -$3,405,399 |

# Navigate Business Checking

July 31, 2024 ■ Page 1 of 5


WELLS FARGO

1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
2450 WICKERSHAM LN APT 202
AUSTIN TX 78741-4744

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $292,472.78 |
| Deposits/Credits | 157,986.54 |
| Withdrawals/Debits | - 116,310.58 |
| Ending balance on 7/31 | $334,148.74 |

Account number: ▓▓▓▓7722
1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.67 |
| Average collected balance | $314,004.57 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $2.67 |
| Interest paid this year | $9.98 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Homesmart Payment 240701 720577 1001 WI, LLC | 7,145.75 | | |
| 7/1 | | Palladium Cnslt 1001 WI 1001 WI LLC July Rent, Suite 745 Expero Inc. | 15,677.66 | | |
| 7/1 | 1053 | Check | | 1,709.95 | 313,586.24 |
| 7/2 | | Deposit Made In A Branch/Store | 1,750.00 | | 315,336.24 |
| 7/3 | | Occasions Staffi ACH SD0703 1001 WI, LLC | 1,600.00 | | 316,936.24 |
| 7/5 | | Deposit Made In A Branch/Store | 7,382.63 | | 324,318.87 |
| 7/12 | | AT&T Payments 240712 O071041036246Ss 1550.48\Dtm*003*20240708\SE*13*000001640\GE*1*178 | 21,550.48 | | 345,869.35 |
| 7/15 | | Deposit Made In A Branch/Store | 18,531.70 | | |
| 7/15 | 1057 | Deposited OR Cashed Check | | 2,925.00 | 361,476.05 |
| 7/16 | 1058 | Check | | 602.25 | |
| 7/16 | | City of Houston Water Bill 240715 58035549116 1001 West Loop Lp | | 16,336.16 | |
| 7/16 | 1061 | Check | | 1,008.00 | 343,529.64 |
| 7/17 | 1060 | Deposited OR Cashed Check | | 602.25 | 342,927.39 |
| 7/18 | | Deposit Made In A Branch/Store | 1,500.00 | | |
| 7/18 | 1059 | Check | | 5,763.23 | 338,664.16 |
| 7/19 | | Waste Management Internet 240718 043000097947414 Companies Jetall | | 1,346.30 | |
| 7/19 | | Usr Electricbill 0391D 000011593247 Jetall Companies, Inc | | 20,319.57 | 316,998.29 |
| 7/23 | < | Business to Business ACH Debit - The Hartford Inspmtcl 17560249 1001 WI, LLC | | 58,711.55 | |
| 7/23 | 1063 | Check | | 320.00 | 257,966.74 |
| 7/24 | | Deposit Made In A Branch/Store | 4,725.00 | | |
| 7/24 | | WT Fed#00531 Simmons Bank /Org=Transact Title LLC Srf# W000002336553 Trn#240724166803 Rfb# | 11,784.37 | | |
| 7/24 | 1062 | Check | | 3,247.50 | 271,228.61 |
| 7/25 | < | Business to Business ACH Debit - Flood Insurance Premium 240724 0000 6500364734 | | 1,235.00 | 269,993.61 |
| 7/26 | | Deposit Made In A Branch/Store | 13,151.31 | | 283,144.92 |
| 7/30 | | Champions School Quickbooks 240730 xxxxx3772 1001 WI LLC | 41,961.76 | | 325,106.68 |
| 7/31 | | WT Fed#00270 Simmons Bank /Org=Transact Title LLC Srf# W000002349724 Trn#240731126290 Rfb# | 11,223.21 | | |
| 7/31 | 1070 | Cashed Check | | 100.00 | |
| 7/31 | 1068 | Deposited OR Cashed Check | | 108.25 | |
| 7/31 | 1067 | Check | | 1,975.57 | |
| 7/31 | | Interest Payment | 2.67 | | 334,148.74 |
| Ending balance on 7/31 | | | | | 334,148.74 |
| Totals | | | $157,986.54 | $116,310.58 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1053 | 7/1 | 1,709.95 | 1060 | 7/17 | 602.25 | 1067 * | 7/31 | 1,975.57 |
| 1057 * | 7/15 | 2,925.00 | 1061 | 7/16 | 1,008.00 | 1068 | 7/31 | 108.25 |
| 1058 | 7/16 | 602.25 | 1062 | 7/24 | 3,247.50 | 1070 * | 7/31 | 100.00 |
| 1059 | 7/18 | 5,763.23 | 1063 | 7/23 | 320.00 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| · Minimum daily balance | $10,000.00 | $257,966.74 ☑ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $316,070.02 ☑ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 26 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

WELLS FARGO

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

---

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Check Details

Item 35 of 59          Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1053 |
| Date Posted | 07/01/24 |
| Check Amount | $1,709.95 |



‹ Previous   ⟳ Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 34 of 59          Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1057 |
| Date Posted | 07/15/24 |
| Check Amount | $2,925.00 |



‹ Previous    ↻ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 33 of 59     <u>Show full image</u>*     🖶 Print

| | |
|---|---|
| Check Number | 1058 |
| Date Posted | 07/16/24 |
| Check Amount | $602.25 |



‹ Previous    ⟳ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 32 of 59     Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1061 |
| Date Posted | 07/16/24 |
| Check Amount | $1,008.00 |



‹ Previous    ↻ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 31 of 59          Show full image*                    🖶  Print

|  | |
|---|---|
| Check Number | 1060 |
| Date Posted | 07/17/24 |
| Check Amount | $602.25 |



‹ Previous    ⟳ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 30 of 59       Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1059 |
| Date Posted | 07/18/24 |
| Check Amount | $5,763.23 |



‹ Previous    ↻ Flip    🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 29 of 59     Show full image*          🖨  Print

| | |
|---|---|
| Check Number | 1063 |
| Date Posted | 07/23/24 |
| Check Amount | $320.00 |



‹ Previous    🔄 Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 28 of 59   Show full image*   🖨 Print

| | |
|---|---|
| Check Number | 1062 |
| Date Posted | 07/24/24 |
| Check Amount | $3,247.50 |



‹ Previous   🖼 Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 27 of 59          Show full image*                          🖶  Print

|  |  |
|---|---|
| Check Number | 1070 |
| Date Posted | 07/31/24 |
| Check Amount | $100.00 |



‹ Previous    ♻ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 26 of 59          Show full image*                    🖶 Print

|  |  |
|---|---|
| Check Number | 1068 |
| Date Posted | 07/31/24 |
| Check Amount | $108.25 |



‹ Previous    ↻ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 25 of 59        Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1067 |
| Date Posted | 07/31/24 |
| Check Amount | $1,975.57 |



‹ Previous    🔄 Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender