# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–10119–smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **1001 WL, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **08/22/2024** was filed on **08/24/2024**. The following deadlines apply:

The parties have until **September 3, 2024** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **September 16, 2024**.

If a request for redaction is filed, the redacted transcript is due **September 24, 2024**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **November 22, 2024** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson at Exceptional Reporting Services (361) 949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 8/26/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Lauren Schoener

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (**BK**)] [NtcftddlrrBKap] ]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 26, 2024 | Form ID: 260 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| cr | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com |
| Broocks Wilson | on behalf of Creditor Sonder USA Inc. mack.wilson@keanmiller.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |

24-10119-smr Doc#451 Filed 08/28/24 Entered 08/28/24 23:23:21 Imaged Certificate of Notice Pg 3 of 4

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 26, 2024 | Form ID: 260 | Total Noticed: 2 |

| | |
|---|---|
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@jw.com, dtrevino@jw.com;steso@jw.com;kgradney@jw.com |
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy LLC ggraham@jw.com, dtrevino@jw.com;steso@jw.com;kgradney@jw.com |
| Javier Gonzalez, Jr | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 casey.roy@rsbfirm.com |
| Kyle Hirsch | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com |
| Mark Junell | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | on behalf of Attorney Holland & Knight LLP mark.taylor@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Mark Curtis Taylor | on behalf of Plaintiff 1001 WL LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Mark Curtis Taylor | on behalf of Debtor 1001 WL LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Michelle V. Friery | on behalf of Creditor Sonder USA Inc. michelle.friery@keanmiller.com mcohn@craincaton.com |
| Reed W. Burritt | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Ali Choudhri shea@houstonip.com |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC shea@houstonip.com |
| Stephen W. Sather | on behalf of Debtor 1001 WL LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Attorney Barron & Newburger P.C. ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | on behalf of Creditor TIG Romspen US Master Mortgage LP sbryant@lockelord.com jpelayo@lockelord.com |
| William Steven Bryant | |

District/off: 0542-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 26, 2024 | Form ID: 260 | Total Noticed: 2

on behalf of Defendant TIG Romspen US Master Mortgage LP sbryant@lockelord.com, jpelayo@lockelord.com

TOTAL: 29