**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 30, 2024.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119 |
| | § | |
| 1001 WL, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER SUA SPONTE MODIFYING
### THE COURT'S ORDER MODIFYING STAY AT ECF NO. 359

On August 29, 2024, the Court concluded a three-day confirmation hearing on the above Debtor's chapter 11 plan. The disposition of 1001 WL, LLC's real property located at 1001 West Loop South, Houston, Texas 77027 (the "Property") is a key part of the Debtor's proposed plan of reorganization. Because the Court needs additional time to consider the testimony and evidence presented during the plan confirmation hearing, and for the reasons stated on the record, the Court finds that it is appropriate to modify its previous Order at ECF No. 359.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Court's Order Modifying the Stay at ECF No. 359 is hereby **MODIFIED**.

**IT IS FURTHER ORDERED** that TIG Romspen US Master Mortgage LP and its representatives, including any trustee under a deed of trust, shall not in any way proceed with or conduct a September 2024 foreclosure on the Property. The Court is reimposing the automatic stay for the limited purpose of prohibiting a September 2024 foreclosure of the Property.

**IT IS FURTHER ORDERED** that TIG Romspen US Master Mortgage LP is authorized to notice and to post the Property for an October 2024 foreclosure (or any month thereafter) and conduct a foreclosure sale in accordance with the loan documents and applicable law. However, this authorization is subject to the Court's ruling on confirmation of the Debtor's plan.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #