**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 03, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1001 WL LLC**, | ) | Case No. 24-10119 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER SUSTAINING OBJECTION TO JLM LAW FIRM'S
### SCHEDULED GENERAL UNSECURED CLAIM

This matter came before the Court on the Objection filed by TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"), to the scheduled claim in favor of JLM Law Firm ("JLM"):

Name and Address of Claimant as scheduled:

JLM Law Firm
2921 E. 17th Street Bldg D Suite 6
Austin, TX 78702

For good cause shown,

It is hereby ORDERED that the Objection is sustained. All claims asserted by or on behalf of JLM in this case are hereby DISALLOWED in their entirety.

###

Prepared and presented by:

Kyle S. Hirsch (Tex. Bar No. 24117262)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Dallas Arts Tower
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com

-and-

Brigid K. Ndege (Admitted *Pro Hac Vice*)
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
Telephone: 312.602.5104
Email: brigid.ndege@bclplaw.com

***Attorneys for TIG Romspen US Master Mortgage LP***