**Expedited hearing shall be held on 9/30/2024 at 04:00 PM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 27, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10119-smr |
| 1001 WL, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION OR NEW TRIAL REGARDING COURT'S ORDER DENYING PLAN CONFIRMATION

Came on for consideration Debtor's Emergency Motion for Reconsideration or New Trial Regarding Court's Order Denying Plan Confirmation (the "Underlying Motion"). The Court hereby GRANTS the Motion to Expedite.

1

IT IS THEREFORE ORDERED that the request for expedited hearing is GRANTED and that a hearing on said Motion is hereby set for hearing at the time and date set forth above.

###

Entry requested by:

HOLLAND & KNIGHT LLP
Mark C. Taylor
State Bar No. 19713225
Mark.taylor@hklaw.com
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: 512/685-6400

SPECIAL COUNSEL TO DEBTOR AND
DEBTOR IN POSSESSION