# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−10119−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **1001 WL, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **11/7/24 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 281 Amended Objection to Claim (30 Day Objection Language) Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 270 Objection Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 28 Schedules, Statements, and Summary filed by Stephen W. Sather for Debtor 1001 WL, LLC. −Declaration for Electronic Filing due by 03/12/2024)) Modified to include objection language on 7/24/2024 .) Hearing Scheduled For 11/7/2024 at 01:30 PM at Austin Courtroom 1 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Adam Schmit at Adam_Schmit@txwb.uscourts.gov AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You must also email Jennifer Lopez and Adam Schmit and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated: 10/1/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]