# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

---

|  | Bankruptcy Case No.: 24−10119−smr |
|---|---|
|  | Chapter No.: 11 |
|  | Judge: Shad Robinson |

IN RE: **1001 WL, LLC** , Debtor(s)

---

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

    on    **11/7/24  at  01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 499 Motion to Vacate Order filed by James Q. Pope for Creditor BDFI, LLC (Related Document(s): 457 Order Granting Objection to Claims (related document(s): 279 Amended Objection to Scheduled Secured Claim (30 Day Objection Language) Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 268 Objection To Claim (No Objection Language) Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 28 Schedules, Statements, and Summary filed by Stephen W. Sather for Debtor 1001 WL, LLC. −Declaration for Electronic Filing due by 03/12/2024)) (Order entered on 8/29/2024)), 500 Motion to Vacate Order filed by James Q. Pope for Interested Party Galleria Loop Note Holder, LLC (Related Document(s): 458 Order Granting Objection to Claims (related document(s): 280 Amended Objection to Scheduled Secured Claim (30 Day Objection Language)Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 269 Objection Filed by Kyle Hirsch for Creditor TIG Romspen US Master Mortgage LP (related document(s): 28 Schedules, Statements, and Summary filed by Stephen W. Sather for Debtor 1001 WL, LLC. −Declaration for Electronic Filing due by 03/12/2024)) Modified to include objection language on 7/24/2024.) (Order entered on 8/29/2024))) Hearing Scheduled For 11/7/2024 at 01:30 PM at Austin Courtroom 1 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Adam Schmit at Adam_Schmit@txwb.uscourts.gov AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You must also email Jennifer Lopez and Adam Schmit and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated:  10/1/24

                Barry D. Knight
                Clerk, U. S. Bankruptcy Court