**EXHIBIT 1**
**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

I certify that Graves Dougherty Hearon & Moody, P.C. and I are the proposed attorneys for the Trustee in this case, and that the compensation paid or agreed to be paid to us for services rendered or to be rendered in such capacity in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

| | |
|---|---|
| Amount paid: | $0 |
| Amount to be paid: | standard hourly rates, presently $525.00 for primary attorney Brian T. Cumings; GDHM's attorneys rates range from $285.00-$650.00; rate increases anticipated at beginning of new calendar year(s). |
| Property transferred to attorney: | None |
| Collateral held by attorney: | None |
| The source of the compensation already paid was: | N/A |

We have not agreed to share this compensation with any other person unless they are members and associates of this law firm.

Dated: January 17, 2025          Respectfully submitted,

Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

By: /s/ *Brian T. Cumings*
   Brian T. Cumings
   State Bar No. 24082882

**EXHIBIT 1**

3783276.v1