# EXHIBIT 4
## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**Other Active Cases in Which GDHM has Represented John Patrick Lowe in His Capacity as Bankruptcy Trustee**

| | |
|---|---|
| *In re Rozelle/Johnson* | Case Nos. 14-51480 and 14-51484 |
| *In re Vidatronic, Inc.* | Case No. 23-10371 |
| *In re Animo Bancorp, Inc.* | Case No. 24-50359 |
| *In re EnCore Permian Development, LLC* | Case No. 24-10677 |
| *In re Encore Permian Operating, LLC* | Case No. 24-10678 |
| *In re John Andrew Goodman* | Case No. 24-10806 |
| *In re Quantum Materials Corp.* | Case No. 24-10717 |
| *In re JPC Land Holdings, LLC* | Case No. 24-11180 |

Dated: January 17, 2025

Respectfully submitted,

Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)

By: /s/ *Brian T. Cumings*
    Brian T. Cumings
    State Bar No. 24082882
    Email: bcumings@gdhm.com

3783279.v1