**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING RETENTION OF GRAVES DOUGHERTY HEARON & MOODY, PC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)**

ON THIS DAY, the Court considered the *Application for Retention of Graves Dougherty Hearon & Moody, PC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)* [Dkt. No. __] (the "Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED, that the employment of Graves Dougherty Hearon & Moody, P.C., as counsel for the John Patrick Lowe, Chapter 11 Trustee, be, and it is hereby, approved and,

ORDERED, that compensation will be paid upon application to this Court only after notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

3783280.v1

# # #

*Order Prepared by Proposed Counsel for Ch. 11 Trustee*
Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com