**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF EMPLOYMENT OF PROFESSIONAL PURSUANT TO 11 U.S.C § 327(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

| | |
|---|---|
| Name of client: | John Patrick Lowe, Chapter 11 Trustee |
| Identity of professional: | Brian Cumings, Graves Dougherty Hearon & Moody PC, 401 Congress Avenue, Suite 2700, Austin, Texas 78701, bcumings@gdhm.com |
| Nature of profession: | Attorneys as Counsel |
| Conflicts: | None |
| Retainer: | None |
| Proposed compensation: | Standard hourly rates; for Mr. Cumings, presently $525.00 ($525.00 in 2025); GDHM's attorneys rates range from $285.00-$650.00; rate increases anticipated at beginning of new calendar year(s). |
| List of other professionals in case: | none at this time |

*/s/ John Patrick Lowe*
John Patrick Lowe, Chapter 11 Trustee

3776646.v1