**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 30, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| IN RE: | § | CASE NO. 24-10119-SMR |
|---|---|---|
| **1001 WL, LLC** | § § § | |
| **DEBTOR** | § | **CHAPTER 11** |

**ORDER DENYING DEBTOR'S MOTION TO SELL PROPERTY**
**(Relates to ECF No. 619)**

On January 30, 2025, the Court held a hearing on the Debtor's *Motion to Sell Property under Section 363(b)* (the "Motion" at ECF No. 619). For the reasons set forth on the record, and based on the representations made by the Chapter 11 Trustee, the Court finds that the Motion should be denied without prejudice.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Motion is **DENIED** without prejudice to refiling.

### # # #