# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24–10119–smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **1001 WL, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **3/20/25  at  01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 666 Second and Final Application for Compensation, Fees $ 82,810.00, Expenses $ 5,459.59, For Time Period From 7/1/24 To Time Period Ending 1/15/25 filed by Stephen W. Sather for Attorney Barron & Newburger, P.C. ) Hearing Scheduled For 3/20/2025 at 01:30 PM at Austin Courtroom 1 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Adam Schmit at Adam_Schmit@txwb.uscourts.gov AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov.... If the parties anticipate that 30 minutes is not enough time for all sides to present argument and evidence for their matter, the parties must file a motion requesting a special setting. (Lopez, Jennifer)

Dated:  2/19/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]