**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 02/19/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/25 | | WELLS FARGO BANK, N.A. | BANK ACCOUNT BALANCE #7722 | | 586,584.21 | | 586,584.21 |
| 02/10/25 | 1 | UNITED STATES TREASURY | REGISTRY FUNDS-ADV. 24-01030 | | 26,936.25 | | 613,520.46 |
| 02/11/25 | 004001 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,232.00 | 612,288.46 |
| 02/11/25 | 004002 | Maria Cristina Leos Rico<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,155.00 | 611,133.46 |
| 02/11/25 | 004003 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,122.00 | 610,011.46 |
| 02/11/25 | 004004 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR AND<br>LANDSCAPING; 01/16/25 - 01/31/25 | | | 3,262.48 | 606,748.98 |
| 02/11/25 | 004005 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>01/22/25 INSTALLMENT | | | 19,568.00 | 587,180.98 |
| 02/11/25 | 004006 | Mueller Water Conditioning Inc.<br>P.O. Box 650998<br>Dallas, TX 75265 | JANUARY 2025<br>INVOICE NUMBER: 0479129-IN | | | 320.00 | 586,860.98 |
| 02/11/25 | 004007 | TK Elevator Corporation<br>P.O. Box 3796<br>Carol Stream, IL 60132 | ELEVATOR INSPECTION AND REPAIR<br>INVOICE #: 3008348657 | | | 8,649.40 | 578,211.58 |
| 02/11/25 | 004008 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | 09/10/24 - 09/30/24<br>INVOICE NUMBER: 229599 | | | 2,206.35 | 576,005.23 |
| 02/11/25 | 004009 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | 10/01/24 - 10/31/24<br>INVOICE NUMBER: 240944 | | | 2,206.35 | 573,798.88 |

Page Subtotals 613,520.46 39,721.58

LFORM24

Ver: 22.07n

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 02/19/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/11/25 | 004010 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | ACCESS CONTROL SYSTEM<br>INVOICE NUMBER: 294622 | | | 1,001.59 | 572,797.29 |
| 02/11/25 | 004011 | Waste Management<br>P.O. Box 660345<br>Dallas, TX 75266 | 02/01/25 - 02/28/25<br>INVOICE NUMBER: 7902778-0011-2 | | | 839.68 | 571,957.61 |
| 02/11/25 | 004012 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169 | | | 13,248.55 | 558,709.06 |
| 02/11/25 | 004013 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 333001357901 | | | 19,698.63 | 539,010.43 |
| 02/17/25 | 004014 | Modern Pest Control<br>1110 East Ave.<br>Katy, TX 77493 | ACCOUNT NUMBER: 74317<br>INVOICE NO. 673179 | | | 319.34 | 538,691.09 |
| 02/17/25 | 004015 | AT&T | ACCOUNT NUMBER: 330966395 | | | 117.51 | 538,573.58 |
| 02/17/25 | 004016 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/01/25 - 02-15/25 | | | 2,919.00 | 535,654.58 |
| 02/17/25 | 004017 | Maria Cristina Leos | JANITORIAL EXPENSES<br>02/03/25 - 02/14/25 | | | 1,155.00 | 534,499.58 |
| 02/17/25 | 004018 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,155.00 | 533,344.58 |
| 02/17/25 | 004019 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,120.00 | 532,224.58 |
| 02/17/25 | 004020 | Teneshia Hudspeth, Harris County Clerk<br>Harris County Clerk's Office | RECORDING FEE<br>SECTION 549 AFFIDAVIT | | | 33.00 | 532,191.58 |

Page Subtotals 0.00 41,607.30

LFORM24

Ver: 22.07n

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 02/19/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 1525<br>Houston, TX 77251-1525 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 613,520.46 | 81,328.88 | 532,191.58 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 613,520.46 | 81,328.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 613,520.46 | 81,328.88 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3887 | 613,520.46 | 81,328.88 | 532,191.58 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 613,520.46 | 81,328.88 | 532,191.58 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.07n

LFORM24