


P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Bank Statement**

| Statement Period | Account # |
|---|---|
| 03/03/2025 thru 03/31/2025 | 3887 |

**Days In Statement Period**

29

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $532,628.43 | $24,999.16 | $72,933.30 | $484,694.29 |
| DEPOSIT TOTALS | $532,628.43 | $24,999.16 | $72,933.30 | $484,694.29 |

### Trustee Checking - 7631700003887

Beginning Balance $532,628.43

| Date | Description | Credits | Debits |
|---|---|---|---|
| 03/14 | SENDER  S DAEINEJAD<br>CIE 113000022779171 | $300.00 | |
| 03/18 | 1001 WL  Palladium Cnslt<br>CCD 113011258493152<br>1001 WL LLC | $15,677.66 | |
| 03/18 | DDA Regular Deposit | $1,500.00 | |
| 03/27 | DDA Regular Deposit | $7,221.50 | |
| 03/31 | SENDER  S DAEINEJAD<br>CIE 113000023617198 | $300.00 | |

Ending Balance $484,694.29

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 4014 | 319.34 | 03/04 | 4025 | 1,155.00 | 03/05 | 4032 | 1,155.00 | 03/17 |
| 4015 | 117.51 | 03/10 | 4026 | 1,138.50 | 03/04 | 4033 | 1,155.00 | 03/17 |
| 4021* | 1,612.57 | 03/11 | 4028* | 4,700.00 | 03/27 | 4034 | 1,160.00 | 03/17 |
| 4022 | 1,160.00 | 03/05 | 4029 | 3,293.84 | 03/13 | 4035 | 3,192.00 | 03/17 |
| 4023 | 2,775.00 | 03/04 | 4030 | 39,171.00 | 03/21 | 4036 | 101.01 | 03/17 |
| 4024 | 107.22 | 03/04 | 4031 | 10,620.31 | 03/19 | | | |

*Indicates Skip In Check Number Sequence

Page 1 of 9



# Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**1001 WL LLC, DEBTOR**
**JOHN PATRICK LOWE, TRUSTEE**
**CASE #24-10119**
**2402 E MAIN ST**
**UVALDE TX 78801**

## Account Summary

| | |
|---|---|
| Account Number: | 3887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $521,249.45 |

## Trustee Checking

From 03/14/2025 To 03/17/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 03/14/2025 | ACH Credit<br>SENDER   S DAEINEJAD<br>CIE 113000022779171 | | $300.00 | $521,249.45 |

3/17/25

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated March 17, 2025
Page 1 of 1



# Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

498

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| Account Number: | 3887 |
|---|---|
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $531,664.10 |

## Trustee Checking

From 03/18/2025 To 03/18/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 03/18/2025 | ACH Credit 1001 WL Palladium Cnslt CCD 113011258493152 1001 WL LLC | ✓ 3/19/25 JL | $15,677.66 | $530,164.10 |
| 03/18/2025 | DDA Regular Deposit | | $1,500.00 | $531,664.10 |

↳ entered manually since not a wire. See back. 3/19/25 JL

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated March 19, 2025
Page 1 of 1

**Axos Bank**
4350 La Jolla Village Dr
San Diego, CA 92122
888-502-2967

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE,
TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

Customer Number: LAE1021
Account Number: XXXXXXXXXXX3887

| Date | Check # | Amount |
|---|---|---|
| 3/18/2025 | 0 | $1,500.00 |
| 3/18/2025 | 2156 | $1,500.00 |

Check 2156 — Sam R. Cammack III, Attorney at Law PLLC, dated 3/3/25, Pay to the order of 1001 WL LLC, Debtor, $1,500.00, One thousand five hundred XX/100, Chase, For: March Rent

This temporary statement from Axos Bank is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

March 19, 2025

Page: 1



# Activity Statement

2498

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**1001 WL LLC, DEBTOR**
**JOHN PATRICK LOWE, TRUSTEE**
**CASE #24-10119**
**2402 E MAIN ST**
**UVALDE TX 78801**

## Account Summary

| | |
|---|---|
| Account Number: | 3887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $531,664.10 |

## Trustee Checking

From 03/18/2025 To 03/19/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 03/18/2025 | ACH Credit<br>1001 WL   Palladium Cnslt<br>CCD 113011258493152<br>1001 WL LLC | | $15,677.66 | $530,164.10 |
| 03/18/2025 | DDA Regular Deposit | | $1,500.00 | $531,664.10 |

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated March 19, 2025
Page 1 of 1



# Activity Statement

**axos BANK**

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 3887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $484,394.29 |

## Trustee Checking

From 03/27/2025 To 03/28/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 03/27/2025 | DDA Regular Deposit | | $7,221.50 | $489,094.29 |
| 03/27/2025 | Inclearing Check | 4028 | ($4,700.00) | $484,394.29 |

→ entered manually since not a wire. See back.
3/28/25
[signature]

[signature] 3/28/25

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated March 28, 2025
Page 1 of 1



ENDORSEMENT AREA: Know Your Endorser. Require Identification.

X  Justin Valle

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE.
RESERVED FOR FINANCIAL INSTITUTION USE.

Page 1

**Front Image**

Image # 9218091110001100

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, TX 78801

Axos Bank
4350 La Jolla Village Dr, Suite 140 / San Diego, CA 92122

PROPERTY MAINTENANCE AND LANDSCAPING
INVOICES #S: INV-000038; INV-000041; AND INV-000043

CHECK NUMBER 4028
DATE 03/11/25
AMOUNT $*******4,700.00

CASE NUMBER 24-10119 SMR 1001 WL, LLC
ESTATE OF

Four Thousand Seven Hundred Dollars And 00/100

VOID AFTER 90 DAYS

FOR CHECK VERIFICATION
CALL 888-374-5267, Option 8

PAY TO THE ORDER OF
FVA CONSTRUCTION
579 Farm to Market 1410
Devers, Texas 77538

⑆004028⑆

**Back Image**

The security features listed below, as well as those not listed, exceed industry guidelines.

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
- MICRO PRINTING IN CHECK BORDER OF FACE AND IN ENDORSEMENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR BLURRED IF PHOTOCOPIED OR SCANNED.
- PAPER CONTAINS INVISIBLE FIBERS FACE AND BACK WHICH FLUORESCE UNDER ULTRAVIOLET LIGHT.
- PAPER CONTAINS CHEMICAL ALTERATION INDICATORS.
- ARTIFICIAL "SECURE DOCUMENT" WATERMARK ON BACK. HOLD AT AN ANGLE TO VIEW.
- SECURITY SCREEN ABSENCE OF "ORIGINAL DOCUMENT" VERBIAGE ON BACK OF CHECK.

3/28/2025 8:32 AM

Image # 921858920000025

Front Image



Back Image

3/28/2025 8:32 AM

Page 1



# Activity Statement

2198

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 3887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $500,371.95 |

## Trustee Checking

From 03/31/2025 To 03/31/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 03/31/2025 | ACH Credit<br>SENDER  S DAEINEJAD<br>CIE 113000023617198 | | $300.00 | $484,694.29 |

4/1/25

April 1, 2025

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

Generated April 1, 2025
Page 1 of 1




| | |
|---|---|
| | **Statement Period** 03/03/2025 thru 03/31/2025 |
| | **Account #** 7631700003887 |
| | **Days In Statement Period** 29 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896



Image Number 919509111032930　　Amount 0000000319.34
Date 03-04-2025　　Serial 4014

Image Number 919509111032930　　Amount 0000000319.34
Date 03-04-2025　　Serial 4014



Image Number 919509111024940　　Amount 0000000107.22
Date 03-04-2025　　Serial 4024

Image Number 919509111024940　　Amount 0000000107.22
Date 03-04-2025　　Serial 4024





Image Number 919509111016620　　Amount 0000001138.50
Date 03-04-2025　　Serial 4026

Image Number 919509111016620　　Amount 0000001138.50
Date 03-04-2025　　Serial 4026




Statement Period: 03/03/2025 thru 03/31/2025
Account #: 7631700003887
Days In Statement Period: 29

P.O. Box 911039
San Diego, CA 92191
844-889-0896



| Image Number 919609111002670 | Amount 0000001160.00 | Image Number 919609111002670 | Amount 0000001160.00 |
| Date 03-05-2025 | Serial 4022 | Date 03-05-2025 | Serial 4022 |



| Image Number 919509111024950 | Amount 0000002775.00 | Image Number 919509111024950 | Amount 0000002775.00 |
| Date 03-05-2025 | Serial 4023 | Date 03-05-2025 | Serial 4023 |



| Image Number 919609111023750 | Amount 0000001155.00 | Image Number 919609111023750 | Amount 0000001155.00 |
| Date 03-05-2025 | Serial 4025 | Date 03-05-2025 | Serial 4025 |

Page 5 of 9

 

**Statement Period** 03/03/2025 thru 03/31/2025

**Account #** 7631700003887

**Days In Statement Period** 29



P.O. Box 911039
San Diego, CA 92191
844-889-0896

 

Image Number 920109111007840　　Amount 0000000117.51
Date 03-10-2025　　Serial 4015

Image Number 920109111007840　　Amount 0000000117.51
Date 03-10-2025　　Serial 4015

  

Image Number 920209111030190　　Amount 0000001612.57
Date 03-11-2025　　Serial 4021

Image Number 920209111030190　　Amount 0000001612.57
Date 03-11-2025　　Serial 4021

  

Image Number 920409111020860　　Amount 0000003293.84
Date 03-13-2025　　Serial 4029

Image Number 920409111020860　　Amount 0000003293.84
Date 03-13-2025　　Serial 4029



| Statement Period | Account # |
|---|---|
| 03/03/2025 thru 03/31/2025 | 7631700003887 |

**Days In Statement Period**

29



Image Number 920809111023780
Date 03-17-2025
Amount 0000001155.00
Serial 4032




Image Number 920809111023780
Date 03-17-2025
Amount 0000001155.00
Serial 4032



Image Number 920809111030050
Date 03-17-2025
Amount 0000001155.00
Serial 4033



Image Number 920809111030050
Date 03-17-2025
Amount 0000001155.00
Serial 4033



Image Number 920809111006220
Date 03-17-2025
Amount 0000001160.00
Serial 4034



Image Number 920809111006220
Date 03-17-2025
Amount 0000001160.00
Serial 4034




Statement Period: 03/03/2025 thru 03/31/2025
Account #: 7631700003887
Days In Statement Period: 29



| Image Number 920809111004950 | Amount 0000003192.00 | Image Number 920809111004950 | Amount 0000003192.00 |
| Date 03-17-2025 | Serial 4035 | Date 03-17-2025 | Serial 4035 |



| Image Number 920809111004960 | Amount 0000000101.01 | Image Number 920809111004960 | Amount 0000000101.01 |
| Date 03-17-2025 | Serial 4036 | Date 03-17-2025 | Serial 4036 |



| Image Number 921009111014020 | Amount 0000010620.31 | Image Number 921009111014020 | Amount 0000010620.31 |
| Date 03-19-2025 | Serial 4031 | Date 03-19-2025 | Serial 4031 |





| | |
|---|---|
| Image Number 921209111008420 | Amount 0000039171.00 |
| Date 03-21-2025 | Serial 4030 |
| Image Number 921209111008420 | Amount 0000039171.00 |
| Date 03-21-2025 | Serial 4030 |



| | |
|---|---|
| Image Number 921809111000100 | Amount 0000004700.00 |
| Date 03-27-2025 | Serial 4028 |
| Image Number 921809111000100 | Amount 0000004700.00 |
| Date 03-27-2025 | Serial 4028 |

# DETAILED BANK RECONCILIATION

Date: 04/02/25  Page: 1

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 03/31/25

Account  3887 Checking Account      Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/17/25 * | 4014 | MODERN PEST CONTROL | | 319.34 | C | 0.00 |
| 02/17/25 * | 4015 | AT&T | | 117.51 | C | 0.00 |
| 02/28/25 * | 4021 | KLEEN SUPPLY COMPANY | | 1,612.57 | C | 0.00 |
| 02/28/25 * | 4022 | GRISELDA SANCHEZ | | 1,160.00 | C | 0.00 |
| 02/28/25 * | 4023 | OCTAVIO CARRANZA | | 2,775.00 | C | 0.00 |
| 02/28/25 * | 4024 | OCTAVIO CARRANZA | | 107.22 | C | 0.00 |
| 02/28/25 * | 4025 | MARIA CRISTINA LEOS | | 1,155.00 | C | 0.00 |
| 02/28/25 * | 4026 | CENIA ROMERO | | 1,138.50 | C | 0.00 |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| | | Balance Forward To 03/01/25 | 613,520.46 | 108,845.17 | | 504,675.29 |
| 03/11/25 | 4028 | FVA CONSTRUCTION | | 4,700.00 | C | 499,975.29 |
| 03/11/25 | 4029 | FIRST INSURANCE FUNDKING | | 3,293.84 | C | 496,681.45 |
| 03/11/25 | 4030 | THE HARTFORD | | 39,171.00 | C | 457,510.45 |
| 03/12/25 | 4031 | CITY OF HOUSTON | | 10,620.31 | C | 446,890.14 |
| 03/13/25 | 4032 | CENIA ROMERO | | 1,155.00 | C | 445,735.14 |
| 03/13/25 | 4033 | MARIA CRISTINA LEOS | | 1,155.00 | C | 444,580.14 |
| 03/13/25 | 4034 | GRISELDA SANCHEZ | | 1,160.00 | C | 443,420.14 |
| 03/13/25 | 4035 | OCTAVIO CARRANZA | | 3,192.00 | C | 440,228.14 |
| 03/13/25 | 4036 | OCTAVIO CARRANZA | | 101.01 | C | 440,127.13 |
| 03/13/25 | 4037 | KLEEN SUPPLY COMPANY | | 1,121.47 | | 439,005.66 |
| 03/14/25 | | S DAEINEJAD | 300.00 | | C | 439,305.66 |
| 03/18/25 | | PALLADIUM CNSLT | 15,677.66 | | C | 454,983.32 |
| 03/19/25 | 3 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 456,483.32 |
| 03/27/25 | 4038 | UNITED STATES TRUSTEE | | 1,083.00 | | 455,400.32 |
| 03/28/25 | 4 | QUEST PERSONNEL RESOURCES, INC. | 7,221.50 | | C | 462,621.82 |
| 03/31/25 | | S DAEINEJAD | 300.00 | | C | 462,921.82 |

| | | | |
|---|---|---|---|
| CLEARED DEPOSITS | 638,519.62 | OUTSTANDING DEPOSITS | 0.00 |
| CLEARED DISBURSEMENTS - | 153,825.33 | OUTSTANDING DISBURSEMENTS - | 21,772.47 |
| | 484,694.29 | | -21,772.47 |

| | | | |
|---|---|---|---|
| FORM 2 LEDGER BALANCE | 462,921.82 | | |
| OUTSTANDING DEPOSITS - | 0.00 | | |
| OUTSTANDING DISBURSEMENTS + | 21,772.47 | | |
| FORM 2 ADJUSTED BALANCE | 484,694.29 | BANK BALANCE | 484,694.29 |

* Written in Prior Period, Cleared in Current Period

C = Cleared

RECONRP3

Ver: 22.07n