FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 03/31/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/25 | | WELLS FARGO BANK, N.A. | BANK ACCOUNT BALANCE #7722 | | 586,584.21 | | 586,584.21 |
| 02/10/25 | 1 | UNITED STATES TREASURY | REGISTRY FUNDS-ADV. 24-01030 | | 26,936.25 | | 613,520.46 |
| 02/11/25 | 004001 | Griselda Sanchez 1742 Woodvine Dr. Houston, TX 77055 | JANITORIAL EXPENSE 01/16/25 - 01/31/25 | | | 1,232.00 | 612,288.46 |
| 02/11/25 | 004002 | Maria Cristina Leos Rico 11602 Bellbrook Dr. Houston, TX 77096 | JANITORAL EXPENSE 01/16/25 - 01/31/25 | | | 1,155.00 | 611,133.46 |
| 02/11/25 | 004003 | Cenia Romero 3502 Darlinghurst #168B Houston, TX 77045 | JANITORAL EXPENSE 01/16/25 - 01/31/25 | | | 1,122.00 | 610,011.46 |
| 02/11/25 | 004004 | Octavio Carranza 6019 Fortelle Dr. Houston, TX 77035 | GENERAL MAINTENACE LABOR AND LANDSCAPING; 01/16/25 - 01/31/25 | | | 3,262.48 | 606,748.98 |
| 02/11/25 | 004005 | The Hartford P O Box 660916 Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249 01/22/25 INSTALLMENT | | | 19,568.00 | 587,180.98 |
| 02/11/25 | 004006 | Mueller Water Conditioning Inc. P.O. Box 650998 Dallas, TX 75265 | JANUARY 2025 INVOICE NUMBER: 0479129-IN | | | 320.00 | 586,860.98 |
| 02/11/25 | 004007 | TK Elevator Corporation P.O. Box 3796 Carol Stream, IL 60132 | ELEVATOR INSPECTION AND REPAIR INVOICE #: 3008348657 | | | 8,649.40 | 578,211.58 |
| 02/11/25 | 004008 | Datawatch Systems P.O. Box 79845 Baltimore, MD 21279 | 09/10/24 - 09/30/24 INVOICE NUMBER: 229599 | | | 2,206.35 | 576,005.23 |
| 02/11/25 | 004009 | Datawatch Systems P.O. Box 79845 Baltimore, MD 21279 | 10/01/24 - 10/31/24 INVOICE NUMBER: 240944 | | | 2,206.35 | 573,798.88 |

Page Subtotals  613,520.46  39,721.58

Ver: 22.07n

LFORM24

24-10119-smr Doc#716-2 Filed 04/18/25 Entered 04/18/25 10:16:42 Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended March 3 Pg 2 of 7

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 03/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/11/25 | 004010 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | ACCESS CONTROL SYSTEM<br>INVOICE NUMBER: 294622 | | | 1,001.59 | 572,797.29 |
| 02/11/25 | 004011 | Waste Management<br>P.O. Box 660345<br>Dallas, TX 75266 | 02/01/25 - 02/28/25<br>INVOICE NUMBER: 7902778-0011-2 | | | 839.68 | 571,957.61 |
| 02/11/25 | 004012 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169 | | | 13,248.55 | 558,709.06 |
| 02/11/25 | 004013 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 333001357901 | | | 19,698.63 | 539,010.43 |
| 02/17/25 | 004014 | Modern Pest Control<br>1110 East Ave.<br>Katy, TX 77493 | ACCOUNT NUMBER: 74317<br>INVOICE NO. 673179 | | | 319.34 | 538,691.09 |
| 02/17/25 | 004015 | AT&T | ACCOUNT NUMBER: 330966395 | | | 117.51 | 538,573.58 |
| 02/17/25 | 004016 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/01/25 - 02-15/25 | | | 2,919.00 | 535,654.58 |
| 02/17/25 | 004017 | Maria Cristina Leos | JANITORIAL EXPENSES<br>02/03/25 - 02/14/25 | | | 1,155.00 | 534,499.58 |
| 02/17/25 | 004018 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,155.00 | 533,344.58 |
| 02/17/25 | 004019 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,120.00 | 532,224.58 |
| 02/17/25 | 004020 | Teneshia Hudspeth, Harris County Clerk<br>Harris County Clerk's Office | RECORDING FEE<br>SECTION 549 AFFIDAVIT | | | 33.00 | 532,191.58 |
| | | | Page Subtotals | | 0.00 | 41,607.30 | |

LFORM24

Ver: 22.07n

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 03/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/25 | 004021 | P.O. Box 1525<br>Houston, TX 77251-1525<br>Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #45625 | | | 1,612.57 | 530,579.01 |
| 02/28/25 | 004022 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,160.00 | 529,419.01 |
| 02/28/25 | 004023 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/16/25 - 02/28/25 | | | 2,775.00 | 526,644.01 |
| 02/28/25 | 004024 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - FUEL<br>SKAYS CHEVRON $55.30; COSTCO $51.92 | | | 107.22 | 526,536.79 |
| 02/28/25 | 004025 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,155.00 | 525,381.79 |
| 02/28/25 | 004026 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,138.50 | 524,243.29 |
| 02/28/25 | 004027 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>02/22/25 INSTALLMENT | | | 19,568.00 | 504,675.29 |
| 03/11/25 | 004028 | FVA CONSTRUCTION<br>579 Farm to Market 1410<br>Devers, Texas 77538 | PROPERTY MAINTENACE AND LANDSCAPING<br>INVOICES #S: INV-000038; INV-000041; AND INV-000043<br>CHECK MAILED TO:<br><br>1001 WL, LLC<br>1001 West Loop South, Suite 700 | | | 4,700.00 | 499,975.29 |
| | | | Page Subtotals | | 0.00 | 32,216.29 | |

Ver: 22.07n

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 03/31/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/11/25 | 004029 | FIRST Insurance Fundking<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Houston, TX 77027<br>Attn: Garrett Boyd<br>LOAN NUMBER: XXX-102330529<br>FEB AND MAR 2025 PAYMENTS<br>SENT BY FEDEX TO THE FOLLOWING ADDRESS:<br><br>FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | | | 3,293.84 | 496,681.45 |
| 03/11/25 | 004030 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>CHECK MAILED TO:<br><br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | | | 39,171.00 | 457,510.45 |
| 03/12/25 | 004031 | City of Houston<br>P.O, Box 1560<br>Houston, TX 77251 | ACCOUNT NUMBER: 58035549116 | | | 10,620.31 | 446,890.14 |
| 03/13/25 | 004032 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,155.00 | 445,735.14 |
| 03/13/25 | 004033 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,155.00 | 444,580.14 |
| 03/13/25 | 004034 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT | | | 1,160.00 | 443,420.14 |
| | | | Page Subtotals | | 0.00 | 56,555.15 | |

LFORM24

Ver: 22.07n

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 03/31/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/25 | 004035 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | BOYD<br>GENERAL MAINTENACE LABOR<br>03/01/25 - 03/14/25 | | | 3,192.00 | 440,228.14 |
| 03/13/25 | 004036 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD<br>REIMBURSEMENT - EXPENSES<br>MEMORIAL CHEVRON $58.25; ACME $30.85; ACME $11.91<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 101.01 | 440,127.13 |
| 03/13/25 | 004037 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #46029<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,121.47 | 439,005.66 |
| 03/14/25 | | S DAEINEJAD | RENTAL PROCEEDS<br>Bank Serial #: | | 300.00 | | 439,305.66 |
| 03/18/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS<br>Bank Serial #: | | 15,677.66 | | 454,983.32 |
| 03/19/25 | | SAM R. CAMMACH III, ATTORNEY AT LAW PLLC | MARCH RENT<br>DDA REGULAR DEPOSIT - RENTER'S CHECK DEPOSITED DIRECTLY INTO ACCOUNT ON 03/18/25 BY RENTER/REMITTER (NOT SURE HOW THAT WAS DONE/APPROVED).  I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/18/25 SO DATE GENERATED BY SYSTEM IS 03/19/25.  I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE.  LETTER SENT TO RENTER ON 03/19/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE.  VBH | | 1,500.00 | | 456,483.32 |

Page Subtotals  17,477.66  4,414.48

LFORM24

Ver: 22.07n

24-10119-smr  Doc#716-2  Filed 04/18/25  Entered 04/18/25 10:16:42  Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended March 3 Pg 6 of 7

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 03/31/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/25 | 004038 | UNITED STATES TRUSTEE | 4TH QTR YEAR 2024 - CH 11 QTRLY FEE ACCOUNT NUMBER: 4212410119 CHECK MAILED TO: UNITED STATES TRUSTEE PAYMENT CENTER P.O. BOX 6200-19 PORTLAND, OR 97228-6200 | | | 1,083.00 | 455,400.32 |
| 03/28/25 | | QUEST PERSONNEL RESOURCES, INC. 1001 WEST LOOP SOUTH STE 625 HOUSTON, TEXAS 77027 | MARCH 2025 RENT DDA REGULAR DEPOSIT - AXOS BANK EMAILED TRUSTEE NOTIFYING HIM THAT IT HAD RECEIVED A CHECK IN THE MAIL PAYABLE TO 1001 WL,LLC DEBTOR TO BE DEPOSITED WITH NO ACCOUNT NUMBER TO MAKE THE DEPOSIT IN.  TRUSTEE ADVISED AXOS BANK WITH THE ACCOUNT NUMBER IN WHICH THE CHECK SHOULD BE DEPOSITED INTO.  THIS IS A RENTER'S CHECK.  I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/27/25 SO DATE GENERATED BY SYSTEM IS 03/28/25.  I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE.  LETTER SENT TO RENTER ON 03/28/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE.  VBH | | 7,221.50 | | 462,621.82 |
| 03/31/25 | | S DAEINEJAD | RENTAL PROCEEDS Bank Serial #: | | 300.00 | | 462,921.82 |

| | | | Page Subtotals | 7,521.50 | 1,083.00 |
|---|---|---|---|---|---|

Ver: 22.07n

LFORM24

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 03/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 638,519.62 | 175,597.80 | 462,921.82 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 638,519.62 | 175,597.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 638,519.62 | 175,597.80 | |
| | | | | | NET | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******3887 | | 638,519.62 | 175,597.80 | 462,921.82 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 638,519.62 | 175,597.80 | 462,921.82 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 22.07n

LFORM24