IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-smr |
| | § | |
| 1001 WL, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

**EMERGENCY MOTION TO DISQUALIFY MATTHEW OKIN AND
OKIN ADAMS BARTLETT CURRY LLP AS BANKRUPTCY COUNSEL
TO DOUGLAS BRICKLEY, CHAPTER 7 TRUSTEE**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**Emergency Relief Has Been Requested. If the Court considers the Motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you belief that the emergency consideration is not warranted, you should file an immediate response.**

TO THE HONORABLE SHAD M. ROBINSON,
U.S. BANKRUPTCY JUDGE:

      Ali Choudhri (the "Movant"), hereby moves on an emergency basis to disqualify Matthew Okin and the law firm of Okin Adams Bartlett Curry LLP as Bankruptcy Counsel to Douglas Brickley, Chapter 7 Trustee in this proceeding pursuant to 11 U.S.C. §§ 105(a), and 327(a), Federal Rule of Bankruptcy Procedure 2014, and Local Rule of Bankruptcy Procedure 2014-1, and in support thereof respectfully shows the Honorable Court as follows:

      1.    Movant brings this motion to disqualify Matthew Okin and his law firm Okin Adams Bartlett Curry LLP (collectively, "Okin Adams") due to their direct conflicts of interest

1

with the Bankruptcy Estate. Due to his firm's prior connections and ongoing interests adverse to the bankruptcy estate of Jetall Companies, Inc., Okin Adams is not "disinterested" within the meaning of 11 U.S.C. §§ 101(14) and 327(a), and holds interests materially adverse to the estate under *In re West Delta Oil Co., 432* F.3d 347, 355 (5th Cir. 2005) and *In re American Int'l Refinery, 676* F.3d 455, 461 (5th Cir. 2012). Therefore, Okin Adams may not serve as counsel to Douglas Brickley, Chapter 7 Trustee (the "Trustee") in this bankruptcy case pursuant to 11 U.S.C. § 327(a).

2. The Trustee was elected at the 341 meeting of creditors held on April 22, 2025.[1]

3. The following day, on April 23, 2025 the Trustee was added to the case. On the same day, Okin Adams appeared on behalf of the Trustee. To date, no application to employ Okin Adams has been filed pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), and no verified statement disclosing Okin Adams' connections to the Debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee has been filed.

4. Okin Adams previously represented ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC jointly administered debtors in Case Nos. 14-35322 and 14-35323, before the Bankruptcy Court for the Southern District of Texas. In connection with that engagement, Ali Choudhri directed the actions of Okin Adams in representing the Debtors in those jointly administered cases, in which a chapter 11 plan was confirmed and Jetall Companies, Inc. was the purchaser of the Debtor's assets under that plan. Through its representation of the Debtors under Mr. Choudhri's direction, Okin Adams obtained privileged and confidential information including: (1) Mr. Choudhri's litigation strategies and decision-making processes in bankruptcy proceedings; and (2) his mental impressions and strategic considerations regarding business

---

[1] The Movant reserves all rights regarding the election of the Trustee.

operations. This confidential information is directly relevant to and could be used adversely in the current matter against Mr. Choudhri. This violates Rule 1.09(a)(2) of the Texas Rules of Professional Conduct and serves as an independent basis for disqualifying Okin Adams.

5. An emergency hearing is necessary in this matter due to the immediate and ongoing harm being caused by Okin Adams' continued representation of Doug Brickley while lacking disinterestedness and possessing and potentially utilizing privileged and confidential information relating to Mr. Choudhri. The following factors demonstrate the urgency of this situation: (A) Okin Adams previously represented ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC while under the direction of Mr. Choudhri and obtained substantial privileged and confidential information during the course of that representation; (B) the current matter is sufficiently and substantially related to Okin Adams' prior representation of ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC, creating an inherent conflict of interest; (C) there is a reasonable probability that Okin Adams has access to and may be using confidential and privileged information developed during the representation of ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC to Mr. Choudhri's detriment in the current proceedings; (D) the continued representation violates Texas Disciplinary Rules of Professional Conduct 1.06 and 1.09 regarding conflicts of interest and duties to former clients; (E) Mr. Choudhri faces immediate and irreparable harm if Okin Adams continues its representation of Douglas Brickley while possessing his privileged information; (F) the balance of equities favors immediate disqualification as Mr. Brickley can obtain alternative counsel while Mr. Choudhri cannot unring the bell of disclosed confidences; and (G) public policy strongly favors maintaining attorney-client confidentiality and preventing even the appearance of impropriety in legal proceedings.

6. Therefore, Movant respectfully requests an emergency hearing to address this

matter and seek immediate disqualification of Okin Adams from representing Doug Brickley in this proceeding.

**WHEREFORE, PREMISES CONSIDERED**, Movant respectfully requests that this Court enter an order: (1) disqualifying Matthew Okin and Okin Adams Bartlett Curry LLP from representing any party in this proceeding; and (2) granting such other and further relief to which Movant may be justly entitled.

Respectfully submitted,

*/s/ Justin Rayome*
JUSTIN RAYOME
Texas Bar No. 24130709
Fed. Bar No. 3873342
5882 Sugar Hill Dr.
Houston, TX 77057
(214) 934-9345
justin.rayome.law@gmail.com

**COUNSEL FOR ALI CHOUDHRI**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-35761 |
| | § | |
| JETALL COMPANIES, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING**
**EMERGENCY MOTION TO DISQUALIFY MATTHEW OKIN AND**
**OKIN ADAMS BARTLETT CURRY LLP AS BANKRUPTCY COUNSEL**
**TO DOUGLAS BRICKLEY, CHAPTER 7 TRUSTEE**

On this day the Court considered the Emergency Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy Counsel to Douglas Brickley, Chapter 7 Trustee. Based upon the motion, the arguments and evidence presented, the Court finds and concludes that Okin Adams Bartlett Curry LLP are not disinterested and may not be engaged to represent Douglas Brickley, Chapter 7 Trustee in this bankruptcy case. It is therefore

**ORDERED** that the Motion is hereby **GRANTED**; it is further

**ORDERED** that Matthew Okin and the firm of Okin Adams Bartlett Curry LLP is disqualified as serving as bankruptcy counsel to Douglas Brickley, Chapter 7 Trustee.

###

## CERTIFICATE OF SERVICE

       I hereby certify that on <u>7th</u> day of <u>May</u>, 2025, a true and correct copy of the foregoing pleading was served via regular US Mail or email where reflected by email address on each of the parties on the attached service list, which is the Court's mailing list for this case.

                              */s/ Justin Rayome*
                                Justin Rayome

```
Label Matrix for local noticing      1001 WL, LLC                          U.S. BANKRUPTCY COURT
0542-1                               2450 Wickersham Lane, Suite 202       903 SAN JACINTO, SUITE 322
Case 24-10119-smr                    Austin, TX 78741-4744                 AUSTIN, TX 78701-2450
Western District of Texas
Austin
Sun Apr 27 20:24:06 CDT 2025

ABC Home & Commercial                Ali Choudhri                          Ali Choudhri
Services                             1001 West Loop S Ste 700              2425 West Loop St., 11th Flr.
11934 Barker Cypress Road            Houston, TX 77027-9033                Houston, TX 77027
Cypress, TX 77433-1802


Ameritrex Imaging & Services         BDFI, LLC                             BDFI, LLC
PO Box 841511                        1001 West Loop S Ste 700              2425 West Loop South, Suite 1100
Houston, TX 77284-1511               Houston, TX 77027-9033                Houston, TX 77027-4210


BDFI, LLC                            Baker Botts, LLP                      Boxer Property Management Corporation
c/o Mark A. Junell                   401 S 1st St                          7324 Southwest Fwy #1900
The Junell Law Firm, PC              Unit 1300                             Houston TX 77074-2057
746 Country Lane                     Austin, TX 78704-1296
Houston, TX 77024-5508


Boxer Property Management Corporation CFI Mechanical, Inc.                 Capital Premium Financing
c/o Reed W. Burritt, Atty.           6109 Brittmoore Rd                    PO Box 667180
7324 Southwest Fwy #1900             Houston, TX 77041-5610                Dallas, TX 75266-7180
Houston TX 77074-2057


Cirro                                City of Houston                       City of Houston Water
PO Box 2229                          c/o Tara L. Grundemeier               PO Box 1560
Houston, TX 77252-2229               Linebarger Goggan Blair & Sampson LLP Houston, TX 77251-1560
                                     PO Box 3064
                                     Houston, TX 77253-3064


Cleaning Advanced Systems, LLC       Cleaning Advances Service             Comcast
Pavlock Law Firm, PLLC               110 Cypress Station Suite 111         9602 S 300 W Suite B
6345 Garth Road 110-122              Houston, TX 77090-1626                Sandy, UT 84070-3336
Baytown, TX 77521-5625


Datawatch Systems                    Drew Dennett                          EAO Global LLC
4520 East West Highway 200           2450 Wickersham Lane, Suite 202       14315 Briarhills Pkwy
Bethesda, MD 20814-3382              Austin, TX 78741-4744                 Houston, TX 77077-1007


Environmental Coalition Inc.         FirePro Tech                          FireTron Life Safety Solutions
Po Box 1568                          6830 N Eldridge Pkwy Suite 110        PO Box 1604
Stafford, TX 77497-1568              Houston, TX 77041-2635                Stafford, TX 77497-1604


Fluid Meter Sales & Service,         GFS Industries                        Galleria Note Holder, LLC
Inc.                                 24165 IH 10 W Suite 217               c/o James Pope
1303 Steele Drive                    San Antonio, TX 78257-1160            6161 Savoy Drive Suite 1125
Friendswood, TX 77546-2018                                                 Houston, TX 77036-3343
```

| | | |
|---|---|---|
| Harcon Mechanical Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations & Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 |

| | | |
|---|---|---|
| Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co   3<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 | David Neal Stern<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expressway, Suite 400<br>Austin, TX 78731-2347 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1001 WL, LLC<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | (u)See Attached | End of Label Matrix<br>Mailable recipients   64<br>Bypassed recipients    2<br>Total                 66 |