# UNITED STATES BANKRUPTCY COURT

Western  DISTRICT OF  Texas

Austin

| | | |
|---|---|---|
| In Re. 1001 WL, LLC | § | Case No.  24-10119 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2024         Petition Date: 02/06/2024

Months Pending: 10         Industry Classification: 5  3  1  1

Reporting Method:         Accrual Basis ○         Cash Basis ⦿

Debtor's Full-Time Employees (current):         0

Debtor's Full-Time Employees (as of date of order for relief):         0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Scarlet MacGeorge
_____
Signature of Responsible Party

05/08/2025
_____
Date

Scarlet MacGeorge
_____
Printed Name of Responsible Party

1001 W Loop S Ste 700 Houston, TX 7702
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  1001 WL, LLC                                          Case No.  24-10119

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $416,654 | |
| b. | Total receipts (net of transfers between accounts) | $136,048 | $1,502,867 |
| c. | Total disbursements (net of transfers between accounts) | $90,898 | $1,041,090 |
| d. | Cash balance end of month (a+b-c) | $461,804 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $90,898 | $1,041,090 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $4,820,306 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $4,820,306 |
| c. | Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $4,820,306 |
| f. | Postpetition payables (excluding taxes) | $38,997 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $642,960 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $681,957 |
| k. | Prepetition secured debt | $10,074,487 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $10,756,444 |
| o. | Ending equity/net worth (e-n) | $-5,936,138 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $128,600 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $128,600 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $84,447 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $44,153 | $531,860 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  1001 WL, LLC                                    Case No.  24-10119

## Part 5:  Professional Fees and Expenses

|  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
|  | *Itemized Breakdown by Firm* | | | | |
|  | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  1001 WL, LLC                                    Case No.  24-10119

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  1001 WL, LLC

Case No.  24-10119

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  1001 WL, LLC                                    Case No.  24-10119

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name 1001 WL, LLC                                    Case No. 24-10119

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  1001 WL, LLC                                    Case No.  24-10119

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $642,960 | $642,960 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ⦿

c. Were any payments made to or on behalf of insiders?  Yes ◯  No ⦿

d. Are you current on postpetition tax return filings?  Yes ◯  No ⦿

e. Are you current on postpetition estimated tax payments?  Yes ◯  No ⦿

f. Were all trust fund taxes remitted on a current basis?  Yes ◯  No ⦿

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◯  No ◯  N/A ⦿

i. Do you have:  Worker's compensation insurance?  Yes ◯  No ⦿

If yes, are your premiums current?  Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

Casualty/property insurance?  Yes ⦿  No ◯

If yes, are your premiums current?  Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

General liability insurance?  Yes ⦿  No ◯

If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ⦿  No ◯

k. Has a disclosure statement been filed with the court?  Yes ⦿  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

Debtor's Name  1001 WL, LLC

Case No.  24-10119

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Scarlet MacGeorge

Scarlet MacGeorge

Signature of Responsible Party

Printed Name of Responsible Party

Bookkeeper

05/08/2025

Title

Date

Debtor's Name  1001 WL, LLC  Case No.  24-10119



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name 1001 WL, LLC                                    Case No. 24-10119

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  1001 WL, LLC

Case No.  24-10119


PageThree

PageFour

# 1001 WL, LLC

*Year 2024*

## Profit and Loss Report

| Revenue | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent Income | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 | $150,008.83 | $150,774.10 | $131,120.58 | $200,169.53 | $134,308.97 | $128,600.18 |
| | | | | | | | | | | | |
| Net Sales | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 | $150,008.83 | $150,774.10 | $131,120.58 | $200,169.53 | $134,308.97 | $128,600.18 |
| Cost of Goods Sold | | | | | | | | | | | |
| Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Overhead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Cost of Goods Sold | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross Profit | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 | $150,008.83 | $150,774.10 | $131,120.58 | $200,169.53 | $134,308.97 | $128,600.18 |
| Operating Expenses | | | | | | | | | | | |
| Service Contract | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administration | $5,812.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fire Safety | $0.00 | $0.00 | $3,261.79 | $210.00 | $210.00 | $1,055.44 | $4,290.17 | $2,416.35 | $3,915.62 | $3,514.01 | $2,416.35 |
| Repairs & Maintenance | $146.23 | $1,933.54 | $11,479.53 | $8,051.79 | $15,175.15 | $6,892.50 | $3,270.00 | $23,473.61 | $21,360.85 | $6,504.03 | $14,996.62 |
| Emergency HVAC Repair | $0.00 | $0.00 | $0.00 | $0.00 | $18,211.98 | $0.00 | $0.00 | $0.00 | $0.00 | $7,923.83 | $0.00 |
| Misc Repairs | $0.00 | $0.00 | $0.00 | $0.00 | $2,225.00 | $1,766.80 | $9,110.73 | $0.00 | $0.00 | $2,000.00 | $3,565.49 |
| Security | $0.00 | $0.00 | $0.00 | $3,273.48 | $5,144.04 | $5,066.10 | $1,792.62 | $5,299.92 | $1,714.68 | $3,585.24 | $3,351.42 |
| Waste Removal | $962.05 | $0.00 | $1,000.00 | $950.00 | $1,728.14 | $860.59 | $1,346.30 | $1,092.99 | $839.68 | $839.68 | $839.68 |
| Janitorial | $0.00 | $0.00 | $0.00 | $15,683.96 | $17,971.52 | $13,210.45 | $7,165.75 | $10,503.73 | $11,396.54 | $9,160.06 | $8,938.31 |
| Professional Fees | $0.00 | $35,956.85 | $0.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $102,000.00 | $0.00 | $0.00 | $0.00 |
| Utilities | $41,708.02 | $16,710.31 | $43,907.57 | $37,653.27 | $52,922.07 | $58,240.00 | $36,655.73 | $30,138.89 | $29,142.69 | $36,347.67 | $29,304.22 |
| Insurance | | $1,277.84 | $43,562.98 | $20,919.75 | $41,697.65 | $1,216.99 | $59,946.55 | $22,133.28 | $19,568.00 | $19,568.00 | $19,568.00 |
| Telephone & Internet | $0.00 | $240.08 | $80.32 | $107.52 | $117.51 | $117.51 | $107.52 | $117.51 | $107.52 | $117.51 | $117.51 |
| Water Treatment | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 |
| Bank Fee | $378.30 | $333.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Licenses & Permits | $50.00 | $0.00 | $0.00 | $53.97 | $0.00 | $1,002.56 | $0.00 | $667.00 | $128.65 | $146.23 | $1,029.27 |
| Pest Control | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| US Trustee | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $176.00 | $0.00 | $1,335.00 | $0.00 | $1,771.00 | $0.00 |
| Total Operating Expenses | $49,056.99 | $56,452.54 | $103,292.19 | $87,223.74 | $157,123.06 | $92,774.94 | $124,005.37 | $199,498.28 | $88,494.23 | $91,797.26 | $84,446.87 |
| Operating Profit (Loss) | $105,136.59 | $99,023.31 | $46,306.47 | $61,374.92 | $6,053.65 | $57,233.89 | $26,768.73 | -$68,377.70 | $111,675.30 | $42,511.71 | $44,153.31 |
| *Add: Other Income* | | | | | | | | | | | |
| Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Profit (Loss) Before Taxes | $105,136.59 | $99,023.31 | $46,306.47 | $61,374.92 | $6,053.65 | $57,233.89 | $26,768.73 | -$68,377.70 | $111,675.30 | $42,511.71 | $44,153.31 |
| *Less:* Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Distributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Profit (Loss) | $105,136.59 | $99,023.31 | $46,306.47 | $61,374.92 | $6,053.65 | $57,233.89 | $26,768.73 | -$68,377.70 | $111,675.30 | $42,511.71 | $44,153.31 |

1001 WL Balance Sheet

| Month | Feb 24 | Mar 24 | Apr 24 | May 24 | June 24 | July 24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | |
| Cash | $136,138 | $168,975 | $235,301 | $264,727 | $292,473 | $334,149 | $309,954 | $383,825 | $416,653 | $461,804 |
| AR | | | $6,332,196 | $6,332,196 | $6,332,196 | $6,815,633 | $7,307,520 | $7,873,472 | $4,831,386 | $4,820,306 |
| Total Other Assets | $72,136,138 | $72,105,125 | | | | | | | | |
| Total | $72,272,276 | $72,274,100 | $6,567,497 | $6,596,923 | $6,624,669 | $7,149,782 | $7,617,475 | $8,257,297 | $5,248,040 | $5,282,110 |
| | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | |
| Choudri Loan | $8,925,223 | $8,999,599 | $9,074,596 | $9,150,218 | $9,226,469 | $9,303,353 | $9,380,881 | $9,459,052 | $9,537,868 | $9,617,349 |
| Boxer Loan | $399,847 | $405,845 | $411,933 | $418,112 | $424,383 | $430,746 | $437,202 | $443,752 | $450,397 | $457,138 |
| Post Petition Payables | $114,162 | $118,478 | $159,119 | $90,129 | $52,967 | $48,283 | $37,176 | $50,962 | $40,207 | $38,997 |
| Post Petition Taxes Payable | $45,833 | | $673,360 | $673,360 | $766,305 | $772,799 | $578,737 | $627,477 | $627,477 | $642,960 |
| Prepetition Unsecured Debt | | | | | | | | | | |
| Prepetition Secured Debt | $26,177,386 | | | | | | | | | |
| Prepetition unsecured Debt | $827,440 | | | | | | | | | |
| Total | $36,489,891 | $9,523,923 | $10,319,008 | $10,331,819 | $10,470,125 | $10,555,181 | $10,433,995 | $10,581,243 | $10,655,948 | $10,756,444 |
| | | | | | | | | | | |
| Equity | $35,782,385 | $62,750,177 | -$3,751,511 | -$3,734,896 | -$3,845,456 | -$3,405,399 | -$2,816,521 | -$2,323,946 | -$5,407,909 | -$5,474,334 |

# Navigate Business Checking<sup>SM</sup>

November 30, 2024 ■ Page 1 of 6



1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
2450 WICKERSHAM LN APT 202
AUSTIN TX 78741-4744

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



Other Wells Fargo Benefits

3 Things to watch out for when shopping online for the holidays

1. Fake Fraud alerts. Be careful if you receive a call or message about a fraudulent purchase. Always contact the merchant, your bank or card provider directly to verify.
2. Bogus shipping notifications. Look out for texts or emails that say there's an issue or problem with your package delivery. Don't click links or open attachments without verifying first.
3. Questionable sellers or sites. Watch out for sellers who pressure you to pay with a payment app, gift card or crypto. Only purchase concert and sporting events tickets from the original legitimate site. Be cautious of buying a new kitten or puppy from a social media ad. Meet the pet in person before paying.

Tip: Use a credit card to make online purchases if you can - it has additional security features built in.

How to donate safely this holiday season

This holiday season, safely support your favorite causes and avoid charity scams. Before donating, research new charities using a resource like Better Business Bureau® or give.org.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $416,653.25 |
| Deposits/Credits | 136,048.48 |
| Withdrawals/Debits | - 90,897.74 |
| Ending balance on 11/30 | $461,803.99 |

Account number: ▇▇▇▇7722
1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $3.49 |
| Average collected balance | $424,429.07 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $3.49 |
| Interest paid this year | $21.35 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | AT&T Telephone C Payments 241101 1312405 **3078.64*3078.64\Dtm*003*20241023\SE*20*00000505 | 3,078.64 | | |
| 11/1 | | Homesmart Payment 241101 720577 | 7,145.75 | | |
| 11/1 | 1153 | Deposited OR Cashed Check | | 1,386.00 | |
| 11/1 | 1138 | Check | | 146.23 | 425,345.41 |
| 11/4 | | Paliadium Cnslt 1001 WI 1001 WI LLC November Rent, Suite 745 Expero Inc. | 15,677.66 | | |
| 11/4 | 1154 | Check | | 1,386.00 | |
| 11/4 | 1152 | Check | | 1,271.06 | |
| 11/4 | 1151 | Check | | 1,307.66 | |
| 11/4 | 1147 | Check | | 117.51 | 436,940.84 |
| 11/5 | | Smart Contract S ACH Pmt 241105 11150597036 Rent for 6D | 350.00 | | |
| 11/5 | | Deposit Made In A Branch/Store | 9,334.78 | | |
| 11/5 | | Occasions Staffi ACH SD1105 1001 WI LLC | 1,764.00 | | |
| 11/5 | 1150 | Check | | 1,788.02 | 446,601.60 |
| 11/6 | | Deposit Made In A Branch/Store | 4,013.44 | | 450,615.04 |
| 11/7 | | WT Fed#04009 Nordea Bank Abp NE /Ftr/Bnf=Quincy Compressor LLC Srf# 0008984312560017 Trn#241107195915 Rfb# | | 835.00 | |
| 11/7 | | Usr Electricbill 0391D 000011593247 Jetail Companies, Inc | | 17,192.71 | 432,587.33 |
| 11/8 | | Deposit Made In A Branch/Store | 11,946.50 | | |
| 11/8 | < | Business to Business ACH Debit - The Hartford Inspmtcl 17560249 Galleria Loop Note Hol | | 19,568.00 | |
| 11/8 | 1157 | Check | | 320.00 | 424,645.83 |
| 11/12 | | WT Fed#00240 Simmons Bank /Org=Transact Title LLC Srf# W000002543275 Trn#241112152187 Rfb# | 11,223.21 | | |
| 11/12 | | Deposit Made In A Branch/Store | 5,100.00 | | 440,969.04 |
| 11/13 | | WT Fed#00476 Simmons Bank /Org=Transact Title LLC Srf# W000002548143 Trn#241113180795 Rfb# | 561.16 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/13 | | WT Fed#04922 Nordea Bank Abp NE /Ftr/Bnf=Quincy Compressor LLC Srf# 0068522318661437 Trn#241113201242 Rfb# | | 1,350.73 | |
| 11/13 | 1158 | Check | | 2,206.35 | 437,973.12 |
| 11/14 | 1159 | Check | | 1,029.27 | 436,943.85 |
| 11/15 | 1164 | Deposited OR Cashed Check | | 3,115.69 | |
| 11/15 | 1163 | Check | | 1,232.00 | 432,596.16 |
| 11/18 | 1165 | Deposited OR Cashed Check | | 1,270.50 | |
| 11/18 | 1166 | Check | | 1,303.50 | |
| 11/18 | 1161 | Check | | 839.68 | 429,182.48 |
| 11/19 | | Deposit Made In A Branch/Store | 1,500.00 | | 430,682.48 |
| 11/20 | 1160 | Check | | 8,649.40 | |
| 11/20 | 1170 | Check | | 3,351.42 | 418,681.66 |
| 11/21 | | City of Houston Water Bill 241120 58035549116 1001 West Loop Lp | | 12,111.51 | |
| 11/21 | 1168 | Check | | 203.08 | 406,367.07 |
| 11/25 | 1171 | Check | | 300.00 | 406,067.07 |
| 11/26 | | Deposit Made In A Branch/Store | 2,000.00 | | |
| 11/26 | 1173 | Check | | 2,388.31 | 405,678.76 |
| 11/27 | 1175 | Deposited OR Cashed Check | | 3,231.43 | |
| 11/27 | 1176 | Check | | 896.00 | 401,551.33 |
| 11/29 | | Community Psych Vendor Pmt VO3198 1001 WI LLC | 8,957.84 | | |
| 11/29 | | Champions School Quickbooks 241129 xxxxx3772 1001 WI LLC | 41,961.76 | | |
| 11/29 | | WT Fed#00187 Simmons Bank /Org=Transact Title LLC Srf# W000002577966 Trn#241129170695 Rfb# | 11,430.25 | | |
| 11/29 | 1177 | Deposited OR Cashed Check | | 924.00 | |
| 11/29 | 1174 | Check | | 1,176.68 | |
| 11/29 | | Interest Payment | 3.49 | | 461,803.99 |
| Ending balance on 11/30 | | | | | 461,803.99 |
| Totals | | | $136,048.48 | $90,897.74 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt; *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1138 | 11/1 | 146.23 | 1158 | 11/13 | 2,206.35 | 1168 * | 11/21 | 203.08 |
| 1147 * | 11/4 | 117.51 | 1159 | 11/14 | 1,029.27 | 1170 * | 11/20 | 3,351.42 |
| 1150 * | 11/5 | 1,788.02 | 1160 | 11/20 | 8,649.40 | 1171 | 11/25 | 300.00 |
| 1151 | 11/4 | 1,307.66 | 1161 | 11/18 | 839.68 | 1173 * | 11/26 | 2,388.31 |
| 1152 | 11/4 | 1,271.06 | 1163 * | 11/15 | 1,232.00 | 1174 | 11/29 | 1,176.68 |
| 1153 | 11/1 | 1,386.00 | 1164 | 11/15 | 3,115.69 | 1175 | 11/27 | 3,231.43 |
| 1154 | 11/4 | 1,386.00 | 1165 | 11/18 | 1,270.50 | 1176 | 11/27 | 896.00 |
| 1157 * | 11/8 | 320.00 | 1166 | 11/18 | 1,303.50 | 1177 | 11/29 | 924.00 |

*  * Gap in check sequence.*



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2024 - 11/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $401,551.33 ☑ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $424,067.93 ☑ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account (CD) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wk/wk

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 39 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

Our right to decline deposits

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

# Check Details

Item 24 of 66        Show full image*              🖶 Print

|  |  |
|---|---|
| Check Number | 1174 |
| Date Posted | 11/29/24 |
| Check Amount | $1,176.68 |



‹ Previous        Flip        🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 25 of 66        Show full image*                        🖶  Print

| | |
|---|---|
| Check Number | 1177 |
| Date Posted | 11/29/24 |
| Check Amount | $924.00 |



‹ Previous        Flip    🔎 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 26 of 66      Show full image*                     🖶  Print

Check Number                                          1176

Date Posted                                          11/27/24

Check Amount                                       $896.00



‹ Previous       Flip     🔎 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 27 of 66        Show full image*                    🖶  Print

|  |  |
| --- | --- |
| Check Number | 1175 |
| Date Posted | 11/27/24 |
| Check Amount | $3,231.43 |



‹ Previous        Flip     🔎 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 28 of 66    <u>Show full image</u>*      🖨 Print

| | |
|---|---|
| Check Number | 1173 |
| Date Posted | 11/26/24 |
| Check Amount | $2,388.31 |



‹ Previous    Flip   🔍 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 29 of 66     Show full image*          🖶 Print

| | |
|---|---|
| Check Number | 1171 |
| Date Posted | 11/25/24 |
| Check Amount | $300.00 |



‹ Previous      🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 30 of 66        Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1168 |
| Date Posted | 11/21/24 |
| Check Amount | $203.08 |



‹ Previous        Flip        🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 31 of 66     Show full image*                    🖨 Print

|  |  |
|---|---|
| Check Number | 1170 |
| Date Posted | 11/20/24 |
| Check Amount | $3,351.42 |



‹ Previous     Flip     🔎 Zoom     Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# Check Details

Item 32 of 66     Show full image*       🖶 Print

| | |
|---|---|
| Check Number | 1160 |
| Date Posted | 11/20/24 |
| Check Amount | $8,649.40 |



‹ Previous     Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 33 of 66     Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1161 |
| Date Posted | 11/18/24 |
| Check Amount | $839.68 |



‹ Previous      Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 34 of 66    <u>Show full image</u>*    🖨 Print

| | |
|---|---|
| Check Number | 1166 |
| Date Posted | 11/18/24 |
| Check Amount | $1,303.50 |



‹ Previous    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 35 of 66          Show full image*                    🖶  Print

|  |  |
|---|---|
| Check Number | 1165 |
| Date Posted | 11/18/24 |
| Check Amount | $1,270.50 |



‹ Previous        Flip    🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 36 of 66       Show full image*                    🖨 Print

|  |  |
|---|---|
| Check Number | 1163 |
| Date Posted | 11/15/24 |
| Check Amount | $1,232.00 |



‹ Previous      Flip    🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 37 of 66         Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1164 |
| Date Posted | 11/15/24 |
| Check Amount | $3,115.69 |



‹ Previous      Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 38 of 66        Show full image*                    🖶  Print

|  |  |
|---|---|
| Check Number | 1159 |
| Date Posted | 11/14/24 |
| Check Amount | $1,029.27 |



‹ Previous        Flip     🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 39 of 66        Show full image*                    🖶  Print

| | |
|---|---|
| Check Number | 1158 |
| Date Posted | 11/13/24 |
| Check Amount | $2,206.35 |



‹ Previous        Flip        🔎 Zoom        Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 40 of 66     Show full image*          🖨 Print

| | |
|---|---|
| Check Number | 1157 |
| Date Posted | 11/08/24 |
| Check Amount | $320.00 |



‹ Previous      Flip      🔍 Zoom      Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 41 of 66    <u>Show full image</u>*       🖶 Print

| | |
|---|---|
| Check Number | 1150 |
| Date Posted | 11/05/24 |
| Check Amount | $1,788.02 |



‹ Previous    Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 42 of 66          Show full image*                    🖶 Print

|  |  |
|---|---|
| Check Number | 1147 |
| Date Posted | 11/04/24 |
| Check Amount | $117.51 |



‹ Previous      Flip    🔎 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 44 of 66        Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1152 |
| Date Posted | 11/04/24 |
| Check Amount | $1,271.06 |



‹ Previous        Flip        🔎 Zoom        Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 45 of 66   <u>Show full image*</u>                          🖨 Print

| | |
|---|---|
| Check Number | 1154 |
| Date Posted | 11/04/24 |
| Check Amount | $1,386.00 |



‹ Previous        Flip     🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 46 of 66    <u>Show full image*</u>      🖨 Print

| | |
|---|---|
| Check Number | 1138 |
| Date Posted | 11/01/24 |
| Check Amount | $146.23 |



‹ Previous    Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 47 of 66      Show full image*                 🖶  Print

| | |
|---|---|
| Check Number | 1153 |
| Date Posted | 11/01/24 |
| Check Amount | $1,386.00 |



‹ Previous      Flip      🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender