IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119 |
| | § | |
| 1001 WL, LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

TO THE HONORABLE SHAD M. ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** Ali Choudhri, through undersigned counsel, and files this Notice of Withdrawal pursuant Fed. R. Bankr. P. 9014 and Fed. R. Civ. P. 41, and respectfully withdraws the Emergency Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy Counsel to Douglas Brickley, Chapter 7 Trustee (ECF No. 753).

This withdrawal is made without prejudice and is not intended to waive or forfeit any rights, arguments, or claims that may be asserted in future pleadings or proceedings.

Dated: May 12, 2025

                                                                                       Respectfully submitted,

                                                                                       */s/ Justin Rayome*
                                                                                        JUSTIN RAYOME
                                                                                        Texas Bar No. 24130709
                                                                                        Fed. Bar No. 3873342
                                                                                        5882 Sugar Hill Dr.
                                                                                        Houston, TX 77057
                                                                                        (214) 934-9345
                                                                                        justin.rayome.law@gmail.com

                                                                                      **COUNSEL FOR ALI CHOUDHRI**

# CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2025, a true and correct copy of the foregoing document was served via regular US Mail or email where reflected by email address on each of the parties on the attached service list, which is the Court's mailing list for this case.

                                      */s/ Justin Rayome*
                                      Justin Rayome