

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
04/01/2025 thru 04/30/2025

Account #
7631700003887

Days In Statement Period
30

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $484,694.29 | $192,688.21 | $56,945.37 | $620,437.13 |
| DEPOSIT TOTALS | $484,694.29 | $192,688.21 | $56,945.37 | $620,437.13 |

### Trustee Checking - 7631700003887

Beginning Balance: $484,694.29

| Date | Description | Credits | Debits |
|---|---|---|---|
| 04/01 | 1001 WL   Palladium Cnslt<br>CCD 113011251004729<br>1001 WL LLC | $15,677.66 | |
| 04/04 | Wire Transfer Credit<br>HASAN & ASSOCIATES CPAS, P.C.<br>1001 WEST LOOP S STE 750<br>HOUSTON TX 77027-9046 US<br>APR RENT STE 750<br>20250404MMQFMP2L037830<br>20250404MMQFMP9N000588<br>04041801FT01 | $4,494.51 | |
| 04/04 | MyDeposit | $1,500.00 | |
| 04/04 | MyDeposit | $4,494.51 | |
| 04/04 | MyDeposit | $4,494.51 | |
| 04/04 | MyDeposit | $4,515.28 | |
| 04/04 | MyDeposit | $4,515.28 | |
| 04/04 | MyDeposit | $4,519.50 | |
| 04/04 | MyDeposit | $4,519.50 | |
| 04/04 | MyDeposit | $5,100.00 | |
| 04/04 | MyDeposit | $5,100.00 | |
| 04/04 | MyDeposit | $7,221.50 | |
| 04/04 | MyDeposit | $7,278.50 | |
| 04/07 | MyDeposit | $1,500.00 | |
| 04/10 | MyDeposit | $7,221.50 | |

Page 1 of 9




P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
04/01/2025 thru 04/30/2025

**Account #**
7631700003887

**Days In Statement Period**
30

## Trustee Checking - 7631700003887

| Date | Description | Credits | Debits |
|---|---|---|---|
| 04/14 | Wire Transfer Credit<br>ACE GREEN RECYCLING INC<br>2100 W LOOP SOUTH 1601<br>HOUSTON<br>77027 US TX<br>APRIL 2025 RENT STATEMENT<br>20250414B6B7HU2R003322<br>20250414MMQFMP9N000015<br>04140406FT01 | $300.00 | |
| 04/14 | MyDeposit | $1,000.00 | |
| 04/14 | MyDeposit | $4,515.28 | |
| 04/14 | MyDeposit | $4,519.50 | |
| 04/14 | MyDeposit | $83,923.52 | |
| 04/15 | SENDER  M EZZATABADIPOUR<br>CIE 113000024645297 | $300.00 | |
| 04/17 | Chargeback  1015 | | $1,000.00 |
| 04/29 | SENDER   S DAEINEJAD<br>CIE 113000025389957 | $300.00 | |
| 04/30 | 1001 WL   Palladium Cnslt<br>CCD 113011259660062<br>1001 WL LLC | $15,677.66 | |

**Ending Balance** $620,437.13

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 40 | 57.00 | 04/03 | 4043 | 1,276.00 | 04/03 | 4049 | 462.00 | 04/28 |
| 4037* | 1,121.47 | 04/04 | 4044 | 2,058.40 | 04/08 | 4050 | 13,250.00 | 04/22 |
| 4038 | 1,083.00 | 04/02 | 4045 | 175.95 | 04/08 | 4051 | 3,003.78 | 04/29 |
| 4039 | 3,822.00 | 04/03 | 4046 | 1,729.27 | 04/14 | 4052 | 462.00 | 04/28 |
| 4041* | 1,270.50 | 04/04 | 4047 | 19,568.00 | 04/17 | 4053 | 3,849.37 | 04/29 |
| 4042 | 1,270.50 | 04/03 | 4048 | 702.40 | 04/23 | 4054 | 783.73 | 04/29 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $586,468.44 | | Average Daily Collected | $577,719.92 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# axos BANK

## Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 7631700003887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $500,371.95 |

## Trustee Checking

From 04/01/2025 To 04/02/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/01/2025 | ACH Credit<br>1001 WL   Palladium Cnslt<br>CCD 113011251004729<br>1001 WL LLC | | $15,677.66 | $500,371.95 |

4/2/25

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

April 3

Generated April 2, 2025
Page 1 of 1

# axos BANK

Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

2198

**1001 WL LLC, DEBTOR**
**JOHN PATRICK LOWE, TRUSTEE**
**CASE #24-10119**
**2402 E MAIN ST**
**UVALDE TX 78801**

## Account Summary

| | |
|---|---|
| Account Number: | 7631700003887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $548,224.57 |

## Trustee Checking

From 04/04/2025 To 04/04/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/04/2025 | Wire Transfer Credit<br>Wire Transfer Credit<br>HASAN & ASSOCIATES CPAS, P.C.<br>1001 WEST LOOP S STE 750<br>HOUSTON TX 77027-9046 US<br>APR RENT STE 750<br>20250404MMQFMP2L037830<br>20250404MMQFMP9N000588<br>04041801FT01 | | $4,494.51 | $548,224.57 |

4/7/25

April 7, 2025

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

Generated April 7, 2025
Page 1 of 1

# axos BANK

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

# Activity Statement

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 7631700003887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $626,972.75 |

## Trustee Checking

From 04/17/2025 To 04/18/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/17/2025 | Chargeback | 1015 | ($1,000.00) | $646,540.75 |

4/18/25

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

Generated April 18, 2025
Page 1 of 1

April 18, 2025

Front Image

**HARDER DEVOTION PERSONAL TRAINING, LLC**
25615 YELLOW PINE LN
SPRING TX 77380-2258

1015
32-2/1119 TX
18537

DATE 4/1/2025

PAY TO THE ORDER OF  1001 , LLC     $ 1000.00

One thousand + no ⁰⁄₁₀₀     DOLLARS

BANK OF AMERICA
ACH R/T 111000025

FOR April Rent

⑈001015⑈ ⑆111000025⑆ 488074132050⑈

Back Image

John Patrick Lowe, Trustee
24-10119, 1001 W1 LLC , DEBTOR, 03887
Axos Bank, PAY TO THE ORDER OF
12228725 1   AXOS BANK
For Deposit FOR DEPOSIT ONLY TO THE ESTATE OF
Merchant JOHN PATRICK LOWE, TRUSTEE
CASE # 24-10119
ACCOUNT # 7631700003887

# axos BANK

# Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 7631700003887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $647,540.75 |

## Trustee Checking

From 04/15/2025 To 04/17/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/15/2025 | ACH Credit<br>SENDER    M EZZATABADIPOUR<br>CIE 113000024645297 | | $300.00 | $647,540.75 |





This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

Generated April 17, 2025
Page 1 of 1

# axos BANK

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**Activity Statement**

2198

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 7631700003887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $620,437.13 |

## Trustee Checking

From 04/29/2025 To 04/29/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/29/2025 | ACH Credit<br>SENDER    S DAEINEJAD<br>CIE 113000025389957 | | $300.00 | $612,396.35 |

✓ 4/30/25

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

April

Generated April 30, 2025
Page 1 of 1

# axos BANK

Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

2198

**1001 WL LLC, DEBTOR**
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Account Summary

| | |
|---|---|
| Account Number: | 3887 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $620,437.13 |

## Trustee Checking

From 04/30/2025 To 04/30/2025

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 04/30/2025 | ACH Credit<br>1001 WL Palladium Cnslt<br>CCD 113011259660062<br>1001 WL LLC | | $15,677.66 | $620,437.13 |

5/1/25

This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

Generated May 1, 2025
Page 1 of 1

May 1, 2025



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
04/01/2025 thru 04/30/2025

Account #
7631700003887

Days In Statement Period
30




Image Number 922409111000910  Amount 0000001083.00
Date 04-02-2025  Serial 4038

Image Number 922409111000910  Amount 0000001083.00
Date 04-02-2025  Serial 4038



Image Number 922509111004280  Amount 0000003822.00
Date 04-03-2025  Serial 4039

Image Number 922509111004280  Amount 0000003822.00
Date 04-03-2025  Serial 4039




Image Number 922509111024790  Amount 0000001270.50
Date 04-03-2025  Serial 4042

Image Number 922509111024790  Amount 0000001270.50
Date 04-03-2025  Serial 4042



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period April 2025 Account #
04/01/2025 thru 04/30/2025      7631700003887

Days In Statement Period

30



| Image Number 922509111002120 | Amount 0000001276.00 | Image Number 922509111002120 | Amount 0000001276.00 |
| Date 04-03-2025 | Serial 4043 | Date 04-03-2025 | Serial 4043 |



| Image Number 922509111004290 | Amount 0000000057.00 | Image Number 922509111004290 | Amount 0000000057.00 |
| Date 04-04-2025 | Serial 40 | Date 04-04-2025 | Serial 40 |



| Image Number 922609111020620 | Amount 0000001121.47 | Image Number 922609111020620 | Amount 0000001121.47 |
| Date 04-04-2025 | Serial 4037 | Date 04-04-2025 | Serial 4037 |



axos BANK

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
04/01/2025 thru 04/30/2025

Account #
7631700003887

Days In Statement Period
30



| Image Number 922609111020290 | Amount 0000001270.50 | Image Number 922609111020290 | Amount 0000001270.50 |
| Date 04-04-2025 | Serial 4041 | Date 04-04-2025 | Serial 4041 |



| Image Number 923009111032840 | Amount 0000002058.40 | Image Number 923009111032840 | Amount 0000002058.40 |
| Date 04-08-2025 | Serial 4044 | Date 04-08-2025 | Serial 4044 |



| Image Number 923009111032830 | Amount 0000000175.95 | Image Number 923009111032830 | Amount 0000000175.95 |
| Date 04-08-2025 | Serial 4045 | Date 04-08-2025 | Serial 4045 |



Statement Period
04/01/2025 thru 04/30/2025

Account #
7631700003887

Days In Statement Period
30



Image Number 923609111022610    Amount 0000001729.27
Date 04-14-2025    Serial 4046

Image Number 923609111022610    Amount 0000001729.27
Date 04-14-2025    Serial 4046

Image Number 923909111006430    Amount 0000019568.00
Date 04-17-2025    Serial 4047

Image Number 923909111006430    Amount 0000019568.00
Date 04-17-2025    Serial 4047

Image Number 924409111019090    Amount 0000013250.00
Date 04-22-2025    Serial 4050

Image Number 924409111019090    Amount 0000013250.00
Date 04-22-2025    Serial 4050



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
04/01/2025 thru 04/30/2025

Account #
7631700003887

Days In Statement Period
30



| Image Number 924509111003480 | Amount 0000000702.40 |
| Date 04-23-2025 | Serial 4048 |

| Image Number 924509111003480 | Amount 0000000702.40 |
| Date 04-23-2025 | Serial 4048 |



| Image Number 925009111026810 | Amount 0000000462.00 |
| Date 04-28-2025 | Serial 4049 |

| Image Number 925009111026810 | Amount 0000000462.00 |
| Date 04-28-2025 | Serial 4049 |

  

| Image Number 925009111028980 | Amount 0000000462.00 |
| Date 04-28-2025 | Serial 4052 |

| Image Number 925009111028980 | Amount 0000000462.00 |
| Date 04-28-2025 | Serial 4052 |



| Statement Period | Account # |
|---|---|
| 04/01/2025 thru 04/30/2025 | 7631700003887 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Days In Statement Period

30



| Image Number 925109111031220 | Amount 0000003003.78 | Image Number 925109111031220 | Amount 0000003003.78 |
| Date 04-29-2025 | Serial 4051 | Date 04-29-2025 | Serial 4051 |



| Image Number 925109111031210 | Amount 0000003849.37 | Image Number 925109111031210 | Amount 0000003849.37 |
| Date 04-29-2025 | Serial 4053 | Date 04-29-2025 | Serial 4053 |

 

| Image Number 925109111031230 | Amount 0000000783.73 | Image Number 925109111031230 | Amount 0000000783.73 |
| Date 04-29-2025 | Serial 4054 | Date 04-29-2025 | Serial 4054 |

# DETAILED BANK RECONCILIATION

Date: 05/05/25 Page: 1

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 04/30/25

Account: 7631700003887 Checking Account
Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| 03/13/25 * | 4037 | KLEEN SUPPLY COMPANY | | 1,121.47 | C | 0.00 |
| 03/27/25 * | 4038 | UNITED STATES TRUSTEE | | 1,083.00 | C | 0.00 |
| | | Balance Forward To 04/01/25 | 638,519.62 | 175,597.80 | | 462,921.82 |
| 04/01/25 | 4039 | OCTAVIO CARRANZA | | 3,822.00 | C | 459,099.82 |
| 04/01/25 | 4040 | OCTAVIO CARRANZA | | 57.00 | C | 459,042.82 |
| 04/01/25 | 4041 | MARIA CRISTINA LEOS RICO | | 1,270.50 | C | 457,772.32 |
| 04/01/25 | 4042 | CENIA ROMERO | | 1,270.50 | C | 456,501.82 |
| 04/01/25 | 4043 | GRISELDA SANCHEZ | | 1,276.00 | C | 455,225.82 |
| 04/01/25 | 4044 | KLEEN SUPPLY COMPANY | | 2,058.40 | C | 453,167.42 |
| 04/01/25 | 4045 | KLEEN SUPPLY COMPANY | | 175.95 | C | 452,991.47 |
| 04/01/25 | | PALLADIUM CNSLT | 15,677.66 | | C | 468,669.13 |
| 04/04/25 | 4046 | FIRST INSURANCE FUNDING | | 1,729.27 | C | 466,939.86 |
| 04/04/25 | 5 | HS BROKERAGE HOLDINGS | 7,278.50 | | C | 474,218.36 |
| 04/04/25 | 6 | MALRY T REED SOLE PROP | 5,100.00 | | C | 479,318.36 |
| 04/04/25 | 7 | MALRY T REED SOLE PROP | 5,100.00 | | C | 484,418.36 |
| 04/04/25 | 8 | PEVEY & SEGURA PLLC | 4,519.50 | | C | 488,937.86 |
| 04/04/25 | 9 | PEVEY & SEGURA PLLC | 4,519.50 | | C | 493,457.36 |
| 04/04/25 | 10 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 497,951.87 |
| 04/04/25 | 11 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 502,446.38 |
| 04/04/25 | 12 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 503,946.38 |
| 04/04/25 | 13 | QUEST PERSONNEL RESOURCES, INC. | 7,221.50 | | C | 511,167.88 |
| 04/04/25 | 14 | T MOBILE | 4,515.28 | | C | 515,683.16 |
| 04/04/25 | 15 | T MOBILE | 4,515.28 | | C | 520,198.44 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 524,692.95 |
| 04/07/25 | 16 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 526,192.95 |
| 04/10/25 | 4047 | THE HARTFORD | | 19,568.00 | C | 506,624.95 |
| 04/10/25 | 17 | QUEST PERSONNEL RESOURCES, INC. | 7,221.50 | | C | 513,846.45 |
| 04/14/25 | 18 | CHAMPIONS SCHOOL OF REAL ESTATE LTD | 83,923.52 | | C | 597,769.97 |
| 04/14/25 | 19 | PEVEY & SEGURA PLLC | 4,519.50 | | C | 602,289.47 |
| 04/14/25 | 20 | T MOBILE | 4,515.28 | | C | 606,804.75 |
| 04/14/25 | 21 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 607,804.75 |
| 04/14/25 | | ACE GREEN RECYCLING INC. | 300.00 | | C | 608,104.75 |
| 04/15/25 | 4048 | UNITED STATES TRUSTEE | | 702.40 | C | 607,402.35 |
| 04/15/25 | | M EZZATABADIPOUR | 300.00 | | C | 607,702.35 |
| 04/17/25 | 4049 | MARIA CRISTINA LEOS RICO | | 462.00 | C | 607,240.35 |
| 04/17/25 | 4050 | CITY OF HOUSTON | | 13,250.00 | C | 593,990.35 |
| 04/18/25 | | Reverses Deposit # 21 | -1,000.00 | | C | 592,990.35 |
| 04/21/25 | 4051 | APS BUILDING SERVICES | | 3,003.78 | C | 589,986.57 |
| 04/21/25 | 4052 | CENIA ROMERO | | 462.00 | C | 589,524.57 |

RECONRP3

Ver: 22.07n

## DETAILED BANK RECONCILIATION

Date: 05/05/25  Page: 2

Trustee Name: John Patrick Lowe, Trustee
Case Number: **24-10119 SMR**
Case Name: 1001 WL, LLC

For Period Ending: **04/30/25**

Account: **7631700003887 Checking Account**  Account Code: 01

| Date | Check # | Payee | Deposit | Disbursement | C | Balance |
|---|---|---|---|---|---|---|
| 04/21/25 | 4053 | APS BUILDING SERVICES | | 3,849.37 | C | 585,675.20 |
| 04/21/25 | 4054 | APS BUILDING SERVICES | | 783.73 | C | 584,891.47 |
| 04/23/25 | 4055 | OCTAVIO CARRANZA | | 1,876.00 | | 583,015.47 |
| 04/23/25 | 4056 | GRISELDA SANCHEZ | | 652.50 | | 582,362.97 |
| 04/23/25 | 4057 | A1 EXPRESS SAFE & LOCK | | 394.03 | | 581,968.94 |
| 04/25/25 | 4058 | APS BUILDING SERVICES | | 712.29 | | 581,256.65 |
| 04/29/25 | | S DAEINEJAD | 300.00 | | C | 581,556.65 |
| 04/30/25 | 4059 | CARRIER CORPORATION | | 2,326.31 | | 579,230.34 |
| 04/30/25 | 4060 | CARRIER CORPORATION | | 3,951.13 | | 575,279.21 |
| 04/30/25 | | PALLADIUM CNSLT | 15,677.66 | | C | 590,956.87 |

| | | | | |
|---|---|---|---|---|
| CLEARED DEPOSITS | 830,207.83 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 209,770.70 | OUTSTANDING DISBURSEMENTS | - | 29,480.26 |
| | 620,437.13 | | | -29,480.26 |

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 590,956.87 | | |
| OUTSTANDING DEPOSITS | - | 0.00 | | |
| OUTSTANDING DISBURSEMENTS | + | 29,480.26 | | |
| FORM 2 ADJUSTED BALANCE | | 620,437.13 | BANK BALANCE | 620,437.13 |

\* Written in Prior Period, Cleared in Current Period

C = Cleared

5/6/25

RECONRP3  Ver: 22.07