FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 04/30/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/25 | | WELLS FARGO BANK, N.A. | BANK ACCOUNT BALANCE #7722 | | 586,584.21 | | 586,584.21 |
| 02/10/25 | 1 | UNITED STATES TREASURY | REGISTRY FUNDS-ADV. 24-01030 | | 26,936.25 | | 613,520.46 |
| 02/11/25 | 004001 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,232.00 | 612,288.46 |
| 02/11/25 | 004002 | Maria Cristina Leos Rico<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,155.00 | 611,133.46 |
| 02/11/25 | 004003 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>01/16/25 - 01/31/25 | | | 1,122.00 | 610,011.46 |
| 02/11/25 | 004004 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR AND<br>LANDSCAPING; 01/16/25 - 01/31/25 | | | 3,262.48 | 606,748.98 |
| 02/11/25 | 004005 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>01/22/25 INSTALLMENT | | | 19,568.00 | 587,180.98 |
| 02/11/25 | 004006 | Mueller Water Conditioning Inc.<br>P.O. Box 650998<br>Dallas, TX 75265 | JANUARY 2025<br>INVOICE NUMBER: 0479129-IN | | | 320.00 | 586,860.98 |
| 02/11/25 | 004007 | TK Elevator Corporation<br>P.O. Box 3796<br>Carol Stream, IL 60132 | ELEVATOR INSPECTION AND REPAIR<br>INVOICE #: 3008348657 | | | 8,649.40 | 578,211.58 |
| 02/11/25 | 004008 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | 09/10/24 - 09/30/24<br>INVOICE NUMBER: 229599 | | | 2,206.35 | 576,005.23 |
| 02/11/25 | 004009 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | 10/01/24 - 10/31/24<br>INVOICE NUMBER: 240944 | | | 2,206.35 | 573,798.88 |

Page Subtotals  613,520.46  39,721.58

LFORM24

Ver: 22.07n

24-10119-smr Doc#764-2 Filed 05/20/25 Entered 05/20/25 15:45:06 Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended April 3 Pg 2 of 11

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 04/30/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/11/25 | 004010 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | ACCESS CONTROL SYSTEM<br>INVOICE NUMBER: 294622 | | | 1,001.59 | 572,797.29 |
| 02/11/25 | 004011 | Waste Management<br>P.O. Box 660345<br>Dallas, TX 75266 | 02/01/25 - 02/28/25<br>INVOICE NUMBER: 7902778-0011-2 | | | 839.68 | 571,957.61 |
| 02/11/25 | 004012 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169 | | | 13,248.55 | 558,709.06 |
| 02/11/25 | 004013 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 333001357901 | | | 19,698.63 | 539,010.43 |
| 02/17/25 | 004014 | Modern Pest Control<br>1110 East Ave.<br>Katy, TX 77493 | ACCOUNT NUMBER: 74317<br>INVOICE NO. 673179 | | | 319.34 | 538,691.09 |
| 02/17/25 | 004015 | AT&T | ACCOUNT NUMBER: 330966395 | | | 117.51 | 538,573.58 |
| 02/17/25 | 004016 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/01/25 - 02-15/25 | | | 2,919.00 | 535,654.58 |
| 02/17/25 | 004017 | Maria Cristina Leos | JANITORIAL EXPENSES<br>02/03/25 - 02/14/25 | | | 1,155.00 | 534,499.58 |
| 02/17/25 | 004018 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,155.00 | 533,344.58 |
| 02/17/25 | 004019 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,120.00 | 532,224.58 |
| 02/17/25 | 004020 | Teneshia Hudspeth, Harris County Clerk<br>Harris County Clerk's Office | RECORDING FEE<br>SECTION 549 AFFIDAVIT | | | 33.00 | 532,191.58 |

Page Subtotals 0.00 41,607.30

LFORM24

Ver: 22.07n

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 04/30/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 1525<br>Houston, TX 77251-1525 | | | | | |
| 02/28/25 | 004021 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #45625 | | | 1,612.57 | 530,579.01 |
| 02/28/25 | 004022 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,160.00 | 529,419.01 |
| 02/28/25 | 004023 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/16/25 - 02/28/25 | | | 2,775.00 | 526,644.01 |
| 02/28/25 | 004024 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - FUEL<br>SKAYS CHEVRON $55.30; COSTCO $51.92 | | | 107.22 | 526,536.79 |
| 02/28/25 | 004025 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,155.00 | 525,381.79 |
| 02/28/25 | 004026 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,138.50 | 524,243.29 |
| 02/28/25 | 004027 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>02/22/25 INSTALLMENT | | | 19,568.00 | 504,675.29 |
| 03/11/25 | 004028 | FVA CONSTRUCTION<br>579 Farm to Market 1410<br>Devers, Texas 77538 | PROPERTY MAINTENACE AND LANDSCAPING<br>INVOICES #S: INV-000038; INV-000041; AND INV-000043<br>CHECK MAILED TO:<br><br>1001 WL, LLC<br>1001 West Loop South, Suite 700 | | | 4,700.00 | 499,975.29 |

Page Subtotals    0.00    32,216.29

LFORM24

Ver: 22.07n

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 04/30/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/11/25 | 004029 | FIRST Insurance Fundking<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Houston, TX 77027<br>Attn: Garrett Boyd<br>LOAN NUMBER: XXX-102330529<br>FEB AND MAR 2025 PAYMENTS<br>SENT BY FEDEX TO THE FOLLOWING ADDRESS:<br><br>FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | | | 3,293.84 | 496,681.45 |
| 03/11/25 | 004030 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>CHECK MAILED TO:<br><br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | | | 39,171.00 | 457,510.45 |
| 03/12/25 | 004031 | City of Houston<br>P.O, Box 1560<br>Houston, TX 77251 | ACCOUNT NUMBER: 58035549116 | | | 10,620.31 | 446,890.14 |
| 03/13/25 | 004032 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,155.00 | 445,735.14 |
| 03/13/25 | 004033 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,155.00 | 444,580.14 |
| 03/13/25 | 004034 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT | | | 1,160.00 | 443,420.14 |
| | | | Page Subtotals | | 0.00 | 56,555.15 | |

Ver: 22.07n

LFORM24

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 04/30/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/25 | 004035 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>03/01/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 3,192.00 | 440,228.14 |
| 03/13/25 | 004036 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - EXPENSES<br>MEMORIAL CHEVRON $58.25; ACME $30.85; ACME $11.91<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 101.01 | 440,127.13 |
| 03/13/25 | 004037 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #46029<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,121.47 | 439,005.66 |
| 03/14/25 | | S DAEINEJAD | RENTAL PROCEEDS<br>Bank Serial #: | | 300.00 | | 439,305.66 |
| 03/18/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS<br>Bank Serial #: | | 15,677.66 | | 454,983.32 |
| 03/19/25 | | SAM R. CAMMACH III, ATTORNEY AT LAW PLLC | MARCH RENT<br>DDA REGULAR DEPOSIT - RENTER'S CHECK DEPOSITED DIRECTLY INTO ACCOUNT ON 03/18/25 BY RENTER/REMITTER (NOT SURE HOW THAT WAS DONE/APPROVED). I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/18/25 SO DATE GENERATED BY SYSTEM IS 03/19/25. I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE. LETTER SENT TO RENTER ON 03/19/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE. VBH | | 1,500.00 | | 456,483.32 |
| | | | Page Subtotals | | 17,477.66 | 4,414.48 | |

LFORM24

Ver: 22.07n

**FORM 2**  Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 04/30/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/25 | 004038 | UNITED STATES TRUSTEE | 4TH QTR YEAR 2024 - CH 11 QTRLY FEE ACCOUNT NUMBER: 4212410119 CHECK MAILED TO: UNITED STATES TRUSTEE PAYMENT CENTER P.O. BOX 6200-19 PORTLAND, OR 97228-6200 | | | 1,083.00 | 455,400.32 |
| 03/28/25 | | QUEST PERSONNEL RESOURCES, INC. 1001 WEST LOOP SOUTH STE 625 HOUSTON, TEXAS 77027 | MARCH 2025 RENT DDA REGULAR DEPOSIT - AXOS BANK EMAILED TRUSTEE NOTIFYING HIM THAT IT HAD RECEIVED A CHECK IN THE MAIL PAYABLE TO 1001 WL,LLC DEBTOR TO BE DEPOSITED WITH NO ACCOUNT NUMBER TO MAKE THE DEPOSIT IN. TRUSTEE ADVISED AXOS BANK WITH THE ACCOUNT NUMBER IN WHICH THE CHECK SHOULD BE DEPOSITED INTO. THIS IS A RENTER'S CHECK. I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/27/25 SO DATE GENERATED BY SYSTEM IS 03/28/25. I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE. LETTER SENT TO RENTER ON 03/28/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE. VBH | | 7,221.50 | | 462,621.82 |
| 03/31/25 | | S DAEINEJAD | RENTAL PROCEEDS Bank Serial #: | | 300.00 | | 462,921.82 |
| 04/01/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS Bank Serial #: | | 15,677.66 | | 478,599.48 |
| 04/01/25 | 004039 | Octavio Carranza 6019 Fortelle Dr. | GENERAL MAINTENACE LABOR 136.50 HRS | | | 3,822.00 | 474,777.48 |

Page Subtotals  23,199.16  4,905.00

LFORM24  Ver: 22.07n

24-10119-smr Doc#764-2 Filed 05/20/25 Entered 05/20/25 15:45:06 Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended April 3 Pg 7 of 11

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 04/30/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX 77035 | SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | | |
| 04/01/25 | 004040 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - EXPENSES<br>GAS PAYMENT<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 57.00 | 474,720.48 |
| 04/01/25 | 004041 | Maria Cristina Leos Rico<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>77 HOURS<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,270.50 | 473,449.98 |
| 04/01/25 | 004042 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>77 HOURS<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,270.50 | 472,179.48 |
| 04/01/25 | 004043 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>88 HOURS<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,276.00 | 470,903.48 |
| 04/01/25 | 004044 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #46092<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 2,058.40 | 468,845.08 |
| 04/01/25 | 004045 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #46451<br>SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 175.95 | 468,669.13 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | APRIL 2025 RENT<br>Bank Serial #: | | 4,494.51 | | 473,163.64 |
| 04/04/25 | | HS BROKERAGE HOLDINGS | MARCH 2025 RENT | | 7,278.50 | | 480,442.14 |
| 04/04/25 | | MALRY T REED SOLE PROP | MARCH 2025 RENT | | 5,100.00 | | 485,542.14 |

Page Subtotals  16,873.01  6,108.35

LFORM24

Ver: 22.07n

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 04/30/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/25 | | DBA TRAIN WITH REED<br>MALRY T REED SOLE PROP<br>DBA TRAIN WITH REED | FEBRUARY 2025 RENT | | 5,100.00 | | 490,642.14 |
| 04/04/25 | | PEVEY & SEGURA PLLC | FEBRUARY 2025 RENT | | 4,519.50 | | 495,161.64 |
| 04/04/25 | | PEVEY & SEGURA PLLC | MARCH 2025 RENT | | 4,519.50 | | 499,681.14 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | FEBRUARY 2025 RENT | | 4,494.51 | | 504,175.65 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | MARCH 2025 RENT | | 4,494.51 | | 508,670.16 |
| 04/04/25 | | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | FEBRUARY 2025 RENT | | 1,500.00 | | 510,170.16 |
| 04/04/25 | | QUEST PERSONNEL RESOURCES, INC. | FEBRUARY 2025 RENT | | 7,221.50 | | 517,391.66 |
| 04/04/25 | | T MOBILE | FEBRUARY 2025 RENT | | 4,515.28 | | 521,906.94 |
| 04/04/25 | | T MOBILE | MARCH 2025 RENT | | 4,515.28 | | 526,422.22 |
| 04/04/25 | 004046 | FIRST INSURANCE FUNDING | LOAN NUMBER XXX-102330529<br>CHECK MAILED TO:<br><br>FIRST INSURANCE FUNDING<br>PO BOX 7000<br>CAROL STREAM, IL 60197-7000 | | | 1,729.27 | 524,692.95 |
| 04/07/25 | | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | APRIL 2025 RENT | | 1,500.00 | | 526,192.95 |
| 04/10/25 | | QUEST PERSONNEL RESOURCES, INC. | APRIL 2025 RENT | | 7,221.50 | | 533,414.45 |
| 04/10/25 | 004047 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>CHECK MAILED TO:<br><br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | | | 19,568.00 | 513,846.45 |
| 04/14/25 | | ACE GREEN RECYCLING INC.<br>2100 W LOOP SOUTH 1601 | APRIL 2025 RENT<br>Bank Serial #: | | 300.00 | | 514,146.45 |

Page Subtotals 49,901.58 21,297.27

Ver: 22.07n

LFORM24

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 04/30/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | HOUSTON, TX 77027 | | | | |
| 04/14/25 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | MARCH AND APRIL RENT PAYMENTS | 83,923.52 | | 598,069.97 |
| 04/14/25 | | PEVEY & SEGURA PLLC | APRIL 2025 RENT | 4,519.50 | | 602,589.47 |
| 04/14/25 | | T MOBILE | MARCH 2025 RENT | 4,515.28 | | 607,104.75 |
| * 04/14/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | APRIL RENT | 1,000.00 | | 608,104.75 |
| 04/15/25 | | M EZZATABADIPOUR | APRIL RENT | 300.00 | | 608,404.75 |
| 04/15/25 | 004048 | UNITED STATES TRUSTEE | Bank Serial #:<br>1ST QTR YEAR 2025 - CH 11 QTRLY FEE<br>ACCOUNT NUMBER: 4212410119<br>CHECK MAILED TO:<br><br>UNITED STATES TRUSTEE PAYMENT CENTER<br>P.O. BOX 6200-19<br>PORTLAND, OR 97228-6200 | | 702.40 | 607,702.35 |
| 04/17/25 | 004049 | Maria Cristina Leos Rico<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>28 HOURS<br>CHECK MAILED TO ADDRESS ON CHECK. | | 462.00 | 607,240.35 |
| 04/17/25 | 004050 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169<br>SERVICE ADDRESS: 1001 S WEST LOOP | | 13,250.00 | 593,990.35 |
| * 04/18/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | APRIL RENT<br>CHARGEBACK 04/17/25; REASON: STOP PAYMENT. | -1,000.00 | | 592,990.35 |
| 04/21/25 | 004051 | APS BUILDING SERVICES<br>PO BOX 40447<br>HOUSTON, TX 77240 | MECHANICAL REPAIRS<br>INVOICE 174152; RE: WORK ORDER - 328762;<br>SERVICE ADDRESS: 1001 WEST LOOP SOUTH BUILDING | | 3,003.78 | 589,986.57 |
| 04/21/25 | 004052 | Cenia Romero<br>7825 Corporate Dr. #1112 | JANITORAL EXPENSE<br>28 HOURS | | 462.00 | 589,524.57 |

Page Subtotals  93,258.30   17,880.18

LFORM24

Ver: 22.07n

24-10119-smr Doc#764-2 Filed 05/20/25 Entered 05/20/25 15:45:06 Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended April 3 Pg 10 of 11

Page: 10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887 Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 04/30/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX 77036 | CHECK MAILED TO MS. ROMERO AT THIS ADDRESS PER EMAIL OF 04/15/25 FROM DWARD DARJEAN. | | | | |
| 04/21/25 | 004053 | APS BUILDING SERVICES<br>PO BOX 40447<br>HOUSTON, TX 77240 | MECHANICAL REPAIRS<br>INVOICE 174274; RE: WORK ORDER - 328217; SERVICE ADDRESS: 1001 WEST LOOP SOUTH BUILDING | | | 3,849.37 | 585,675.20 |
| 04/21/25 | 004054 | APS BUILDING SERVICES<br>PO BOX 40447<br>HOUSTON, TX 77240 | MECHANICAL REPAIRS<br>INVOICE 174391; RE: WORK ORDER - 329280; SERVICE ADDRESS: 1001 WEST LOOP SOUTH BUILDING | | | 783.73 | 584,891.47 |
| 04/23/25 | 004055 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>67 HOURS<br>MAILED TO ADDRESS ON THIS CHECK. | | | 1,876.00 | 583,015.47 |
| 04/23/25 | 004056 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>45 HOURS<br>CHECK MAILED TO ADDRESS ON THIS CHECK.<br><br>THIS CHECK RETURNED ON 05/19/25, CHECK VOIDED AND FILED IN BANK STATEMENT FILE. THIS CHECK REPLACED BY CHECK NO. 4064 AND MAILED TO MS. SANCHEZ ON 05/14/25. ADDRESS MISSING APT. #. | | | 652.50 | 582,362.97 |
| 04/23/25 | 004057 | A1 Express Safe & Lock<br>9711 S. Mason Rd.<br>Ste. 125-240<br>Richmond, TX 77407 | INVOICE #60052; W.O. 56055 | | | 394.03 | 581,968.94 |
| 04/25/25 | 004058 | APS BUILDING SERVICES<br>PO BOX 40447<br>HOUSTON, TX 77240 | MECHANICAL REPAIRS<br>INVOICE 174780; RE: WORK ORDER - 329892; SERVICE ADDRESS: 1001 WEST LOOP SOUTH | | | 712.29 | 581,256.65 |

Page Subtotals 0.00 8,267.92

LFORM24

Ver: 22.07n

24-10119-smr  Doc#764-2  Filed 05/20/25  Entered 05/20/25 15:45:06  Form 2 - Estate Cash Receipts and Disbursements Record for Period Ended April 3 Pg 11 of 11

FORM 2

Page: 11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 04/30/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/25 | | S DAEINEJAD | BUILDING RENTAL PROCEEDS<br>Bank Serial #: | 300.00 | | 581,556.65 |
| 04/30/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS - DBA EXPERO #745<br>Bank Serial #: | 15,677.66 | | 597,234.31 |
| 04/30/25 | 004059 | Carrier Corporation<br>PO Box 93844<br>Chicago, IL 60673-3844 | INVOICE: 90431101<br>CUSTOMER NUMBER: A00107329; SERVICE ORDER: 8000521530 | | 2,326.31 | 594,908.00 |
| 04/30/25 | 004060 | Carrier Corporation<br>PO Box 93844<br>Chicago, IL 60673-3844 | INVOICE: 90424096<br>CUSTOMER NUMBER: A00107329; PROJECT ID: PR0911489 | | 3,951.13 | 590,956.87 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 830,207.83 | 239,250.96 | 590,956.87 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 830,207.83 | 239,250.96 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 830,207.83 | 239,250.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3887 | 830,207.83 | 239,250.96 | 590,956.87 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 830,207.83 | 239,250.96 | 590,956.87 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  15,977.66  6,277.44

Ver: 22.07n

LFORM24