

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period** 05/01/2025 thru 06/01/2025

**Account #** 3887

**Days In Statement Period** 32

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $620,437.13 | $197,719.97 | $161,566.87 | $656,590.23 |
| DEPOSIT TOTALS | $620,437.13 | $197,719.97 | $161,566.87 | $656,590.23 |

### Trustee Checking - 3887

**Beginning Balance** $620,437.13

| Date | Description | Credits | Debits |
|---|---|---|---|
| 05/02 | MyDeposit | $4,519.50 | |
| 05/02 | MyDeposit | $5,100.00 | |
| 05/06 | SENDER M EZZATABADIPOUR CIE 113000025925904 | $300.00 | |
| 05/06 | MyDeposit | $1,500.00 | |
| 05/06 | MyDeposit | $4,494.51 | |
| 05/06 | MyDeposit | $4,500.00 | |
| 05/08 | MyDeposit | $7,221.50 | |
| 05/09 | QUICKBOOKS CHAMPIONS SCHOOL PPD 021000022701497 JOHN PATRICK LOWE, TRU | $41,961.76 | |
| 05/12 | MyDeposit | $1,000.00 | |
| 05/12 | MyDeposit | $1,000.00 | |
| 05/12 | MyDeposit | $1,000.00 | |
| 05/12 | MyDeposit | $4,750.00 | |
| 05/12 | MyDeposit | $4,750.00 | |
| 05/12 | MyDeposit | $7,278.50 | |
| 05/12 | MyDeposit | $10,000.00 | |
| 05/19 | Wire Transfer Credit 1001 WL, LLC 2402 E MAIN ST UVALDE TX 78801-0000 20250519B1Q8151C009351 20250519MMQFMP9N000602 | $33,876.36 | |

Page 1 of 10



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
05/01/2025 thru 06/01/2025

Account #
3887

Days In Statement Period
32

## Trustee Checking 3887

| Date | Description | Credits | Debits |
|---|---|---|---|
| | 05191850FT01 | | |
| 05/19 | Wire Transfer Debit<br>US Retailers, LLC dba Cirro En<br>043000261<br>11593247-7<br>P.O. Box 2229<br>Houston TX 77252- 2229<br>MELLON BANK PITTS<br>PITTSBURGH    PA<br>20250519MMQFMP9N000481<br>20250519B1B7TQ1C000622<br>05191359FT01 | | $33,926.36 |
| 05/27 | ACH Pmt  SMART CONTRACT S<br>CCD 021000020147486<br>1001 WL South New | | $900.00 |
| 05/29 | 1001 WL   Palladium Cnslt<br>CCD 113011257379928<br>1001 WL LLC | | $15,677.66 |
| 05/30 | SENDER   S DAEINEJAD<br>CIE 113000027301315 | | $300.00 |
| 05/30 | QUICKBOOKS CHAMPIONS SCHOOL<br>PPD 021000028693440<br>JOHN PATRICK LOWE, TRU | | $42,490.18 |
| 05/30 | MyDeposit | $5,100.00 | |
| | | Ending Balance | $656,590.23 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 4058* | 712.29 | 05/01 | 4064 | 652.50 | 05/21 | 407 | 394.03 | 05/05 |
| 4059 | 2,326.31 | 05/09 | 4065 | 9,306.27 | 05/21 | 4070 | 33,926.36 | 05/22 |
| 4060 | 3,951.13 | 05/09 | 4066 | 14,908.07 | 05/22 | 4071 | 1,124.45 | 05/29 |
| 4061 | 1,646.92 | 05/07 | 4067 | 1,028.38 | 05/29 | *4074 | 18,292.21 | 05/28 |
| 4062 | 1,876.00 | 05/21 | 4068 | 3,199.95 | 05/27 | 4075 | 12,545.22 | 05/23 |
| 4063 | 88.04 | 05/21 | 4069 | 20,879.68 | 05/28 | 4076 | 782.70 | 05/28 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $662,721.89 | Average Daily Collected | $659,857.73 |


6/5/25



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Dates | Account #
05/01/2025 thru 06/01/2025 | 3887

Days In Statement Period
32

| Fees | | | | |
|---|---|---|---|---|
| | Total For This Period | Total Year-to-Date | | |
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# DETAILED BANK RECONCILIATION

Date: 06/05/25 Page: 1

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 05/31/25

Account: 3887 Checking Account    Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| 04/23/25 * | 4055 | OCTAVIO CARRANZA | | 1,876.00 | C | 0.00 |
| 04/23/25 * | 4056 | GRISELDA SANCHEZ | | 652.50 | C | 0.00 |
| 04/23/25 * | 4057 | A1 EXPRESS SAFE & LOCK | | 394.03 | C | 0.00 |
| 04/25/25 * | 4058 | APS BUILDING SERVICES | | 712.29 | C | 0.00 |
| 04/30/25 * | 4059 | CARRIER CORPORATION | | 2,326.31 | C | 0.00 |
| 04/30/25 * | 4060 | CARRIER CORPORATION | | 3,951.13 | C | 0.00 |
| | | Balance Forward To 05/01/25 | 830,207.83 | 239,250.96 | | 590,956.87 |
| 05/01/25 | 4061 | FIRST INSURANCE FUNDING | | 1,646.92 | C | 589,309.95 |
| 05/02/25 | 22 | MALRY T REED SOLE PROP | 5,100.00 | | C | 594,409.95 |
| 05/02/25 | 23 | PEVEY & SEGURA PLLC | 4,519.50 | | C | 598,929.45 |
| 05/06/25 | 24 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 603,423.96 |
| 05/06/25 | 25 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 604,923.96 |
| 05/06/25 | 26 | GOLD QUEST GROUP, LLC | 4,500.00 | | C | 609,423.96 |
| 05/06/25 | | M EZZATABADIPOUR | 300.00 | | C | 609,723.96 |
| 05/08/25 | 27 | QUEST PERSONAL RESOURCES, INC. | 7,221.50 | | C | 616,945.46 |
| 05/09/25 | | CHAMPIONS SCHOOL OF REAL ESTATE, LT | 41,961.76 | | C | 658,907.22 |
| 05/11/25 | 28 | B SQUARE DEVELOPMENT LLC | 10,000.00 | | C | 668,907.22 |
| 05/11/25 | 29 | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 673,657.22 |
| 05/11/25 | 30 | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 678,407.22 |
| 05/12/25 | 31 | HS BROKERAGE HOLDINGS | 7,278.50 | | C | 685,685.72 |
| 05/12/25 | 32 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 686,685.72 |
| 05/12/25 | 33 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 687,685.72 |
| 05/12/25 | 34 | DAVID L COOK JR. ATTORNEY AT LAW | 1,000.00 | | C | 688,685.72 |
| 05/12/25 | | Reverses Check # 4055 | | -1,876.00 | C | 690,561.72 |
| 05/13/25 | 4062 | OCTAVIO CARRANZA | | 1,876.00 | C | 688,685.72 |
| 05/13/25 | 4063 | OCTAVIO CARRANZA | | 88.04 | C | 688,597.68 |
| 05/13/25 | | Reverses Check # 4056 | | -652.50 | C | 689,250.18 |
| 05/14/25 | 4064 | GRISELDA SANCHEZ | | 652.50 | C | 688,597.68 |
| 05/16/25 | 4065 | PROMISE TOTAL SERVICES OF TEXAS, IN | | 9,306.27 | C | 679,291.41 |
| 05/16/25 | 4066 | CIRRO ENERGY | | 14,908.07 | C | 664,383.34 |
| 05/19/25 | 4067 | MODERN PEST CONTROL | | 1,028.38 | C | 663,354.96 |
| 05/19/25 | 4068 | WM CORPORATE SERVICES, INC. | | 3,199.95 | C | 660,155.01 |
| 05/19/25 | 4069 | CITY OF HOUSTON | | 20,879.68 | C | 639,275.33 |
| 05/19/25 | | CIRRO ENERGY | | 33,926.36 | C | 605,348.97 |
| 05/19/25 | | CIRRO ENERGY | 33,876.36 | | C | 639,225.33 |
| 05/20/25 | 4070 | CIRRO ENERGY | | 33,926.36 | C | 605,298.97 |
| 05/20/25 | 4071 | KINGS III OF AMERICA, LLC | | 1,124.45 | C | 604,174.52 |
| 05/21/25 | 4072 | YOUSEF ABEID | | 540.00 | | 603,634.52 |

RECONRP3    Ver: 22.07n

Date: 06/05/25            **DETAILED BANK RECONCILIATION**            Page: 2

Trustee Name:    John Patrick Lowe, Trustee
Case Number:    **24-10119 SMR**            For Period Ending: **05/31/25**
Case Name:    1001 WL, LLC

Account:    **3887 Checking Account**            Account Code: 01

| Date | Check # | Payee | Deposit | Disbursement | C | Balance |
|---|---|---|---:|---:|---|---:|
| 05/21/25 | 4073 | YOUSEF ABEID | | 450.00 | | 603,184.52 |
| 05/21/25 | 4074 | PCR PROPERTY SERVICES, LLC | | 18,292.21 | C | 584,892.31 |
| 05/21/25 | 4075 | TK ELEVATOR | | 12,545.22 | C | 572,347.09 |
| 05/22/25 | 4076 | CIRRO ENERGY | | 782.70 | C | 571,564.39 |
| 05/27/25 | | SMART CONTRACT S | 900.00 | | C | 572,464.39 |
| 05/29/25 | | PALLADIUM CNSLT | 15,677.66 | | C | 588,142.05 |
| 05/30/25 | 35 | MALRY T REED SOLE PROP | 5,100.00 | | C | 593,242.05 |
| 05/30/25 | | S DAEINEJAD | 300.00 | | C | 593,542.05 |
| 05/30/25 | | CHAMPIONS SCHOOL OF REAL ESTATE, LT | 42,490.18 | | C | 636,032.23 |

| | | | | |
|---|---:|---|---|---:|
| CLEARED DEPOSITS | 1,027,927.80 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 371,337.57 | OUTSTANDING DISBURSEMENTS | - | 20,558.00 |
| | 656,590.23 | | | -20,558.00 |

| | | |
|---|---|---:|
| FORM 2 LEDGER BALANCE | | 636,032.23 |
| OUTSTANDING DEPOSITS | - | 0.00 |
| OUTSTANDING DISBURSEMENTS | + | 20,558.00 |
| FORM 2 ADJUSTED BALANCE | | 656,590.23 |
| BANK BALANCE | | 656,590.23 |

\* Written in Prior Period, Cleared in Current Period            C = Cleared

6/5/25
UC

[signature]

RECONRP3            Ver: 22.07n