FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No:  24-10119 -SMR
Case Name:  1001 WL, LLC

Taxpayer ID No:  *******5202
For Period Ending:  05/31/25

Trustee Name:  John Patrick Lowe, Trustee
Bank Name:  Axos Bank
Account Number / CD #:  *******3887  Checking Account

Blanket Bond (per case limit):  $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/25 | | WELLS FARGO BANK, N.A. | BANK ACCOUNT BALANCE #7722 | | 586,584.21 | | 586,584.21 |
| 02/10/25 | 1 | UNITED STATES TREASURY | REGISTRY FUNDS-ADV. 24-01030 | | 26,936.25 | | 613,520.46 |
| 02/11/25 | 004001 | Griselda Sanchez 1742 Woodvine Dr. Houston, TX 77055 | JANITORIAL EXPENSE 01/16/25 - 01/31/25 | | | 1,232.00 | 612,288.46 |
| 02/11/25 | 004002 | Maria Cristina Leos Rico 11602 Bellbrook Dr. Houston, TX 77096 | JANITORAL EXPENSE 01/16/25 - 01/31/25 | | | 1,155.00 | 611,133.46 |
| 02/11/25 | 004003 | Cenia Romero 3502 Darlinghurst #168B Houston, TX 77045 | JANITORAL EXPENSE 01/16/25 - 01/31/25 | | | 1,122.00 | 610,011.46 |
| 02/11/25 | 004004 | Octavio Carranza 6019 Fortelle Dr. Houston, TX 77035 | GENERAL MAINTENACE LABOR AND LANDSCAPING; 01/16/25 - 01/31/25 | | | 3,262.48 | 606,748.98 |
| 02/11/25 | 004005 | The Hartford P O Box 660916 Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249 01/22/25 INSTALLMENT | | | 19,568.00 | 587,180.98 |
| 02/11/25 | 004006 | Mueller Water Conditioning Inc. P.O. Box 650998 Dallas, TX 75265 | JANUARY 2025 INVOICE NUMBER: 0479129-IN | | | 320.00 | 586,860.98 |
| 02/11/25 | 004007 | TK Elevator Corporation P.O. Box 3796 Carol Stream, IL 60132 | ELEVATOR INSPECTION AND REPAIR INVOICE #: 3008348657 | | | 8,649.40 | 578,211.58 |
| 02/11/25 | 004008 | Datawatch Systems P.O. Box 79845 Baltimore, MD 21279 | 09/10/24 - 09/30/24 INVOICE NUMBER: 229599 | | | 2,206.35 | 576,005.23 |
| 02/11/25 | 004009 | Datawatch Systems P.O. Box 79845 Baltimore, MD 21279 | 10/01/24 - 10/31/24 INVOICE NUMBER: 240944 | | | 2,206.35 | 573,798.88 |

Page Subtotals  613,520.46  39,721.58

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        24-10119  -SMR
Case Name:     1001 WL, LLC

Taxpayer ID No:  *******5202
For Period Ending:  05/31/25

Trustee Name:     John Patrick Lowe, Trustee
Bank Name:        Axos Bank
Account Number / CD #:   *******3887  Checking Account

Blanket Bond (per case limit):  $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/11/25 | 004010 | Datawatch Systems<br>P.O. Box 79845<br>Baltimore, MD 21279 | ACCESS CONTROL SYSTEM<br>INVOICE NUMBER: 294622 | | | 1,001.59 | 572,797.29 |
| 02/11/25 | 004011 | Waste Management<br>P.O. Box 660345<br>Dallas, TX 75266 | 02/01/25 - 02/28/25<br>INVOICE NUMBER: 7902778-0011-2 | | | 839.68 | 571,957.61 |
| 02/11/25 | 004012 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169 | | | 13,248.55 | 558,709.06 |
| 02/11/25 | 004013 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 333001357901 | | | 19,698.63 | 539,010.43 |
| 02/17/25 | 004014 | Modern Pest Control<br>1110 East Ave.<br>Katy, TX 77493 | ACCOUNT NUMBER: 74317<br>INVOICE NO. 673179 | | | 319.34 | 538,691.09 |
| 02/17/25 | 004015 | AT&T | ACCOUNT NUMBER: 330966395 | | | 117.51 | 538,573.58 |
| 02/17/25 | 004016 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/01/25 - 02-15/25 | | | 2,919.00 | 535,654.58 |
| 02/17/25 | 004017 | Maria Cristina Leos | JANITORIAL EXPENSES<br>02/03/25 - 02/14/25 | | | 1,155.00 | 534,499.58 |
| 02/17/25 | 004018 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORIAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,155.00 | 533,344.58 |
| 02/17/25 | 004019 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/03/25 - 02/14/25 | | | 1,120.00 | 532,224.58 |
| 02/17/25 | 004020 | Teneshia Hudspeth, Harris County Clerk<br>Harris County Clerk's Office | RECORDING FEE<br>SECTION 549 AFFIDAVIT | | | 33.00 | 532,191.58 |

Page Subtotals            0.00        41,607.30

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| | |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 05/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | P.O. Box 1525<br>Houston, TX 77251-1525 | | | | | |
| 02/28/25 | 004021 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #45625 | | | 1,612.57 | 530,579.01 |
| 02/28/25 | 004022 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORIAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,160.00 | 529,419.01 |
| 02/28/25 | 004023 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>02/16/25 - 02/28/25 | | | 2,775.00 | 526,644.01 |
| 02/28/25 | 004024 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - FUEL<br>SKAYS CHEVRON $55.30; COSTCO $51.92 | | | 107.22 | 526,536.79 |
| 02/28/25 | 004025 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,155.00 | 525,381.79 |
| 02/28/25 | 004026 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORIAL EXPENSE<br>02/17/25 - 02/28/25 | | | 1,138.50 | 524,243.29 |
| 02/28/25 | 004027 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>02/22/25 INSTALLMENT | | | 19,568.00 | 504,675.29 |
| 03/11/25 | 004028 | FVA CONSTRUCTION<br>579 Farm to Market 1410<br>Devers, Texas 77538 | PROPERTY MAINTENANCE AND LANDSCAPING<br>INVOICES #S: INV-000038; INV-000041; AND<br>INV-000043<br>CHECK MAILED TO:<br><br>1001 WL, LLC<br>1001 West Loop South, Suite 700 | | | 4,700.00 | 499,975.29 |

| | | | Page Subtotals | | 0.00 | 32,216.29 | |

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-10119 -SMR
Case Name: 1001 WL, LLC

Taxpayer ID No: *******5202
For Period Ending: 05/31/25

Trustee Name: John Patrick Lowe, Trustee
Bank Name: Axos Bank
Account Number / CD #: *******3887 Checking Account

Blanket Bond (per case limit): $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/11/25 | 004029 | FIRST Insurance Fundking<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Houston, TX 77027<br>Attn: Garrett Boyd<br>LOAN NUMBER: XXX-102330529<br>FEB AND MAR 2025 PAYMENTS<br>SENT BY FEDEX TO THE FOLLOWING<br>ADDRESS:<br><br>FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | | | 3,293.84 | 496,681.45 |
| 03/11/25 | 004030 | The Hartford<br>P O Box 660916<br>Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249<br>CHECK MAILED TO:<br><br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | | | 39,171.00 | 457,510.45 |
| 03/12/25 | 004031 | City of Houston<br>P.O, Box 1560<br>Houston, TX 77251 | ACCOUNT NUMBER: 58035549116 | | | 10,620.31 | 446,890.14 |
| 03/13/25 | 004032 | Cenia Romero<br>3502 Darlinghurst #168B<br>Houston, TX 77045 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT<br>BOYD | | | 1,155.00 | 445,735.14 |
| 03/13/25 | 004033 | Maria Cristina Leos<br>11602 Bellbrook Dr.<br>Houston, TX 77096 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT<br>BOYD | | | 1,155.00 | 444,580.14 |
| 03/13/25 | 004034 | Griselda Sanchez<br>1742 Woodvine Dr.<br>Houston, TX 77055 | JANITORAL EXPENSE<br>03/03/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT | | | 1,160.00 | 443,420.14 |

Page Subtotals 0.00 56,555.15

LFORM24

Ver: 22.07n

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

| | | |
|---|---|---|
| Case No: | 24-10119 -SMR | |
| Case Name: | 1001 WL, LLC | |

Taxpayer ID No: *******5202
For Period Ending: 05/31/25

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |

Blanket Bond (per case limit):  $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BOYD | | | | |
| 03/13/25 | 004035 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | GENERAL MAINTENACE LABOR<br>03/01/25 - 03/14/25<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 3,192.00 | 440,228.14 |
| 03/13/25 | 004036 | Octavio Carranza<br>6019 Fortelle Dr.<br>Houston, TX 77035 | REIMBURSEMENT - EXPENSES<br>MEMORIAL CHEVRON $58.25; ACME $30.85; ACME $11.91<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 101.01 | 440,127.13 |
| 03/13/25 | 004037 | Kleen Supply Company<br>PO Box 2037<br>Galveston, TX 77553 | SUPPLIES<br>INVOICE #46029<br>SENT VIA FEDEX TO 1001 WL, LLC - GARRETT BOYD | | | 1,121.47 | 439,005.66 |
| 03/14/25 | | S DAEINEJAD | RENTAL PROCEEDS<br>Bank Serial #: | | 300.00 | | 439,305.66 |
| 03/18/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS<br>Bank Serial #: | | 15,677.66 | | 454,983.32 |
| 03/19/25 | | SAM R. CAMMACH III, ATTORNEY AT LAW PLLC | MARCH RENT<br>DDA REGULAR DEPOSIT - RENTER'S CHECK DEPOSITED DIRECTLY INTO ACCOUNT ON 03/18/25 BY RENTER/REMITTER (NOT SURE HOW THAT WAS DONE/APPROVED).  I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/18/25 SO DATE GENERATED BY SYSTEM IS 03/19/25.  I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE.  LETTER SENT TO RENTER ON 03/19/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE.  VBH | | 1,500.00 | | 456,483.32 |

Page Subtotals    17,477.66    4,414.48

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 05/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/25 | 004038 | UNITED STATES TRUSTEE | 4TH QTR YEAR 2024 - CH 11 QTRLY FEE ACCOUNT NUMBER: 4212410119 CHECK MAILED TO:<br><br>UNITED STATES TRUSTEE PAYMENT CENTER P.O. BOX 6200-19 PORTLAND, OR 97228-6200 | | | 1,083.00 | 455,400.32 |
| 03/28/25 | | QUEST PERSONNEL RESOURCES, INC. 1001 WEST LOOP SOUTH STE 625 HOUSTON, TEXAS 77027 | MARCH 2025 RENT DDA REGULAR DEPOSIT - AXOS BANK EMAILED TRUSTEE NOTIFYING HIM THAT IT HAD RECEIVED A CHECK IN THE MAIL PAYABLE TO 1001 WL,LLC DEBTOR TO BE DEPOSITED WITH NO ACCOUNT NUMBER TO MAKE THE DEPOSIT IN.  TRUSTEE ADVISED AXOS BANK WITH THE ACCOUNT NUMBER IN WHICH THE CHECK SHOULD BE DEPOSITED INTO.  THIS IS A RENTER'S CHECK.  I WAS NOT ABLE TO BACK DATE DEPOSIT TO 03/27/25 SO DATE GENERATED BY SYSTEM IS 03/28/25.  I DID NOT RECORD FROM BANKING CENTER BECAUSE IT WAS NOT AN INCOMING WIRE.  LETTER SENT TO RENTER ON 03/28/25 REQUESTING THAT CHECKS BE MAILED TO CHAPTER 11 TRUSTEE.  VBH | | 7,221.50 | | 462,621.82 |
| 03/31/25 | | S DAEINEJAD | RENTAL PROCEEDS Bank Serial #: | | 300.00 | | 462,921.82 |
| 04/01/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS Bank Serial #: | | 15,677.66 | | 478,599.48 |
| 04/01/25 | 004039 | Octavio Carranza 6019 Fortelle Dr. | GENERAL MAINTENACE LABOR 136.50 HRS | | | 3,822.00 | 474,777.48 |
| | | | Page Subtotals | | 23,199.16 | 4,905.00 | |

Ver: 22.07n

FORM 2

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:   24-10119 -SMR
Case Name:   1001 WL, LLC

Taxpayer ID No:   *******5202
For Period Ending:   05/31/25

Trustee Name:   John Patrick Lowe, Trustee
Bank Name:   Axos Bank
Account Number / CD #:   *******3887  Checking Account

Blanket Bond (per case limit):   $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX 77035 | SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | | |
| 04/01/25 | 004040 | Octavio Carranza 6019 Fortelle Dr. Houston, TX 77035 | REIMBURSEMENT - EXPENSES GAS PAYMENT SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 57.00 | 474,720.48 |
| 04/01/25 | 004041 | Maria Cristina Leos Rico 11602 Bellbrook Dr. Houston, TX 77096 | JANITORAL EXPENSE 77 HOURS SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,270.50 | 473,449.98 |
| 04/01/25 | 004042 | Cenia Romero 3502 Darlinghurst #168B Houston, TX 77045 | JANITORAL EXPENSE 77 HOURS SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,270.50 | 472,179.48 |
| 04/01/25 | 004043 | Griselda Sanchez 1742 Woodvine Dr. Houston, TX 77055 | JANITORIAL EXPENSE 88 HOURS SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 1,276.00 | 470,903.48 |
| 04/01/25 | 004044 | Kleen Supply Company PO Box 2037 Galveston, TX 77553 | SUPPLIES INVOICE #46092 SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 2,058.40 | 468,845.08 |
| 04/01/25 | 004045 | Kleen Supply Company PO Box 2037 Galveston, TX 77553 | SUPPLIES INVOICE #46451 SENT VIA FEDEX TO 1001 WL, LLC - GIA SAMAVATI | | | 175.95 | 468,669.13 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | APRIL 2025 RENT Bank Serial #: | | 4,494.51 | | 473,163.64 |
| 04/04/25 | | HS BROKERAGE HOLDINGS | MARCH 2025 RENT | | 7,278.50 | | 480,442.14 |
| 04/04/25 | | MALRY T REED SOLE PROP | MARCH 2025 RENT | | 5,100.00 | | 485,542.14 |

Page Subtotals   16,873.01   6,108.35

Ver: 22.07n

LFORM24

FORM 2

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           24-10119 -SMR
Case Name:      1001 WL, LLC

Trustee Name:        John Patrick Lowe, Trustee
Bank Name:           Axos Bank
Account Number / CD #:      *******3887  Checking Account

Taxpayer ID No:   *******5202
For Period Ending:  05/31/25

Blanket Bond (per case limit):    $ 15,655,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DBA TRAIN WITH REED | | | | | |
| 04/04/25 | | MALRY T REED SOLE PROP | FEBRUARY 2025 RENT | | 5,100.00 | | 490,642.14 |
| | | DBA TRAIN WITH REED | | | | | |
| 04/04/25 | | PEVEY & SEGURA PLLC | FEBRUARY 2025 RENT | | 4,519.50 | | 495,161.64 |
| 04/04/25 | | PEVEY & SEGURA PLLC | MARCH 2025 RENT | | 4,519.50 | | 499,681.14 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | FEBRUARY 2025 RENT | | 4,494.51 | | 504,175.65 |
| 04/04/25 | | HASAN & ASSOCIATES CPAS, P.C. | MARCH 2025 RENT | | 4,494.51 | | 508,670.16 |
| 04/04/25 | | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | FEBRUARY 2025 RENT | | 1,500.00 | | 510,170.16 |
| 04/04/25 | | QUEST PERSONNEL RESOURCES, INC. | FEBRUARY 2025 RENT | | 7,221.50 | | 517,391.66 |
| 04/04/25 | | T MOBILE | FEBRUARY 2025 RENT | | 4,515.28 | | 521,906.94 |
| 04/04/25 | | T MOBILE | MARCH 2025 RENT | | 4,515.28 | | 526,422.22 |
| 04/04/25 | 004046 | FIRST INSURANCE FUNDING | LOAN NUMBER XXX-102330529 | | | 1,729.27 | 524,692.95 |
| | | | CHECK MAILED TO: | | | | |
| | | | FIRST INSURANCE FUNDING PO BOX 7000 CAROL STREAM, IL 60197-7000 | | | | |
| 04/07/25 | | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | APRIL 2025 RENT | | 1,500.00 | | 526,192.95 |
| 04/10/25 | | QUEST PERSONNEL RESOURCES, INC. | APRIL 2025 RENT | | 7,221.50 | | 533,414.45 |
| 04/10/25 | 004047 | The Hartford P O Box 660916 Dallas, TX 75266-0916 | ACCOUNT NUMBER: 17560249 CHECK MAILED TO: The Hartford PO Box 660916 Dallas, TX 75266-0916 | | | 19,568.00 | 513,846.45 |
| 04/14/25 | | ACE GREEN RECYCLING INC. 2100 W LOOP SOUTH 1601 | APRIL 2025 RENT Bank Serial #: | | 300.00 | | 514,146.45 |

Page Subtotals          49,901.58        21,297.27

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| | |
|---|---|
| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |
| Taxpayer ID No: | *******5202 |
| For Period Ending: | 05/31/25 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | HOUSTON, TX 77027 | | | | | |
| 04/14/25 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | MARCH AND APRIL RENT PAYMENTS | | 83,923.52 | | 598,069.97 |
| 04/14/25 | | PEVEY & SEGURA PLLC | APRIL 2025 RENT | | 4,519.50 | | 602,589.47 |
| 04/14/25 | | T MOBILE | MARCH 2025 RENT | | 4,515.28 | | 607,104.75 |
| * 04/14/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | APRIL RENT | | 1,000.00 | | 608,104.75 |
| 04/15/25 | | M EZZATABADIPOUR | APRIL RENT | | 300.00 | | 608,404.75 |
| | | | Bank Serial #: | | | | |
| 04/15/25 | 004048 | UNITED STATES TRUSTEE | 1ST QTR YEAR 2025 - CH 11 QTRLY FEE ACCOUNT NUMBER: 4212410119 CHECK MAILED TO: UNITED STATES TRUSTEE PAYMENT CENTER P.O. BOX 6200-19 PORTLAND, OR 97228-6200 | | | 702.40 | 607,702.35 |
| 04/17/25 | 004049 | Maria Cristina Leos Rico 11602 Bellbrook Dr. Houston, TX 77096 | JANITORAL EXPENSE 28 HOURS CHECK MAILED TO ADDRESS ON CHECK. | | | 462.00 | 607,240.35 |
| 04/17/25 | 004050 | City of Houston PO Box 1560 Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169 SERVICE ADDRESS:  1001 S WEST LOOP | | | 13,250.00 | 593,990.35 |
| * 04/18/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | APRIL RENT CHARGEBACK 04/17/25; REASON: STOP PAYMENT. | | -1,000.00 | | 592,990.35 |
| 04/21/25 | 004051 | APS BUILDING SERVICES PO BOX 40447 HOUSTON, TX 77240 | MECHANICAL REPAIRS INVOICE 174152; RE: WORK ORDER - 328762; SERVICE ADDRESS:  1001 WEST LOOP SOUTH BUILDING | | | 3,003.78 | 589,986.57 |
| 04/21/25 | 004052 | Cenia Romero 7825 Corporate Dr. #1112 | JANITORAL EXPENSE 28 HOURS | | | 462.00 | 589,524.57 |
| | | | Page Subtotals | | 93,258.30 | 17,880.18 | |

Ver: 22.07n

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

| Case No: | 24-10119 -SMR |
| Case Name: | 1001 WL, LLC |

| Taxpayer ID No: | *******5202 |
| For Period Ending: | 05/31/25 |

| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887 Checking Account |

| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Houston, TX 77036 | CHECK MAILED TO MS. ROMERO AT THIS ADDRESS PER EMAIL OF 04/15/25 FROM DWARD DARJEAN. | | | | |
| | 04/21/25 | 004053 | APS BUILDING SERVICES PO BOX 40447 HOUSTON, TX 77240 | MECHANICAL REPAIRS INVOICE 174274; RE: WORK ORDER - 328217; SERVICE ADDRESS: 1001 WEST LOOP SOUTH BUILDING | | | 3,849.37 | 585,675.20 |
| | 04/21/25 | 004054 | APS BUILDING SERVICES PO BOX 40447 HOUSTON, TX 77240 | MECHANICAL REPAIRS INVOICE 174391; RE: WORK ORDER - 329280; SERVICE ADDRESS: 1001 WEST LOOP SOUTH BUILDING | | | 783.73 | 584,891.47 |
| * | 04/23/25 | 004055 | Octavio Carranza 6019 Fortelle Dr. Houston, TX 77035 | GENERAL MAINTENACE LABOR 67 HOURS MAILED TO ADDRESS ON THIS CHECK. | | | 1,876.00 | 583,015.47 |
| * | 04/23/25 | 004056 | Griselda Sanchez 1742 Woodvine Dr. Houston, TX 77055 | JANITORIAL EXPENSE 45 HOURS CHECK MAILED TO ADDRESS ON THIS CHECK.<br><br>THIS CHECK RETURNED ON 05/19/25, CHECK VOIDED AND FILED IN BANK STATEMENT FILE. THIS CHECK REPLACED BY CHECK NO. 4064 AND MAILED TO MS. SANCHEZ ON 05/14/25. ADDRESS MISSING APT. #. | | | 652.50 | 582,362.97 |
| | 04/23/25 | 004057 | A1 Express Safe & Lock 9711 S. Mason Rd. Ste. 125-240 Richmond, TX 77407 | INVOICE #60052; W.O. 56055 | | | 394.03 | 581,968.94 |
| | 04/25/25 | 004058 | APS BUILDING SERVICES PO BOX 40447 HOUSTON, TX 77240 | MECHANICAL REPAIRS INVOICE 174780; RE: WORK ORDER - 329892; SERVICE ADDRESS: 1001 WEST LOOP SOUTH | | | 712.29 | 581,256.65 |

| Page Subtotals | 0.00 | 8,267.92 |
|---|---|---|

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 05/31/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/25 | | S DAEINEJAD | BUILDING RENTAL PROCEEDS | | 300.00 | | 581,556.65 |
| | | | Bank Serial #: | | | | |
| 04/30/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS - DBA EXPERO #745 | | 15,677.66 | | 597,234.31 |
| | | | Bank Serial #: | | | | |
| 04/30/25 | 004059 | Carrier Corporation PO Box 93844 Chicago, IL 60673-3844 | INVOICE: 90431101 CUSTOMER NUMBER: A00107329; SERVICE ORDER: 8000521530 | | | 2,326.31 | 594,908.00 |
| 04/30/25 | 004060 | Carrier Corporation PO Box 93844 Chicago, IL 60673-3844 | INVOICE: 90424096 CUSTOMER NUMBER: A00107329; PROJECT ID: PR0911489 | | | 3,951.13 | 590,956.87 |
| 05/01/25 | 004061 | FIRST Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000 | LOAN NUMBER XXX-102330529 CHECK MAILED TO:  FIRST INSURANCE FUNDING PO BOX 7000 CAROL STREAM, IL 60197-7000 | | | 1,646.92 | 589,309.95 |
| 05/02/25 | | MALRY T REED SOLE PROP DBA TRAIN WITH REED | MAY 2025 RENT | | 5,100.00 | | 594,409.95 |
| 05/02/25 | | PEVEY & SEGURA PLLC | MAY 2025 RENT | | 4,519.50 | | 598,929.45 |
| 05/06/25 | | M EZZATABADIPOUR | MAY RENT | | 300.00 | | 599,229.45 |
| | | | Bank Serial #: | | | | |
| 05/06/25 | | HASAN & ASSOCIATES CPAS, P.C. | MAY 2025 RENT | | 4,494.51 | | 603,723.96 |
| 05/06/25 | | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | MAY 2025 RENT | | 1,500.00 | | 605,223.96 |
| 05/06/25 | | GOLD QUEST GROUP, LLC | MAY 2025 RENT - OFFICE 803 | | 4,500.00 | | 609,723.96 |
| 05/08/25 | | QUEST PERSONAL RESOURCES, INC. | MAY 2025 RENT | | 7,221.50 | | 616,945.46 |
| 05/09/25 | | CHAMPIONS SCHOOL OF REAL ESTATE, LTD. | MAY 2025 RENT | | 41,961.76 | | 658,907.22 |
| | | | Bank Serial #: | | | | |

| | Page Subtotals | 85,574.93 | 7,924.36 |
|---|---|---|---|

Ver: 22.07n

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 05/31/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/11/25 | | B SQUARE DEVELOPMENT LLC | APRIL AND MAY 2025 RENT | | 10,000.00 | | 668,907.22 |
| | 05/11/25 | | NATIONWIDE INVESTIGATIONS AND SECURITY, INC. | APRIL 2025 RENT | | 4,750.00 | | 673,657.22 |
| | 05/11/25 | | NATIONWIDE INVESTIGATIONS AND SECURITY, INC. | MAY 2025 RENT | | 4,750.00 | | 678,407.22 |
| | 05/12/25 | | HS BROKERAGE HOLDINGS | MAY 2025 RENT - SUITE 105 | | 7,278.50 | | 685,685.72 |
| | 05/12/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | APRIL 2025 RENT | | 1,000.00 | | 686,685.72 |
| | 05/12/25 | | HARDER DEVOTION PERSONAL TRAINING, LLC | MAY 2025 RENT | | 1,000.00 | | 687,685.72 |
| | 05/12/25 | | DAVID L COOK JR.  ATTORNEY AT LAW | MAY 2025 RENT | | 1,000.00 | | 688,685.72 |
| * | 05/12/25 | 004055 | Octavio Carranza 6019 Fortelle Dr. Houston, TX 77035 | Stop Payment Reversal STOP PAYMENT | | | -1,876.00 | 690,561.72 |
| * | 05/13/25 | 004056 | Griselda Sanchez 1742 Woodvine Dr. Houston, TX 77055 | Stop Payment Reversal STOP PAYMENT | | | -652.50 | 691,214.22 |
| | 05/13/25 | 004062 | OCTAVIO CARRANZA 6019 FONTENELLE DR. HOUSTON, TX 77035 | GENERAL MAINTENANCE LABOR REPLACES CHECK NO. 4055 | | | 1,876.00 | 689,338.22 |
| | 05/13/25 | 004063 | OCTAVIO CARRANZA 6019 FONTENELLE DR. HOUSTON, TX 77035 | REIMBURSEMENT - EXPENSES FUEL/PARTS | | | 88.04 | 689,250.18 |
| | 05/14/25 | 004064 | Griselda Sanchez 1742 Woodvine Dr., Apt. 62 Houston, TX 77055 | JANITORAL EXPENSE 48 HOURS CHECK MAILED TO THIS ADDRESS PER PC WITH MS. SANCHEZ 05/13/25. | | | 652.50 | 688,597.68 |
| | 05/16/25 | 004065 | Promise Total Services of Texas, Inc. P.O. BOX 29789 | INVOICE #50058264 JANITORAL AND PORTER SERVICE | | | 9,306.27 | 679,291.41 |

Page Subtotals   29,778.50   9,394.31

Ver: 22.07n

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    13

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |

| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 05/31/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, Texas 75229-9789 | | | | | |
| 05/16/25 | 004066 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 129005843862 | | | 14,908.07 | 664,383.34 |
| 05/19/25 | | CIRRO ENERGY | RETURNED WIRE - LESS $50.00 FEE<br>Bank Serial #:<br>WIRE RETURNED DUE TO "INVALID BENEFICIARY ACCOUNT NUMBER" PER THE RECEIVING FINANCIAL INSTITUTION.  THERE IS A $50.00 DIFFERENCE BETWEEN DEBIT AND CREDIT AMOUNT.  THE BENEFICIARY/RECEIVING BANK CHARGED A $50.00 FEE.  THE RETURN REASON PROVIDED BY THE WIRE APPEARS THAT THE ACCOUNT MAY NOT BE CONFIGURED TO ACCEPT WIRE TRANSFERS. | | 33,876.36 | | 698,259.70 |
| 05/19/25 | | CIRRO ENERGY | UTILITY BILL | | | 33,926.36 | 664,333.34 |
| 05/19/25 | 004067 | Modern Pest Control<br>1110 East Ave.<br>Katy, TX 77493 | ACCOUNT NUMBER: 74317<br>INVOICE #S: 673175, 673180, 676036, 676037 AND 682714 | | | 1,028.38 | 663,304.96 |
| 05/19/25 | 004068 | WM CORPORATE SERVICES, INC.<br>AS PAYMENT AGENT<br>PO BOX 660345<br>DALLAS, TX 75266-0345 | CUSTOMER ID: 24-43917-13000<br>INVOICE #S: 7924616-0011-8; 7938012-0011-4; AND 7950975-0011-5 | | | 3,199.95 | 660,105.01 |
| 05/19/25 | 004069 | City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | ACCOUNT NUMBER: 5803-5549-1169<br>SERVICE ADDRESS:  1001 S WEST LOOP | | | 20,879.68 | 639,225.33 |
| 05/20/25 | 004070 | Cirro Energy<br>U.S. Retailers, LLC | ACCOUNT #: 11 593 247 - 7<br>INVOICE #: 331001397460 | | | 33,926.36 | 605,298.97 |

Page Subtotals          33,876.36          107,868.80

Ver: 22.07n

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 14

| | | |
|---|---|---|
| Case No: | 24-10119 -SMR | |
| Case Name: | 1001 WL, LLC | |
| Taxpayer ID No: | *******5202 | |
| For Period Ending: | 05/31/25 | |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3887  Checking Account |
| Blanket Bond (per case limit): | $ 15,655,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/20/25 | 004071 | PO Box 660004<br>Dallas, TX 75266-0004<br>Kings III of America, LLC<br>751 Canyon Drive Ste 100<br>Coppell, TX 75019 | ELEVATOR PHONE MONITORING | | | 1,124.45 | 604,174.52 |
| 05/21/25 | 004072 | Yousef Abeid | INVOICE #4112025<br>04/10/25 AND 04/11/25<br>CHECK MAILED TO:<br><br>Joey Abeid<br>4223 King Cotton Lane<br>Missouri City, TX 77459 | | | 540.00 | 603,634.52 |
| 05/21/25 | 004073 | Yousef Abeid | INVOICE #4252025<br>04/22/25<br>CHECK MAILED TO:<br><br>Joey Abeid<br>4223 King Cotton Lane<br>Missouri City, TX 77459 | | | 450.00 | 603,184.52 |
| 05/21/25 | 004074 | PCR Property Services, LLC<br>5847 San Felipe St., Suite 1400<br>Houston, TX 77057 | APRIL 2025 PROPERTY MANAGEMENT FEE | | | 18,292.21 | 584,892.31 |
| 05/21/25 | 004075 | TK Elevator | QUOTE NUMBER: 2025-2-1890607<br>REFERENCE ID: ACIA-2BFDGWY<br>CHECK SENT BY FEDEX STANDARD<br>OVERNIGHT TO THE FOLLOWING ADDRESS:<br><br>Deluxe<br>TK Elevator 3796<br>5450 N. Cumberland Ave. | | | 12,545.22 | 572,347.09 |

Page Subtotals    0.00    32,951.88

LFORM24

Ver: 22.07n

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 15

| | | | | |
|---|---|---|---|---|
| Case No: | 24-10119 -SMR | | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | | |
| For Period Ending: | 05/31/25 | | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/25 | 004076 | Cirro Energy<br>U.S. Retailers, LLC<br>PO Box 660004<br>Dallas, TX 75266-0004 | Chicago, IL 60656<br>ACCOUNT #: 11 593 247 - 7<br>LATE FEES<br>CHECK SENT FEDEX STANDARD OVERNIGHT<br>TO:<br><br>CIRRO ENERGY<br>ATTN: PO BOX 660004<br>1501 NORTH PLANO ROAD, SUITE 100<br>RICHARDSON, TX 75081 | | | 782.70 | 571,564.39 |
| 05/27/25 | | SMART CONTRACT S | APRIL/MAY 2025 RENT-SOUTH #6D/RELIA<br>Bank Serial #: | | 900.00 | | 572,464.39 |
| 05/29/25 | | PALLADIUM CNSLT | RENTAL PROCEEDS-DBA EXPERO #745<br>Bank Serial #: | | 15,677.66 | | 588,142.05 |
| 05/30/25 | | S DAEINEJAD | RENTAL PROCEEDS<br>Bank Serial #: | | 300.00 | | 588,442.05 |
| 05/30/25 | | CHAMPIONS SCHOOL OF REAL ESTATE, LTD. | JUNE 2025 RENT<br>Bank Serial #: | | 42,490.18 | | 630,932.23 |
| 05/30/25 | | MALRY T REED SOLE PROP<br>DBA TRAIN WITH REED | JUNE 2025 RENT | | 5,100.00 | | 636,032.23 |

| | Page Subtotals | 64,467.84 | 782.70 |
|---|---|---|---|

Ver: 22.07n

LFORM24

FORM 2                                                                                                          Page:    16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-10119 -SMR | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | 1001 WL, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3887  Checking Account |
| Taxpayer ID No: | *******5202 | | |
| For Period Ending: | 05/31/25 | Blanket Bond (per case limit): | $ 15,655,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,027,927.80 | 391,895.57 | 636,032.23 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,027,927.80 | 391,895.57 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,027,927.80 | 391,895.57 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******3887 | | 1,027,927.80 | 391,895.57 | 636,032.23 |
| | | | | | --------------------- | --------------------- | --------------------- |
| | | | | | 1,027,927.80 | 391,895.57 | 636,032.23 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                  0.00

Ver: 22.07n