

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
06/02/2025 thru 06/30/2025

Account #
3887

Days In Statement Period
29

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $656,590.23 | $91,776.75 | $87,869.36 | $660,497.62 |
| DEPOSIT TOTALS | $656,590.23 | $91,776.75 | $87,869.36 | $660,497.62 |

Trustee C_____3887

Beginning Balance $656,590.23

| Date | Description | Credits | Debits |
|---|---|---|---|
| 06/02 | MyDeposit | $4,515.28 | |
| 06/02 | MyDeposit | $6,157.28 | |
| 06/05 | SENDER M EZZATABADIPOUR CIE 113000027833760 | $300.00 | |
| 06/05 | MyDeposit | $4,519.50 | |
| 06/06 | ACH Pmt SMART CONTRACT S CCD 021000029855536 1001 WL South New | $550.00 | |
| 06/06 | MyDeposit | $1,500.00 | |
| 06/06 | MyDeposit | $4,494.51 | |
| 06/06 | MyDeposit | $7,221.50 | |
| 06/09 | MyDeposit | $1,000.00 | |
| 06/09 | MyDeposit | $5,000.00 | |
| 06/09 | MyDeposit | $7,278.50 | |
| 06/10 | MyDeposit | $500.00 | |
| 06/17 | MyDeposit | $4,750.00 | |
| 06/30 | QUICKBOOKS CHAMPIONS SCHOOL PPD 021000025073861 JOHN PATRICK LOWE, TRU | $42,490.18 | |
| 06/30 | MyDeposit | $500.00 | |
| 06/30 | MyDeposit | $1,000.00 | |

Ending Balance $660,497.62

Page 1 of 10



P.O. Box 911039
San Diego, CA 92191
844-889-0896

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 4 | 72.11 | 06/18 | 4081 | 2,272.53 | 06/11 | 4089 | 8,649.40 | 06/17 |
| 4072* | 540.00 | 06/13 | 4083* | 176.39 | 06/13 | 4090 | 947.19 | 06/23 |
| 4073 | 450.00 | 06/13 | 4084 | 13,653.00 | 06/12 | 4091 | 22,351.09 | 06/18 |
| 4077* | 1,883.55 | 06/13 | 4085 | 324.00 | 06/12 | 4092 | 1,124.45 | 06/16 |
| 4078 | 1,180.86 | 06/11 | 4086 | 151.00 | 06/12 | 4093 | 17,584.64 | 06/18 |
| 4079 | 1,646.92 | 06/11 | 4087 | 255.55 | 06/10 | 4094 | 13,000.00 | 06/18 |
| 4080 | 777.24 | 06/10 | 4088 | 189.44 | 06/16 | 4095 | 640.00 | 06/27 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $653,314.83 | | Average Daily Collected | $650,733.16 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# DETAILED BANK RECONCILIATION

Date: 07/03/25              Page: 1

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR      For Period Ending: 06/30/25
Case Name: 1001 WL, LLC

Account: 3887 Checking Account      Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| 05/21/25 * | 4072 | YOUSEF ABEID | | 540.00 | C | 0.00 |
| 05/21/25 * | 4073 | YOUSEF ABEID | | 450.00 | C | 0.00 |
| | | Balance Forward To 06/01/25 | 1,027,927.80 | 391,895.57 | | 636,032.23 |
| 06/02/25 | 36 | AT&T | 6,157.28 | | C | 642,189.51 |
| 06/02/25 | 37 | T-MOBILE | 4,515.28 | | C | 646,704.79 |
| 06/05/25 | 4077 | TEJAS GROUND MAINTENANCE | | 1,883.55 | C | 644,821.24 |
| 06/05/25 | 4078 | WM CORPORATE SERVICES, INC | | 1,180.86 | C | 643,640.38 |
| 06/05/25 | 4079 | FIRST INSURANCE FUNDING | | 1,646.92 | C | 641,993.46 |
| 06/05/25 | 4080 | APS BUILDING SERVICES | | 777.24 | C | 641,216.22 |
| 06/05/25 | 4081 | DATAWATCH SYSTEMS | | 2,272.53 | C | 638,943.69 |
| 06/05/25 | 4082 | MARIO GONGORA | | 72.11 | C | 638,871.58 |
| 06/05/25 | 4083 | NATALIE PARKER | | 176.39 | C | 638,695.19 |
| 06/05/25 | 4084 | THE HARTFORD | | 13,653.00 | C | 625,042.19 |
| 06/05/25 | 4085 | THE HARTFORD | | 324.00 | C | 624,718.19 |
| 06/05/25 | 4086 | THE HARTFORD | | 151.00 | C | 624,567.19 |
| 06/05/25 | 38 | PEVEY & SEGURA PLLC | 4,519.50 | | C | 629,086.69 |
| 06/05/25 | 4087 | AT&T | | 255.55 | C | 628,831.14 |
| 06/05/25 | | M EZZATABADIPOU | 300.00 | | C | 629,131.14 |
| 06/06/25 | 39 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 630,631.14 |
| 06/06/25 | 40 | QUEST PERSONAL RESOURCES, INC. | 7,221.50 | | C | 637,852.64 |
| 06/06/25 | 41 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 642,347.15 |
| 06/06/25 | 4088 | MODERN PEST CONTROL | | 189.44 | C | 642,157.71 |
| 06/06/25 | | SMART CONTRACT S | 550.00 | | C | 642,707.71 |
| 06/09/25 | 42 | HS BROKERAGE HOLDINGS | 7,278.50 | | C | 649,986.21 |
| 06/09/25 | 43 | TIMOTHY E MCKENNA OR MARY A MCKENNA | 1,000.00 | | C | 650,986.21 |
| 06/09/25 | 44 | B SQUARE DEVELOPMENT LLC | 5,000.00 | | C | 655,986.21 |
| 06/10/25 | 45 | TIMOTHY E MCKENNA OR MARY A MCKENNA | 500.00 | | C | 656,486.21 |
| 06/10/25 | 4089 | TK ELEVATOR CORPORATION | | 8,649.40 | C | 647,836.81 |
| 06/10/25 | 4090 | TEJAS GROUND MAINTENANCE | | 947.19 | C | 646,889.62 |
| 06/10/25 | 4091 | PCR PROPERTY SERVICES, LLC | | 22,351.09 | C | 624,538.53 |
| 06/10/25 | 4092 | KINGS III OF AMERICA, LLC | | 1,124.45 | C | 623,414.08 |
| 06/13/25 | 4093 | CIRRO ENERGY | | 17,584.64 | C | 605,829.44 |
| 06/13/25 | 4094 | CITY OF HOUSTON | | 13,000.00 | C | 592,829.44 |
| 06/17/25 | 46 | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 597,579.44 |
| 06/19/25 | 4095 | MUELLER WATER CONDITIONING INC | | 640.00 | C | 596,939.44 |
| 06/30/25 | 47 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 597,939.44 |
| 06/30/25 | 48 | TIMOTHY E MCKENNA OR MARY A MCKENNA | 500.00 | | C | 598,439.44 |
| 06/30/25 | | CHAMPIONS SCHOOL OF REAL ESTATE, LT | 42,490.18 | | C | 640,929.62 |

RECONRP3

# DETAILED BANK RECONCILIATION

Date: 07/03/25  Page: 2

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 06/30/25

Account: 3887 Checking Account  Account Code: 01

| | | | | |
|---|---|---|---|---|
| CLEARED DEPOSITS | | 1,119,704.55 | OUTSTANDING DEPOSITS | 0.00 |
| CLEARED DISBURSEMENTS | - | 459,206.93 | OUTSTANDING DISBURSEMENTS  - | 19,568.00 |
| | | 660,497.62 | | -19,568.00 |
| FORM 2 LEDGER BALANCE | | 640,929.62 | | |
| OUTSTANDING DEPOSITS | - | 0.00 | | |
| OUTSTANDING DISBURSEMENTS | + | 19,568.00 | | |
| FORM 2 ADJUSTED BALANCE | | 660,497.62 | BANK BALANCE | 660,497.62 |

\* Written in Prior Period, Cleared in Current Period                             C = Cleared

RECONRP3

7/3/25

[signature] John Lowe

Ver: 22.07