

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| | Statement Period | Account # |
|---|---|---|
| | 07/01/2025 thru 07/31/2025 | 3887 |
| | Days In Statement Period | |
| | 31 | |

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $660,497.62 | $605,790.85 | $77,568.90 | $1,188,719.57 |
| DEPOSIT TOTALS | $660,497.62 | $605,790.85 | $77,568.90 | $1,188,719.57 |

Trustee Check             3887

Beginning Balance  $660,497.62

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/01 | SENDER  S DAEINEJAD | $300.00 | |
| | CIE 113000029261821 | | |
| 07/01 | 1001 WL  Palladium Cnslt | $7,838.83 | |
| | CCD 113011259783095 | | |
| | 1001 WL LLC | | |
| 07/01 | MyDeposit | $5,100.00 | |
| 07/02 | SENDER  M EZZATABADIPOUR | $300.00 | |
| | CIE 113000029374504 | | |
| 07/07 | MyDeposit | $1,500.00 | |
| 07/07 | MyDeposit | $4,494.51 | |
| 07/07 | MyDeposit | $7,221.50 | |
| 07/10 | MyDeposit | $1,000.00 | |
| 07/14 | ACH Pmt  SMART CONTRACT S | $550.00 | |
| | CCD 021000023808599 | | |
| | 1001 WL South New | | |
| 07/15 | MyDeposit | $4,750.00 | |
| 07/15 | MyDeposit | $7,278.50 | |
| 07/17 | MyDeposit | $5,000.00 | |
| 07/18 | PAYMENT  HOMESMART | $7,278.50 | |
| | CCD 021000026679131 | | |
| | 1001 WL, LLC C/O JOHN | | |
| 07/21 | MyDeposit | $1,000.00 | |
| 07/28 | MyDeposit | $500,000.00 | |

8/8/25

Page 1 of 9



| | Statement Period | Account # |
|---|---|---|
| | 07/01/2025 thru 07/31/2025 | 3887 |
| P.O. Box 911039 San Diego, CA 92191 844-889-0896 | Days In Statement Period | |
| | 31 | |

### Trustee Checking - 3887

| Date | Description | Credits | Debits |
|---|---|---|---|
| 07/30 | 1001 WL Palladium Cnslt<br>CCD 113011257332624<br>1001 WL LLC | $7,838.83 | |
| 07/31 | SENDER  S DAEINEJAD<br>CIE 113000021126030 | $300.00 | |
| 07/31 | ACH Pmt  SMART CONTRACT S<br>CCD 021000023651476<br>1001 WL South New | $550.00 | |
| 07/31 | QUICKBOOKS CHAMPIONS SCHOOL<br>PPD 021000028717475<br>JOHN PATRICK LOWE, TRU | $42,490.18 | |
| 07/31 | MyDeposit | $1,000.00 | |
| | Ending Balance | $1,188,719.57 | |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 4096* | 1,049.57 | 07/08 | 4103 | 189.44 | 07/21 | 4109 | 158.17 | 07/28 |
| 4097 | 2,272.53 | 07/10 | 4104 | 16,306.14 | 07/18 | 411 | 763.92 | 07/28 |
| 4098 | 1,036.78 | 07/08 | 4105 | 196.62 | 07/22 | 4110 | 3,500.00 | 07/28 |
| 4099 | 1,646.92 | 07/22 | 4106 | 1,404.00 | 07/17 | *4112 | 1,212.71 | 07/30 |
| 4100 | 820.00 | 07/21 | 4107 | 22,208.32 | 07/21 | 4113 | 20,354.76 | 07/29 |
| 4102* | 639.00 | 07/18 | 4108 | 811.87 | 07/21 | 4114 | 2,998.15 | 07/30 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $741,330.18 | | Average Daily Collected | $723,964.23 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

DETAILED BANK RECONCILIATION

Date: 08/05/25 Page: 1

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 07/31/25

Account: 3887 Checking Account    Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| | | Balance Forward To 07/01/25 | 1,119,704.55 | 478,774.93 | | 640,929.62 |
| 07/01/25 | 4096 | WM CORPORATE SERVICES, INC. | | 1,049.57 | C | 639,880.05 |
| 07/01/25 | 49 | MALRY T REED SOLE PROP | 5,100.00 | | C | 644,980.05 |
| 07/01/25 | | S DAEINEJAD | 300.00 | | C | 645,280.05 |
| 07/01/25 | | PALLADIUM CNSLT | 7,838.83 | | C | 653,118.88 |
| 07/02/25 | 4097 | DATAWATCH SYSTEMS, INC. | | 2,272.53 | C | 650,846.35 |
| 07/02/25 | 4098 | UNITED PROTECTIVE SERVICES - SOUTH | | 1,036.78 | C | 649,809.57 |
| 07/02/25 | | M EZZATABADIPOUR | 300.00 | | C | 650,109.57 |
| 07/04/25 | 50 | QUEST PERSONNEL RESOURCES, INC. | 7,221.50 | | C | 657,331.07 |
| 07/04/25 | 51 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 658,831.07 |
| 07/07/25 | 52 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 663,325.58 |
| 07/10/25 | 53 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 664,325.58 |
| 07/14/25 | 4099 | FIRST INSURANCE FUNDING | | 1,646.92 | C | 662,678.66 |
| 07/14/25 | 4100 | UES PROFESSIONAL SOLUTIONS 44, LLC | | 820.00 | C | 661,858.66 |
| 07/14/25 | 4101 | TEJAS GROUND MAINTENANCE | | 947.19 | | 660,911.47 |
| 07/14/25 | 4102 | HIGGINBOTHAM INSURANCE AGENCY INC | | 639.00 | C | 660,272.47 |
| 07/14/25 | 4103 | MODERN PEST CONTROL | | 189.44 | C | 660,083.03 |
| 07/14/25 | 4104 | CIRRO ENERGY | | 16,306.14 | C | 643,776.89 |
| 07/14/25 | 4105 | AT&T | | 196.62 | C | 643,580.27 |
| 07/14/25 | | SMART CONTRACT S | 550.00 | | C | 644,130.27 |
| 07/15/25 | 54 | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 648,880.27 |
| 07/15/25 | 55 | HS BROKERAGE HOLDINGS | 7,278.50 | | C | 656,158.77 |
| 07/15/25 | 4106 | HARTFORD FIRE INSURANCE COMPANY | | 1,404.00 | C | 654,754.77 |
| 07/16/25 | 4107 | PCR PROPERTY SERVICES, LLC | | 22,208.32 | C | 632,546.45 |
| 07/16/25 | 4108 | NATALIE PARKER | | 811.87 | C | 631,734.58 |
| 07/16/25 | 4109 | MARIO GONGORA | | 158.17 | C | 631,576.41 |
| 07/16/25 | 4110 | PINNACLE STRUCTURAL ENGINEERS | | 3,500.00 | C | 628,076.41 |
| 07/17/25 | 56 | B SQUARE DEVELOPMENT LLC | 5,000.00 | | C | 633,076.41 |
| 07/18/25 | | HOMESMART | 7,278.50 | | C | 640,354.91 |
| 07/21/25 | 57 | DAVID L. COOK JR ATTORNEY AT LAW | 1,000.00 | | C | 641,354.91 |
| 07/21/25 | 4111 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | 763.92 | C | 640,590.99 |
| 07/23/25 | 4112 | UNITED STATES TRUSTEE | | 1,212.71 | C | 639,378.28 |
| 07/24/25 | 4113 | CITY OF HOUSTON | | 20,354.76 | C | 619,023.52 |
| 07/25/25 | 4114 | CLASSIC PROTECTION SYSTEMS, INC. | | 2,998.15 | C | 616,025.37 |
| 07/28/25 | 58 | HARTFORD FIRE INSURANCE COMPANY | 500,000.00 | | C | 1,116,025.37 |
| 07/30/25 | 4115 | TIG ROMSPEN US MASTER MORTGAGE LP | | 200,000.00 | | 916,025.37 |
| 07/30/25 | | PALLADIUM CNSLT | 7,838.83 | | C | 923,864.20 |
| 07/31/25 | 4116 | WM CORPORATE SERVICES, INC. | | 1,302.88 | | 922,561.32 |
| 07/31/25 | 59 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 923,561.32 |

RECONRP3    Ver: 22.07n

# DETAILED BANK RECONCILIATION

Date: 08/05/25 — Page: 2

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 07/31/25

Account: 3887 Checking Account  Account Code: 01

| Date | Ref | Payee | Amount | Amount | C | Balance |
|---|---|---|---|---|---|---|
| 07/31/25 | 4117 | PROMISE TOTAL SERVICES OF TEXAS, IN | | 18,797.93 | | 904,763.39 |
| 07/31/25 | 4118 | CIRRO ENERGY | | 16,396.27 | | 888,367.12 |
| 07/31/25 | | S DAEINEJAD | 300.00 | | C | 888,667.12 |
| 07/31/25 | | SMART CONTRACT S | 550.00 | | C | 889,217.12 |
| 07/31/25 | | CHAMPIONS SCHOOL OF REAL ESTATE | 42,490.18 | | C | 931,707.30 |

| | | | | |
|---|---|---|---|---|
| CLEARED DEPOSITS | 1,725,495.40 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 536,775.83 | OUTSTANDING DISBURSEMENTS | - | 257,012.27 |
| | 1,188,719.57 | | | -257,012.27 |

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | | 931,707.30 |
| OUTSTANDING DEPOSITS | - | 0.00 |
| OUTSTANDING DISBURSEMENTS | + | 257,012.27 |
| FORM 2 ADJUSTED BALANCE | | 1,188,719.57 |
| BANK BALANCE | | 1,188,719.57 |

\* Written in Prior Period, Cleared in Current Period    C = Cleared


8/8/25

RECONRP3  Ver: 22.07n