**TRIAL/HEARING ON**
**Doc# 935 Motion for Relief from Stay**

### EXHIBIT AND WITNESS LIST

| PLAINTIFF'S ATTORNEY: Leslie Luttrell – Travis B. Vargo | DEFENDANT'S ATTORNEY: | Docket Number: 24-10119-SMR |
|---|---|---|
| | | Trial/Hearing Date(s) 9/4/25 |
| PRESIDING JUDGE *Judge Shad Robinson* | COURT REPORTER *Holly Jamjoo* | COURTROOM DEPUTY *Jennifer Lopez* |

| PLA NO. | DEF NO. | DATE OFFERRED | MARKED | ADMITTED | USED | DESCRIPTION |
|---|---|---|---|---|---|---|
| x | | 9/4/25 | Receiver | 9/4/25 | X | Receiver's Exhibits 1-9 (ecf no. 943) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |