**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 22, 2025.**

---
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In Re: § | |
| § | Case No. 24-10119-smr |
| 1001 WL, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

## ORDER APPROVING INTERIM FEE APPLICATION FOR INSURANCE ADJUSTER

CAME ON FOR CONSIDERATION the *Interim Fee Application for Insurance Adjuster* [Dkt. No. 923] (the "Application") filed by the Trustee in connection with the representation as his insurance adjuster of Balance Companies, LLC (the "Insurance Adjuster") the above-captioned bankruptcy cases. After considering the Application and any responses thereto, the Court is of the opinion that it should be approved.

**IT IS, THEREFORE, ORDERED** that the total amount of $50,000.00 in commission earned by Insurance Adjuster is hereby APPROVED on an interim basis.

**IT IS, FURTHERMORE, ORDERED** that Trustee is authorized and directed to pay the Insurance Adjuster the amount of $50,000.00.

3655111.v1

**IT IS, FURTHERMORE, ORDERED** that all fees and expenses paid to Insurance Adjuster remain subject to disgorgement by future order of the Court in accordance with the provisions of the Bankruptcy Code and other governing law.

# # #

*Order Prepared by Counsel for Ch. 11 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 24-10119-smr

1001 WL, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 4

Date Rcvd: Sep 22, 2025     Form ID: pdfintp     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |

24-10119-smr Doc#965 Filed 09/24/25 Entered 09/24/25 23:30:01 Imaged Certificate of Notice Pg 4 of 6

| District/off: 0542-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 2 |

| | |
|---|---|
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| J. Eric Lockridge | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 2 |

Kell C. Mercer
    on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
    on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
    sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
    on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
    chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell
    on behalf of Creditor BDFI LLC mark@junellfirm.com

Mark Curtis Taylor
    on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery
    on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com

Patrick Clayton Joost
    on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com

Paul Kirklin
    on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin
    on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin
    pkirklin@kirklinlaw.com

Reed W. Burritt
    on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert Luke Graham
    on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
    carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
    on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
    gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

Shea Neal Palavan
    on behalf of Interested Party Galleria Loop Note Holder LLC shea@houstonip.com, service@houstonip.com

Shea Neal Palavan
    on behalf of Plaintiff Jetall Capital LLC shea@houstonip.com, service@houstonip.com

24-10119-smr Doc#965 Filed 09/24/25 Entered 09/24/25 23:30:01 Imaged Certificate of Notice Pg 6 of 6

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 2 |

Shea Neal Palavan
    on behalf of Interested Party Jetall Capital LLC shea@houstonip.com, service@houstonip.com

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri shea@houstonip.com service@houstonip.com

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com

TOTAL: 70