**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 22, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10119-smr |
| | § | |
| 1001 WL, LLC | § | |
| | § | |
| | § | |
| *Debtor.* | § | CHAPTER 11 |

### ORDER GRANTING IN PART JUSTIN RAYOME'S MOTION TO SUSPEND DEADLINES

**(Relates to ECF Nos. 820, 821, 916 & 917)**

Came on for consideration the *Motion to Suspend Deadlines for Show Cause Orders Concerning ECF's 820 and 821* (the "Motion" at ECF No. 957), filed by attorney **Justin Rayome.** The Court, having reviewed the Motion and the record, finds that good cause exists to grant the relief requested to the extent set forth below.

**IT IS THEREFORE ORDERED** that the CM/ECF training deadline imposed on Justin Rayome in the Court's Order at ECF No. 917 is extended by sixty (60) days from the filing of the Motion. Accordingly, Mr. Rayome shall have until Monday, November 17, 2025 to retake the CM/ECF electronic filing training in the United States Bankruptcy Court for the

Western District of Texas, and file proof of completion of the training on the docket of the above-captioned case.

**IT IS FURTHER ORDERED** that at this time the Court will not extend the Texas Continuing Legal Education ("CLE") deadline imposed in ECF No. 917 because Mr. Rayome has sufficient time to comply with the requirements set forth in the Court's Order at ECF No. 917. Accordingly, Mr. Rayome shall have until Thursday, November 20, 2025 to take one (1) hour of an ethics course. Mr. Rayome shall file notice of proof of completion of the one (1) hour of a Texas CLE ethics course on the docket of the above-captioned case showing the title of the course, the course number, and the date of completion.

**IT IS FURTHER ORDERED** that at this time the Court will not extend the Texas Continuing Legal Education ("CLE") deadline imposed in ECF No. 916 because Mr. Rayome has sufficient time to comply with the requirements set forth in the Court's Order at ECF No. 916. Accordingly, Mr. Rayome shall have until Thursday, November 20, 2025 to take three (3) hours of an ethics course. Mr. Rayome shall file notice of proof of completion of the three (3) hours of a Texas CLE ethics course on the docket of the above-captioned case showing the title of the course, the course number, and the date of completion.

**IT IS FURTHER ORDERED** that Mr. Rayome shall promptly notify the Court of his compliance with the obligations set forth in the Court's prior Orders at ECF No. 916 and ECF No. 917 by filing necessary information such as an official certificate of completion.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enter such further orders as necessary to enforce or implement the provisions of this Order.

### #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

**Recip ID    Recipient Name and Address**
db    + 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Ali Choudhri
    ali@jetallcapital.com

Beau Butler
    on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Brian Talbot Cumings
    on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
    on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
    on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 1 |

on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings

on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege

on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Clinton Wayne Alexander

on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander

on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Eric Terry

on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright

on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham

on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

Genevieve M. Graham

on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

J. Eric Lockridge

on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope

on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope

on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr

on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

John C. Roy

on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe

pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe

on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna

on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome

on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome

on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer

on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

24-10119-smr Doc#966 Filed 09/24/25 Entered 09/24/25 23:30:01 Imaged Certificate of Notice Pg 5 of 6

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | |
| | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | |
| | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | |
| | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |
| Paul Kirklin | |
| | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Reed W. Burritt | |
| | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | |
| | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | |
| | on behalf of Interested Party Galleria Loop Note Holder LLC shea@houstonip.com, service@houstonip.com |
| Shea Neal Palavan | |
| | on behalf of Plaintiff Jetall Capital LLC shea@houstonip.com, service@houstonip.com |
| Shea Neal Palavan | |

24-10119-smr Doc#966 Filed 09/24/25 Entered 09/24/25 23:30:01 Imaged Certificate of Notice Pg 6 of 6

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Jetall Capital LLC shea@houstonip.com, service@houstonip.com |
| Shea Neal Palavan | on behalf of Interested Party Ali Choudhri shea@houstonip.com service@houstonip.com |
| Stephen Kirklin | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| Stephen W. Sather | on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Travis Brian Vargo | on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com |

TOTAL: 70