IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **1001 WL, LLC,** | § | CASE NO. 24-10119-smr |
| | § | |
| | § | **Chapter 11** |
| *Debtor.* | § | |

## NON-PARTY SERVICELINK'S MOTION TO WITHDRAW HEARING ON OBJECTIONS, MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 9014, Non-party ServiceLink[1] ("ServiceLink") files its Motion to Withdraw Hearing on *Objections, Motion to Quash Subpoena and Motion for Protective Order* ("Motion") and in support of the motion shows the Court the following.

1. On August 11, 2025 and again on August 15, 2025, Attorney Robert Smeberg issued subpoenas to ServiceLink on behalf of his clients, Galleria Loop Note Holder, LLC ("GLNH") and BDFI, LLC ("BDFI").[2] ServiceLink filed its *Objections, Motion to Quash Subpoena and Motion for Protective Order* ("Motion") on August 14, 2025.[3] GLNH and BDFI filed a Response to the Motion on August 15, 2025.[4]

2. ServiceLink was released from all subpoenas on August 19, 2025 by the attorney who issued them, Ronald Smeberg. Exh. 1.

---

[1] There is no entity known simply as "Service Link". The subpoena in question is not directed at any identifiable entity or line of business, which further complicates matters. However, for convenience, the recipient of the subpoena in question will be referred to as ServiceLink in this motion.

[2] Documents 893-2 and 899-1.

[3] Document # 893.

[4] Document #899.

3. An order was signed on September 6, 2025 allowing Mr. Smeberg to withdraw as counsel for Galleria Loop Note Holder, LLC and BDFI, LLC.[5]

4. On August 7, 2025, The Court scheduled a hearing on the Motion for October 9, 2025.[6]

5. Because the subpoenas have been withdrawn by the attorney who issued them, and because that attorney has since withdrawn as counsel, a hearing on ServiceLink's Motion is therefore moot and ServiceLink files this motion and requests that the hearing be taken off the docket.

Dated: October 3, 2025.

Respectfully submitted,

**FIDELITY NATIONAL LAW GROUP**

*/s/ Patrick C. Joost*
Patrick Joost
Texas Bar No. 24078759
Patrick.Joost@fnf.com
Gregory Brewer
Texas Bar No. 00792370
Gregory.Brewer@fnf.com
Legacy Town Center II
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Phone: 972-812-6530
Fax: 972-812-9408

**COUNSEL FOR NON-PARTY SERVICELINK**

---

[5] Document # 952.

[6] Document #930.

## CERTIFICATE OF CONFERENCE

Counsel for GLNH and BDFI, Ronald Smeberg, who issued the subpoenas at issue, has withdrawn from this matter so I have been unable to confer with him regarding the relief sought in this motion and court intervention is necessary.

*/s/ Patrick C. Joost*
Patrick Joost

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this motion was served via ECF electronic notification or via U.S. First Class Mail:

*/s/ Patrick C. Joost*
Patrick Joost