IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **1001 WL, LLC,** | § § | CASE NO. 24-10119-smr |
| | § § | **Chapter 11** |
| *Debtor.* | § | |

### ORDER GRANTING NON-PARTY SERVICELINK'S MOTION TO WITHDRAW HEARING ON ITS OBJECTIONS, MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

On this date, the Court considered *Non-Party ServiceLink's Motion to Withdraw Hearing on its Objections, Motion to Quash Subpoena and Motion for Protective Order* ("Motion"). Having considered the motion, any responses or replies to the motion, and the Courts own records, the Court determined that the motion is meritorious and should be granted in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and the hearing on Non-Party ServiceLink's Objections, Motion to Quash Subpoena and Motion for Protective Order, scheduled for October 9, 2025 at 10:00 is cancelled and ServiceLink

is not required to appear before the Court at that time or take any further action at this time.

###

Submitted by:

Patrick Joost
**FIDELITY NATIONAL LAW GROUP**
**COUNSEL FOR NON-PARTY SERVICELINK**