**Exhibit 1**

## Joost, Patrick

| | |
|---|---|
| **From:** | Ronald Smeberg <ron@smeberg.com> |
| **Sent:** | Tuesday, August 19, 2025 6:13 PM |
| **To:** | Joost, Patrick |
| **Cc:** | Justin Hanna; Kyle Hirsch; Sager, Jerry |
| **Subject:** | Re: EXTERNAL Deposition Dates For Service Link in the Otisco Matter |

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

That is correct. But note that Mr. Sager and I agreed to Conference this week and try to set deposition dates. The court actually said it highly encourage that we get together and get the dates worked out. Ken Mr. Sager said those dates?

Get Outlook for iOS

---

**From:** Joost, Patrick <patrick.joost@fnf.com>
**Sent:** Tuesday, August 19, 2025 2:51:16 PM
**To:** Ronald Smeberg <ron@smeberg.com>
**Cc:** Justin Hanna <justin.hanna@bclplaw.com>; Kyle Hirsch <kyle.hirsch@bclplaw.com>; Sager, Jerry <Jerry.Sager@fnf.com>
**Subject:** RE: EXTERNAL Deposition Dates For Service Link in the Otisco Matter

I am out of town this week. Mr. Sager attend the hearing today on behalf of ServiceLink and it is my understanding you represented to the Court that you are withdrawing all subpoenas that you have issued to ServiceLink in all the bankruptcy and adversary proceedings. Please confirm.

Sincerely,

Patrick Joost
Fidelity National Law Group
The Law Division of Fidelity National Financial
Legacy Town Center II
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
(972) 812-6530 Direct
(972) 812-9408 Facsimile
Patrick.Joost@fnf.com

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**From:** Ronald Smeberg <ron@smeberg.com>
**Sent:** Tuesday, August 19, 2025 11:45 AM
**To:** Joost, Patrick <patrick.joost@fnf.com>

1

**Cc:** Justin Hanna <justin.hanna@bclplaw.com>; Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Deposition Dates For Service Link in the Otisco Matter

Patrick,

You had an attorney appear at the motion to quash hearing today and I cannot track him down. I may have the name wrong. The court said it expected us to discuss deposition dates before the end of the week. Please give me potential dates for your corporate representative. Also, if you control Cassie Martin, who signed as the substitute trustee, please give me dates for her deposition. If your client does not control Cassie because she is an independent contractor or not with Service Link any more, please let me know that as well.

Thank you,

Ron Smeberg
832-605-6769