IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>**1001 WL LLC**,<br><br>Debtor. | Case No. 24-10119<br>Chapter 11 |

**TIG ROMSPEN US MASTER MORTGAGE, LP'S
EXHIBIT AND WITNESS LIST FOR OCTOBER 9, 2025 HEARING**

TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"), may introduce the following exhibits and call the following witnesses in connection with the matters set for hearing on October 9, 2025, beginning at 10:00 a.m. prevailing Central time. Romspen reserves the right to supplement prior to the hearing.

The matters set for evidentiary hearing are:

- *Ex Parte* Motion to Show Authority Over Galleria Loop Note Holder, LLC [ECF No. 837];

- *Ex Parte* Motion to Show Authority Over BDFI, LLC [ECF No. 838];

- *Ex Parte* Motion to Show Authority Over Jetall Capital, LLC [ECF No. 839];

- *Ex Parte* Motion to Show Authority Over Ali Choudhri to Litigate Individually [ECF No. 840];

- Debtor's Corrected Motion for Use of Cash Collateral (Final Hearing) [ECF No. 33];

- Emergency Motion to Disqualify Bryan Cave Leighton Paisner, LLP as Attorneys for TIG Romspen US Master Mortgage LP [ECF No. 883]; and

- Non-Party ServiceLink's Objections, Motion to Quash Subpoena and Motion for Protective Order [ECF No. 893].

<u>In addition, the following matters are set for status hearing only:</u>

- Debtor's Amended Objection to Claim of TIG Romspen US Master Mortgage, LP [ECF No. 841]; and

- <u>Second</u> Motion for an Order Finding in Contempt of Court and Sanctioning Galleria Loop Note Holder, LLC and Ali Choudhri [ECF No. 234].

**EXHIBITS:** In addition to any exhibit designated by any other party in interest to this matter, any document in the Court record in this case or any related adversary proceeding, any exhibit for impeachment purposes or to lay foundation, or any exhibit for rebuttal purposes, Romspen identifies the following exhibits it will or may offer as evidence at the hearing:

| No. | Description | Stipulated Admitted Prior Hearing | Objection | Admitted |
| --- | --- | --- | --- | --- |
| 1 | April 5, 2024 Hearing Transcript Excerpts | | | |
| 2 | November 22, 2024 Hearing Transcript Excerpts | | | |
| 3 | Amended Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtor | | | |

**WITNESSES:** In addition to any witness designated by any other party in interest to this matter, any witness necessary for impeachment purposes or to lay foundation, and any witness called for rebuttal purposes, Romspen designates the following witnesses it will or may call:

1. Ali Choudhri; and
2. Travis Vargo.

DATED this 3rd day of October, 2025.

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/ Kyle S. Hirsch*
        Kyle S. Hirsch (Tex. Bar No. 24117262)
        R. Luke Graham (Tex. Bar No. 24127305)
        2200 Ross Avenue, 4200W
        Dallas, Texas 75201
        Telephone: 602.364.7170
        Email: kyle.hirsch@bclplaw.com
        Email: luke.graham@bclplaw.com

        ***Attorneys for TIG Romspen US Master Mortgage LP***

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a true and correct copy of the foregoing was served via the Court's ECF notification system, including counsel for the Debtor, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

William Steven Bryant on behalf of Creditor TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com

Reed W. Burritt on behalf of Creditor Boxer Property Management Corporation
Reed.Burritt@BoxerProperty.com

Beau Butler on behalf of Interested Party Xavier Educational Academy, LLC
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Ali Choudhri
ali@jetallcapital.com

Brian Talbot Cumings on behalf of Attorney Graves Dougherty Hearon & Moody, P.C.
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant 1001 WL, LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant PCR Property Services LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Trustee John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Michelle V. Friery on behalf of Creditor Sonder USA Inc.
michelle@wilsonfriery.com, admin@wilsonfriery.com

Javier Gonzalez, Jr on behalf of Interested Party Xavier Educational Academy, LLC
jgonzalez@jw.com,
dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Genevieve M. Graham on behalf of Interested Party Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

1

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Mark Junell on behalf of Creditor BDFI, LLC
mark@junellfirm.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Kirklin Properties LLC
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Ali Choudhri
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

J. Eric Lockridge on behalf of Creditor Sonder USA Inc.
eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

John Patrick Lowe on behalf of Trustee John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Kell C. Mercer on behalf of Creditor BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Dward DarJean
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Jetall Capital, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Ali Choudhri
kell.mercer@mercer-law-pc.com

Shea Neal Palavan on behalf of Interested Party Galleria Loop Note Holder, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Ali Choudhri
service@houstonip.com, snpalavan@recap.email

James Q. Pope on behalf of Creditor BDFI, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope on behalf of Interested Party Galleria Loop Note Holder, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Counter Defendant Jetall Capital LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Ali Choudhri
justin.rayome.law@gmail.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
croy@krcl.com, ajezisek@krcl.com

Stephen W. Sather on behalf of Defendant 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Interested Party Barron & Newburger, P.C.
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Ronald J Smeberg on behalf of Interested Party Smeberg Law Firm, PLLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Mark Curtis Taylor on behalf of Attorney Holland & Knight LLP
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Attorney Mark Taylor
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Plaintiff 1001 WL, LLC
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Eric Terry on behalf of Creditor WCW Houston Properties
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Travis Brian Vargo on behalf of Interested Party Travis B Vargo
tvargo@vargolawfirm.com, mpoynter@vargolawfirm.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

                                          */s/ Kyle S. Hirsch*
                                          Kyle S. Hirsch