**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| 1001 WL, LLC | § § | Chapter 11 Case No. 24-10119-smr |
| Debtor. | § | |

**ORDER GRANTING**
**MOTION OF TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C., INCLUDING LYNDEL VARGAS, TO REPRESENT ALI CHOUDHRI, BDFI, LLC, GALLERIA LOOP NOTE HOLDER, LLC, AND JETALL CAPITAL, LLC, AND TO STRIKE PLEADINGS**

ON THIS DAY CAME ON for consideration in the above styled and numbered proceeding the *Motion of Travis Vargo, State Court Appointed Receiver, To Show Authority Of Justin Rayome and Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas To Represent Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC, and to Strike Pleadings* (the "Receiver's Motion"). The Court, having

considered the Receiver's Motion, the pleadings on file in this proceeding, the evidence presented, and the arguments of counsel finds that the Receiver's Motion should, in all things, be GRANTED. It is accordingly

ORDERED that Justin Rayome is not authorized to represent Ali Choudhri ("Choudhri"), BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC ("Choudhri Entities"). It is further

ORDERED that all pleadings filed by Justin Rayome on behalf of Choudhri and the Choudhri Entities in this proceeding shall be struck from the record in these proceedings. It is further

ORDERED that Cavazos Hendricks Poirot, P.C., including Lyndel Vargas, are not authorized to represent Choudhri and/or the Choudhri Entities. It is further

ORDERED that all pleadings filed by Cavazos Hendricks Poirot, P.C. and Lyndel Vargas filed on behalf of Choudhri and/or the Choudhri Entities shall be struck from the record in these proceedings.

# # # #

Submitted by:

Leslie M. Luttrell
State Bar No. 12708650
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO,
STATE COURT-APPOINTED RECEIVER**