```
Label Matrix for local noticing      1001 WL, LLC                          U.S. BANKRUPTCY COURT
0542-1                               2450 Wickersham Lane, Suite 202       903 SAN JACINTO, SUITE 322
Case 24-10119-smr                    Austin, TX 78741-4744                 AUSTIN, TX 78701-2450
Western District of Texas
Austin
Sat Oct  4 15:47:39 CDT 2025

ABC Home & Commercial                Ali Choudhri                          Ali Choudhri
Services                             1001 West Loop S Ste 700              2425 West Loop St., 11th Flr.
11934 Barker Cypress Road            Houston, TX 77027-9033                Houston, TX 77027
Cypress, TX 77433-1802


Ameritrex Imaging & Services         BARRON & NEWBURGER, P.C.              BDFI, LLC
PO Box 841511                        C/O STEPHEN W. SATHER                 1001 West Loop S Ste 700
Houston, TX 77284-1511               7320 N. MoPac Expwy., Suite 400       Houston, TX 77027-9033
                                     Austin, TX 78731-2347


BDFI, LLC                            BDFI, LLC                             BDFI, LLC
2425 West Loop South, Suite 1100     c/o Mark A. Junell                    c/o Ronald J. Smeberg
Houston, TX 77027-4210               The Junell Law Firm, PC               The Smeberg Law Firm, PLLC
                                     746 Country Lane                      4 Imperial Oaks
                                     Houston, TX 77024-5508                San Antonio, Texas 78248-1609


Baker Botts, LLP                     Boxer Property Management Corporation Boxer Property Management Corporation
401 S 1st St                         7324 Southwest Fwy #1900              c/o Reed W. Burritt, Atty.
Unit 1300                            Houston TX 77074-2057                 7324 Southwest Fwy #1900
Austin, TX 78704-1296                                                      Houston TX 77074-2057


CFI Mechanical, Inc.                 Capital Premium Financing             Cirro
6109 Brittmoore Rd                   PO Box 667180                         PO Box 2229
Houston, TX 77041-5610               Dallas, TX 75266-7180                 Houston, TX 77252-2229


City of Houston                      City of Houston Water                 Cleaning Advanced Systems, LLC
c/o Tara L. Grundemeier              PO Box 1560                           Pavlock Law Firm, PLLC
Linebarger Goggan Blair & Sampson LLP Houston, TX 77251-1560               6345 Garth Road 110-122
PO Box 3064                                                                Baytown, TX 77521-5625
Houston, TX 77253-3064


Cleaning Advances Service            Comcast                               Datawatch Systems
110 Cypress Station Suite 111        9602 S 300 W Suite B                  4520 East West Highway 200
Houston, TX 77090-1626               Sandy, UT 84070-3336                  Bethesda, MD 20814-3382


Drew Dennett                         EAO Global LLC                        Environmental Coalition Inc.
2450 Wickersham Lane, Suite 202      14315 Briarhills Pkwy                 Po Box 1568
Austin, TX 78741-4744                Houston, TX 77077-1007                Stafford, TX 77497-1568


FirePro Tech                         FireTron Life Safety Solutions        Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110       PO Box 1604                           Inc.
Houston, TX 77041-2635               Stafford, TX 77497-1604               1303 Steele Drive
                                                                           Friendswood, TX 77546-2018
```

| | | |
|---|---|---|
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 |
| Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |

```
Travis B Vargo                     United States Trustee - AU12        Wate Management
c/o Leslie M Luttrell              United States Trustee               PO Box 660345
Luttrell + Carmody Law Group       903 San Jacinto Blvd, Suite 230     Dallas, TX 75266-0345
100 NE Loop 410 #615               Austin, TX 78701-2450
San Antonio TX 78216-4713


Xavier Educational Academy, LLC    Xavier Educational Academy, LLC     Zindler Service Co
c/o Beau H. Butler                 c/o Genevieve M. Graham             2450 Fondren Suite 113
1401 McKinney St 1900              1401 McKinney St 1900               Houston, TX 77063-2314
Houston Tx 77010-4037              Houston Tx 77010-4037



John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)1001 WL, LLC                    (u)See Attached                     End of Label Matrix
2450 Wickersham Ln                                                     Mailable recipients   66
Suite 202                                                              Bypassed recipients    2
Austin, TX 78741-4744                                                  Total                 68
```