UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 1001 WL, LLC | § | Chapter 11 |
| | § | Case No. 24-10119-smr |
| Debtor. | § | |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF TRAVIS VARGO, COURT APPOINTED RECEIVER, TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C., INCLUDING LYNDEL VARGAS, TO REPRESENT ALI CHOUDHRI, BDFI, LLC, GALLERIA LOOP NOTE HOLDER, LLC, AND JETALL CAPITAL, LLC, AND TO STRIKE PLEADINGS**

COMES NOW, TRAVIS VARGO, Court Appointed Receiver[1] (the "Receiver") and files this Motion for Expedited Consideration of his *Motion Of Travis Vargo, State Court Appointed Receiver, To Show Authority Of Justin Rayome And Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, To Represent Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC, And To Strike Pleadings* (the "Motion") and would respectfully show this Court as follows:

1. The Motion bears on all matters presently pending in this Court initiated at the direction of Ali Choudhri – whether through Justin Rayome or Cavazos Hendricks Poirot, P.C. through Lyndel Vargas.

2. The Receiver would show the Court that expedited consideration of the Motion is warranted because Ali Choudhri and those assisting him - Justin Rayome and Cavazos Hendricks Poirot, P.C. through Lyndel Vargas - continue to interfere with the

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A *styled Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

legitimate ends of the Receivership Orders. Confirmation of the authority of Justin Rayome and Cavazos Hendricks Poirot, P.C. through Lyndel Vargas to act on behalf of BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC (collectively the "Choudhri Entities") and/or Ali Choudhri ("Choudhri") must be promptly determined by this Court because the Southern District of Texas granted continuances to Justin Rayome in connection with the Receiver's pending motions to remand both removed A-Case[2] and the removed D-Case[3]. The determination of the authority of these lawyers to proceed has an impact on this case as well as the related cases pending in the Austin Division and the San Antonio Division.

WHEREFORE, TRAVIS VARGO, Court Appointed Receiver, prays that the Court grant his Motion for Expedited Hearing and expedite the consideration of the Motion and set it for consideration on October 9, 2025 or the Court's next available docket.

Respectfully submitted,

Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
luttrell@lclawgroup.net

By: /s/ Leslie M. Luttrell
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

---

[2] Justin Rayome, alleging hospitalization, obtained a continuance of the Receiver's Motion to Remand from the originally scheduled hearing date of September 23, 2025 to October 22, 2025 in Adversary No. 25-03630

[3] Justin Rayome, alleging hospitalization, obtained a continuance of the Receiver's Motion to Remand from the originally scheduled hearing date of October 3, 2025 to November 13, 2025 in Adversary No. 25-03630

## **CERTIFICATE OF CONFERENCE**

On October 3, 2025 and October 4, 2025 the undersigned attempted to confer by email with the following lawyers regarding the request for expedited consideration of the Motion: Bryan Cummings, Lyndel Vargas, Justin Rayome, Kyle Hirsch, Michael Ballases, Justin Hanna, Mark Junell, Pat Lowe, Tara Grundemeier, Eric Terry, and Gary Wright. As of the filing of this *Motion for Expedited Consideration*, the undersigned has received confirmation of no opposition from Mr. Terry and Ms. Grundemeier. Lyndel Vargas and Justin Rayome are presumed opposed to the request for expedited consideration.

By: /s/ Leslie M. Luttrell
Leslie M. Luttrell

## **CERTIFICATE OF SERVICE**

    I, Leslie M. Luttrell, do hereby certify that on the 4th day of October, 2025, I caused a copy of the foregoing pleading to be served to the Debtor, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
1001 WL, LLC
2450 Wickersham Lane
Suite 202
Austin, TX 78741

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Chapter 11 Trustee**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

**Counsel for Mr. Lowe**
Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

**Counsel for TIG Romspen**
Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

    /s/ Leslie M. Luttrell
    Leslie M. Luttrell