**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| 1001 WL, LLC | § § § | Chapter 11<br>Case No. 24-10119-smr |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF TRAVIS VARGO, COURT APPOINTED RECEIVER, TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C., INCLUDING LYNDEL VARGAS, TO REPRESENT ALI CHOUDHRI, BDFI, LLC, GALLERIA LOOP NOTE HOLDER, LLC, AND JETALL CAPITAL, LLC, AND TO STRIKE PLEADINGS**

On this date came on for consideration the Motion for Expedited Hearing on *Motion For Expedited Consideration Of Motion Of Travis Vargo, Court Appointed Receiver, Motion Of Travis Vargo, State Court Appointed Receiver, To Show Authority Of Justin Rayome And Cavazos Hendricks Poirot, P.C., Including Lyndel Vargas, To Represent Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC And To Strike Pleadings* (the "Motion") filed on October 4, 2025. The Court finds that the Motion should be granted. It is, therefore,

ORDERED that the hearing on the Motion is scheduled for ***expedited hearing*** on the date and time listed above. Travis Vargo, Court Appointed Receiver, is responsible for providing notice of the hearing.

### # # #

Submitted by:

Leslie M. Luttrell
Luttrell + Carmody Law Group
One International Centre
100 NE Loop 410, Ste. 615
San Antonio, TX 78216
T. 210.426.3600
luttrell@lclawgroup.net