| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10119-smr<br>Western District of Texas<br>Austin<br>Sat Oct 4 15:47:39 CDT 2025 | 1001 WL, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ABC Home & Commercial<br>Services<br>11934 Barker Cypress Road<br>Cypress, TX 77433-1802 | Ali Choudhri<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | Ali Choudhri<br>2425 West Loop St., 11th Flr.<br>Houston, TX 77027 |
| Ameritrex Imaging & Services<br>PO Box 841511<br>Houston, TX 77284-1511 | BARRON & NEWBURGER, P.C.<br>C/O STEPHEN W. SATHER<br>7320 N. MoPac Expwy., Suite 400<br>Austin, TX 78731-2347 | BDFI, LLC<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 |
| BDFI, LLC<br>2425 West Loop South, Suite 1100<br>Houston, TX 77027-4210 | BDFI, LLC<br>c/o Mark A. Junell<br>The Junell Law Firm, PC<br>746 Country Lane<br>Houston, TX 77024-5508 | BDFI, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 |
| Baker Botts, LLP<br>401 S 1st St<br>Unit 1300<br>Austin, TX 78704-1296 | Boxer Property Management Corporation<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 | Boxer Property Management Corporation<br>c/o Reed W. Burritt, Atty.<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 |
| CFI Mechanical, Inc.<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | Capital Premium Financing<br>PO Box 667180<br>Dallas, TX 75266-7180 | Cirro<br>PO Box 2229<br>Houston, TX 77252-2229 |
| City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | City of Houston Water<br>PO Box 1560<br>Houston, TX 77251-1560 | Cleaning Advanced Systems, LLC<br>Pavlock Law Firm, PLLC<br>6345 Garth Road 110-122<br>Baytown, TX 77521-5625 |
| Cleaning Advances Service<br>110 Cypress Station Suite 111<br>Houston, TX 77090-1626 | Comcast<br>9602 S 300 W Suite B<br>Sandy, UT 84070-3336 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 |
| Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | EAO Global LLC<br>14315 Briarhills Pkwy<br>Houston, TX 77077-1007 | Environmental Coalition Inc.<br>Po Box 1568<br>Stafford, TX 77497-1568 |
| FirePro Tech<br>6830 N Eldridge Pkwy Suite 110<br>Houston, TX 77041-2635 | FireTron Life Safety Solutions<br>PO Box 1604<br>Stafford, TX 77497-1604 | Fluid Meter Sales & Service,<br>Inc.<br>1303 Steele Drive<br>Friendswood, TX 77546-2018 |

| | | |
|---|---|---|
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 |
| Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |

Travis B Vargo
c/o Leslie M Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410 #615
San Antonio TX 78216-4713

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wate Management
PO Box 660345
Dallas, TX 75266-0345

Xavier Educational Academy, LLC
c/o Beau H. Butler
1401 McKinney St 1900
Houston Tx 77010-4037

Xavier Educational Academy, LLC
c/o Genevieve M. Graham
1401 McKinney St 1900
Houston Tx 77010-4037

Zindler Service Co
2450 Fondren Suite 113
Houston, TX 77063-2314

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)1001 WL, LLC
2450 Wickersham Ln
Suite 202
Austin, TX 78741-4744

(u)See Attached

End of Label Matrix
Mailable recipients   66
Bypassed recipients    2
Total                 68