**The relief described hereinbelow is SO ORDERED.**

**Signed October 06, 2025.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-SMR |
| | § | |
| **1001 WL, LLC,** | § | |
| | § | |
| | § | Chapter 11 |
| **Debtor.** | | |

## SCHEDULING ORDER REGARDING MOTION OF TRAVIS VARGO, STATE COURT RECEIVER TO SHOW AUTHORITY OF JUSTIN RAYOME AND CAVAZOS HENDRICKS POIROT, P.C. [ECF NO. 970]

On October 4, 2025, Travis Vargo, the state court receiver, (the "Receiver") filed *Motion of Travis Vargo, State Court Appointed Receiver, to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., including Lyndel Vargas, to Represent Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC and to Strike Pleadings*, ECF No. 970 (the "Motion to Show Authority"). The Receiver also filed a motion requesting an expedited hearing on the Motion to Show Authority, ECF No. 971 (the "Motion to Expedite").

After review of the Motion to Show Authority and Motion to Expedite, the Court finds that the Motion to Expedite should be granted and that this scheduling order should be entered.

1

ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion to Show Authority is set for an expedited hearing on **October 9, 2025 at 9:30 AM CT** in Austin Courtroom No. 2.

IT IS FURTHER ORDERED that Justin Rayome[1] and Cavazos Hendricks Poirot, P.C. shall file a brief together with any document evidence they intend to offer in support of their authority no later than **October 8, 2025 at 12:00 PM CT**, or their pleadings filed on behalf of Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital, LLC may be struck without further notice or hearing.

# # #

---

[1] Any pleading filed by Justin Raymone must comply with the sanctions order previously entered by Judge Parker *In re RIC (Lavernia) LLC*, No. 24-51195-mmp (Bankr. W.D. Tex. Sept. 26, 2025), ECF No. 258.