**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**NOTICE OF EXPEDITED HEARING**

**PLEASE TAKE NOTICE** that an expedited hearing on the Motion of Travis Vargo, Court Appointed Receiver, [1] to Show Authority of Justin Rayome and Cavazos Hendricks Poirot, P.C., including Lyndel Vargas, to Represent Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC and Jetall Capital, LLC and to Strike Pleadings [Doc. No. 970] has been set for **_October 9, 2025, at 9:30 a.m._** before the **HONORABLE SHAD M. ROBINSON**, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, Austin Division at Homer J. Thornberry Federal Judicial Bldg. 903 San Jacinto Blvd., Courtroom #2, 3rd Floor, Austin, Texas 78701.

Dated this 7th day of October, 2025.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.  210.426.3600
Email: luttrell@lclawgroup.net

By: */s/ Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

## **CERTIFICATE OF SERVICE**

      I, Leslie M. Luttrell, do hereby certify that on the 7th day of October, 2025, I caused a copy of the foregoing pleading to be served to the Debtor, the Trustee, all parties receiving electronic notice, and all parties on the attached creditor mailing matrix either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
1001 WL, LLC
2450 Wickersham Lane
Suite 202
Austin, TX 78741

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Chapter 11 Trustee**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

**Counsel for Mr. Lowe**
Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

**Counsel for TIG Romspen**
Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

**Other Lawyers**
Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

      By: /s/ Leslie M. Luttrell
          Leslie M. Luttrell