```
Label Matrix for local noticing        1001 WL, LLC                            U.S. BANKRUPTCY COURT
0542-1                                  2450 Wickersham Lane, Suite 202         903 SAN JACINTO, SUITE 322
Case 24-10119-smr                       Austin, TX 78741-4744                   AUSTIN, TX 78701-2450
Western District of Texas
Austin
Tue Oct  7 11:36:03 CDT 2025

ABC Home & Commercial                   Ali Choudhri                            Ali Choudhri
Services                                1001 West Loop S Ste 700                2425 West Loop St., 11th Flr.
11934 Barker Cypress Road               Houston, TX 77027-9033                  Houston, TX 77027
Cypress, TX 77433-1802

Ameritrex Imaging & Services            BARRON & NEWBURGER, P.C.                BDFI, LLC
PO Box 841511                           C/O STEPHEN W. SATHER                   1001 West Loop S Ste 700
Houston, TX 77284-1511                  7320 N. MoPac Expwy., Suite 400         Houston, TX 77027-9033
                                        Austin, TX 78731-2347

BDFI, LLC                               BDFI, LLC                               BDFI, LLC
2425 West Loop South, Suite 1100        c/o Mark A. Junell                      c/o Ronald J. Smeberg
Houston, TX 77027-4210                  The Junell Law Firm, PC                 The Smeberg Law Firm, PLLC
                                        746 Country Lane                        4 Imperial Oaks
                                        Houston, TX 77024-5508                  San Antonio, Texas 78248-1609

Baker Botts, LLP                        Boxer Property Management Corporation   Boxer Property Management Corporation
401 S 1st St                            7324 Southwest Fwy #1900                c/o Reed W. Burritt, Atty.
Unit 1300                               Houston TX 77074-2057                   7324 Southwest Fwy #1900
Austin, TX 78704-1296                                                           Houston TX 77074-2057

CFI Mechanical, Inc.                    Capital Premium Financing               Cirro
6109 Brittmoore Rd                      PO Box 667180                           PO Box 2229
Houston, TX 77041-5610                  Dallas, TX 75266-7180                   Houston, TX 77252-2229

City of Houston                         City of Houston Water                   Cleaning Advanced Systems, LLC
c/o Tara L. Grundemeier                 PO Box 1560                             Pavlock Law Firm, PLLC
Linebarger Goggan Blair & Sampson LLP   Houston, TX 77251-1560                  6345 Garth Road 110-122
PO Box 3064                                                                     Baytown, TX 77521-5625
Houston, TX 77253-3064

Cleaning Advances Service               Comcast                                 Datawatch Systems
110 Cypress Station Suite 111           9602 S 300 W Suite B                    4520 East West Highway 200
Houston, TX 77090-1626                  Sandy, UT 84070-3336                    Bethesda, MD 20814-3382

Drew Dennett                            EAO Global LLC                          Environmental Coalition Inc.
2450 Wickersham Lane, Suite 202         14315 Briarhills Pkwy                   Po Box 1568
Austin, TX 78741-4744                   Houston, TX 77077-1007                  Stafford, TX 77497-1568

FirePro Tech                            FireTron Life Safety Solutions          Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110          PO Box 1604                             Inc.
Houston, TX 77041-2635                  Stafford, TX 77497-1604                 1303 Steele Drive
                                                                                Friendswood, TX 77546-2018
```

| | | |
|---|---|---|
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 |
| Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |

```
Travis B Vargo                      United States Trustee - AU12        Wate Management
c/o Leslie M Luttrell               United States Trustee                PO Box 660345
Luttrell + Carmody Law Group        903 San Jacinto Blvd, Suite 230      Dallas, TX 75266-0345
100 NE Loop 410 #615                Austin, TX 78701-2450
San Antonio TX 78216-4713


Xavier Educational Academy, LLC     Xavier Educational Academy, LLC      Zindler Service Co
c/o Beau H. Butler                  c/o Genevieve M. Graham              2450 Fondren Suite 113
1401 McKinney St 1900               1401 McKinney St 1900                Houston, TX 77063-2314
Houston Tx 77010-4037               Houston Tx 77010-4037



John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)1001 WL, LLC                     (u)See Attached                      End of Label Matrix
2450 Wickersham Ln                                                       Mailable recipients    66
Suite 202                                                                Bypassed recipients     2
Austin, TX 78741-4744                                                    Total                  68
```