2198

# axos BANK

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Series September Account #
09/02/2025 thru 09/30/2025
3887

Days In Statement Period
29

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $960,022.22 | $92,078.60 | $144,051.09 | $908,049.73 |
| DEPOSIT TOTALS | $960,022.22 | $92,078.60 | $144,051.09 | $908,049.73 |

Trustee Checking - ███████3887

Beginning Balance $960,022.22

| Date | Description | Credits | Debits |
|---|---|---|---|
| 09/02 | PAYMENT HOMESMART<br>CCD 021000024298589<br>GALLERIA LOOP NOTE HOL | $7,278.50 | |
| 09/02 | MyDeposit | $1,000.00 | |
| 09/03 | SENDER M EZZATABADIPOUR<br>CIE 113000023140716 | $300.00 | |
| 09/03 | SENDER S DAEINEJAD<br>CIE 113000023159923 | $300.00 | |
| 09/03 | MyDeposit | $5,100.00 | |
| 09/04 | MyDeposit | $4,494.51 | |
| 09/05 | MyDeposit | $7,221.50 | |
| 09/08 | MyDeposit | $1,000.00 | |
| 09/08 | MyDeposit | $1,500.00 | |
| 09/10 | ACH Pmt SMART CONTRACT S<br>CCD 021000026170586 | $550.00 | |
| 09/11 | MyDeposit | $5,000.00 | |
| 09/22 | MyDeposit | $3,078.64 | |
| 09/23 | ACH Pmt NATIONWIDE INVES<br>CCD 021000020899663<br>1001 WL LLC Debtor | $4,750.00 | |
| 09/29 | MyDeposit | $4,095.85 | |
| 09/30 | 1001 WL Palladium Cnslt<br>CCD 113011257121218<br>1001 WL LLC | $3,919.42 | |

Page 1 of 11



Statement Period  Account #
09/02/2025 thru 09/30/2025   3887

Days In Statement Period
29

P.O. Box 911039
San Diego, CA 92191
844-889-0896

## Trustee Checking - 3887

| Date | Description | Credits | Debits |
|---|---|---|---|
| 09/30 | QUICKBOOKS CHAMPIONS SCHOOL PPD 021000020222755 JOHN PATRICK LOWE, TRU | $42,490.18 | |
| | Ending Balance | | $908,049.73 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 13 | 2,516.82 | 09/26 | 4149 | 952.60 | 09/10 | 4158 | 36.84 | 09/12 |
| *4128 | 590.36 | 09/04 | 4150 | 866.00 | 09/03 | 4159 | 146.65 | 09/09 |
| *4142 | 31,679.78 | 09/03 | 4151 | 1,049.57 | 09/05 | 4160 | 22,398.69 | 09/17 |
| 4143 | 777.78 | 09/10 | 4152 | 18,640.00 | 09/04 | 4161 | 552.48 | 09/17 |
| *4145 | 290.52 | 09/03 | *4154 | 26,759.65 | 09/09 | 4162 | 8,881.76 | 09/16 |
| 4146 | 2,392.33 | 09/03 | 4155 | 16,805.61 | 09/09 | *4164 | 801.05 | 09/24 |
| 4147 | 99.31 | 09/05 | 4156 | 2,272.53 | 09/09 | 4165 | 2,475.47 | 09/23 |
| 4148 | 97.43 | 09/03 | 4157 | 2,810.90 | 09/09 | *4168 | 156.96 | 09/30 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $886,115.17 | Average Daily Collected | $884,496.77 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

| Date: 10/03/25 | | **DETAILED BANK RECONCILIATION** | | | | Page: 1 |
|---|---|---|---|---|---|---|

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR                                        For Period Ending: **09/30/25**
Case Name: 1001 WL, LLC

Account:   3887  Checking Account                                     Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---:|---:|---|---:|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| 08/12/25 * | 4128 | DATAWATCH SYSTEMS, INC. | | 590.36 | C | 0.00 |
| 08/20/25 * | 4142 | CITY OF HOUSTON | | 31,679.78 | C | 0.00 |
| 08/22/25 * | 4143 | A1 EXPRESS SAFE & LOCK | | 777.78 | C | 0.00 |
| 08/25/25 * | 4145 | FACILITY SOLUTIONS GROUP, INC. | | 290.52 | C | 0.00 |
| 08/26/25 * | 4146 | CLASSIC PROTECTION SYSTEMS, INC. | | 2,392.33 | C | 0.00 |
| 08/26/25 * | 4147 | CITY OF HOUSTON FIRE PREVENTION | | 99.31 | C | 0.00 |
| 08/26/25 * | 4148 | MODERN PEST CONTROL | | 97.43 | C | 0.00 |
| 08/27/25 * | 4149 | A1 EXPRESS SAFE & LOCK | | 952.60 | C | 0.00 |
| 08/27/25 * | 4150 | CLASSIC PROTECTION SYSTEMS, INC. | | 866.00 | C | 0.00 |
| 08/29/25 * | 4151 | WM CORPORATE SERVICES, INC. | | 1,049.57 | C | 0.00 |
| 08/29/25 * | 4152 | THE HARTFORD | | 18,640.00 | C | 0.00 |
| | | Balance Forward To 09/01/25 | 1,825,440.71 | 942,422.17 | | 883,018.54 |
| 09/02/25 | 69 | TIMOTHY E MCKENNA OR MARY A MCKENNA | 1,000.00 | | C | 884,018.54 |
| 09/02/25 | 4154 | FIRST INSURANCE FUNDING | | 26,759.65 | C | 857,258.89 |
| 09/02/25 | 4155 | CIRRO ENERGY | | 16,805.61 | C | 840,453.28 |
| 09/02/25 | 4156 | DATAWATCH SYSTEMS, INC. | | 2,272.53 | C | 838,180.75 |
| 09/02/25 | | HOMESMART | 7,278.50 | | C | 845,459.25 |
| 09/03/25 | 70 | MALRY T REED SOLE PROP | 5,100.00 | | C | 850,559.25 |
| 09/03/25 | 4157 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | 2,810.90 | C | 847,748.35 |
| 09/03/25 | 4158 | FASTSIGNS | | 36.84 | C | 847,711.51 |
| 09/03/25 | | M EZZATABADIPOUR | 300.00 | | C | 848,011.51 |
| 09/03/25 | | S DAEINEJAD | 300.00 | | C | 848,311.51 |
| 09/04/25 | 71 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 852,806.02 |
| 09/04/25 | 4159 | UNITED PROTECTIVE SERVICES - SOUTH | | 146.65 | C | 852,659.37 |
| 09/05/25 | 72 | QUEST PERSONNEL RESOURCES, INC. | 7,221.50 | | C | 859,880.87 |
| 09/08/25 | 73 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 861,380.87 |
| 09/08/25 | 74 | HARDER DEVOTION PERSONAL TRAINING, | 1,000.00 | | C | 862,380.87 |
| 09/10/25 | | SMART CONTRACT S | 550.00 | | C | 862,930.87 |
| 09/11/25 | 75 | B SQUARE DEVELOPMENT LLC | 5,000.00 | | C | 867,930.87 |
| 09/12/25 | 4160 | PCR PROPERTY SERVICES, LLC | | 22,398.69 | C | 845,532.18 |
| 09/12/25 | 4161 | NATALIE PARKER | | 552.48 | C | 844,979.70 |
| 09/12/25 | 4162 | PROMISE TOTAL SERVICES OF TEXAS, IN | | 8,881.76 | C | 836,097.94 |
| 09/15/25 | 4163 | TEJAS GROUND MAINTENANCE | | 2,516.82 | C | 833,581.12 |
| 09/17/25 | 4164 | CLASSIC PROTECTION SYSTEMS, INC. | | 801.05 | C | 832,780.07 |
| 09/17/25 | 4165 | KLEEN SUPPLY COMPANY | | 2,475.47 | C | 830,304.60 |
| 09/19/25 | 76 | AT&T | 3,078.64 | | C | 833,383.24 |
| 09/22/25 | | Reverses Deposit # 76 | -3,078.64 | | C | 830,304.60 |
| 09/22/25 | 77 | AT&T | 3,078.64 | | C | 833,383.24 |

RECONRP3                                                                                                        Ver: 22.07n

# DETAILED BANK RECONCILIATION

Date: 10/03/25          Page: 2

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR
Case Name: 1001 WL, LLC

For Period Ending: 09/30/25

Account: 3887 Checking Account          Account Code: 01

| Date | Check # | Payee | Deposit | Disbursement | | Balance |
|---|---|---|---|---|---|---|
| 09/22/25 | 4166 | BALANCE COMPANIES (Stop Payment Requested) | | 50,000.00 | | 783,383.24 |
| 09/23/25 | | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 788,133.24 |
| 09/24/25 | 4167 | CITY OF HOUSTON | | 13,124.18 | | 775,009.06 |
| 09/24/25 | 4168 | MODERN PEST CONTROL | | 156.96 | C | 774,852.10 |
| 09/26/25 | 4169 | FACILITY SOLUTIONS GROUP, INC. | | 2,096.92 | | 772,755.18 |
| 09/29/25 | 78 | GOLD QUEST GROUP, LLC | 4,095.85 | | C | 776,851.03 |
| 09/29/25 | 4170 | WM CORPORATE SERVICES, INC. | | 1,049.57 | | 775,801.46 |
| 09/30/25 | 4171 | MILLSAP WATERPROOFING, INC. | | 11,880.44 | | 763,921.02 |
| 09/30/25 | 4172 | ARMADILLO GLASS, INC. | | 4,431.03 | | 759,489.99 |
| 09/30/25 | | PALLADIUM CNSLT | 3,919.42 | | C | 763,409.41 |
| 09/30/25 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | 42,490.18 | | C | 805,899.59 |

| | | | | |
|---|---|---|---|---|
| CLEARED DEPOSITS | 1,917,519.31 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 1,009,469.58 | OUTSTANDING DISBURSEMENTS | - | 102,150.14 |
| | 908,049.73 | | | -102,150.14 |

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | | 805,899.59 |
| OUTSTANDING DEPOSITS | - | 0.00 |
| OUTSTANDING DISBURSEMENTS | + | 102,150.14 |
| FORM 2 ADJUSTED BALANCE | | 908,049.73 |
| BANK BALANCE | | 908,049.73 |

\* Written in Prior Period, Cleared in Current Period      C = Cleared

RECONRP3          Ver: 22.07n