

**SO ORDERED.**

**SIGNED this 07th day of October, 2025.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **1001 WL, LLC,** | § | **CASE NO. 24-10119-smr** |
| | § | |
| | § | **Chapter 11** |
| *Debtor.* | § | |

## ORDER GRANTING NON-PARTY SERVICELINK'S OBJECTIONS, MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

On this date, the Court considered *Non-Party ServiceLink's Objections, Motion to Quash Subpoena and Motion for Protective Order*. Having considered the motion, any responses or replies to the motion, and the Courts own records, the Court determined that the motion is meritorious and should be granted in its entirety.

IT IS THEREFORE ORDERED Non-Party ServiceLink's Objections, Motion to Quash Subpoena and Motion for Protective Order is GRANTED; and,

IT IS FURTHER ORDERED that BDFI, LLC ("BDFI") and Galleria Loop Note Holder, LLC ("Galleria Loop")'s Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) ("Subpoena") by Zoom and Subpoena Duces Tecum to produce documents for August 15, 2025 is quashed and ServiceLink does not need to produce the requested documents for examination or a corporate representative for deposition.

###

Submitted by:

Patrick Joost
**FIDELITY NATIONAL LAW GROUP**
**COUNSEL FOR NON-PARTY SERVICELINK**

