UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-10119 |
| 1001 WL LLC, § | |
| § | CHAPTER 11 |
| *Debtor*. § | |
| § | |

## NOTICE OF APPEARANCE

Jeremy M. Reichman and Michael C. Lee of Vinson & Elkins LLP enter an appearance as counsel of record for Bryan Cave Leighton Paisner, LLP and respectfully request that the Court and opposing counsel serve copies of all notices or pleadings in the above action as set forth below:

Jeremy M. Reichman
State Bar No. 24083722
jreichman@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

Respectfully submitted,

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman
  State Bar No. 24083722
  jreichman@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Bryan Cave Leighton Paisner, LLP*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman