**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-10119 |
| | ' | |
| 1001 WL LLC, | ' | |
| DEBTOR | ' | CHAPTER 11 |

_____

**NOTICE OF ORDER**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

Pursuant to the Bankruptcy Court's Order Withdrawing Show Cause Order and Sanctioning Justin Rayome [ECF No. 258] (the "Order"), entered in the bankruptcy case, *In re RIC (Lavernia) LLC*, Styled Case Number 24-51195, attached hereto is a true and correct copy of the Order.

October 7, 2025

*Respectfully submitted,
By: /s/ *Justin Rayome*
JUSTIN RAYOME
SBN: 24130709
1001 West Loop South, Suite 700
Houston, Texas 77027
214-934-9345
Justin.rayome.law@gmail.com
*Reviewed and approved for signing
and filing from treatment center

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served through the Court's ECF notification system on October 7, 2025.


By: /s/ *Justin Rayome*
JUSTIN RAYOME