**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF FILING JUDGMENT FROM THE FOURTEENTH COURT OF APPEALS**

TO THE HONORABLE SHAD ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver[1], by and through his counsel of record, and files the following judgment entered by the Fourteenth Court of Appeals for the State of Texas:

1. Judgment, entered in Case No. 14-25-00309-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd., et al.* on October 7, 2025 ("Judgment").

The Judgment is attached hereto as **Exhibit 1** and is incorporated herewith for all purposes.

Dated this 8th day of October, 2025.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
Email: luttrell@lclawgroup.net

By: /s/ Leslie M. Luttrell
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 8th day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
1001 WL, LLC
2450 Wickersham Lane
Suite 202
Austin, TX 78741

**US Trustee's Office**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Chapter 11 Trustee**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

**Counsel for Mr. Lowe**
Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

**Counsel for TIG Romspen**
Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

    /s/ Leslie M. Luttrell
    Leslie M. Luttrell

# EXHIBIT 1

October 7, 2025



# JUDGMENT

# The Fourteenth Court of Appeals

ALI CHOUDHRI, Appellant

NO. 14-25-00309-CV          V.

MOKARAM-LATIF WEST LOOP, LTD., ET AL, Appellees

_____

    Today the court heard its own motion to dismiss the appeal from the order signed by the court below on March 31, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

    We further order that all costs incurred by reason of this appeal be paid by appellant, Ali Choudhri.

    We further order this decision certified below for observance.

Judgment Rendered October 7, 2025.

Panel Consists of Justices Jewell, Bridges, and Antú. Opinion delivered Per Curiam.

```
Label Matrix for local noticing        1001 WL, LLC                              U.S. BANKRUPTCY COURT
0542-1                                  2450 Wickersham Lane, Suite 202           903 SAN JACINTO, SUITE 322
Case 24-10119-smr                       Austin, TX 78741-4744                     AUSTIN, TX 78701-2450
Western District of Texas
Austin
Tue Oct  7 11:36:03 CDT 2025

ABC Home & Commercial                   Ali Choudhri                              Ali Choudhri
Services                                1001 West Loop S Ste 700                  2425 West Loop St., 11th Flr.
11934 Barker Cypress Road               Houston, TX 77027-9033                    Houston, TX 77027
Cypress, TX 77433-1802


Ameritrex Imaging & Services            BARRON & NEWBURGER, P.C.                  BDFI, LLC
PO Box 841511                           C/O STEPHEN W. SATHER                     1001 West Loop S Ste 700
Houston, TX 77284-1511                  7320 N. MoPac Expwy., Suite 400           Houston, TX 77027-9033
                                        Austin, TX 78731-2347


BDFI, LLC                               BDFI, LLC                                 BDFI, LLC
2425 West Loop South, Suite 1100        c/o Mark A. Junell                        c/o Ronald J. Smeberg
Houston, TX 77027-4210                  The Junell Law Firm, PC                   The Smeberg Law Firm, PLLC
                                        746 Country Lane                          4 Imperial Oaks
                                        Houston, TX 77024-5508                    San Antonio, Texas 78248-1609


Baker Botts, LLP                        Boxer Property Management Corporation     Boxer Property Management Corporation
401 S 1st St                            7324 Southwest Fwy #1900                  c/o Reed W. Burritt, Atty.
Unit 1300                               Houston TX 77074-2057                     7324 Southwest Fwy #1900
Austin, TX 78704-1296                                                             Houston TX 77074-2057


CFI Mechanical, Inc.                    Capital Premium Financing                 Cirro
6109 Brittmoore Rd                      PO Box 667180                             PO Box 2229
Houston, TX 77041-5610                  Dallas, TX 75266-7180                     Houston, TX 77252-2229


City of Houston                         City of Houston Water                     Cleaning Advanced Systems, LLC
c/o Tara L. Grundemeier                 PO Box 1560                               Pavlock Law Firm, PLLC
Linebarger Goggan Blair & Sampson LLP   Houston, TX 77251-1560                    6345 Garth Road 110-122
PO Box 3064                                                                       Baytown, TX 77521-5625
Houston, TX 77253-3064


Cleaning Advances Service               Comcast                                   Datawatch Systems
110 Cypress Station Suite 111           9602 S 300 W Suite B                      4520 East West Highway 200
Houston, TX 77090-1626                  Sandy, UT 84070-3336                      Bethesda, MD 20814-3382


Drew Dennett                            EAO Global LLC                            Environmental Coalition Inc.
2450 Wickersham Lane, Suite 202         14315 Briarhills Pkwy                     Po Box 1568
Austin, TX 78741-4744                   Houston, TX 77077-1007                    Stafford, TX 77497-1568


FirePro Tech                            FireTron Life Safety Solutions            Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110          PO Box 1604                               Inc.
Houston, TX 77041-2635                  Stafford, TX 77497-1604                   1303 Steele Drive
                                                                                  Friendswood, TX 77546-2018
```

| | | |
|---|---|---|
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 |
| Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |

| | | |
|---|---|---|
| Travis B Vargo<br>c/o Leslie M Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 #615<br>San Antonio TX 78216-4713 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1001 WL, LLC<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | (u)See Attached | End of Label Matrix<br>Mailable recipients 66<br>Bypassed recipients 2<br>Total 68 |