**The relief described hereinbelow is SO ORDERED.**

**Signed October 08, 2025.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER DENYING MOTION TO DISQUALIFY BRYAN CAVE LEIGHTON PAISNER LLP AS ATTORNEYS FOR TIG ROMSPEN US MASTER MORTGAGE LP [ECF NO. 883]

On August 11, 2025, Ali Choudhri ("Choudhri") filed his *Emergency Motion to Disqualify Bryan Cave Leighton Paisner LLP as Attorneys for TIG Romspen US Master Mortgage LP*, ECF No. 883 (the "Motion to Disqualify") along with a motion requesting an expedited hearing. TIG Romspen US Master Mortgage LP ("Romspen") objected to expediting the hearing. On August 18, 2025, the Court entered its *Order Denying Ali Choudhri's Motion to Expedite* [ECF No. 904] (the "Order") and set the Motion to Disqualify for hearing on October 9, 2025. On September 2, 2025, Romspen filed an objection to the Motion to Disqualify, ECF No. 944 (the "Objection").

The Court has reviewed the relevant pleadings and the Order and finds that the Motion to Disqualify should be denied. The pro se Motion to Disqualify appears to the Court full of speculation and conjecture, but even if the facts alleged were true, they would not require the relief requested. Even if Mr. Choudhri or one of his

1

numerous entities puts Mr. Hirsch's actions as attorney in anything related to the foreclosure into question, that does not require disqualification of either him or his firm—it does not justify depriving Romspen of its choice of counsel.

The motion is accordingly DENIED in all respects.

# # #