**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

## NOTICE OF FILING MEMORANDUM OPINION AND JUDGMENT FROM THE FOURTEENTH COURT OF APPEALS

TO THE HONORABLE SHAD M. ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver[1], by and through his counsel of record, and files the following Memorandum Opinion and Judgment entered by the Fourteenth Court of Appeals for the State of Texas:

1. Memorandum Opinion filed in Case No. 14-25-00308-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd., et al.* on October 7, 2025, on appeal from the 333rd District Court, Harris County, Texas, Trial Court Case No. 2012-27197-A ("Memorandum Opinion").

2. Judgment, entered in Case No. 14-25-00308-CV, *Ali Choudhri* vs. *Mokaram-Latif West Loop, Ltd., et al.* on October 7, 2025 ("Judgment").

The Memorandum Opinion and Judgment are attached hereto as ***Exhibits 1 and 2***, respectively, and are incorporated herewith for all purposes.

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas.

Dated this 9th day of October, 2025.

                    Respectfully submitted,

                    LUTTRELL **+** CARMODY LAW GROUP
                    One International Centre
                    100 N.E. Loop 410, Suite 615
                    San Antonio, Texas 78216
                    Tel.  210.426.3600
                    Email: luttrell@lclawgroup.net

                    By: */s/ Leslie M. Luttrell*
                        Leslie M. Luttrell
                        State Bar No. 12708650

                    **ATTORNEYS FOR TRAVIS B. VARGO,**
                    **COURT-APPOINTED RECEIVER**

## <u>CERTIFICATE OF SERVICE</u>

       I do hereby certify that on the 9th day of October, 2025, I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

<table>
<tr>
<td>

**<u>Debtor</u>**
1001 WL, LLC
2450 Wickersham Lane
Suite 202
Austin, TX 78741

**<u>US Trustee's Office</u>**
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**<u>Chapter 11 Trustee</u>**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

Lyndel Vargas
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202

</td>
<td>

**<u>Counsel for Mr. Lowe</u>**
Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

**<u>Counsel for TIG Romspen</u>**
Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

Justin Rayome
1001 West Loop South, Suite 700
Houston, TX 77027

</td>
</tr>
</table>

*/s/ Leslie M. Luttrell*          
Leslie M. Luttrell

# EXHIBIT 1

**Appeal dismissed and Memorandum Opinion filed October 7, 2025.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————————

## NO. 14-25-00308-CV

—————————————

### ALI CHOUDHRI, Appellant

### V.

### MOKARAM-LATIF WEST LOOP, LTD., ET AL., Appellees

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197-A**

## MEMORANDUM  OPINION

This appeal is from an order signed April 1, 2025.  The court reporter indicated on July 29, 2025 that appellant had not paid for or made arrangements to pay for the reporter's record.  The clerk's record was filed July 30, 2025.  No brief was filed.

On August 19, 2025, we ordered appellant to file a brief by September 18, 2025, and we further warned appellant that the appeal was subject to dismissal without further notice for want of prosecution if he failed to do so. *See* Tex. R. App.

P. 42.3(b).

Appellant filed no brief or other response to the order. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bridges, and Antú.

# EXHIBIT 2

October 7, 2025



# JUDGMENT

# The Fourteenth Court of Appeals

ALI CHOUDHRI, Appellant

NO. 14-25-00308-CV                    V.

MOKARAM-LATIF WEST LOOP, LTD., ET AL., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 1, 2025. Having considered the motion, we order the appeal **DISMISSED**.

We order appellant, Ali Choudhri, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment rendered October 7, 2025.

Panel consists of Justices Jewell, Bridges, and Antú.  Opinion delivered Per Curiam.

Label Matrix for local noticing
0542-1
Case 24-10119-smr
Western District of Texas
Austin
Tue Oct  7 11:36:03 CDT 2025

1001 WL, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

ABC Home & Commercial
Services
11934 Barker Cypress Road
Cypress, TX 77433-1802

Ali Choudhri
1001 West Loop S Ste 700
Houston, TX 77027-9033

Ali Choudhri
2425 West Loop St., 11th Flr.
Houston, TX 77027

Ameritrex Imaging & Services
PO Box 841511
Houston, TX 77284-1511

BARRON & NEWBURGER, P.C.
C/O STEPHEN W. SATHER
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731-2347

BDFI, LLC
1001 West Loop S Ste 700
Houston, TX 77027-9033

BDFI, LLC
2425 West Loop South, Suite 1100
Houston, TX 77027-4210

BDFI, LLC
c/o Mark A. Junell
The Junell Law Firm, PC
746 Country Lane
Houston, TX 77024-5508

BDFI, LLC
c/o Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248-1609

Baker Botts, LLP
401 S 1st St
Unit 1300
Austin, TX 78704-1296

Boxer Property Management Corporation
7324 Southwest Fwy #1900
Houston TX 77074-2057

Boxer Property Management Corporation
c/o Reed W. Burritt, Atty.
7324 Southwest Fwy #1900
Houston TX 77074-2057

CFI Mechanical, Inc.
6109 Brittmoore Rd
Houston, TX 77041-5610

Capital Premium Financing
PO Box 667180
Dallas, TX 75266-7180

Cirro
PO Box 2229
Houston, TX 77252-2229

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

City of Houston Water
PO Box 1560
Houston, TX 77251-1560

Cleaning Advanced Systems, LLC
Pavlock Law Firm, PLLC
6345 Garth Road 110-122
Baytown, TX 77521-5625

Cleaning Advances Service
110 Cypress Station Suite 111
Houston, TX 77090-1626

Comcast
9602 S 300 W Suite B
Sandy, UT 84070-3336

Datawatch Systems
4520 East West Highway 200
Bethesda, MD 20814-3382

Drew Dennett
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

EAO Global LLC
14315 Briarhills Pkwy
Houston, TX 77077-1007

Environmental Coalition Inc.
Po Box 1568
Stafford, TX 77497-1568

FirePro Tech
6830 N Eldridge Pkwy Suite 110
Houston, TX 77041-2635

FireTron Life Safety Solutions
PO Box 1604
Stafford, TX 77497-1604

Fluid Meter Sales & Service,
Inc.
1303 Steele Drive
Friendswood, TX 77546-2018

GFS Industries
24165 IH 10 W Suite 217
San Antonio, TX 78257-1160

Galleria Loop Note Holder, LLC
c/o Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248-1609

Galleria Note Holder, LLC
c/o James Pope
6161 Savoy Drive Suite 1125
Houston, TX 77036-3343

Harcon Mechanical
Contractors
9009 W Little York
Houston, TX 77040-4113

Harris County Tax Assessor
PO Box Box 77210-4633

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

IHC Specialty Benefits, Inc.
5353 Wayzata Boulevard
Suite 300
St. Louis Park, MN 55416-1317

JLM Law Firm
2921 E 17th Street Bldg D Suite 6
Austin, TX 78702-1595

Jetall Companies
1001 W Loop S Suite 700
Houston, TX 77027-9033

Jetall Companies, Inc.
2425 West Loop South Suite 1100
Houston, TX 77027-4210

Kings 111
751 Canyon Drive Suite 100
Coppell, TX 75019-3857

Lloyd E Kelly
2726 Bissonnet Suite 240
Houston, TX 77005-1352

Mark C. Taylor, Special Litigation Counsel
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

Mary E. Morandini
96 Cummings Point Road
Stamford, CT 06902-7919

Meyerland Glass Company
12922 Murphy Road
Stafford, TX 77477-3904

Morsco Supply, LLC
6867 Wynwood Lane
Houston, TX 77008-5023

Mueller
1500 Sherwood Forest Drive
Houston, TX 77043-3899

Nationside Investigations &
Security
2425 W Loop S Suite 300
Houston, TX 77027-4207

Pieper Houston Electric, LP
1708 Oak Tree
Houston, TX 77080-7240

Rapp Krock
1980 Post Oak Blvd Suite 1200
Houston, TX 77056-3970

Ringcentral
PO Box 734232
Dallas, TX 75373-4232

Sonder USA Inc.
c/o J. Eric Lockridge
Kean Miller LLP
400 Convention St., Ste. 700
Baton Rouge, LA 70802-5628

Sonder USA Inc.
c/o Kean Miller LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002-2832

T&R Mechanical
21710 White Oak Drive
Conroe, TX 77306-8848

TIG Romspen US Master Mortgage LP
c/o Bryan Cave Leighton Paisner LLP
Attn: Kyle S. Hirsch
2200 Ross Avenue, 4200W
Dallas, TX 75201-2763

TIG Romspen US Master Mortgage LP
c/o Locke Lord LLP
Attn: W. Steven Bryant
300 Colorado Street, Ste. 2100
Austin, Texas 78701-4890

TIG Romspen US Master Mortgage, LP
162 Cumberland Street Suite 300
Toronto, Ontario M5R 3N5

TKE
3100 Interstate North Cir SE Ste. 500
Atlanta, GA 30339-2296

The Hanover Insurance Group
(GL & Prop)
PO Box 580045
Charlotte, NC 28258-0045

Travis B Vargo
c/o Leslie M Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410 #615
San Antonio TX 78216-4713

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wate Management
PO Box 660345
Dallas, TX 75266-0345

Xavier Educational Academy, LLC
c/o Beau H. Butler
1401 McKinney St 1900
Houston Tx 77010-4037

Xavier Educational Academy, LLC
c/o Genevieve M. Graham
1401 McKinney St 1900
Houston Tx 77010-4037

Zindler Service Co
2450 Fondren Suite 113
Houston, TX 77063-2314

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)1001 WL, LLC
2450 Wickersham Ln
Suite 202
Austin, TX 78741-4744

(u)See Attached

End of Label Matrix
Mailable recipients    66
Bypassed recipients     2
Total                  68