**The relief described hereinbelow is SO ORDERED.**

**Signed October 07, 2025.**

*Christopher G. Bradley*

**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## ~~FOR THE WESTERN DISTRICT OF TEXAS~~
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **1001 WL, LLC,** | § | **CASE NO. 24-10119-smr** |
| | § | |
| | § | **Chapter 11** |
| *Debtor.* | § | |

---

### ORDER GRANTING NON-PARTY SERVICELINK'S MOTION TO WITHDRAW HEARING ON ITS OBJECTIONS, MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

---

On this date, the Court considered *Non-Party ServiceLink's Motion to Withdraw Hearing on its Objections, Motion to Quash Subpoena and Motion for Protective Order* ("Motion"). Having considered the motion, any responses or replies to the motion, and the Courts own records, the Court determined that the motion is meritorious and should be granted in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and the hearing on Non-Party ServiceLink's Objections, Motion to Quash Subpoena and Motion for Protective Order, scheduled for October 9, 2025 at 10:00 is cancelled and ServiceLink

is not required to appear before the Court at that time or take any further action at

this time.


###

Submitted by:

Patrick Joost
FIDELITY NATIONAL LAW GROUP
COUNSEL FOR NON-PARTY SERVICELINK

Order on ServiceLink's Motion to Withdraw Hearing on its Objections, Motion to
Quash Subpoena and Motion for Protective Order

Page 2 of 2

United States Bankruptcy Court

Western District of Texas

In re:                                                                                              Case No. 24-10119-smr

1001 WL, LLC                                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1                         User: admin                                    Page 1 of 4

Date Rcvd: Oct 07, 2025                  Form ID: pdfintp                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                       Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL  LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | |

District/off: 0542-1
User: admin
Page 2 of 4
Date Rcvd: Oct 07, 2025
Form ID: pdfintp
Total Noticed: 1

on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com  ctrickey@gdhm.com

Brian Talbot Cumings

on behalf of Attorney Graves Dougherty Hearon & Moody  P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings

on behalf of Defendant John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com

Brigid K Ndege

on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Clinton Wayne Alexander

on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander

on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Eric Terry

on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright

on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham

on behalf of Plaintiff Xavier Educational Academy  LLC ggraham@graham-pllc.com

Genevieve M. Graham

on behalf of Interested Party Xavier Educational Academy  LLC ggraham@graham-pllc.com

J. Eric Lockridge

on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com  eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope

on behalf of Interested Party Galleria Loop Note Holder  LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope

on behalf of Creditor BDFI  LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr

on behalf of Interested Party Xavier Educational Academy  LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

John C. Roy

on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com  ajezisek@krcl.com

John Patrick Lowe

pat.lowe.law@gmail.com  plowe@ecf.axosfs.com

John Patrick Lowe

on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com  plowe@ecf.axosfs.com

Justin Hanna

on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Defendant Galleria Loop Note Holder  LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Rayome

on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome

on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer

on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Creditor BDFI  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Jetall Capital  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant BDFI  LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch

on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell

on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas

on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell

on behalf of Creditor BDFI  LLC mark@junellfirm.com

Mark Curtis Taylor

on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Attorney Mark Taylor mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Plaintiff 1001 WL  LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery

on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com  admin@wilsonfriery.com

Patrick Clayton Joost

on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com  patrickjoost34@gmail.com

Paul Kirklin

on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin

on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin

pkirklin@kirklinlaw.com

Reed W. Burritt

on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert Luke Graham

on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Smeberg Law Firm  PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;danielle@smeberg.com

Shane P. Tobin

on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

Shea Neal Palavan

on behalf of Interested Party Galleria Loop Note Holder  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Plaintiff Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Interested Party Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Interested Party Ali Choudhri service@houstonip.com  snpalavan@recap.email

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather

on behalf of Interested Party Barron & Newburger  P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com ;kparsley@bn-lawyers.com

Stephen W. Sather

on behalf of Defendant 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com ;kparsley@bn-lawyers.com

Stephen W. Sather

on behalf of Plaintiff 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com ;kparsley@bn-lawyers.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo

on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com  mpoynter@vargolawfirm.com

United States Trustee - AU12

ustpregion07.au.ecf@usdoj.gov

William Steven Bryant

on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com  jpelayo@lockelord.com

William Steven Bryant

on behalf of Defendant TIG Romspen US Master Mortgage  LP steven.bryant@troutman.com, jpelayo@lockelord.com

TOTAL: 71