**The relief described hereinbelow is SO ORDERED.**

**Signed October 08, 2025.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER DENYING MOTION TO DISQUALIFY BRYAN CAVE
LEIGHTON PAISNER LLP AS ATTORNEYS FOR TIG ROMSPEN US
MASTER MORTGAGE LP [ECF NO. 883]**

On August 11, 2025, Ali Choudhri ("Choudhri") filed his *Emergency Motion to Disqualify Bryan Cave Leighton Paisner LLP as Attorneys for TIG Romspen US Master Mortgage LP*, ECF No. 883 (the "Motion to Disqualify") along with a motion requesting an expedited hearing. TIG Romspen US Master Mortgage LP ("Romspen") objected to expediting the hearing. On August 18, 2025, the Court entered its *Order Denying Ali Choudhri's Motion to Expedite* [ECF No. 904] (the "Order") and set the Motion to Disqualify for hearing on October 9, 2025. On September 2, 2025, Romspen filed an objection to the Motion to Disqualify, ECF No. 944 (the "Objection").

The Court has reviewed the relevant pleadings and the Order and finds that the Motion to Disqualify should be denied. The pro se Motion to Disqualify appears to the Court full of speculation and conjecture, but even if the facts alleged were true, they would not require the relief requested. Even if Mr. Choudhri or one of his

1

numerous entities puts Mr. Hirsch's actions as attorney in anything related to the foreclosure into question, that does not require disqualification of either him or his firm—it does not justify depriving Romspen of its choice of counsel.

The motion is accordingly DENIED in all respects.

### #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | |
| | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | |
| | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Clinton Wayne Alexander | |
| | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | |
| | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Eric Terry | |
| | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | |
| | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | |
| | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | |
| | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| J. Eric Lockridge | |
| | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | |
| | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | |
| | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | |
| | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| Jeremy M Reichman | |
| | on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com |
| John C. Roy | |
| | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | |
| | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | |
| | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | |
| | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | |
| | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | |
| | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |

24-10119-smr Doc#990 Filed 10/11/25 Entered 10/11/25 23:28:13 Imaged Certificate of Notice Pg 5 of 6

| District/off: 0542-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdfintp | Total Noticed: 1 |

Kell C. Mercer
    on behalf of Defendant Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Creditor BDFI  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Jetall Capital  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant BDFI  LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
    on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
    on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell
    on behalf of Creditor BDFI  LLC mark@junellfirm.com

Mark Curtis Taylor
    on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Attorney Mark Taylor mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Plaintiff 1001 WL  LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery
    on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com  admin@wilsonfriery.com

Patrick Clayton Joost
    on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com  patrickjoost34@gmail.com

Paul Kirklin
    on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin
    on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin
    pkirklin@kirklinlaw.com

Reed W. Burritt
    on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert Luke Graham
    on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
    on behalf of Interested Party Smeberg Law Firm  PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

Shea Neal Palavan

24-10119-smr Doc#990 Filed 10/11/25 Entered 10/11/25 23:28:13 Imaged Certificate of Notice Pg 6 of 6

| District/off: 0542-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | |
| | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| Stephen W. Sather | |
| | on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Travis Brian Vargo | |
| | on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com |
| United States Trustee - AU12 | |
| | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com |
| William Steven Bryant | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com |

TOTAL: 72