**TRIAL/HEARING ON**
**24-10119: Docs 837, 838, 839, 840, 970 – Motions to Show Authority**
**24-10120: Doc 734 – Motion to Show Authority**

## EXHIBIT AND WITNESS LIST

| PLAINTIFF'S ATTORNEY: <br><br> Leslie Lutrell – Travis Vargo <br><br> Kyle Hirsch – Tig Romspen | DEFENDANT'S ATTORNEY: <br><br> Lyndel Vargas – Dalio Holdings I, LLC; Dalio Holdings II, LLC; Ali Choudhri | Docket Number: <br><br> 24-10119 / 24-10120 |
|---|---|---|
| | | Trial/Hearing Date(s) <br><br> 10/09/2025 |
| PRESIDING JUDGE <br><br> *Judge Christopher Bradley* | COURT REPORTER <br><br> *Holly Jamjoo* | COURTROOM DEPUTY <br><br> *Ren Schoener* |

| PLA NO. | DEF NO. | DATE OFFERRED | MARKED | ADMITTED | USED | DESCRIPTION |
|---|---|---|---|---|---|---|
| X | | 10/9/2025 | Vargo | 10/9/25 | | Vargo ex 1-4, 6-11 |
| | X | 10/9/25 | Vargas | 10/9/25 | | Vargas ex 1 (ecf 979) |
| | | | | | | ==Witness: T. Michael Ballases== |
| | | | | | | ==Witness: Travis Vargo== |
| | | | | | | ==Witness: Lyndel Vargas== |