**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 03, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re | § § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER ON INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED

CAME ON TO BE CONSIDERED the *Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application") [Dkt. No. 964] filed by Graves Dougherty Hearon & Moody, PC in the above-captioned bankruptcy case. After considering the Application and any responses thereto, the Court is of the opinion that it should be APPROVED on an interim basis.

**IT IS, THEREFORE, ORDERED**, that the total amount of $136,127.22 in fees billed and expenses incurred by Graves Dougherty Hearon & Moody, PC in the representation of John

Patrick Lowe in his capacity as Chapter 11 from January 17, 2025, through September 11, 2025, are hereby approved and allowed on an interim basis and the Chapter 11 Trustee authorized and directed to pay the same. Any use of cash collateral to pay the approved and allowed fees on an interim basis remains subject to the pending motion seeking approval of a settlement between the Chapter 11 Trustee and secured lender TIG Romspen US Master Mortgage LP (the "Romspen Settlement"). Approval, allowance, and authorization to pay as set forth in this Order shall not constitute a finding or conclusion as to any right to surcharge the security interests of TIG Romspen US Master Mortgage LP.

**IT IS, FURTHERMORE, ORDERED** that all fees and expenses paid to Graves Dougherty Hearon & Moody PC pursuant to this Order remain subject to disgorgement by future order of the Court in accordance with the provisions of the Bankruptcy Code and other governing law. In the event the Court denies approval of the Romspen Settlement, then TIG Romspen US Master Mortgage LP's right to seek disgorgement of any cash collateral used to pay the allowed, approved fees is fully and completely reserved.

# # #

*Order Prepared by Counsel for Ch. 11 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com