# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE:

1001 WL, LLC

Case No.: 24-10119-smr

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE*

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Bruce J. Duke ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Ali Choudhri in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

4912-4150-2327, v. 1

Prepared By:

Bruce J. Duke

Duke Law Firm

141-I Route 130 S, #380

Cinnaminson, NJ 08077

732-200-9084

bruce@bdukelawfirm.com

4912-4150-2327, v. 1