IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
|     DEBTOR | § | CHAPTER 11 |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF THE**
**ORDER GRANTING THE MOTIONS TO SHOW AUTHORITY [ECF NOS. 837, 838, 839, 840, 970]**

On this day, the Motion for Reconsideration of the Order Granting the Receiver's Motions to Show Authority [ECF Nos. 837, 838, 839, 840, 970] [ECF No. 996](the "Motion"), filed by party-in-interest, Ali Choudhri, individually and as owner Galleria Loop Note Holder, LLC ("GLNH") and BDFI, LLC ("BDFI"), and Jetall Capital, LLC ("Jetall") (GLHN, BDFI, and Jetall collectively, the "Entities"), came on for hearing. Having considered the Motion, the arguments and evidence presented, and the record of this case, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED that the Motion to Reconsider is GRANTED;

1

IT IS FURTHER ORDERED that the Court's prior Order Granting the Receiver's Motions to Show Authority [ECF No. 996] is hereby VACATED; and,

IT IS FURTHER ORDERED that the Receiver's Motions to Show Authority shall be DENIED.

IT IS SO ORDERED.

Signed this ___ day of _____, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE

###