**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING CONTINTUED RETENTION OF REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) TO SELL NON-EXEMPT REAL PROPERTY**

ON THIS DAY, the Court considered the *Application for Order Approving Continued Retention of Real Estate Broker Pursuant to 11 U.S.C. §§ 327(a) and 328(a) to Sell Non-Exempt Real Property* [Dkt. No. __] (the "Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same.

**IT IS, THERFORE, ORDERED**, that the employment of PCR Brokerage Houston, LLC, a Texas limited liability company, d/b/a Partners (the "Broker"), as real estate broker for the Trustee, be and it is hereby, approved under 11 U.S.C. §§ 327(a) and 328(a) pursuant to the terms

3783280.v1

laid out in the Application and pursuant to the terms of the Exclusive Sale Listing Agreement attached as Exhibit 3 to the Application.

**IT IS, FURTHERMORE, ORDERED**, that Broker's commission compensation will be disclosed and requested in conjunction with any motions for sale that result from the employment of Broker by the Trustee.

**IT IS, FURTHERMORE, ORDERED**, that the Trustee is authorized to continue to employ Broker under financial terms like those represented in the Exclusive Sale Listing Agreement, including by executing extensions of the Exclusive Sale Listing Agreement, until such time as the Real Property may be sold.

**IT IS, FURTHERMORE, ORDERED**, that this Court shall retain exclusive jurisdiction to interpret, implement, and enforce the terms and provisions of this Order.

# # #

*Order Prepared by Proposed Counsel for Ch. 11 Trustee*
Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com