Label Matrix for local noticing
0542-1
Case 24-10119-smr
Western District of Texas
Austin
Wed Jan 15 09:27:59 CST 2025

1001 WL, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

ABC Home & Commercial
Services
11934 Barker Cypress Road
Cypress, TX 77433-1802

Ali Choudhri
1001 West Loop S Ste 700
Houston, TX 77027-9033

Ali Choudhri
2425 West Loop St., 11th Flr.
Houston, TX 77027

Ameritrex Imaging & Services
PO Box 841511
Houston, TX 77284-1511

BDFI, LLC
1001 West Loop S Ste 700
Houston, TX 77027-9033

BDFI, LLC
2425 West Loop South, Suite 1100
Houston, TX 77027-4210

BDFI, LLC
c/o Mark A. Junell
The Junell Law Firm, PC
746 Country Lane
Houston, TX 77024-5508

Baker Botts, LLP
401 S 1st St
Unit 1300
Austin, TX 78704-1296

Boxer Property Management Corporation
7324 Southwest Fwy #1900
Houston TX 77074-2057

Boxer Property Management Corporation
c/o Reed W. Burritt, Atty.
7324 Southwest Fwy #1900
Houston TX 77074-2057

CFI Mechanical, Inc.
6109 Brittmoore Rd
Houston, TX 77041-5610

Capital Premium Financing
PO Box 667180
Dallas, TX 75266-7180

Cirro
PO Box 2229
Houston, TX 77252-2229

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

City of Houston Water
PO Box 1560
Houston, TX 77251-1560

Cleaning Advanced Systems, LLC
Pavlock Law Firm, PLLC
6345 Garth Road 110-122
Baytown, TX 77521-5625

Cleaning Advances Service
110 Cypress Station Suite 111
Houston, TX 77090-1626

Comcast
9602 S 300 W Suite B
Sandy, UT 84070-3336

Datawatch Systems
4520 East West Highway 200
Bethesda, MD 20814-3382

Drew Dennett
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

Environmental Coalition Inc.
Po Box 1568
Stafford, TX 77497-1568

FirePro Tech
6830 N Eldridge Pkwy Suite 110
Houston, TX 77041-2635

FireTron Life Safety Solutions
PO Box 1604
Stafford, TX 77497-1604

Fluid Meter Sales & Service,
Inc.
1303 Steele Drive
Friendswood, TX 77546-2018

GFS Industries
24165 IH 10 W Suite 217
San Antonio, TX 78257-1160

Galleria Note Holder, LLC
c/o James Pope
6161 Savoy Drive Suite 1125
Houston, TX 77036-3343

Harcon Mechanical
Contractors
9009 W Little York
Houston, TX 77040-4113

Harris County Tax Assessor
PO Box Box 77210-4633

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

IHC Specialty Benefits, Inc.
5353 Wayzata Boulevard
Suite 300
St. Louis Park, MN 55416-1317

JLM Law Firm
2921 E 17th Street Bldg D Suite 6
Austin, TX 78702-1595

Jetall Companies
1001 W Loop S Suite 700
Houston, TX 77027-9033

Jetall Companies, Inc.
2425 West Loop South Suite 1100
Houston, TX 77027-4210

Kings 111
751 Canyon Drive Suite 100
Coppell, TX 75019-3857

Lloyd E Kelly
2726 Bissonnet Suite 240
Houston, TX 77005-1352

Mark C. Taylor, Special Litigation Counsel
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

Mary E. Morandini
96 Cummings Point Road
Stamford, CT 06902-7919

Meyerland Glass Company
12922 Murphy Road
Stafford, TX 77477-3904

Morsco Supply, LLC
6867 Wynwood Lane
Houston, TX 77008-5023

Mueller
1500 Sherwood Forest Drive
Houston, TX 77043-3899

Nationside Investigations &
Security
2425 W Loop S Suite 300
Houston, TX 77027-4207

Pieper Houston Electric, LP
1708 Oak Tree
Houston, TX 77080-7240

Rapp Krock
1980 Post Oak Blvd Suite 1200
Houston, TX 77056-3970

Ringcentral
PO Box 734232
Dallas, TX 75373-4232

Sonder USA Inc.
c/o J. Eric Lockridge
Kean Miller LLP
400 Convention St., Ste. 700
Baton Rouge, LA 70802-5628

Sonder USA Inc.
c/o Kean Miller LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002-2832

T&R Mechanical
21710 White Oak Drive
Conroe, TX 77306-8848

TIG Romspen US Master Mortgage LP
c/o Bryan Cave Leighton Paisner LLP
Attn: Kyle S. Hirsch
2200 Ross Avenue, 4200W
Dallas, TX 75201-2763

TIG Romspen US Master Mortgage LP
c/o Locke Lord LLP
Attn: W. Steven Bryant
300 Colorado Street, Ste. 2100
Austin, Texas 78701-4890

TIG Romspen US Master Mortgage, LP
162 Cumberland Street Suite 300
Toronto, Ontario M5R 3N5

TKE
3100 Interstate North Cir SE Ste. 500
Atlanta, GA 30339-2296

The Hanover Insurance Group
(GL & Prop)
PO Box 580045
Charlotte, NC 28258-0045

United States Trustee – AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wate Management
PO Box 660345
Dallas, TX 75266-0345

Xavier Educational Academy, LLC
c/o Beau H. Butler
1401 McKinney St 1900
Houston Tx 77010-4037

Xavier Educational Academy, LLC
c/o Genevieve M. Graham
1401 McKinney St 1900
Houston Tx 77010-4037

Zindler Service Co
2450 Fondren Suite 113
Houston, TX 77063-2314

David Neal Stern
Barron & Newburger, P.C.
7320 N. MoPac Expressway, Suite 400
Austin, TX 78731-2347

Mark Curtis Taylor
Holland & Knight
100 Congress Ave
Suite 1800
Austin, TX 78701-4042

Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)1001 WL, LLC
2450 Wickersham Ln
Suite 202
Austin, TX 78741-4744

(u)See Attached

End of Label Matrix
Mailable recipients    63
Bypassed recipients     2
Total                  65