# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

*Barry D. Knight*
CLERK OF COURT

(512) 916-5237

DATE: October 27, 2025

BARRON & NEWBURGER PC
c/o Stephen Sather
7320 N Mopac Expwy #400
Austin TX 78731

FILED
NOV 0 6 2025
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

**RE:** Exhibits
        Bankruptcy Case No.: **24-10119-smr**
        Case Style: 1001 WL, LLC

Dear Mr Sather:

A final order was entered on 9/19/24 regarding the following contested matters:

**Doc. #'s 322, 253, 318 & 277**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **11/6/25** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

*no response - exhibit destroyed*

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]