

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 07, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING BRUCE DUKE'S MOTION
FOR ADMISSION *PRO HAC VICE* FOR A LIMITED PURPOSE**
[Relates to ECF No. 1006]

On November 3, 2025, attorney Bruce Duke ("Duke") filed a *Motion for Admission Pro Hac Vice* (the "Motion") at ECF No. 1006. In light of the Court's Order Regarding Motions to Show Authority (the "Authority Order") at ECF No. 996, the Court now grants the Motion for a limited purpose to allow Duke to represent Ali Choudhri ("Choudhri") in a motion to vacate or reconsider the Authority Order. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion at ECF No. 1006 is **GRANTED** for a limited purpose of allowing Duke to represent Choudhri in a motion to vacate or reconsider the Authority Order at ECF No. 996.

**IT IS FURTHER ORDERED** that through this Order, this Court is not ruling on the merits of the *Motion to Vacate Order* (the "Motion to Vacate") at ECF No. 1007.

**IT IS FURTHER ORDERED** that this Court reserves the right to strike any pleading filed by Duke on behalf of Choudhri for any purpose other than moving to vacate or reconsider the Authority Order at ECF No. 996.

**IT IS FURTHER ORDERED** that this Court reserves the right to rule upon the Motion to Vacate without further hearing.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Order.

# # #