**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: )<br>)<br>**1001 WL LLC**, )<br>)<br>Debtor. )<br>) | Case No. 24-10119<br>Chapter 11 |

**TIG ROMSPEN US MASTER MORTGAGE LP'S *EX PARTE* MOTION TO EXTEND DEADLINE TO AMEND SETTLEMENT TERM**

TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"), files this motion on an *ex parte* basis seeking an extension of the Court-imposed deadline of November 14, 2025 to amend the term of settlement described in the Court's *Order Granting In Part And Denying In Part Motion To Approve Compromise Under Rule 9019* [ECF No. 1009] (the "Order"). Romspen asks for the deadline to be extended for approximately 30 days, to Monday, December 15, 2025.

On October 20, 2025, the Court entered an order affirming the authority of Travis Vargo, as state court-appointed receiver (the "Receiver") to direct the litigation decisions of Ali Choudhri and several entities under his control including Galleria Loop Note Holder, LLC and BDFI, LLC. [ECF No. 996]. Courts in other related proceedings have similarly affirmed the Receiver's authority over Choudhri and other entities under his control.

On October 31, 2025, the Court issued its oral ruling on a settlement between Romspen and John Patrick Lowe, the Chapter 11 Trustee (the "Trustee"), explaining the Court's rationale for granting in large part the proposed settlement but denying a specific settlement provision (paragraph 15, subsection g of the underlying motion). The Court announced, and the Court's

1

Order reflects, that the Court authorized Romspen and the Trustee to negotiate and present to the Court, by no later than November 14, 2025, a modified term addressing the issues raised in the Court's ruling.

Romspen is engaged in settlement discussions with the Trustee to address the Court's comments regarding the denied settlement term. However, Romspen is also engaged in settlement discussions with the Receiver to address several other disputes existing among Romspen and its affiliates on the one hand, and Ali Choudhri and his controlled entities on the other hand. Romspen believes that, with an extension of the deadline to amend the settlement term with the Trustee, there is likely to be a comprehensive settlement; but the parties simply need additional time to negotiate such a resolution. Accordingly, the request for relief presented in this motion is not for any improper purpose or unnecessary delay, but rather to facilitate the parties' efforts at achieving a comprehensive dispute resolution.

This motion is presented on an *ex parte* basis given the immediate relief requested. If this motion is not granted within the next four business days, Romspen, the estate, and others may suffer irreparable harm in that the order's self-effectuating language results in denial of the negotiated settlement if an agreed term is not submitted as of November 14, 2025.

Romspen has sought and obtained the Trustee's and the Receiver's support for the relief requested in this motion.

## **CONCLUSION**

For these reasons, Romspen asks that the Court grant this motion on an *ex parte* basis and without a hearing, and extend until December 15, 2025 (31 days) the Court-ordered November 14, 2025, date by which Romspen and the Trustee must file any amendment to paragraph 15, subsection (g) of the settlement presented to the Court; and for such other relief as the Court may

deem just and proper under the circumstances.

DATED this 10th day of November, 2025.

                                            **BRYAN CAVE LEIGHTON PAISNER LLP**

                                            */s/ Kyle S. Hirsch*
Kyle S. Hirsch (Tex. Bar No. 24117262)
R. Luke Graham (Tex. Bar No. 24127305)
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
                  214.721.8041
Email: kyle.hirsch@bclplaw.com
          luke.graham@bclplaw.com

*Attorneys for TIG Romspen US Master Mortgage LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I directed that a true and correct copy of this document be served on any attorney who has appeared of record, through the Court's ECF notification system, as follows:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Clinton Wayne Alexander on behalf of Interested Party Kell C Mercer
calexander@bls-legal.com

William Steven Bryant on behalf of Creditor TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com

William Steven Bryant on behalf of Defendant TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com

William Steven Bryant on behalf of Defendant TIG Romspen US Master Mortgage, LP
steven.bryant@troutman.com, jpelayo@lockelord.com

Reed W. Burritt on behalf of Creditor Boxer Property Management Corporation
Reed.Burritt@BoxerProperty.com

Beau Butler on behalf of Interested Party Xavier Educational Academy, LLC
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Ali Choudhri
ali@jetallcapital.com

Brian Talbot Cumings on behalf of Attorney Graves Dougherty Hearon & Moody, P.C.
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant 1001 WL, LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant PCR Property Services LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Interested Party John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Intervenor John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Trustee John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Michelle V. Friery on behalf of Creditor Sonder USA Inc.
michelle@wilsonfriery.com, admin@wilsonfriery.com

Javier Gonzalez, Jr on behalf of Interested Party Xavier Educational Academy, LLC
jgonzalez@jw.com,
dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Genevieve M. Graham on behalf of Interested Party Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Genevieve M. Graham on behalf of Plaintiff Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Robert Luke Graham on behalf of Creditor TIG Romspen US Master Mortgage LP
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Mark Junell on behalf of Creditor BDFI, LLC
mark@junellfirm.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Kirklin Properties LLC
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Ali Choudhri
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

J. Eric Lockridge on behalf of Creditor Sonder USA Inc.
eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

John Patrick Lowe on behalf of Trustee John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, in his capacity as Court-Appointed Receiver
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Kell C. Mercer on behalf of Creditor BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Dward DarJean
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Jetall Capital, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Intervenor Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Plaintiff Jetall Capital LLC
kell.mercer@mercer-law-pc.com

Shea Neal Palavan on behalf of Interested Party Galleria Loop Note Holder, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Ali Choudhri
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Plaintiff Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

James Q. Pope on behalf of Creditor BDFI, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope on behalf of Interested Party Galleria Loop Note Holder, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Counter Defendant Jetall Capital LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Ali Choudhri
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff Jetall Capital LLC
justin.rayome.law@gmail.com

Jeremy M Reichman on behalf of Attorney Bryan Cave Leighton Paisner, LLP
jreichman@velaw.com, dtucker@velaw.com;courtmail@velaw.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
croy@krcl.com, ajezisek@krcl.com

Gia Samavati on behalf of Plaintiff Galleria Loop Note Holder LLC
gia@samavatilawfirm.com

Stephen W. Sather on behalf of Defendant 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Interested Party Barron & Newburger, P.C.
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Plaintiff 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Ronald J Smeberg on behalf of Interested Party Smeberg Law Firm, PLLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Mark Curtis Taylor on behalf of Attorney Holland & Knight LLP
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Attorney Mark Taylor
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Plaintiff 1001 WL, LLC
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Eric Terry on behalf of Creditor WCW Houston Properties
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Dalio Holdings I, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Travis Brian Vargo on behalf of Interested Party Travis B Vargo
tvargo@vargolawfirm.com, mpoynter@vargolawfirm.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

In addition, a copy was emailed to:
Ali Choudhri
ali@jetallcompanies.com

*/s/ Kyle S. Hirsch*
Kyle S. Hirsch