

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 13, 2025.**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: )<br>)<br>**1001 WL LLC**, )<br>)<br>Debtor. )<br>) | Case No. 24-10119<br>Chapter 11 |

**ORDER GRANTING
TIG ROMSPEN US MASTER MORTGAGE LP'S *EX PARTE* MOTION TO EXTEND
DEADLINE TO AMEND SETTLEMENT TERM**

This matter came before the Court on the motion (the "Motion") filed by TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"), seeking *ex parte* relief from the Court-imposed deadline of November 14, 2025 to amend the term of settlement described in the Court's *Order Granting In Part And Denying In Part Motion To Approve Compromise Under Rule 9019* [ECF No. 1009] (the "Order").

1

For good cause shown,

**IT IS HEREBY ORDERED** that the Motion is GRANTED on an *ex parte* basis.

**IT IS HEREBY FURTHER ORDERED** that the November 14, 2025, deadline set forth in the Order is hereby VACATED and is replaced with a December 15, 2025 deadline. Further, the November 28, 2025, objection deadline is VACATED and is replaced with a January 6, 2026 objection deadline. All other terms of the Order shall remain in full force and effect.

###