**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-10119 |
| | ' | |
| 1001 WL, LLC, | ' | |
| | ' | |
| DEBTOR | ' | CHAPTER 11 |

### MOTION OF BRUCE DUKE FOR LEAVE TO FILE APPEAL

BRUCE J DUKE ("Duke"), admitted *pro hac vice* on a limited basis to represent interested party Ali Choudhri ("Choudhri") respectfully submits as follows:

1. I am an attorney at law, admitted pro hac vice on a limited basis to represent the interests of Mr. Choudhri in this matter.

2. On November 3, 2025, the undersigned filed a motion to be admitted in this case pro hac vice to represent the interests of Mr. Choudhri in this matter (ECF No. 1006). At the same time,

3. At the same time, Duke filed a motion to vacate the October 20, 2025, order granting, inter alia, the motion of Travis Vargo to show authority to represent Mr. Choudhri ("Order") (ECF No. 1007).

4. On November 7, 2025, this Court granted Duke's pro hac vice application to represent Mr. Choudhri, but limited such representation solely to the November 3, 2025, motion to vacate. The court further ordered that any filing by Mr. Duke other than that related to the motion to vacate could be stricken by the court.

5. On November 4, 2025, this Court entered an order *Granting in Part and Denying in Part Motion to Approve Compromise Under Rule 9019* (ECF No. 1009). The Choudhri wishes to file an appeal of this order but was waiting to see whether Mr. Vargo would

1

file the appeal on his behalf. The time for Mr. Vargo to file the appeal expired on November 18, 2025.

6. Undersigned counsel, in my role as attorney for Mr. Choudhri, wishes to file the notice of appeal on his behalf, but is unable to do so without leave of this Court in light of the restrictions imposed in the order granting the application for admission pro hac vice.

7. Mr. Choudhri believes that he has a valid basis for such an appeal (a true and correct copy of which is attached hereto as Exhibit "A").

8. As such, undersigned counsel seeks leave from this court allowing him to file such appeal on behalf of Mr. Choudhri, as well as a motion to extend time to file such an appeal, since the time for appeal ended on November 18, 2025.

November 19, 2025

Respectfully submitted,
DUKE LAW FIRM

By: /s/ Bruce Duke_____
Bruce Duke (Admitted pro hac vice)
141-I Route 130 S., #380
Cinnaminson, NJ 08077
(732) 200-9084
bruce@bdukelawfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-10119 |
| | ' | |
| 1001 WL, LLC, | ' | |
| | ' | |
| DEBTOR | ' | CHAPTER 11 |

## NOTICE OF APPEAL

Notice is hereby given that Ali Choudhri ("Appellant")[1] appeals to the United States District Court for the Western District of Texas from the following order: Order dated November 4, 2025, *Order Granting in Part and Denying in Part Motion to Approve Compromise Under Rule 9019* (ECF No. 699), attached as Exhibit 1. The other parties to this appeal and their attorneys include the following:

**Chapter 7 Trustee,**
**John Patrick Lowe,**
    **Appellee**

                                      **Brian Talbot Cumings**
                                        Graves Dougherty Hearon & Moody, PC
                                        401 Congress Ave #2700
                                        Austin, TX 78701
                                        Telephone: 512-480-5626
                                        Email: bcumings@gdhm.com

November 19, 2025                                   Respectfully submitted,

                                                                    /s/ _____
                                                                      Bruce Duke

---

[1] The Bankruptcy Court has entered an order granting Travis Vargo, State Court Appointed Receiver's Motion to Show Authority (ECF No. 996) (the "Show Authority Order"), which prevents Mr. Choudhri from acting on his own behalf through counsel of his choosing. In the event the Show Authority Order is reconsidered by the Bankruptcy Court, overturned on appeal, and/or vacated, Mr. Choudhri will be allowed to take actions through counsel of his choice. Because the Show Authority Order may be overturned and/or vacated and the Receiver has not indicated he is acting in Mr. Choudhri's best interests by for example, filing his own Notice of Appeal, Mr. Choudhri files this Notice of Appeal to preserve all rights of Appellant to appeal orders that harm his interest in this case if/when he is authorized to proceed. Further, pursuant to this Court's Order Granting Bruce Duke's Motion for Admission Pro Hac Vice for a Limited Purpose, Mr. Choudhri understands that the Court may strike this notice. This Notice is filed to preserve all rights if/when Mr. Choudhri is authorized to represent his own interests and proceed with the Appeal, either due to court order or because the Receiver abandons the claims to Mr. Choudhri.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served by ECF, US Mail Postage Prepaid, Hand Delivery or Email on this the 19th day of November, 2025, to:

                        /s/
                         Bruce Duke

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served by ECF, US Mail Postage Prepaid, Hand Delivery or Email on this the 19th day of November, 2025, to:

                                    /s/ Bruce J. Duke
                                        Bruce Duke

**Chapter 7 Trustee,**
**John Patrick Lowe,**

**Brian Talbot Cumings**
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

Debtor 1001 WL, LLC

3