

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 10/01/2025 thru 11/02/2025 | 3887 |
| Days In Statement Period | |
| 33 | |

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $908,049.73 | $90,989.73 | $184,668.38 | $814,371.08 |
| DEPOSIT TOTALS | $908,049.73 | $90,989.73 | $184,668.38 | $814,371.08 |

### Trustee Checking 3887

Beginning Balance  $908,049.73

| Date | Description | Credits | Debits |
|---|---|---|---|
| 10/01 | SENDER S DAEINEJAD CIE 113000024851509 | $300.00 | |
| 10/01 | SENDER M EZZATABADIPOUR CIE 113000024833942 | $600.00 | |
| 10/01 | MyDeposit | $5,783.06 | |
| 10/02 | SENDER M EZZATABADIPOUR CIE 113000024961890 | $150.00 | |
| 10/02 | PAYMENT HOMESMART CCD 021000022866898 GALLERIA LOOP NOTE HOL | $7,278.50 | |
| 10/02 | MyDeposit | $1,000.00 | |
| 10/06 | MyDeposit | $1,500.00 | |
| 10/07 | ACH Pmt NATIONWIDE INVES CCD 021000027497487 | $4,750.00 | |
| 10/08 | ACH Pmt SMART CONTRACT S CCD 021000024603747 1001 WL South New | $550.00 | |
| 10/08 | MyDeposit | $7,638.14 | |
| 10/10 | MyDeposit | $4,494.51 | |
| 10/16 | PAYMENT QUARTERLY FEE CCD 041036041792511 1001 WL, LLC, DEBTOR | | $2,531.38 |
| 10/27 | MyDeposit | $1,000.00 | |
| 10/27 | MyDeposit | $9,235.92 | |

Page 1 of 10

**axos BANK**

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 10/01/2025 thru 11/02/2025 | 3887 |

| Days In Statement Period |
|---|
| 33 |

## Trustee Checking 3887

| Date | Description | Credits | Debits |
|---|---|---|---|
| 10/31 | SENDER S DAEINEJAD<br>CIE 113000026706987 | $300.00 | |
| 10/31 | 1001 WL Palladium Cnslt<br>CCD 113011259026855<br>1001 WL LLC | $3,919.42 | |
| 10/31 | QUICKBOOKS CHAMPIONS SCHOOL<br>PPD 021000023121282<br>JOHN PATRICK LOWE, TRU | $42,490.18 | |
| | **Ending Balance** | | **$814,371.08** |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 176 | 50,000.00 | 10/10 | 4174 | 16,192.40 | 10/08 | 4183 | 133.20 | 10/20 |
| *4167 | 13,124.18 | 10/01 | 4175 | 26,759.65 | 10/15 | 4184 | 6,761.77 | 10/22 |
| *4169 | 2,096.92 | 10/02 | *4177 | 8,881.76 | 10/14 | *4186 | 500.00 | 10/28 |
| 4170 | 1,049.57 | 10/03 | *4179 | 291.26 | 10/17 | *4188 | 11,229.14 | 10/28 |
| 4171 | 11,880.44 | 10/14 | 4180 | 3,068.89 | 10/16 | 4189 | 787.62 | 10/28 |
| 4172 | 4,431.03 | 10/09 | 4181 | 22,208.32 | 10/22 | | | |
| 4173 | 2,272.53 | 10/09 | 4182 | 468.32 | 10/16 | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $829,542.02 | Average Daily Collected | $828,204.59 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 11/03/25 | | **DETAILED BANK RECONCILIATION** | | | | Page: 1 |

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR  For Period Ending: 10/31/25
Case Name: 1001 WL, LLC

Account: 3887 Checking Account   Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| | | 0 Uncleared Credits | | | | |
| | | 0 Uncleared Debits | | | | |
| 02/28/25 | 4027 | THE HARTFORD | | 19,568.00 | | 0.00 |
| 09/22/25 * | 4166 | BALANCE COMPANIES | | 50,000.00 | C | 0.00 |
| 09/24/25 * | 4167 | CITY OF HOUSTON | | 13,124.18 | C | 0.00 |
| 09/26/25 * | 4169 | FACILITY SOLUTIONS GROUP, INC. | | 2,096.92 | C | 0.00 |
| 09/29/25 * | 4170 | WM CORPORATE SERVICES, INC. | | 1,049.57 | C | 0.00 |
| 09/30/25 * | 4171 | MILLSAP WATERPROOFING, INC. | | 11,880.44 | C | 0.00 |
| 09/30/25 * | 4172 | ARMADILLO GLASS, INC. | | 4,431.03 | C | 0.00 |
| | | Balance Forward To 10/01/25 | 1,917,519.31 | 1,111,619.72 | | 805,899.59 |
| 10/01/25 | 79 | MALRY T REED SOLE PROP | 5,783.06 | | C | 811,682.65 |
| 10/01/25 | | S DAEINEJAD | 300.00 | | C | 811,982.65 |
| 10/01/25 | | M EZZATABADIPOUR | 600.00 | | C | 812,582.65 |
| 10/02/25 | 80 | DAVID L COOK JR. ATTORNEY AT LAW | 1,000.00 | | C | 813,582.65 |
| 10/02/25 | | M EZZATABADIPOUR | 150.00 | | C | 813,732.65 |
| 10/02/25 | | HOMESMART | 7,278.50 | | C | 821,011.15 |
| 10/03/25 | 4173 | DATAWATCH SYSTEMS, INC. | | 2,272.53 | C | 818,738.62 |
| 10/03/25 | 4174 | CIRRO ENERGY | | 16,192.40 | C | 802,546.22 |
| 10/03/25 | | Reverses Check # 4166 | | -50,000.00 | C | 852,546.22 |
| 10/06/25 | 4175 | FIRST INSURANCE FUNDING | | 26,759.65 | C | 825,786.57 |
| 10/06/25 | 4176 | BALANCE COMPANIES | | 50,000.00 | C | 775,786.57 |
| 10/06/25 | 81 | SAM R. CAMMACK III, ATTORNEY AT LAW | 1,500.00 | | C | 777,286.57 |
| 10/07/25 | 4177 | PROMISE TOTAL SERVICES OF TEXAS, IN | | 8,881.76 | C | 768,404.81 |
| 10/07/25 | | NATIONWIDE INVESTIGATIONS | 4,750.00 | | C | 773,154.81 |
| 10/08/25 | 82 | QUEST PERSONNEL RESOURCES, INC. | 7,638.14 | | C | 780,792.95 |
| 10/08/25 | 4178 | ELEVATOR REPAIR SERVICE, INC. | | 1,082.50 | | 779,710.45 |
| 10/08/25 | | SMART CONTRACT S | 550.00 | | C | 780,260.45 |
| 10/10/25 | 83 | HASAN & ASSOCIATES CPAS, P.C. | 4,494.51 | | C | 784,754.96 |
| 10/10/25 | 4179 | FACILITY SOLUTIONS GROUP, INC. | | 291.26 | C | 784,463.70 |
| 10/10/25 | 4180 | ELEVATOR REPAIR SERVICE, INC. | | 3,068.89 | C | 781,394.81 |
| 10/13/25 | 4181 | PCR PROPERTY SERVICES, LLC | | 22,208.32 | C | 759,186.49 |
| 10/13/25 | 4182 | NATALIE PARKER | | 468.32 | C | 758,718.17 |
| 10/13/25 | 4183 | AC LENNIS | | 133.20 | C | 758,584.97 |
| 10/15/25 | 4184 | ELEVATOR REPAIR SERVICE, INC. | | 6,761.77 | C | 751,823.20 |
| 10/15/25 | 4185 | UNITED STATES TRUSTEE | | 2,531.38 | C | 749,291.82 |
| 10/15/25 | | Reverses Check # 4185 | | -2,531.38 | C | 751,823.20 |
| 10/16/25 | | UNITED STATES TRUSTEE | | 2,531.38 | C | 749,291.82 |
| 10/20/25 | 4186 | UES PROFESSIONAL SOLUTIONS 44, LLC | | 500.00 | C | 748,791.82 |
| 10/21/25 | 4187 | TEJAS GROUND MAINTENANCE | | 2,137.94 | | 746,653.88 |
| 10/22/25 | 4188 | CITY OF HOUSTON | | 11,229.14 | C | 735,424.74 |
| 10/23/25 | 4189 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | 787.62 | C | 734,637.12 |

RECONRP3

# DETAILED BANK RECONCILIATION

Date: 11/03/25                          Page: 2

Trustee Name: John Patrick Lowe, Trustee
Case Number: 24-10119 SMR           For Period Ending: 10/31/25
Case Name: 1001 WL, LLC

Account: 3887 Checking Account         Account Code: 01

| Date | # | Payee | Deposit | Disbursement | C | Balance |
|---|---|---|---|---|---|---|
| 10/27/25 | 84 | AT&T | | 9,235.92 | C | 743,873.04 |
| 10/27/25 | 85 | HARDER DEVOTION PERSONAL TRAINING, | | 1,000.00 | C | 744,873.04 |
| 10/27/25 | 4190 | FACILITY SOLUTIONS GROUP, INC. | | 376.85 | | 744,496.19 |
| 10/27/25 | 4191 | MODERN PEST CONTROL | | 189.44 | | 744,306.75 |
| 10/29/25 | 4192 | WM CORPORATE SERVICES, INC. | | 1,049.57 | | 743,257.18 |
| 10/29/25 | 4193 | CLASSIC PROTECTION SYSTEMS, INC. | | 930.50 | | 742,326.68 |
| 10/31/25 | 4194 | CIRRO ENERGY | | 15,959.41 | | 726,367.27 |
| 10/31/25 | | S DAEINEJAD | 300.00 | | C | 726,667.27 |
| 10/31/25 | | PALLADIUM CNSLT | 3,919.42 | | C | 730,586.69 |
| 10/31/25 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | 42,490.18 | | C | 773,076.87 |

| | | |
|---|---|---|
| CLEARED DEPOSITS | 2,008,509.04 | OUTSTANDING DEPOSITS | 0.00 |
| CLEARED DISBURSEMENTS | - 1,194,137.96 | OUTSTANDING DISBURSEMENTS | - 41,294.21 |
| | 814,371.08 | | -41,294.21 |

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | 773,076.87 | |
| OUTSTANDING DEPOSITS | - 0.00 | |
| OUTSTANDING DISBURSEMENTS | + 41,294.21 | |
| FORM 2 ADJUSTED BALANCE | 814,371.08 | BANK BALANCE | 814,371.08 |

\* Written in Prior Period, Cleared in Current Period        C = Cleared

RECONRP3                          Ver: 22.07n

11/5/25