# EXHIBIT 2

## ASSIGNMENT OF SECURITY AGREEMENT

Effective as of December 2, 2025, TIG ROMSPEN US MASTER MORTGAGE LP, an exempted Cayman Islands limited partnership, having an address at 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 ("**Assignor**"), hereby assigns, sells, transfers and delivers to RIC (WEST LOOP) LLC, a Texas limited liability company, having an address at 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 ("**Assignee**"), its successors, participants and assigns, without recourse, all right, title and interest of Assignor, in and to that certain:

SECURITY AGREEMENT dated as of May 31, 2019 made between GALLERIA LOOP NOTE HOLDER LLC, a Texas limited liability company and Assignor.

Assignor agrees to execute and deliver to Assignee such additional documents, instruments or agreements as may be necessary or appropriate to effectuate the purposes of this assignment.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

**ASSIGNOR:**

TIG ROMSPEN US MASTER MORTGAGE LP,
an exempted Cayman Islands limited partnership

By: Romspen US Master Mortgage GP LLC
Its: General Partner

By: Romspen US Mortgage GP Inc.
Its: General partner of its sole member

By: _____
Print Name: JOEL MICKELSON
Title: Authorized Signing Officer