**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1001 WL LLC**, | ) | Case No. 24-10119 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO CONVERT TO CHAPTER 7**

This matter came before the Court on the motion (the "<u>Motion</u>") by RIC (West Loop) LLC ("<u>RIC</u>"), as assignee of the collateral interests of TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership, seeking to convert this chapter 11 case to a case under chapter 7 pursuant to 11 U.S.C § 1112.  For cause shown,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

RIC's cash collateral is subject to surcharge to pay only (i) all unpaid fees that have been or will be incurred under 28 U.S.C. § 1930(a)(6) (the "<u>United States Trustee fees</u>") prior to the closure of this case; and (ii) the unpaid outstanding fees and expenses incurred by John Patrick

1

Lowe, as Chapter 11 Trustee (the "Trustee") including Trustee's counsel fees (the "Surcharge Amount").

The Trustee and Trustee's counsel shall file final fee applications within 30 days of the date of entry of this Order.

The Trustee is hereby directed to promptly pay over to RIC all cash collateral in the Trustee's possession except for the Surcharge Amount. To the extent the Surcharge Amount exceeds the allowed unpaid fees and expenses of the Trustee plus United States Trustee fees, the balance shall be turned over to RIC.

The Trustee shall, within 14 days after the effective date of conversion, comply with the requirements of Bankruptcy Rule 1019(5)(A)(i), and, within 30 days, file the final report and account required by Bankruptcy Rule 1019(5)(A)(ii).

This case shall be, and hereby is, converted to a case under chapter 7 of the United States Bankruptcy Code. The United States Trustee's Office shall promptly appoint a chapter 7 trustee.

# # #