

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
11/03/2025 thru 11/30/2025

**Account #**
3887

**Days In Statement Period**
28

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $814,371.08 | $85,042.99 | $256,278.79 | $643,135.28 |
| DEPOSIT TOTALS | $814,371.08 | $85,042.99 | $256,278.79 | $643,135.28 |

### Trustee Checking - 3887

Beginning Balance $814,371.08

| Date | Description | Credits | Debits |
|---|---|---|---|
| 11/03 | PAYMENT HOMESMART<br>CCD 021000023025474<br>GALLERIA LOOP NOTE HOL | $7,278.50 | |
| 11/03 | MyDeposit | $7,360.38 | |
| 11/04 | SENDER M EZZATABADIPOUR<br>CIE 113000026942026 | $600.00 | |
| 11/05 | ACH Pmt SMART CONTRACT S<br>CCD 021000029252181 | $550.00 | |
| 11/13 | ACH Pmt NATIONWIDE INVES<br>CCD 021000022881560<br>1001 WL LLC Debtor | $4,750.00 | |
| 11/17 | MyDeposit | $1,000.00 | |
| 11/17 | MyDeposit | $1,000.00 | |
| 11/17 | MyDeposit | $1,500.00 | |
| 11/17 | MyDeposit | $4,494.51 | |
| 11/17 | MyDeposit | $5,100.00 | |
| 11/21 | MyDeposit | $5,000.00 | |
| 11/26 | 1001 WL Palladium Cnslt<br>CCD 113011254840364<br>1001 WL LLC | $3,919.42 | |
| 11/26 | QUICKBOOKS CHAMPIONS SCHOOL<br>PPD 021000023648783<br>JOHN PATRICK LOWE, TRU | $42,490.18 | |

Ending Balance $643,135.28

Page 1 of 11



**axos BANK**
P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period:** 11/03/2025 thru 11/30/2025
**Account #:** 3887
**Days In Statement Period:** 28

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 4178 | 1,082.50 | 11/07 | 4196 | 135,172.50 | 11/07 | *4207 | 9,784.07 | 11/24 |
| *4187 | 2,137.94 | 11/05 | 4197 | 954.72 | 11/07 | 4208 | 912.00 | 11/28 |
| *4190 | 376.85 | 11/04 | 4198 | 26,759.65 | 11/12 | 4209 | 22,385.22 | 11/21 |
| 4191 | 189.44 | 11/04 | 4199 | 2,272.53 | 11/13 | 4210 | 608.06 | 11/21 |
| 4192 | 1,049.57 | 11/03 | 4200 | 1,753.65 | 11/24 | 4211 | 166.45 | 11/24 |
| 4193 | 930.50 | 11/05 | *4202 | 2,056.75 | 11/25 | 4212 | 189.44 | 11/25 |
| 4194 | 15,959.41 | 11/07 | *4204 | 8,881.76 | 11/28 | 4213 | 282.91 | 11/25 |
| 4195 | 16,661.77 | 11/12 | 4205 | 1,515.50 | 11/24 | 4214 | 4,195.60 | 11/25 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $669,107.89 | | Average Daily Collected | $667,841.65 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

| Date 12/4/2025 | | Bank Reconciliation | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|
| **Trustee Name** | John Patrick Lowe, Trustee | | **For Period Ending** | 11/30/2025 | | |
| **Case Number** | 1:24-10119-SMR | | **Bank Name** | Axos Bank | | |
| **Case Name** | 1001 WL, LLC | | **Account Type** | Checking | | |
| **Account** | 3887 - Checking Account | | | | | |

| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance |
|---|---|---|---|---|---|---|
| 2/28/2025 | 4027 | THE HARTFORD | | $19,568.00 | | $504,675.29 |
| 11/3/2025 | 4195 | AFR INSURANCE SERVICES | | $16,661.77 | x | $756,415.10 |
| 11/3/2025 | 4196 | GRAVES DOUGHERTY HEARON & MOODY, PC | | $135,172.50 | x | $621,242.60 |
| 11/3/2025 | 4197 | GRAVES DOUGHERTY HEARON & MOODY, PC | | $954.72 | x | $620,287.88 |
| 11/3/2025 | 4198 | FIRST INSURANCE FUNDING | | $26,759.65 | x | $593,528.23 |
| 11/3/2025 | 86 | QUEST PERSONNEL RESOURCES, INC. | $7,360.38 | | x | $600,888.61 |
| 11/3/2025 | 0 | HOMESMART | $7,278.50 | | x | $608,167.11 |
| 11/4/2025 | | M EZZATABADIPOUR | $600.00 | | x | $608,767.11 |
| 11/4/2025 | 4199 | DATAWATCH SYSTEMS, INC. | | $2,272.53 | x | $606,494.58 |
| 11/5/2025 | | SMART CONTRACT S | $550.00 | | x | $607,044.58 |
| 11/13/2025 | | NATIONWIDE INVES | $4,750.00 | | x | $611,794.58 |
| 11/17/2025 | 87 | TIMOTHY E MCKENNA OR MARY A MCKENNA | $1,000.00 | | x | $612,794.58 |
| 11/17/2025 | 88 | Sam R. Cammack III, Attorney at Law PLLC | $1,500.00 | | x | $614,294.58 |
| 11/17/2025 | 89 | Hasan & Associates CPAS, PC | $4,494.51 | | x | $618,789.09 |
| 11/17/2025 | 90 | Harder Devotion Personal Training, LLC | $1,000.00 | | x | $619,789.09 |
| 11/17/2025 | 91 | Malry T Reed sole Prop DBA Train With Reed | $5,100.00 | | x | $624,889.09 |
| 11/18/2025 | 4200 | ELEVATOR REPAIR SERVICE, INC. | | $1,753.65 | x | $623,135.44 |
| 11/18/2025 | 4201 | CLASSIC PROTECTION SYSTEMS, INC. | | $930.50 | | $622,204.94 |
| 11/18/2025 | 4202 | ARROWHEAD ASSET SERVICES LLC | | $2,056.75 | x | $620,148.19 |
| 11/18/2025 | 4203 | BAY AREA PUMPS, INC. | | $5,109.40 | | $615,038.79 |
| 11/18/2025 | 4204 | PROMISE TOTAL SERVICES OF TEXAS, INC. | | $8,881.76 | x | $606,157.03 |
| 11/18/2025 | 4205 | TEJAS GROUNDS MAINTENANCE | | $1,515.50 | x | $604,641.53 |
| 11/18/2025 | 4206 | YOUSEF ABEID | | $255.00 | | $604,386.53 |
| 11/18/2025 | 4207 | ELEVATOR REPAIR SERVICE, INC. | | $9,784.07 | x | $594,602.46 |
| 11/18/2025 | 4208 | VDA, INC. | | $912.00 | x | $593,690.46 |
| 11/18/2025 | 4209 | PCR PROPERTY SERVICES, LLC DBA PARTNERS | | $22,385.22 | x | $571,305.24 |
| 11/18/2025 | 4210 | NATALIE PARKER | | $608.06 | x | $570,697.18 |
| 11/18/2025 | 4211 | AC LENNIS | | $166.45 | x | $570,530.73 |
| 11/18/2025 | 4212 | MODERN PEST CONTROL | | $189.44 | x | $570,341.29 |
| 11/19/2025 | 4213 | FACILITY SOLUTIONS GROUP, INC. | | $282.91 | x | $570,058.38 |
| 11/20/2025 | 4214 | HIGGINBOTHAM INSURANCE AGENCY, INC. | | $4,195.60 | x | $565,862.78 |
| 11/20/2025 | 4215 | CLASSIC PROTECTION SYSTEMS, INC. | | $811.88 | | $565,050.90 |
| 11/20/2025 | 4216 | DATAWATCH SYSTEMS, INC. | | $395.36 | | $564,655.54 |
| 11/21/2025 | 92 | GOLD QUEST GROUP LLC | $5,000.00 | | x | $569,655.54 |
| 11/24/2025 | 4217 | APS BUILDING SERVICES | | $1,942.07 | | $567,713.47 |
| 11/26/2025 | | PALLADIUM CONSLT | $3,919.42 | | x | $571,632.89 |
| 11/26/2025 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | $42,490.18 | | x | $614,123.07 |
| 11/26/2025 | 4218 | INTERNATIONAL SURETIES, LTD. | | $100.00 | | $614,023.07 |

12/9/25

| Date 12/4/2025 | | Bank Reconciliation | | Page 2 of 2 |
|---|---:|---|---:|---:|
| Cleared Deposits | $2,093,552.03 | Outstanding Deposits | $0.00 | |
| Cleared Disbursements | $1,450,416.75 | Outstanding Disbursements | $29,112.21 | |
| | $643,135.28 | | -$29,112.21 | |
| TCMS Ledger Balance | $614,023.07 | | | |
| Outstanding Deposits | $0.00 | | | |
| Outstanding Disbursements | $29,112.21 | | | |
| TCMS Adjusted Balance | $643,135.28 | Bank Balance as of 11/30/2025 | $643,135.28 | |