# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−10119−smr

Chapter No.: 11

Judge: Shad M Robinson

IN RE: **1001 WL, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 0862 5245

on **1/7/26 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 1029 Motion to Convert Case From Chapter 11 to Chapter 7 ( Filing Fee: $ 15.00 ) filed by Kyle Hirsch for Creditors RIC (West Loop) LLC, TIG Romspen US Master Mortgage LP ) Hearing Scheduled For 1/7/2026 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 0862 5245 (Lopez, Jennifer)

Dated: 12/19/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re:<br>1001 WL, LLC<br>　　Debtor | Case No. 24-10119-smr<br>Chapter 11 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| cr | #+ | Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |
| 18629595 | + | ABC Home & Commercial, Services, 11934 Barker Cypress Road, Cypress, TX 77433-1802 |
| 18629596 | | Ali Choudhri, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18664316 | | Ali Choudhri, 2425 West Loop St., 11th Flr., Houston, TX 77027 |
| 18629597 | + | Ameritrex Imaging & Services, PO Box 841511, Houston, TX 77284-1511 |
| 18629599 | | BDFI, LLC, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18638670 | #+ | BDFI, LLC, c/o Mark A. Junell, The Junell Law Firm, PC, 746 Country Lane, Houston, TX 77024-5508 |
| 18637856 | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| 18982760 | + | BDFI, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18629598 | | Baker Botts, LLP, 401 S 1st St, Unit 1300, Austin, TX 78704-1296 |
| 18699323 | + | Boxer Property Management Corporation, 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18717956 | + | Boxer Property Management Corporation, c/o Reed W. Burritt, Atty., 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18629602 | | CFI Mechanical, Inc., 6109 Brittmoore Rd, Houston, TX 77041-5610 |
| 18629601 | + | Capital Premium Financing, PO Box 667180, Dallas, TX 75266-7180 |
| 18629604 | + | City of Houston Water, PO Box 1560, Houston, TX 77251-1560 |
| 18696756 | + | Cleaning Advanced Systems, LLC, Pavlock Law Firm, PLLC, 6345 Garth Road 110-122, Baytown, TX 77521-5625 |
| 18629605 | + | Cleaning Advances Service, 110 Cypress Station Suite 111, Houston, TX 77090-1626 |
| 18629607 | + | Datawatch Systems, 4520 East West Highway 200, Bethesda, MD 20814-3382 |
| 18629608 | #+ | Drew Dennett, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| 18884818 | + | EAO Global LLC, 14315 Briarhills Pkwy, Houston, TX 77077-1007 |
| 18629609 | | Environmental Coalition Inc., Po Box 1568, Stafford, TX 77497-1568 |
| 18629610 | #+ | FirePro Tech, 6830 N Eldridge Pkwy Suite 110, Houston, TX 77041-2635 |
| 18629611 | + | FireTron Life Safety Solutions, PO Box 1604, Stafford, TX 77497-1604 |
| 18629612 | + | Fluid Meter Sales & Service,, Inc., 1303 Steele Drive, Friendswood, TX 77546-2018 |
| 18629613 | + | GFS Industries, 24165 IH 10 W Suite 217, San Antonio, TX 78257-1160 |
| 18982759 | + | Galleria Loop Note Holder, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18601534 | + | Galleria Note Holder, LLC, c/o James Pope, 6161 Savoy Drive Suite 1125, Houston, TX 77036-3343 |
| 18629614 | + | Harcon Mechanical, Contractors, 9009 W Little York, Houston, TX 77040-4113 |
| 18601535 | + | Harris County Tax Assessor, PO Box Box 77210-4633 |

24-10119-smr  Doc#1032  Filed 12/21/25  Entered 12/21/25 23:23:30  Imaged Certificate of Notice  Pg 3 of 7

| District/off: 0542-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

| | | |
|---|---|---|
| 18778359 | + | IHC Specialty Benefits, Inc., 5353 Wayzata Boulevard, Suite 300, St. Louis Park, MN 55416-1317 |
| 18629618 | + | JLM Law Firm, 2921 E 17th Street Bldg D Suite 6, Austin, TX 78702-1595 |
| 18629616 | + | Jetall Companies, 1001 W Loop S Suite 700, Houston, TX 77027-9033 |
| 18629617 | + | Jetall Companies, Inc., 2425 West Loop South Suite 1100, Houston, TX 77027-4210 |
| 18629621 | + | Kings 111, 751 Canyon Drive Suite 100, Coppell, TX 75019-3857 |
| 18637768 | + | Mark C. Taylor, Special Litigation Counsel, Holland & Knight LLP, 100 Congress Avenue, Suite 1800, Austin, Texas 78701-4042 |
| 18778358 | + | Mary E. Morandini, 96 Cummings Point Road, Stamford, CT 06902-7919 |
| 18629622 | + | Meyerland Glass Company, 12922 Murphy Road, Stafford, TX 77477-3904 |
| 18629623 | + | Morsco Supply, LLC, 6867 Wynwood Lane, Houston, TX 77008-5023 |
| 18629624 | + | Mueller, 1500 Sherwood Forest Drive, Houston, TX 77043-3899 |
| 18629625 | #+ | Nationside Investigations &, Security, 2425 W Loop S Suite 300, Houston, TX 77027-4207 |
| 18629626 | + | Pieper Houston Electric, LP, 1708 Oak Tree, Houston, TX 77080-7240 |
| 19074008 | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| 18629627 | + | Rapp Krock, 1980 Post Oak Blvd Suite 1200, Houston, TX 77056-3970 |
| 18629628 | + | Ringcentral, PO Box 734232, Dallas, TX 75373-4232 |
| 18840809 | + | Sonder USA Inc., c/o J. Eric Lockridge, Kean Miller LLP, 400 Convention St., Ste. 700, Baton Rouge, LA 70802-5628 |
| 18629631 | + | T&R Mechanical, 21710 White Oak Drive, Conroe, TX 77306-8848 |
| 18648967 | + | TIG Romspen US Master Mortgage LP, c/o Locke Lord LLP, Attn: W. Steven Bryant, 300 Colorado Street, Ste. 2100, Austin, Texas 78701-4890 |
| 18603477 | + | TIG Romspen US Master Mortgage LP, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle S. Hirsch, 2200 Ross Avenue, 4200W, Dallas, TX 75201-2763 |
| 18601536 | | TIG Romspen US Master Mortgage, LP, 162 Cumberland Street Suite 300, Toronto, Ontario M5R 3N5 |
| 18629633 | + | TKE, 3100 Interstate North Cir SE Ste. 500, Atlanta, GA 30339-2296 |
| 18993853 | + | Travis B Vargo, c/o Leslie M Luttrell, Luttrell + Carmody Law Group, 100 NE Loop 410 #615, San Antonio TX 78216-4713 |
| 18629634 | + | Wate Management, PO Box 660345, Dallas, TX 75266-0345 |
| 18646180 | + | Xavier Educational Academy, LLC, c/o Genevieve M. Graham, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18647450 | + | Xavier Educational Academy, LLC, c/o Beau H. Butler, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18629635 | + | Zindler Service Co, 2450 Fondren Suite 113, Houston, TX 77063-2314 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Dec 19 2025 22:27:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Dec 19 2025 22:27:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |
| 18999882 | + | Email/Text: ssather@bn-lawyers.com | Dec 19 2025 22:27:00 | BARRON & NEWBURGER, P.C., C/O STEPHEN W. SATHER, 7320 N. MoPac Expwy., Suite 400, Austin, TX 78731-2347 |
| 18629603 | + | Email/Text: ecfbankruptcy@nrg.com | Dec 19 2025 22:27:00 | Cirro, PO Box 2229, Houston, TX 77252-2229 |
| 18725525 | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629606 | + | Email/Text: documentfiling@lciinc.com | Dec 19 2025 22:26:00 | Comcast, 9602 S 300 W Suite B, Sandy, UT 84070-3336 |
| 18725528 | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | Houston Community College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX |

24-10119-smr Doc#1032 Filed 12/21/25 Entered 12/21/25 23:23:30 Imaged Certificate of Notice Pg 4 of 7

| District/off: 0542-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | 77253-3064 |
| 18725530 | | Email/Text: houston_bankruptcy@LGBS.com | Dec 19 2025 22:27:00 | Houston ISD, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629620 | ^ | MEBN | Dec 19 2025 22:22:19 | Lloyd E Kelly, 2726 Bissonnet Suite 240, Houston, TX 77005-1352 |
| 18627775 | + | Email/Text: lloyd.lim@keanmiller.com | Dec 19 2025 22:27:00 | Sonder USA Inc., c/o Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, Texas 77002-2832 |
| 18629632 | + | Email/Text: ogclitmail@hanover.com | Dec 19 2025 22:27:00 | The Hanover Insurance Group, (GL & Prop), PO Box 580045, Charlotte, NC 28258-0045 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18629629 | | See Attached |
| cr | *+ | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| cr | *+ | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| 18700870 | *+ | 1001 WL, LLC, 2450 Wickersham Ln, Suite 202, Austin, TX 78741-4744 |
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL  LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

Brian Talbot Cumings
    on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
    on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
    on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
    on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege
    on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Bruce J Duke
    on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com

Clinton Wayne Alexander
    on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander
    on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Eric Terry
    on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright
    on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham
    on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Genevieve M. Graham
    on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
    on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

J. Eric Lockridge
    on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
    on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
    on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
    on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
    on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
    on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
    on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna
    on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome
    on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

Justin Rayome
    on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Kell C. Mercer
    on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
    on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
    sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell
    on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net,
    sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
    on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com,
    chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
    chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell
    on behalf of Creditor BDFI LLC mark@junellfirm.com

Mark Curtis Taylor
    on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery
    on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com

Patrick Clayton Joost
    on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com

Paul Kirklin

24-10119-smr  Doc#1032  Filed 12/21/25  Entered 12/21/25 23:23:30  Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 134 | Total Noticed: 79 |

| | |
|---|---|
| | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Reed W. Burritt | |
| | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Smeberg Law Firm  PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | |
| | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | |
| | on behalf of Interested Party Galleria Loop Note Holder  LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Plaintiff Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Interested Party Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | |
| | on behalf of Interested Party Ali Choudhri service@houstonip.com  snpalavan@recap.email |
| Stephen Kirklin | |
| | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| Stephen W. Sather | |
| | on behalf of Interested Party Barron & Newburger  P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Defendant 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Plaintiff 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Travis Brian Vargo | |
| | on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com  mpoynter@vargolawfirm.com |
| United States Trustee - AU12 | |
| | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com  jpelayo@lockelord.com |
| William Steven Bryant | |
| | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com  jpelayo@lockelord.com |
| William Steven Bryant | |
| | on behalf of Defendant TIG Romspen US Master Mortgage  LP steven.bryant@troutman.com, jpelayo@lockelord.com |

TOTAL: 79