**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1001 WL LLC,** | ) | Case No. 24-10119 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**MOVANT'S EXHIBIT AND WITNESS LIST FOR HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7**

RIC (West Loop) LLC ("RIC"), as assignee of the collateral interests of TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership ("Romspen"), may introduce the following exhibits and call the following witnesses in connection with the hearing on RIC's *Motion to Convert Case to Chapter 7* [ECF No. 1029] set for January 7, 2026, beginning at 9:30 a.m. prevailing Central time. RIC reserves the right to supplement this list prior to the hearing.

**EXHIBITS:**  In addition to any exhibit designated by any other party in interest to this matter, any document in the Court record in this case or any related adversary proceeding, any exhibit for impeachment purposes or to lay foundation, or any exhibit for rebuttal purposes, RIC identifies the following exhibits it will or may offer as evidence at the hearing:

| No. | Description | Stipulated Admitted Prior Hearing | Objection | Admitted |
|---|---|---|---|---|
| A | Substitute Trustee's Deed (**ECF No. 1029-1**) | | | |
| B | Proposed Order Granting Motion to Convert to Chapter 7 (**ECF No. 1029-2**) | | | |
| C | Romspen Proof of Claim # 1-2 | | | |
| D | Transfer of Claim Other Than For Security (**ECF No. 1026**) | | | |
| E | Notice of Transfer of Claim Other Than For Security (**ECF No. 1028**) | | | |

1

| No. | Description | Stipulated Admitted Prior Hearing | Objection | Admitted |
|-----|-------------|-----------------------------------|-----------|----------|
| F | Debtor's Amended Schedules and Summary (**ECF No. 309**) | | | |
| G | Amended Disclosure Statement Under 11 U.S.C. § 1126 for the Debtor's Amended Plan of Reorganization Dated May 31, 2024 (**ECF No. 188**) | | | |
| H | Order Sua Sponte Modifying The Court's Order Modifying Stay at ECF No. 359 (**ECF No. 463**) | | | |
| I | Order Denying Plan Confirmation and Setting Status Hearing (**ECF No. 502**) | | | |
| J | Order Appointing Chapter 11 Trustee (**ECF No. 634**) | | | |
| K | Order Regarding Motions to Show Authority [ECF Nos. 837, 838, 839, 840, 970] (**ECF No. 996**) | | | |
| L | Monthly Operating Report – Period Ending 11.30.2025 (**ECF No. 1031**) | | | |

**WITNESSES:** In addition to any witness designated by any other party in interest to this matter, any witness necessary for impeachment purposes or to lay foundation, and any witness called for rebuttal purposes, RIC designates the following witnesses it will or may call:

1. Ali Choudhri;
2. Travis Vargo;
3. Sandy Dasigenis; and
4. John Patrick Lowe.

Date: January 2, 2026                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ R. Luke Graham*
R. Luke Graham (Tex. Bar No. 24127305)
Kyle S. Hirsch (Tex. Bar No. 24117262)
2200 Ross Avenue, 4200W
Dallas, Texas 75201
Telephone: 602.364.7170
Email: kyle.hirsch@bclplaw.com
Email: luke.graham@bclplaw.com

***Attorneys for RIC (West Loop) LLC and TIG Romspen US Master Mortgage LP***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2026, a true and correct copy of the foregoing was served via the Court's ECF notification system, including counsel for the Debtor, the U.S. Trustee, and any party who has noticed an appearance in this case, as follows:

Clinton Wayne Alexander on behalf of Attorney/Interested Party Kell C Mercer
calexander@bls-legal.com

William Steven Bryant on behalf of Creditor/Defendant TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com

Reed W. Burritt on behalf of Creditor Boxer Property Management Corporation
Reed.Burritt@BoxerProperty.com

Beau Butler on behalf of Interested Party Xavier Educational Academy, LLC
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Ali Choudhri
ali@jetallcapital.com

Brian Talbot Cumings on behalf of Attorney Graves Dougherty Hearon & Moody, P.C.
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant 1001 WL, LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant PCR Property Services LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant/Interested Party/Intervenor/Trustee John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Michelle V. Friery on behalf of Creditor Sonder USA Inc.
michelle@wilsonfriery.com, admin@wilsonfriery.com

Javier Gonzalez, Jr on behalf of Interested Party Xavier Educational Academy, LLC
jgonzalez@jw.com,
dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Genevieve M. Graham on behalf of Interested Party/Plaintiff Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Mark Junell on behalf of Creditor BDFI, LLC
mark@junellfirm.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Parties Kirklin Properties LLC, Ali Choudhri
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

J. Eric Lockridge on behalf of Creditor Sonder USA Inc.
eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, in his capacity as Court-Appointed Receiver
luttrell@lclawgroup.net, sdpitts@lclawgroup.net; wperotti@lclawgroup.net; emeier@lclawgroup.net

Kell C. Mercer on behalf of Creditor/Defendant BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant/Interested Party Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant/Interested Party/Intervenor Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Dward DarJean
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party/Plaintiff Jetall Capital, LLC
kell.mercer@mercer-law-pc.com

Shea Neal Palavan on behalf of Interested Party Galleria Loop Note Holder, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party/Plaintiff Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Ali Choudhri
service@houstonip.com, snpalavan@recap.email

James Q. Pope on behalf of Creditor BDFI, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope on behalf of Interested Party Galleria Loop Note Holder, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff/Counter Defendant Jetall Capital LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Ali Choudhri
justin.rayome.law@gmail.com

Jeremy M Reichman on behalf of Attorney Bryan Cave Leighton Paisner, LLP
jreichman@velaw.com, dtucker@velaw.com;courtmail@velaw.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
croy@krcl.com, ajezisek@krcl.com

Gia Samavati on behalf of Plaintiff Galleria Loop Note Holder LLC
gia@samavatilawfirm.com

Stephen W. Sather on behalf of Defendant/Plaintiff 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Interested Party Barron & Newburger, P.C.
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Ronald J Smeberg on behalf of Interested Party Smeberg Law Firm, PLLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;danielle@smeberg.com

Mark Curtis Taylor on behalf of Attorney Holland & Knight LLP
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Attorney Mark Taylor
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Plaintiff 1001 WL, LLC
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Eric Terry on behalf of Creditor WCW Houston Properties
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Dalio Holdings I, LLC
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Travis Brian Vargo on behalf of Interested Party Travis B Vargo
tvargo@vargolawfirm.com, mpoynter@vargolawfirm.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

Copy also served via email to:
Ali Choudhri
ali@jetallcompanies.com

*/s/ R. Luke Graham*
R. Luke Graham