**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____ DIVISION**

IN RE:

                                            Case No: _____

                                            Chapter _____

### ***AMENDED MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now _____ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _____,

    with offices at

        Mailing address: _____

        City, State, Zip: _____

        Telephone: _____ Fax: _____

        Email Address: _____

2. Since _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____. Cr r rkecpvju'dct"rkegpug"pwo dgt"ku'aaaaaaaaaaaaaaaaaaaaaa0

***The Court granted limited admission related to the Motion to Vacate filed by Choudhri. Applicant seeks authority to represent Mr. Choudhri on other matters before the Court

3. Applicant has been admitted to practice before the following state and federal courts:

   Court:                                          Admission date:

   _____          _____

   _____          _____

   _____          _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __6__ Day of __January__, __2026__.

**Note: Per Local Rule 9013-1(c)(2)**

**Certificate of Service Requirements**

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

```
Label Matrix for local noticing      1001 WL, LLC                          U.S. BANKRUPTCY COURT
0542-1                               2450 Wickersham Lane, Suite 202       903 SAN JACINTO, SUITE 322
Case 24-10119-smr                    Austin, TX 78741-4744                 AUSTIN, TX 78701-2450
Western District of Texas
Austin
Mon Nov  3 15:48:00 CST 2025

ABC Home & Commercial                Ali Choudhri                          Ali Choudhri
Services                             1001 West Loop S Ste 700              2425 West Loop St., 11th Flr.
11934 Barker Cypress Road            Houston, TX 77027-9033                Houston, TX 77027
Cypress, TX 77433-1802


Ameritrex Imaging & Services         BARRON & NEWBURGER, P.C.              BDFI, LLC
PO Box 841511                        C/O STEPHEN W. SATHER                 1001 West Loop S Ste 700
Houston, TX 77284-1511               7320 N. MoPac Expwy., Suite 400       Houston, TX 77027-9033
                                     Austin, TX 78731-2347


BDFI, LLC                            BDFI, LLC                             BDFI, LLC
2425 West Loop South, Suite 1100     c/o Mark A. Junell                    c/o Ronald J. Smeberg
Houston, TX 77027-4210               The Junell Law Firm, PC               The Smeberg Law Firm, PLLC
                                     746 Country Lane                      4 Imperial Oaks
                                     Houston, TX 77024-5508                San Antonio, Texas 78248-1609


Baker Botts, LLP                     Boxer Property Management Corporation Boxer Property Management Corporation
401 S 1st St                         7324 Southwest Fwy #1900              c/o Reed W. Burritt, Atty.
Unit 1300                            Houston TX 77074-2057                 7324 Southwest Fwy #1900
Austin, TX 78704-1296                                                      Houston TX 77074-2057


CFI Mechanical, Inc.                 Capital Premium Financing             Cirro
6109 Brittmoore Rd                   PO Box 667180                         PO Box 2229
Houston, TX 77041-5610               Dallas, TX 75266-7180                 Houston, TX 77252-2229


City of Houston                      City of Houston Water                 Cleaning Advanced Systems, LLC
c/o Tara L. Grundemeier              PO Box 1560                           Pavlock Law Firm, PLLC
Linebarger Goggan Blair & Sampson LLP Houston, TX 77251-1560               6345 Garth Road 110-122
PO Box 3064                                                                Baytown, TX 77521-5625
Houston, TX 77253-3064


Cleaning Advances Service            Comcast                               Datawatch Systems
110 Cypress Station Suite 111        9602 S 300 W Suite B                  4520 East West Highway 200
Houston, TX 77090-1626               Sandy, UT 84070-3336                  Bethesda, MD 20814-3382


Drew Dennett                         EAO Global LLC                        Environmental Coalition Inc.
2450 Wickersham Lane, Suite 202      14315 Briarhills Pkwy                 Po Box 1568
Austin, TX 78741-4744                Houston, TX 77077-1007                Stafford, TX 77497-1568


FirePro Tech                         FireTron Life Safety Solutions        Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110       PO Box 1604                           Inc.
Houston, TX 77041-2635               Stafford, TX 77497-1604               1303 Steele Drive
                                                                           Friendswood, TX 77546-2018
```

| | | |
|---|---|---|
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 |
| Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 | Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 |
| Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 |
| Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 |
| Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 |
| TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 |

| | | |
|---|---|---|
| Travis B Vargo<br>c/o Leslie M Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 #615<br>San Antonio TX 78216-4713 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1001 WL, LLC<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | (u)See Attached | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |