IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-10119 (SMR) |
| | ' | |
| 1001 WL LLC, | ' | |
| DEBTOR | ' | CHAPTER 11 |

### OBJECTION TO MOTION OF RIC (WEST LOOP) LLC TO CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112

Ali Choudhri ("Movant" and/or "Choudhri"),[1] submits this Objection to the Motion of RIC (West Loop) LLC to convert this case from a Chapter 11 to a Chapter 7 pursuant to 11 U.S.C. § 1112.

I. INTRODUCTION

1. Choudhri's entity, 1001 WL LLC (the "Debtor") filed a Chapter 11 bankruptcy petition to reorganize its affairs and pay its creditors. While a Chapter 11 trustee has been

---

[1] While many parties including the moving party, RIC (defined hereinbelow) and the receiver, Travis Vargo (the "Receiver") will likely argue Mr. Choudhri has no standing to bring this objection due to the Receiver's appointment, the Receiver is only charged with the authority to liquidate assets for the benefit of select judgment creditors. This is not a conservatorship. The Receiver has no ability to refuse to defend actions on Mr. Choudhri's behalf and/or refuse to take affirmative actions to protect Mr. Choudhri and at the same time refuse to allow Mr. Choudhri to act on his own behalf. Despite this, the Receiver, working with other parties such as RIC and Romspen have allowed judgments to be entered against Mr. Choudhri and his entities while refusing to allow Mr. Choudhri to defend himself or his entities. This is a gross denial of due process and not at all what Texas receivership law allows. For these reasons, Mr. Choudhri has filed this Objection to preserve any and all rights in this case and to be heard on this matter at the hearing on the Motion.

appointed, the purpose of the bankruptcy remains the same. Throughout this case, however TIG Romspen US Master Mortgage LP ("Romspen") has taken actions to hinder these efforts, including for example proceeding with a purported settlement of the major disputes related to the primary asset in this case, real property located at 1001 West Loop South, Houston, Texas (the "Real Property") when it secretly had the intention of foreclosing on the Real Property and did in fact foreclose after the settlement was approved by the Court. In addition, Romspen has worked with third parties, such as Travis Vargo (the "Receiver") and his counsel to prevent Mr. Choudhri from being heard on the matters in this case, even though the Texas Court of Appeal may soon decide that the Receiver's appointment is/was void and the Receiver has had no jurisdiction to take the positions he has taken or deprive Mr. Choudhri and his entities of their right to proceed in Court. Finally, while Romspen has made every effort to ensure Mr. Choudhri cannot be heard in this Court, at the same time, Romspen has been playing fast and loose with its related entities and has taken actions in this Court when it does not have standing to do so. Most recently, with the Motion to Convert, the purported assignee of Romspen's claims in the bankruptcy, RIC (West Loop) LLC ("RIC"), have alleged that the bankruptcy should be converted to a Chapter 7 case. However, RIC has no right to make this Motion and is again hiding the ball from the Court.

2. As shown herein, Romspen and its wholly-owned subsidiary, RIC (Lavernia), LLC ("RIC Lavernia") as well as the moving party, RIC, have engaged in a coordinated pattern of misrepresentation, concealment, and direct defiance of court orders to gain improper advantage in these bankruptcy proceedings and now file the Motion to Convert without full disclosure of the recent filings and coordinated attack to gain control of assets while preventing creditors from being paid in a Chapter 11 case.

3. Because the record establishes misrepresentations and proves that Romspen is not the holder of the Note, which is the basis of the claim asserted by Romspen, Romspen had no authority to assign the claims to RIC and thus RIC has no standing to request conversion of this case. Therefore, the Motion to Convert and every other pleading filed since March 22, 2024, is fraudulent and must be struck.

### III. FACTUAL BACKGROUND

4. On February 6, 2024, 1001 WL, LLC ("Debtor") filed the above-captioned Chapter 11 bankruptcy petition (the "1001 WL Bankruptcy"). Romspen is/was the largest purported creditor in the 1001 WL Bankruptcy and has used its position to improperly influence the Court, as demonstrated by the following.

5. On or about June 27, 2024, RIC (LaVernia), LLC ("RIC"), an entity related to Romspen, commenced a Chapter 11 bankruptcy proceeding, *In re RIC (LaVernia), LLC*, Styled Case No. 24-51195-MMP (the "RIC LaVernia Bankruptcy").

6. In the 1001 WL Bankruptcy, Romspen filed a proof of claim that was later amended. The POC asserts that Romspen is the holder of a note for $18,500,000 that is/was secured by two properties: (1) the Real Property referenced above which is an office building at 1001 West Loop South, Houston, Texas 77027 and (2) a subdivision property located in La Vernia, Wilson County, Texas (the "La Vernia Property"). However, Romspen's representations in the POC directly contradict the Bill of Sale that indicates RIC LaVernia is the holder of the Original Note. To the extent RIC LaVernia is the holder of the Original Note, RIC LaVernia would be the only party with standing to take any action in the 1001 WL Bankruptcy. Despite this, Romspen continued to take actions in the 1001 WL Bankruptcy, including for example supporting a settlement agreement pursuant to FRBP 9019 with the Chapter 11 Trustee and related motion (the "9019 Motion").

7. The Court granted the 9019 Motion which allowed for a sale of the Real Property and a carve-out to administrative claimants. More importantly, the Court granted the 9019 Motion over an objection by Mr. Choudhri and a third party offering to pay more to the estate and the proposed settlement with Romspen. Despite approval of the 9019 Motion, Romspen (or a related entity) proceeded with a non-judicial foreclosure sale of the Real Property on or about December 5, 2025. The foreclosure sale not only did not comply with Texas state law and notify all necessary parties of the foreclosure, but it was completed after the approval of the 9019 Motion without any disclosure to the Court that Romspen had no intention of complying with the 9019 Motion.

8. Finally, it appears that at some point after the foreclosure, Romspen assigned its claims and interests to RIC. RIC then proceeded with the Motion to Convert. However, again, Romspen had no ability to assign its claims as the claims belonged to RIC Lavernia pursuant to admissions of RIC Lavernia and filings in the RIC Lavernia Bankruptcy.

**IV. ARGUMENT**

9. Section 1112 of the Bankruptcy Code provides that only a "party in interest" may seek to convert or dismiss a bankruptcy case.

10. As shown above, the purported interest of RIC is based on fraud and there is no evidence that RIC is the proper party to be filing the Motion. Further, conversion of this case is not proper at this time as there are assets to administer and creditors with allowed claims can be paid through a plan. Therefore, RIC has not established "cause" sufficient to justify such conversion.

11. Moreover, every single document filed in the 1001WL Bankruptcy after March 22, 2024 is fraudulent as Romspen had no authority and no standing to pursue the rights associated with the Note and now RIC has no authority to proceed with the Motion.

12. For these reasons, the Court should deny the Motion to Convert.

## V. CONCLUSION

WHEREFORE, Choudhri respectfully requests that the Court deny the Motion to Convert this case to one under Chapter 7, and grant such different and further relief as the Court deems just and proper.

January 6, 2026

                                            Respectfully submitted,

                                            /s/ Gia Samavati
                                            Gia Samavati
                                            Fed Bar 3857459
                                            1707 1/2 Post Oak Blvd
                                            Suite 286
                                            Houston, TX 77056
                                            Tel: (832) 788-3309
                                            gia@trialninjas.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing along with the proposed order has been served by email to Mr. Hirsch on January 6, 2026 and will be filed on the docket and served on through the Court's ECF notification system on January 6, 2026; the service list is attached.

                                            /s/ Gia Samavati
                                            Gia Samavati

4928-6784-8838, v. 1

```
Label Matrix for local noticing          1001 WL, LLC                              U.S. BANKRUPTCY COURT
0542-1                                   2450 Wickersham Lane, Suite 202           903 SAN JACINTO, SUITE 322
Case 24-10119-smr                        Austin, TX 78741-4744                     AUSTIN, TX 78701-2450
Western District of Texas
Austin
Mon Nov  3 15:48:00 CST 2025

ABC Home & Commercial                    Ali Choudhri                              Ali Choudhri
Services                                 1001 West Loop S Ste 700                  2425 West Loop St., 11th Flr.
11934 Barker Cypress Road                Houston, TX 77027-9033                    Houston, TX 77027
Cypress, TX 77433-1802

Ameritrex Imaging & Services             BARRON & NEWBURGER, P.C.                  BDFI, LLC
PO Box 841511                            C/O STEPHEN W. SATHER                     1001 West Loop S Ste 700
Houston, TX 77284-1511                   7320 N. MoPac Expwy., Suite 400           Houston, TX 77027-9033
                                         Austin, TX 78731-2347

BDFI, LLC                                BDFI, LLC                                 BDFI, LLC
2425 West Loop South, Suite 1100         c/o Mark A. Junell                        c/o Ronald J. Smeberg
Houston, TX 77027-4210                   The Junell Law Firm, PC                   The Smeberg Law Firm, PLLC
                                         746 Country Lane                          4 Imperial Oaks
                                         Houston, TX 77024-5508                    San Antonio, Texas 78248-1609

Baker Botts, LLP                         Boxer Property Management Corporation     Boxer Property Management Corporation
401 S 1st St                             7324 Southwest Fwy #1900                  c/o Reed W. Burritt, Atty.
Unit 1300                                Houston TX 77074-2057                     7324 Southwest Fwy #1900
Austin, TX 78704-1296                                                              Houston TX 77074-2057

CFI Mechanical, Inc.                     Capital Premium Financing                 Cirro
6109 Brittmoore Rd                       PO Box 667180                             PO Box 2229
Houston, TX 77041-5610                   Dallas, TX 75266-7180                     Houston, TX 77252-2229

City of Houston                          City of Houston Water                     Cleaning Advanced Systems, LLC
c/o Tara L. Grundemeier                  PO Box 1560                               Pavlock Law Firm, PLLC
Linebarger Goggan Blair & Sampson LLP    Houston, TX 77251-1560                    6345 Garth Road 110-122
PO Box 3064                                                                        Baytown, TX 77521-5625
Houston, TX 77253-3064

Cleaning Advances Service                Comcast                                   Datawatch Systems
110 Cypress Station Suite 111            9602 S 300 W Suite B                      4520 East West Highway 200
Houston, TX 77090-1626                   Sandy, UT 84070-3336                      Bethesda, MD 20814-3382

Drew Dennett                             EAO Global LLC                            Environmental Coalition Inc.
2450 Wickersham Lane, Suite 202          14315 Briarhills Pkwy                     Po Box 1568
Austin, TX 78741-4744                    Houston, TX 77077-1007                    Stafford, TX 77497-1568

FirePro Tech                             FireTron Life Safety Solutions            Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110           PO Box 1604                               Inc.
Houston, TX 77041-2635                   Stafford, TX 77497-1604                   1303 Steele Drive
                                                                                   Friendswood, TX 77546-2018
```

GFS Industries
24165 IH 10 W Suite 217
San Antonio, TX 78257-1160

Galleria Loop Note Holder, LLC
c/o Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248-1609

Galleria Note Holder, LLC
c/o James Pope
6161 Savoy Drive Suite 1125
Houston, TX 77036-3343

Harcon Mechanical
Contractors
9009 W Little York
Houston, TX 77040-4113

Harris County Tax Assessor
PO Box Box 77210-4633

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

IHC Specialty Benefits, Inc.
5353 Wayzata Boulevard
Suite 300
St. Louis Park, MN 55416-1317

JLM Law Firm
2921 E 17th Street Bldg D Suite 6
Austin, TX 78702-1595

Jetall Companies
1001 W Loop S Suite 700
Houston, TX 77027-9033

Jetall Companies, Inc.
2425 West Loop South Suite 1100
Houston, TX 77027-4210

Kings 111
751 Canyon Drive Suite 100
Coppell, TX 75019-3857

Lloyd E Kelly
2726 Bissonnet Suite 240
Houston, TX 77005-1352

Mark C. Taylor, Special Litigation Counsel
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

Mary E. Morandini
96 Cummings Point Road
Stamford, CT 06902-7919

Meyerland Glass Company
12922 Murphy Road
Stafford, TX 77477-3904

Morsco Supply, LLC
6867 Wynwood Lane
Houston, TX 77008-5023

Mueller
1500 Sherwood Forest Drive
Houston, TX 77043-3899

Nationside Investigations &
Security
2425 W Loop S Suite 300
Houston, TX 77027-4207

Pieper Houston Electric, LP
1708 Oak Tree
Houston, TX 77080-7240

Rapp Krock
1980 Post Oak Blvd Suite 1200
Houston, TX 77056-3970

Ringcentral
PO Box 734232
Dallas, TX 75373-4232

Sonder USA Inc.
c/o J. Eric Lockridge
Kean Miller LLP
400 Convention St., Ste. 700
Baton Rouge, LA 70802-5628

Sonder USA Inc.
c/o Kean Miller LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002-2832

T&R Mechanical
21710 White Oak Drive
Conroe, TX 77306-8848

TIG Romspen US Master Mortgage LP
c/o Bryan Cave Leighton Paisner LLP
Attn: Kyle S. Hirsch
2200 Ross Avenue, 4200W
Dallas, TX 75201-2763

TIG Romspen US Master Mortgage LP
c/o Locke Lord LLP
Attn: W. Steven Bryant
300 Colorado Street, Ste. 2100
Austin, Texas 78701-4890

TIG Romspen US Master Mortgage, LP
162 Cumberland Street Suite 300
Toronto, Ontario M5R 3N5

TKE
3100 Interstate North Cir SE Ste. 500
Atlanta, GA 30339-2296

The Hanover Insurance Group
(GL & Prop)
PO Box 580045
Charlotte, NC 28258-0045

| | | |
|---|---|---|
| Travis B Vargo<br>c/o Leslie M Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 #615<br>San Antonio TX 78216-4713 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1001 WL, LLC<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | (u)See Attached | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |