# DUKE LAW FIRM

ATTORNEY AND COUNSELOR AT LAW

NEW JERSEY OFFICE
141-I ROUTE 130 SOUTH #380
CINNAMINSON, NJ 08077
T: (732) 200-9084
BRUCE@BDUKELAWFIRM.COM

NEW YORK OFFICE
83 HAVILAND DR. SUITE 3
PATTERSON, NY 12563

BRUCE DUKE, ESQ.
MEMBER NY AND NJ BARS

January 7, 2026

Via Pacer
Hon. Shad Robinson, U.S.B.J.
Homer J. Thornberry Federal Judicial Bldg.
903 San Jacinto Blvd., Suite 332
Austin, Texas 78701

Re: **1001 WL LLC, Case No. 24-10119**

Dear Judge Robinson:

This firm is pro hac vice counsel to Ali Choudhri, a party in interest in the above bankruptcy case.

I apologize for the last minute nature of this request but I feel constrained to ask the Court for a continuance of the motion to convert to a Chapter 7 pending before the Court. We filed, at the direction of the Court, a motion to vacate the receiver order on jurisdictional grounds. To date, this motion is still pending.

I must point out that the motion to convert is based largely on the arguments of the receiver and assumes the receiver has jurisdiction. This claim is still pending before this Court. Additionally, Mr. Choudhri's bankruptcy filing, we believe, tolled the time for consideration of this motion. There will be no prejudice to any party if this matter is adjourned.

DUKE LAW FIRM   Page 2 of 2

Hon. Shad Robinson, U.S.B.J.
January 7, 2026

      For all the above reasons, we believe that the motion scheduled for today should be adjourned.

      Respectfully,

      _____
      Bruce J. Duke, Esq.
      bruce@bdukelawfirm.com

BJD/klh

4909-2471-0534, v. 2