**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2026.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### FINAL ORDER DENYING MOTION TO
### APPROVE COMPROMISE UNDER RULE 9019
**(Relates to ECF No. 699)**

On March 26, 2025, John Patrick Lowe (the "Trustee") filed a *Motion to Approve Compromise under Rule 9019* (the "Trustee's 9019 Motion" at ECF No. 699). Several parties filed objections to the Trustee's 9019 Motion. After a two day hearing, the Court took the Trustee's 9019 Motion under advisement.

On October 31, 2025, the Court issued an Oral Ruling (the "Oral Ruling") on the Trustee's 9019 Motion. On November 4, 2025, the Court issued an Order Granting in Part and Denying in Part the Trustee's 9019 Motion (the "Order" at ECF No. 1009). Specifically, paragraph 15,

subsection (g) of the Trustee's 9019 Motion was denied in the Order and the Oral Ruling. All other terms of the settlement in Trustee's 9019 Motion at paragraphs 15(a) through (f) and (h) through (i) were approved for the reasons set forth in the Oral Ruling.

The Order set a deadline of November 14, 2025 for the parties to the Trustee's 9019 Motion to submit an amended settlement term as to paragraph 15, subsection (g). The Order states that the Trustee's 9019 Motion would be denied as a final matter if an amended settlement term as to paragraph 15, subsection (g) was not filed by the November 14, 2025 deadline.

On November 10, 2025, Creditor TIG Romspen US Master Mortgage LP ("Romspen") filed an *Ex Parte Motion to Extend Time to Amend Settlement Term* (the "Time Extension Motion" at ECF No. 1015). Romspen sought an extension of the November 14, 2025 deadline to December 15, 2025.

On November 14, 2025, the Court entered an Order Allowing Extension of Time (the "Order Extending Time" at ECF No. 1016). The Order Extending Time granted the Time Extension Motion and extended the deadline to December 15, 2025.

No amended settlement term or amended 9019 motion was filed by the extended deadline of December 15, 2025. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion to Approve Compromise under Rule 9019 at ECF No. 699 is denied as a final matter.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Order and the Trustee's 9019 Motion.

# # #