**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: January 09, 2026**

*SHAD M. ROBINSON*
*UNITED STATES BANKRUPTCY JUDGE*

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-10119 |
| 1001 WL, LLC, | |
| DEBTOR | |

### ODER GRANTING MOTION FOR LEAVE TO FILE APPEAL

On this day, the Motion for Leave to File Appeal filed by Bruce Duke, Esq., pro hac vice counsel for party-in-interest, Ali Choudhri, individually and as owner Galleria Loop Note Holder, LLC ("GLNH") and BDFI, LLC ("BDFI"), and Jetall Capital, LLC ("Jetall") (GLHN, BDFI, and Jetall collectively, the "Entities"), came on ex parte.

Having considered the Motion, the arguments and evidence presented, and the record of this case, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby: ORDERED that Bruce Duke shall have leave to file an appeal of the Order granting in part and denying in part the Rule 9019 Compromise and filing a Motion to Extend the Time to file such appeal.

IT IS SO ORDERED. Signed this ___ day of _____, 2025.



_____
UNITED STATES BANKRUPTCY JUDGE