**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2026.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10119-SMR |
| | § | |
| 1001 WL, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**FINAL ORDER DENYING MOTION TO**
**APPROVE COMPROMISE UNDER RULE 9019**
**(Relates to ECF No. 699)**

On March 26, 2025, John Patrick Lowe (the "Trustee") filed a *Motion to Approve Compromise under Rule 9019* (the "Trustee's 9019 Motion" at ECF No. 699). Several parties filed objections to the Trustee's 9019 Motion. After a two day hearing, the Court took the Trustee's 9019 Motion under advisement.

On October 31, 2025, the Court issued an Oral Ruling (the "Oral Ruling") on the Trustee's 9019 Motion. On November 4, 2025, the Court issued an Order Granting in Part and Denying in Part the Trustee's 9019 Motion (the "Order" at ECF No. 1009). Specifically, paragraph 15,

subsection (g) of the Trustee's 9019 Motion was denied in the Order and the Oral Ruling. All other terms of the settlement in Trustee's 9019 Motion at paragraphs 15(a) through (f) and (h) through (i) were approved for the reasons set forth in the Oral Ruling.

The Order set a deadline of November 14, 2025 for the parties to the Trustee's 9019 Motion to submit an amended settlement term as to paragraph 15, subsection (g). The Order states that the Trustee's 9019 Motion would be denied as a final matter if an amended settlement term as to paragraph 15, subsection (g) was not filed by the November 14, 2025 deadline.

On November 10, 2025, Creditor TIG Romspen US Master Mortgage LP ("Romspen") filed an *Ex Parte Motion to Extend Time to Amend Settlement Term* (the "Time Extension Motion" at ECF No. 1015). Romspen sought an extension of the November 14, 2025 deadline to December 15, 2025.

On November 14, 2025, the Court entered an Order Allowing Extension of Time (the "Order Extending Time" at ECF No. 1016). The Order Extending Time granted the Time Extension Motion and extended the deadline to December 15, 2025.

No amended settlement term or amended 9019 motion was filed by the extended deadline of December 15, 2025. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion to Approve Compromise under Rule 9019 at ECF No. 699 is denied as a final matter.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Order and the Trustee's 9019 Motion.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re:<br>1001 WL, LLC<br>    Debtor | Case No. 24-10119-smr<br>Chapter 11 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdfintp | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Broocks Wilson, Wilson PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| cr | #+ | Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Jan 09 2026 22:41:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 09 2026 22:40:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 09 2026 22:40:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 09 2026 22:40:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Jan 09 2026 22:40:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

| District/off: 0542-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdfintp | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |

24-10119-smr Doc#1039 Filed 01/11/26 Entered 01/11/26 23:24:35 Imaged Certificate of Notice Pg 5 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdfintp | Total Noticed: 20 |

| | |
|---|---|
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Gia Samavati | on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com |
| Gia Samavati | on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com |
| J. Eric Lockridge | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| Jeremy M Reichman | on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |

24-10119-smr Doc#1039 Filed 01/11/26 Entered 01/11/26 23:24:35 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdfintp | Total Noticed: 20 |

| | |
|---|---|
| Kell C. Mercer | on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |
| Paul Kirklin | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Reed W. Burritt | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |

24-10119-smr Doc#1039 Filed 01/11/26 Entered 01/11/26 23:24:35 Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdfintp | Total Noticed: 20 |

Shea Neal Palavan
    on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com

TOTAL: 81