

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
12/01/2025 thru 12/31/2025

**Account #**
3887

**Days In Statement Period**
31

1001 WL LLC, DEBTOR
JOHN PATRICK LOWE, TRUSTEE
CASE #24-10119
2402 E MAIN ST
UVALDE TX 78801

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $643,135.28 | $75,612.72 | $117,125.69 | $601,622.31 |
| DEPOSIT TOTALS | $643,135.28 | $75,612.72 | $117,125.69 | $601,622.31 |

### Trustee Checking 3887

Beginning Balance $643,135.28

| Date | Description | Credits | Debits |
|---|---|---|---|
| 12/01 | SENDER S DAEINEJAD<br>CIE 113000028472895 | $300.00 | |
| 12/01 | ACH Pmt SMART CONTRACT S<br>CCD 021000027761377 | $550.00 | |
| 12/03 | PAYMENT HOMESMART<br>CCD 021000020137988<br>GALLERIA LOOP NOTE HOL | $7,278.50 | |
| 12/04 | MyDeposit | $1,500.00 | |
| 12/04 | MyDeposit | $4,494.51 | |
| 12/04 | PAYMENT QUARTERLY FEE<br>CCD 041036048745824<br>1001 WL, LLC, DEBTOR | | $250.51 |
| 12/08 | SENDER M EZZATABADIPOUR<br>CIE 113000029031256 | $300.00 | |
| 12/08 | MyDeposit | $5,100.00 | |
| 12/08 | MyDeposit | $7,360.38 | |
| 12/10 | ACH Pmt NATIONWIDE INVES<br>CCD 021000025983948<br>1001 WL LLC Debtor | $4,750.00 | |
| 12/22 | MyDeposit | $1,189.15 | |
| 12/30 | SENDER S DAEINEJAD<br>CIE 113000020343820 | $300.00 | |

1/20/26

Page 1 of 14

# axos BANK

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 12/01/2025 thru 12/31/2025 | 3887 |

**Days In Statement Period**

31

## Trustee Checking - 3887

| Date | Description | Credits | Debits |
|---|---|---|---|
| 12/31 | QUICKBOOKS CHAMPIONS SCHOOL<br>PPD 021000027642256<br>JOHN PATRICK LOWE, TRU | $42,490.18 | |
| | **Ending Balance** | | **$601,622.31** |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 418 | 100.00 | 12/02 | 4226 | 1,753.65 | 12/16 | *4238 | 186.73 | 12/18 |
| *421 | 811.88 | 12/02 | 4227 | 12,530.33 | 12/15 | *4240 | 136.09 | 12/23 |
| *4216 | 395.36 | 12/01 | 4228 | 2,427.35 | 12/10 | *4242 | 22,208.32 | 12/30 |
| 4217 | 1,942.07 | 12/02 | 4229 | 7,893.08 | 12/09 | 4243 | 116.91 | 12/29 |
| *4219 | 1,098.74 | 12/09 | *423 | 947.19 | 12/18 | 4244 | 308.23 | 12/24 |
| 4220 | 2,272.53 | 12/10 | 4230 | 5,244.95 | 12/10 | *4246 | 1,786.13 | 12/30 |
| 4221 | 232.86 | 12/10 | 4231 | 608.92 | 12/12 | *4248 | 2,361.87 | 12/30 |
| 4222 | 1,049.57 | 12/08 | 4232 | 1,299.00 | 12/19 | 4249 | 1,353.13 | 12/30 |
| 4223 | 327.24 | 12/09 | 4233 | 884.32 | 12/18 | *425 | 809.71 | 12/31 |
| 4224 | 15,674.42 | 12/09 | 4234 | 26,759.65 | 12/11 | 4250 | 330.36 | 12/30 |
| 4225 | 194.50 | 12/09 | *4236 | 112.59 | 12/17 | 4251 | 2,717.50 | 12/30 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $611,176.90 | Average Daily Collected | $610,543.22 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

| Date 1/13/2026 | | Bank Reconciliation | | | | Page 23 of 83 |
|---|---|---|---|---|---|---|
| Trustee Name | John Patrick Lowe, Trustee | | For Period Ending | 12/31/2025 | | |
| Case Number | 1:24-10119-SMR | | Bank Name | Axos Bank | | |
| Case Name | 1001 WL, LLC | | Account Type | Checking | | |
| Account | 3887 - Checking Account | | | | | |

| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance |
|---|---|---|---|---|---|---|
| 11/18/2025 | 4203 | BAY AREA PUMPS, INC. | | $5,109.40 | | $615,038.79 |
| 11/18/2025 | 4206 | YOUSEF ABEID | | $255.00 | | $604,386.53 |
| 12/1/2025 | | S DAEINEJAD | $300.00 | | x | $614,323.07 |
| 12/1/2025 | | SMART CONTRACT S | $550.00 | | x | $614,873.07 |
| 12/2/2025 | 4219 | APS BUILDING SERVICES | | $1,098.74 | x | $613,774.33 |
| 12/2/2025 | 4220 | DATAWATCH SYSTEMS, INC. | | $2,272.53 | x | $611,501.80 |
| 12/2/2025 | 4221 | DATAWATCH SYSTEMS, INC. | | $232.86 | x | $611,268.94 |
| 12/2/2025 | 4222 | WM CORPORATE SERVICES, INC. | | $1,049.57 | x | $610,219.37 |
| 12/2/2025 | 4223 | FACILITY SOLUTIONS GROUP, INC. | | $327.24 | x | $609,892.13 |
| 12/2/2025 | 4224 | CIRRO ENERGY | | $15,674.42 | x | $594,217.71 |
| 12/3/2025 | | HOMESMART | $7,278.50 | | x | $601,496.21 |
| 12/3/2025 | 4225 | FACILITY SOLUTIONS GROUP, INC. | | $194.50 | x | $601,301.71 |
| 12/3/2025 | 4226 | ELEVATOR REPAIR SERVICE, INC. | | $1,753.65 | x | $599,548.06 |
| 12/4/2025 | | UNITED STATES TRUSTEE | | $250.51 | x | $599,297.55 |
| 12/4/2025 | 93 | SAM R. CAMMACK III, ATTORNEY AT LAW PLLC | $1,500.00 | | x | $600,797.55 |
| 12/4/2025 | 4227 | BURR ADVISORY SERVICES LLC | | $12,530.33 | x | $588,267.22 |
| 12/4/2025 | 94 | HASAN & ASSOCIATES CPAS, P.C. | $4,494.51 | | x | $592,761.73 |
| 12/4/2025 | 4228 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | $2,427.35 | x | $590,334.38 |
| 12/4/2025 | 4229 | CITY OF HOUSTON | | $7,893.08 | x | $582,441.30 |
| 12/4/2025 | 4230 | BLACKMON MOORING | | $5,244.95 | x | $577,196.35 |
| 12/8/2025 | | M EZZATABADIPOUR | $300.00 | | x | $577,496.35 |
| 12/8/2025 | 4231 | GUARDTEXAS, INC | | $608.92 | x | $576,887.43 |
| 12/8/2025 | 4232 | JOBS BUILDING SERVICES | | $1,299.00 | x | $575,588.43 |
| 12/8/2025 | 4233 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | $884.32 | x | $574,704.11 |
| 12/8/2025 | 95 | MALRY T REED SOLE PROP DBA TRAIN WITH REED | $5,100.00 | | x | $579,804.11 |
| 12/8/2025 | 96 | QUEST PERSONNEL RESOURCES, INC. | $7,360.38 | | x | $587,164.49 |
| 12/9/2025 | 4234 | FIRST Insurance Funding | | $26,759.65 | x | $560,404.84 |
| 12/9/2025 | 4235 | ELEVATOR REAIR SERVICE, INC. | | $112.59 | x | $560,292.25 |
| 12/9/2025 | 4235 | ELEVATOR REAIR SERVICE, INC. | | -$112.59 | x | $560,404.84 |
| 12/9/2025 | 4236 | ELEVATOR REPAIR SERVICE, INC. | | $112.59 | x | $560,292.25 |
| 12/10/2025 | | NATIONWIDE INVESTIGATIONS | $4,750.00 | | x | $565,042.25 |
| 12/10/2025 | 4027 | THE HARTFORD | | -$19,568.00 | x | $584,610.25 |
| 12/10/2025 | 4237 | TEJAS GROUNDS MAINTENANCE | | $947.19 | x | $583,663.06 |
| 12/10/2025 | 4238 | A1 EXPRESS SAFE & LOCK | | $186.73 | x | $583,476.33 |
| 12/15/2025 | 4239 | CAPROCK | | $2,137.94 | | $581,338.39 |
| 12/15/2025 | 4240 | FACILITY SOLUTIONS GROUP | | $136.09 | x | $581,202.30 |
| 12/15/2025 | 4241 | ELEVATOR REPAIR SERVICE, INC. | | $735.77 | | $580,466.53 |
| 12/16/2025 | 4201 | CLASSIC PROTECTION SYSTEMS, INC. | | -$930.50 | x | $581,397.03 |
| 12/19/2025 | 4242 | PCR PROPERTY SERVICES, LLC DBA PARTNERS | | $22,208.32 | x | $559,188.71 |
| 12/19/2025 | 4243 | AC LENNIS | | $116.91 | x | $559,071.80 |
| 12/19/2025 | 4244 | NATALIE PARKER | | $308.23 | x | $558,763.57 |
| 12/22/2025 | 4245 | CLASSIC PROTECTION SYSTEMS, INC. | | $809.71 | x | $557,953.86 |
| 12/22/2025 | 4246 | MILLSAP WATERPROOFING, INC. | | $1,786.13 | x | $556,167.73 |
| 12/22/2025 | 4247 | CAPROCK | | $726.34 | | $555,441.39 |
| 12/22/2025 | 4248 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | $2,361.87 | x | $553,079.52 |
| 12/22/2025 | 4249 | APS BUILDING SERVICES | | $1,353.13 | x | $551,726.39 |

1/20/26

| Date 1/13/2026 | | | Bank Reconciliation | | | | Page 24 of 83 |
|---|---|---|---|---|---|---|---|
| Trustee Name | John Patrick Lowe, Trustee | | | For Period Ending | 12/31/2025 | | |
| Case Number | 1:24-10119-SMR | | | Bank Name | Axos Bank | | |
| Case Name | 1001 WL, LLC | | | Account Type | Checking | | |
| Account | 3887 - Checking Account | | | | | | |
| Date | Check/Deposit # | Description | Credits | Debits | Posted | Ledger Balance | |
| 12/22/2025 | 97 | GOLD QUEST GROUP LLC | $1,189.15 | | x | $552,915.54 | |
| 12/23/2025 | 4250 | DATAWATCH SYSTEMS, INC. | | $330.36 | x | $552,585.18 | |
| 12/23/2025 | 4251 | TOTAL ENERGY SOLUTIONS COMPANY, LLC | | $2,717.50 | x | $549,867.68 | |
| 12/24/2025 | 4252 | RUPPEL MILLION LP DBA RUPPLE CONSTRUCTION | | $1,623.75 | | $548,243.93 | |
| 12/30/2025 | | S DAEINEJAD | $300.00 | | x | $548,543.93 | |
| 12/31/2025 | | CHAMPIONS SCHOOL OF REAL ESTATE LTD | $42,490.18 | | x | $591,034.11 | |

| | | | | |
|---|---|---|---|---|
| Cleared Deposits | $2,169,164.75 | Outstanding Deposits | $0.00 | |
| Cleared Disbursements | $1,567,542.44 | Outstanding Disbursements | $10,588.20 | |
| | $601,622.31 | | -$10,588.20 | |
| TCMS Ledger Balance | $591,034.11 | | | |
| Outstanding Deposits | $0.00 | | | |
| Outstanding Disbursements | $10,588.20 | | | |
| TCMS Adjusted Balance | $601,622.31 | Bank Balance as of 12/31/2025 | $601,622.31 | |

