**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 23, 2026**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| 1001 WL, LLC, | § | CASE NO. 24-10119-SMR |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**
**(Relates to ECF No. 1029)**

This matter came before the Court on the motion (the "Motion") by RIC (West Loop) LLC ("RIC"), as assignee of the collateral interests of TIG Romspen US Master Mortgage LP ("Romspen"), an exempted Cayman Islands limited partnership, seeking to convert this chapter 11 case to a chapter 7 case pursuant to § 1112 of the Bankruptcy Code. The Court held a hearing on the Motion on January 7, 2026.

After considering the pleadings, the arguments, and the evidence before the Court, and for the reasons stated on the record at the January 7, 2026 hearing,

1

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that § 1112(b)(2) of the Bankruptcy Code does not apply because insufficient evidence of an exception to conversion under § 1112(b) was provided at the January 7, 2026 hearing.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee and/or the Chapter 11 Trustee's counsel shall file final fee applications within 30 days of the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Debtor or Chapter 11 Trustee shall, as applicable, within 14 days after the effective date of conversion (or such other time period expressly provided by the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court), comply with the applicable requirements of Federal Rules of Bankruptcy Procedure 1007 and 1019.

**IT IS FURTHER ORDERED** that within 30 days after the effective date of conversion, the Debtor or Chapter 11 Trustee shall, as applicable, file the final report and account required by Bankruptcy Rule 1019(e).

**IT IS FURTHER ORDERED** that the case shall be, and hereby is, converted to a case under chapter 7 of the Bankruptcy Code. The United States Trustee's Office is requested to promptly appoint a Chapter 7 Trustee.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the Chapter 11 Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the United States Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee shall pay all funds in his possession to the Chapter 7 Trustee upon appointment of the Chapter 7 Trustee. The Chapter 7

Trustee shall hold such funds subject to further order of this Court.

**IT IS FURTHER ORDERED** that to the extent an irreconcilable conflict exists between the Court's oral ruling on January 7, 2026 and this Order, the terms of this Order shall control.

**IT IS FURTHER ORDERED** that RIC shall serve a copy of this Order upon all parties-in-interest.

# # #