**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: January 23, 2026

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| 1001 WL, LLC, | § § | CASE NO. 24-10119-SMR |
| DEBTOR. | § § | CHAPTER 11 |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**
**(Relates to ECF No. 1029)**

This matter came before the Court on the motion (the "Motion") by RIC (West Loop) LLC ("RIC"), as assignee of the collateral interests of TIG Romspen US Master Mortgage LP ("Romspen"), an exempted Cayman Islands limited partnership, seeking to convert this chapter 11 case to a chapter 7 case pursuant to § 1112 of the Bankruptcy Code. The Court held a hearing on the Motion on January 7, 2026.

After considering the pleadings, the arguments, and the evidence before the Court, and for the reasons stated on the record at the January 7, 2026 hearing,

1

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that § 1112(b)(2) of the Bankruptcy Code does not apply because insufficient evidence of an exception to conversion under § 1112(b) was provided at the January 7, 2026 hearing.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee and/or the Chapter 11 Trustee's counsel shall file final fee applications within 30 days of the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Debtor or Chapter 11 Trustee shall, as applicable, within 14 days after the effective date of conversion (or such other time period expressly provided by the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court), comply with the applicable requirements of Federal Rules of Bankruptcy Procedure 1007 and 1019.

**IT IS FURTHER ORDERED** that within 30 days after the effective date of conversion, the Debtor or Chapter 11 Trustee shall, as applicable, file the final report and account required by Bankruptcy Rule 1019(e).

**IT IS FURTHER ORDERED** that the case shall be, and hereby is, converted to a case under chapter 7 of the Bankruptcy Code. The United States Trustee's Office is requested to promptly appoint a Chapter 7 Trustee.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the Chapter 11 Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the United States Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee shall pay all funds in his possession to the Chapter 7 Trustee upon appointment of the Chapter 7 Trustee. The Chapter 7

Trustee shall hold such funds subject to further order of this Court.

**IT IS FURTHER ORDERED** that to the extent an irreconcilable conflict exists between the Court's oral ruling on January 7, 2026 and this Order, the terms of this Order shall control.

**IT IS FURTHER ORDERED** that RIC shall serve a copy of this Order upon all parties-in-interest.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re:<br>1001 WL, LLC<br>    Debtor | Case No. 24-10119-smr<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfintp | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Broocks Wilson, Wilson PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| cr | #+ | Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Jan 23 2026 22:49:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 23 2026 22:49:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 23 2026 22:49:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 23 2026 22:49:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Jan 23 2026 22:49:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

24-10119-smr Doc#1045 Filed 01/25/26 Entered 01/25/26 23:28:21 Imaged Certificate of Notice Pg 5 of 8

| District/off: 0542-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: pdfintp | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026      Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfintp | Total Noticed: 20 |

Genevieve M. Graham
    on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

Genevieve M. Graham
    on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
    on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

Gia Samavati
    on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

J. Eric Lockridge
    on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
    on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
    on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
    on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
    on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
    on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
    on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna
    on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome
    on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer
    on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

24-10119-smr Doc#1045 Filed 01/25/26 Entered 01/25/26 23:28:21 Imaged Certificate of Notice Pg 7 of 8

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfintp | Total Noticed: 20 |

Kell C. Mercer
    on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

    on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kyle Hirsch
    on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
    on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com
    lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
    on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
    sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell
    on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net,
    sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
    on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com,
    chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
    on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
    chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell
    on behalf of Creditor BDFI LLC mark@junellfirm.com

Mark Curtis Taylor
    on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
    on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery
    on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com

Patrick Clayton Joost
    on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com

Paul Kirklin
    on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin
    on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin
    pkirklin@kirklinlaw.com

Reed W. Burritt
    on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert Luke Graham
    on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com
    carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
    on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
    carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
    on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
    gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

Shea Neal Palavan
    on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfintp | Total Noticed: 20 |

Shea Neal Palavan
    on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 81