UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5329

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| 1001 WL, LLC, | § | CASE NO. 24-10119-SMR |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPOINTMENT OF
## TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. §701, **JOHN PATRICK LOWE** is appointed interim trustee in the above styled case and is hereby designated to preside at the first meeting of creditors held pursuant to 11 U.S.C. §341(a). Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. The bond for this case will be included under the trustee's existing blanket bond. Unless creditors at the first meeting of creditors elect another trustee, the trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

Dated: January 26, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Gary Wright*
  Gary Wright
  Assistant United States Trustee
  Texas State Bar No. 24047145
  903 San Jacinto Blvd., Room 230
  Austin, Texas 78701
  Phone: (512) 916-5329
  gary.wright3@usdoj.gov