# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−10119−smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **1001 WL, LLC** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**4/27/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*  *MAIL COPY OF PROOF OF CLAIM TO:*

U. S. BANKRUPTCY COURT  
903 SAN JACINTO, SUITE 322  
AUSTIN, TX 78701

John Patrick Lowe  
2402 East Main Street  
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 1/26/26

Robert J. Lawson  
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| 18629595 | + | ABC Home & Commercial, Services, 11934 Barker Cypress Road, Cypress, TX 77433-1802 |
| 18664316 | | Ali Choudhri, 2425 West Loop St., 11th Flr., Houston, TX 77027 |
| 18629596 | | Ali Choudhri, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18629597 | + | Ameritrex Imaging & Services, PO Box 841511, Houston, TX 77284-1511 |
| 18638670 | #+ | BDFI, LLC, c/o Mark A. Junell, The Junell Law Firm, PC, 746 Country Lane, Houston, TX 77024-5508 |
| 18637856 | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| 18629599 | | BDFI, LLC, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18982760 | + | BDFI, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18629598 | | Baker Botts, LLP, 401 S 1st St, Unit 1300, Austin, TX 78704-1296 |
| 18699323 | + | Boxer Property Management Corporation, 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18717956 | + | Boxer Property Management Corporation, c/o Reed W. Burritt, Atty., 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18629602 | | CFI Mechanical, Inc., 6109 Brittmoore Rd, Houston, TX 77041-5610 |
| 18629601 | + | Capital Premium Financing, PO Box 667180, Dallas, TX 75266-7180 |
| 18629604 | + | City of Houston Water, PO Box 1560, Houston, TX 77251-1560 |
| 18696756 | + | Cleaning Advanced Systems, LLC, Pavlock Law Firm, PLLC, 6345 Garth Road 110-122, Baytown, TX 77521-5625 |
| 18629605 | + | Cleaning Advances Service, 110 Cypress Station Suite 111, Houston, TX 77090-1626 |
| 18629607 | + | Datawatch Systems, 4520 East West Highway 200, Bethesda, MD 20814-3382 |
| 18629608 | #+ | Drew Dennett, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| 18884818 | + | EAO Global LLC, 14315 Briarhills Pkwy, Houston, TX 77077-1007 |
| 18629609 | | Environmental Coalition Inc., Po Box 1568, Stafford, TX 77497-1568 |
| 18629610 | #+ | FirePro Tech, 6830 N Eldridge Pkwy Suite 110, Houston, TX 77041-2635 |
| 18629611 | + | FireTron Life Safety Solutions, PO Box 1604, Stafford, TX 77497-1604 |
| 18629612 | + | Fluid Meter Sales & Service,, Inc., 1303 Steele Drive, Friendswood, TX 77546-2018 |
| 18629613 | + | GFS Industries, 24165 IH 10 W Suite 217, San Antonio, TX 78257-1160 |
| 18982759 | + | Galleria Loop Note Holder, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18601534 | + | Galleria Note Holder, LLC, c/o James Pope, 6161 Savoy Drive Suite 1125, Houston, TX 77036-3343 |
| 18629614 | + | Harcon Mechanical, Contractors, 9009 W Little York, Houston, TX 77040-4113 |
| 18601535 | + | Harris County Tax Assessor, PO Box Box 77210-4633 |
| 18778359 | + | IHC Specialty Benefits, Inc., 5353 Wayzata Boulevard, Suite 300, St. Louis Park, MN 55416-1317 |
| 18629618 | + | JLM Law Firm, 2921 E 17th Street Bldg D Suite 6, Austin, TX 78702-1595 |
| 18629616 | + | Jetall Companies, 1001 W Loop S Suite 700, Houston, TX 77027-9033 |
| 18629617 | + | Jetall Companies, Inc., 2425 West Loop South Suite 1100, Houston, TX 77027-4210 |
| 18629621 | + | Kings 111, 751 Canyon Drive Suite 100, Coppell, TX 75019-3857 |
| 18637768 | + | Mark C. Taylor, Special Litigation Counsel, Holland & Knight LLP, 100 Congress Avenue, Suite 1800, Austin, Texas 78701-4042 |
| 18778358 | + | Mary E. Morandini, 96 Cummings Point Road, Stamford, CT 06902-7919 |
| 18629622 | + | Meyerland Glass Company, 12922 Murphy Road, Stafford, TX 77477-3904 |
| 18629623 | + | Morsco Supply, LLC, 6867 Wynwood Lane, Houston, TX 77008-5023 |
| 18629624 | + | Mueller, 1500 Sherwood Forest Drive, Houston, TX 77043-3899 |
| 18629626 | + | Pieper Houston Electric, LP, 1708 Oak Tree, Houston, TX 77080-7240 |

24-10119-smr Doc#1049 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 3 of 7

| District/off: 0542-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

| Recip ID | | Name and Address |
|---|---|---|
| 19074008 | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| 18629627 | + | Rapp Krock, 1980 Post Oak Blvd Suite 1200, Houston, TX 77056-3970 |
| 18629628 | + | Ringcentral, PO Box 734232, Dallas, TX 75373-4232 |
| 18840809 | + | Sonder USA Inc., c/o J. Eric Lockridge, Kean Miller LLP, 400 Convention St., Ste. 700, Baton Rouge, LA 70802-5628 |
| 18629631 | + | T&R Mechanical, 21710 White Oak Drive, Conroe, TX 77306-8848 |
| 18603477 | + | TIG Romspen US Master Mortgage LP, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle S. Hirsch, 2200 Ross Avenue, 4200W, Dallas, TX 75201-2763 |
| 18648967 | + | TIG Romspen US Master Mortgage LP, c/o Locke Lord LLP, Attn: W. Steven Bryant, 300 Colorado Street, Ste. 2100, Austin, Texas 78701-4890 |
| 18601536 | | TIG Romspen US Master Mortgage, LP, 162 Cumberland Street Suite 300, Toronto, Ontario M5R 3N5 |
| 18629633 | + | TKE, 3100 Interstate North Cir SE Ste. 500, Atlanta, GA 30339-2296 |
| 18993853 | + | Travis B Vargo, c/o Leslie M Luttrell, Luttrell + Carmody Law Group, 100 NE Loop 410 #615, San Antonio TX 78216-4713 |
| 18629634 | + | Wate Management, PO Box 660345, Dallas, TX 75266-0345 |
| 18646180 | + | Xavier Educational Academy, LLC, c/o Genevieve M. Graham, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18647450 | + | Xavier Educational Academy, LLC, c/o Beau H. Butler, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18629635 | + | Zindler Service Co, 2450 Fondren Suite 113, Houston, TX 77063-2314 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Jan 27 2026 03:16:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 26 2026 22:18:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18999882 | + | Email/Text: ssather@bn-lawyers.com | Jan 26 2026 22:19:00 | BARRON & NEWBURGER, P.C., C/O STEPHEN W. SATHER, 7320 N. MoPac Expwy., Suite 400, Austin, TX 78731-2347 |
| 18629603 | + | Email/Text: ecfbankruptcy@nrg.com | Jan 26 2026 22:19:00 | Cirro, PO Box 2229, Houston, TX 77252-2229 |
| 18725525 | | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629606 | + | EDI: COMCASTCBLCENT | Jan 27 2026 03:16:00 | Comcast, 9602 S 300 W Suite B, Sandy, UT 84070-3336 |
| 18725528 | | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston Community College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18725530 | | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston ISD, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629620 | ^ | MEBN | Jan 26 2026 22:14:32 | Lloyd E Kelly, 2726 Bissonnet Suite 240, Houston, TX 77005-1352 |
| 18627775 | + | Email/Text: lloyd.lim@keanmiller.com | Jan 26 2026 22:18:00 | Sonder USA Inc., c/o Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, Texas 77002-2832 |
| 18629632 | + | Email/Text: ogclitmail@hanover.com | Jan 26 2026 22:19:00 | The Hanover Insurance Group, (GL & Prop), PO Box 580045, Charlotte, NC 28258-0045 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18629629 | | See Attached |

24-10119-smr Doc#1049 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 4 of 7

| District/off: 0542-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

| | | |
|---|---|---|
| aty | *+ | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| 18700870 | *+ | 1001 WL, LLC, 2450 Wickersham Ln, Suite 202, Austin, TX 78741-4744 |
| 18629625 | ##+ | Nationside Investigations &, Security, 2425 W Loop S Suite 300, Houston, TX 77027-4207 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Ali Choudhri
ali@jetallcapital.com

Beau Butler
on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Brian Talbot Cumings
on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege
on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Bruce J Duke
on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com

Clinton Wayne Alexander
on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander
on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Eric Terry
on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright
on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

24-10119-smr Doc#1049 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 5 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

Genevieve M. Graham
> on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Genevieve M. Graham
> on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
> on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

Gia Samavati
> on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

J. Eric Lockridge
> on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
> on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
> on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
> on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
> on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
> on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe
> pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
> on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna
> on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna
> on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna
> on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome
> on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Kell C. Mercer
> on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

24-10119-smr  Doc#1049  Filed 01/28/26  Entered 01/28/26 23:26:25  Imaged Certificate of Notice Pg 6 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

| | |
|---|---|
| | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis Vargo  in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Dalio Holdings I  LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | |
| | on behalf of Creditor BDFI  LLC mark@junellfirm.com |
| Mark Curtis Taylor | |
| | on behalf of Plaintiff 1001 WL  LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Mark Taylor mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | |
| | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com  admin@wilsonfriery.com |
| Patrick Clayton Joost | |
| | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com  patrickjoost34@gmail.com |
| Paul Kirklin | |
| | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Reed W. Burritt | |
| | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |
| | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | |
| | on behalf of Interested Party Smeberg Law Firm  PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | |
| | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | |
| | on behalf of Interested Party Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Jan 26, 2026 | Form ID: 148 | Total Noticed: 65 |

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 81