| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **1001 WL, LLC**<br>Name | EIN: | 82–2015202 |
| United States Bankruptcy Court | Western District of Texas | Date case filed in chapter: | 11  2/6/24 |
| Case number: | 24–10119–smr | Date case converted to chapter: | 7  1/23/26 |

**CASE HAS CONVERTED FROM CHAPTER 11 TO CHAPTER 7**

<u>Official Form 309C (For Corporations or Partnerships)</u>

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

<u>**The staff of the bankruptcy clerk's office cannot give legal advice.**</u>

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 1001 WL, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2450 Wickersham Lane, Suite 202<br>Austin, TX 78741 | |
| 4. | **Debtor's attorney**<br>Name and address | 1001 WL, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741 | Contact phone _____<br><br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone (830) 407–5115<br><br>Email: pat.lowe.law@gmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information:<br>www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 1/26/26 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 12, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 665 717 4178, Passcode, 3258264599 OR call (830) 542–7284**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page **1**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 7 |
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Beau Butler, Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX 78701-4042 |
| aty | + | Brian Talbot Cumings, Graves Dougherty Hearon & Moody, PC, 401 Congress Ave #2700, Austin, TX 78701-3736 |
| aty | + | Brigid K Ndege, Bryan Cave Leighton Paisner, 161 N Clark St, Ste 4300,, Chicago, IL 60601-3315 |
| aty | + | Bruce J Duke, Bruce J. Duke, LLC, 788 Shrewsbury Avenue, Suite 2223, Tinton Falls, NJ 07724-3080 |
| aty | + | Clinton Wayne Alexander, Barnes Lipscomb & Stewart, PLLC, 2500 Bee Caves Road, Bldg. 2 Ste. 150, 2500 Bee Caves Road Austin, TX 78746-5999 |
| aty | + | Eric Terry, Eric Terry Law, PLLC, 3511 Broadway, San Antonio, TX 78209-6513 |
| aty | + | Gary W. Wright, DOJ-UST, United Sates Trustee's Office, 903 San Jacinto Blvd. #230, Austin, TX 78701-2450 |
| aty | + | Genevieve M. Graham, Genevieve Graham Law, PLLC dba Graham PL, 4203 Montrose Boulevard, Ste 550, Houston, TX 77006-5427 |
| aty | + | Gia Samavati, Samavati Samvati Law Firm, 2401 Fountain View, Ste 803, Houston, TX 77057-4820 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | J. Eric Lockridge, Kean Miller LLP, 400 Convention St., Suite 700, Baton Rouge, LA 70802-5628 |
| aty | + | James Q. Pope, The Pope Law Firm, 6161 Savoy Drive, Ste 1125, Houston, TX 77036-3343 |
| aty | + | Javier Gonzalez, Jr, Jackson Walker, LLP, 1401 McKinney St., Ste 1900, Houston Houston, TX 77010-4037 |
| aty | | Jeremy M Reichman, Vinson & Elkins, 2001 Ross Avenue, Suite 3900, Dallas, TX 75201-2975 |
| aty | + | John C. Roy, Kane Russell Coleman Logan PC, 401 Congress Ave., Ste 2100, Austin, TX 78701-3798 |
| aty | + | Justin Hanna, Bryan Cave Leighton Paisner LLP, 2200 Ross Avenue, Suite 4200w, Dallas, TX 75201-2763 |
| aty | + | Justin Rayome, 1001 West Loop South, Suite 700, Houston, TX 77027-9033 |
| aty | + | Kell C. Mercer, Kell C. Mercer, P.C., 901 S MoPac Expy, Bldg 1, Suite 300, Austin, TX 78746-5883 |
| aty | + | Kyle Hirsch, Bryan Cave Leighton Paisner LLP, Two North Central Ave, Suite 2100, Phoenix, AZ 85004-4533 |
| aty | + | Leslie M. Luttrell, Luttrell + Carmody Law Group, 100 N.E. Loop 410, Suite 615, San Antonio, TX 78216-4713 |
| aty | + | Lyndel A. Vargas, Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Ste. 570, Dallas, TX 75202-2413 |
| aty | + | Mark Curtis Taylor, Kane Russell Coleman Logan PC, 401 Congress Avenue, Ste 2100, Austin, TX 78701-3798 |
| aty | #+ | Mark Junell, The Junell Law Firm, PC, 746 Country Lane, Houston, TX 77024-5508 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | + | Michelle V. Friery, Wilson Friery PLLC, 708 Main St., Ste 10th Floor, Houston, TX 77002-3246 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| aty | | Patrick Clayton Joost, 12413 Meadow Landing Dr, Frisco, TX 75036-0656 |
| aty | + | Paul Kirklin, Kirklin Law Firm PLLC, 12600 N Featherwood Dr, Suite 225, Houston, TX 77034-4441 |
| aty | + | Reed W. Burritt, Boxer Property Management Corporation, 7324 Southwest Freeway, Ste 1900, Houston, TX 77074-2057 |
| aty | + | Robert Luke Graham, Bryan Cave Leighton Paisner LLP, 2200 Ross Avenue #4200W, Dallas, TX 75201-2763 |
| aty | + | Ronald J Smeberg, Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, TX 78248-1609 |
| aty | + | Shane P. Tobin, 903 San Jacinto Blvd., Room 230, Austin, TX 78701-2450 |
| aty | + | Shea Neal Palavan, Houstonip, 5353 West Alabama Street, Suite 303, Houston, TX 77056-5941 |
| aty | + | Stephen Kirklin, 529 Stone Crossing, Webster, TX 77598-3866 |
| aty | + | Travis Brian Vargo, The Vargo Law Firm PC, 12012 Wickchester, Suite 670, 77079 Houston, TX 77079-1229 |
| aty | + | William Steven Bryant, Troutman Pepper Locke LLP, 300 Colorado Street, Suite 2100, Austin, TX 78701-4890 |
| intp | + | Ali Choudhri, 2425 West Loop South #1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED |

24-10119-smr Doc#1050 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 3 of 8

| District/off: 0542-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

|  |  |  |
|---|---|---|
|  |  | STATES 77074-2057 |
| cr | #+ | Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr |  | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |
| 18629595 | + | ABC Home & Commercial, Services, 11934 Barker Cypress Road, Cypress, TX 77433-1802 |
| 18664316 |  | Ali Choudhri, 2425 West Loop St., 11th Flr., Houston, TX 77027 |
| 18629596 |  | Ali Choudhri, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18629597 | + | Ameritrex Imaging & Services, PO Box 841511, Houston, TX 77284-1511 |
| 18638670 | #+ | BDFI, LLC, c/o Mark A. Junell, The Junell Law Firm, PC, 746 Country Lane, Houston, TX 77024-5508 |
| 18637856 | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| 18629599 |  | BDFI, LLC, 1001 West Loop S Ste 700, Houston, TX 77027-9033 |
| 18982760 | + | BDFI, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18629598 |  | Baker Botts, LLP, 401 S 1st St, Unit 1300, Austin, TX 78704-1296 |
| 18699323 | + | Boxer Property Management Corporation, 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18717956 | + | Boxer Property Management Corporation, c/o Reed W. Burritt, Atty., 7324 Southwest Fwy #1900, Houston TX 77074-2057 |
| 18629602 |  | CFI Mechanical, Inc., 6109 Brittmoore Rd, Houston, TX 77041-5610 |
| 18629601 | + | Capital Premium Financing, PO Box 667180, Dallas, TX 75266-7180 |
| 18629604 | + | City of Houston Water, PO Box 1560, Houston, TX 77251-1560 |
| 18696756 | + | Cleaning Advanced Systems, LLC, Pavlock Law Firm, PLLC, 6345 Garth Road 110-122, Baytown, TX 77521-5625 |
| 18629605 | + | Cleaning Advances Service, 110 Cypress Station Suite 111, Houston, TX 77090-1626 |
| 18629607 | + | Datawatch Systems, 4520 East West Highway 200, Bethesda, MD 20814-3382 |
| 18629608 | #+ | Drew Dennett, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| 18884818 | + | EAO Global LLC, 14315 Briarhills Pkwy, Houston, TX 77077-1007 |
| 18629609 |  | Environmental Coalition Inc., Po Box 1568, Stafford, TX 77497-1568 |
| 18629610 | #+ | FirePro Tech, 6830 N Eldridge Pkwy Suite 110, Houston, TX 77041-2635 |
| 18629611 | + | FireTron Life Safety Solutions, PO Box 1604, Stafford, TX 77497-1604 |
| 18629612 | + | Fluid Meter Sales & Service,, Inc., 1303 Steele Drive, Friendswood, TX 77546-2018 |
| 18629613 | + | GFS Industries, 24165 IH 10 W Suite 217, San Antonio, TX 78257-1160 |
| 18982759 | + | Galleria Loop Note Holder, LLC, c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18601534 | + | Galleria Note Holder, LLC, c/o James Pope, 6161 Savoy Drive Suite 1125, Houston, TX 77036-3343 |
| 18629614 | + | Harcon Mechanical, Contractors, 9009 W Little York, Houston, TX 77040-4113 |
| 18601535 | + | Harris County Tax Assessor, PO Box Box 77210-4633 |
| 18778359 | + | IHC Specialty Benefits, Inc., 5353 Wayzata Boulevard, Suite 300, St. Louis Park, MN 55416-1317 |
| 18629618 | + | JLM Law Firm, 2921 E 17th Street Bldg D Suite 6, Austin, TX 78702-1595 |
| 18629616 | + | Jetall Companies, 1001 W Loop S Suite 700, Houston, TX 77027-9033 |
| 18629617 | + | Jetall Companies, Inc., 2425 West Loop South Suite 1100, Houston, TX 77027-4210 |
| 18629621 | + | Kings 111, 751 Canyon Drive Suite 100, Coppell, TX 75019-3857 |
| 18637768 | + | Mark C. Taylor, Special Litigation Counsel, Holland & Knight LLP, 100 Congress Avenue, Suite 1800, Austin, Texas 78701-4042 |
| 18778358 | + | Mary E. Morandini, 96 Cummings Point Road, Stamford, CT 06902-7919 |
| 18629622 | + | Meyerland Glass Company, 12922 Murphy Road, Stafford, TX 77477-3904 |
| 18629623 | + | Morsco Supply, LLC, 6867 Wynwood Lane, Houston, TX 77008-5023 |
| 18629624 | + | Mueller, 1500 Sherwood Forest Drive, Houston, TX 77043-3899 |
| 18629626 | + | Pieper Houston Electric, LP, 1708 Oak Tree, Houston, TX 77080-7240 |
| 19074008 | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| 18629627 | + | Rapp Krock, 1980 Post Oak Blvd Suite 1200, Houston, TX 77056-3970 |
| 18629628 | + | Ringcentral, PO Box 734232, Dallas, TX 75373-4232 |
| 18840809 | + | Sonder USA Inc., c/o J. Eric Lockridge, Kean Miller LLP, 400 Convention St., Ste. 700, Baton Rouge, LA 70802-5628 |
| 18629631 | + | T&R Mechanical, 21710 White Oak Drive, Conroe, TX 77306-8848 |
| 18603477 | + | TIG Romspen US Master Mortgage LP, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle S. Hirsch, 2200 Ross Avenue, 4200W, Dallas, TX 75201-2763 |
| 18648967 | + | TIG Romspen US Master Mortgage LP, c/o Locke Lord LLP, Attn: W. Steven Bryant, 300 Colorado Street, Ste. 2100, Austin, Texas 78701-4890 |
| 18601536 |  | TIG Romspen US Master Mortgage, LP, 162 Cumberland Street Suite 300, Toronto, Ontario M5R 3N5 |
| 18629633 | + | TKE, 3100 Interstate North Cir SE Ste. 500, Atlanta, GA 30339-2296 |
| 18993853 | + | Travis B Vargo, c/o Leslie M Luttrell, Luttrell + Carmody Law Group, 100 NE Loop 410 #615, San Antonio TX 78216-4713 |
| 18629634 | + | Wate Management, PO Box 660345, Dallas, TX 75266-0345 |
| 18646180 | + | Xavier Educational Academy, LLC, c/o Genevieve M. Graham, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18647450 | + | Xavier Educational Academy, LLC, c/o Beau H. Butler, 1401 McKinney St 1900, Houston Tx 77010-4037 |
| 18629635 | + | Zindler Service Co, 2450 Fondren Suite 113, Houston, TX 77063-2314 |

TOTAL: 98

| | | | |
|---|---|---|---|
| District/off: 0542-1 | User: admin | | Page 3 of 7 |
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | | Total Noticed: 116 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + EDI: QSWSATHER | Jan 27 2026 03:16:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |
| aty | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064 |
| tr | + EDI: QJPLOWE.COM | Jan 27 2026 03:16:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 26 2026 22:18:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| intp | + Email/Text: ssather@bn-lawyers.com | Jan 26 2026 22:19:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + Email/Text: JOHN@RJMOSLEY.COM | Jan 26 2026 22:18:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |
| 18999882 | + Email/Text: ssather@bn-lawyers.com | Jan 26 2026 22:19:00 | BARRON & NEWBURGER, P.C., C/O STEPHEN W. SATHER, 7320 N. MoPac Expwy., Suite 400, Austin, TX 78731-2347 |
| 18629603 | + Email/Text: ecfbankruptcy@nrg.com | Jan 26 2026 22:19:00 | Cirro, PO Box 2229, Houston, TX 77252-2229 |
| 18725525 | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629606 | + EDI: COMCASTCBLCENT | Jan 27 2026 03:16:00 | Comcast, 9602 S 300 W Suite B, Sandy, UT 84070-3336 |
| 18725528 | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston Community College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18725530 | Email/Text: houston_bankruptcy@LGBS.com | Jan 26 2026 22:18:00 | Houston ISD, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 18629620 | ^ MEBN | Jan 26 2026 22:14:32 | Lloyd E Kelly, 2726 Bissonnet Suite 240, Houston, TX 77005-1352 |
| 18627775 | + Email/Text: lloyd.lim@keanmiller.com | Jan 26 2026 22:18:00 | Sonder USA Inc., c/o Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, Texas 77002-2832 |
| 18629632 | + Email/Text: ogclitmail@hanover.com | Jan 26 2026 22:19:00 | The Hanover Insurance Group, (GL & Prop), PO Box 580045, Charlotte, NC 28258-0045 |

TOTAL: 18

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18629629 | | See Attached |
| aty | *+ | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| aty | *+ | Paul Kirklin, Kirklin Law Firm PLLC, 12600 N Featherwood Dr, Suite 225, Houston, TX 77034-4441 |
| cr | *+ | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| cr | *+ | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| 18700870 | *+ | 1001 WL, LLC, 2450 Wickersham Ln, Suite 202, Austin, TX 78741-4744 |
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |
| 18629625 | ##+ | Nationside Investigations &, Security, 2425 W Loop S Suite 300, Houston, TX 77027-4207 |

TOTAL: 1 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |

24-10119-smr Doc#1050 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 6 of 8

| District/off: 0542-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

| | |
|---|---|
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Gia Samavati | on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com |
| Gia Samavati | on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com |
| J. Eric Lockridge | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| Jeremy M Reichman | on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |

24-10119-smr Doc#1050 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 7 of 8

| District/off: 0542-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

| | |
|---|---|
| | on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | |
| | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | |
| | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | |
| | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |
| Paul Kirklin | |
| | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | |
| | pkirklin@kirklinlaw.com |
| Reed W. Burritt | |
| | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | |
| | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | |

24-10119-smr Doc#1050 Filed 01/28/26 Entered 01/28/26 23:26:25 Imaged Certificate of Notice Pg 8 of 8

| District/off: 0542-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 309C | Total Noticed: 116 |

| | |
|---|---|
| | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| Stephen W. Sather | on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Travis Brian Vargo | on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com |

TOTAL: 81