

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| | |
|---|---|
| John Patrick Lowe | January 26, 2026 |
| | Invoice No.     2087519 |

# BILLING SUMMARY

For Services Through January 22, 2026

**Our File No. A32885.20**

**RE:   1001 WL Bankruptcy**

| | |
|---|---|
| Total Fees for Professional Services | $ 17,275.00 |
| Total Reimbursable Costs | $ 1,258.83 |
| **TOTAL INVOICE AMOUNT** | **$ 18,533.83** |



PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

Lowe, Chapter 7 Trustee, John Patrick

January 26, 2026
Invoice No. 2087519

**FEES FOR PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 9/17/25 | BTC | Prepare for hearing on motion to transfer venue of Choudhri's request for state court to exercise in rem jurisdiction over property (.9); | .90 | 525.00 | 472.50 |
| 9/17/25 | MAS | Review docket and filings to fix certificate of service with correct attorney contact information; | .80 | 350.00 | 280.00 |
| 9/17/25 | MJH | Drafted notice of hearing, regarding: motion to xfer, motion to remand. | .80 | 500.00 | 400.00 |
| 9/18/25 | BTC | Communicate with J. Pelayo, counsel for Romspen, regarding hearing in S.D. Texas regarding removed lawsuit (.5); Prepare for hearing on motion to transfer to W.D. Texas (.6); | 1.10 | 525.00 | 577.50 |
| 9/22/25 | BTC | Communicate with P. Lowe and Partners regarding ongoing issues relating to property management (.5); | .50 | 525.00 | 262.50 |
| 9/22/25 | BTC | Communicate with K. Hirsch regarding ongoing issues relating to real property (.1); | .10 | 525.00 | 52.50 |
| 9/22/25 | BTC | Prepare for hearing on motion to transfer venue (.5); | .50 | 525.00 | 262.50 |
| 9/23/25 | BTC | Communicate with J. Pelayo, counsel for Romspen, regarding Galleria Loop adversary (.3); | .30 | 525.00 | 157.50 |
| 9/23/25 | BTC | Travel to and from Houston for hearing in adversary proceeding (7 actual hours billed at half time); | 3.50 | 525.00 | 1,837.50 |
| 9/23/25 | MAS | Gather documents to ask to create index; | .30 | 350.00 | 105.00 |
| 9/23/25 | MJH | Attention to motion for continuance, order for continuance. | .10 | 500.00 | 50.00 |
| 9/24/25 | BTC | Communicate with K. Hirsch regarding pending matters (.2); | .20 | 525.00 | 105.00 |
| 9/24/25 | BTC | Communicate with P. Lowe regarding moving forward with sale of real property (.1); | .10 | 525.00 | 52.50 |
| 9/25/25 | BTC | Communicate with K. Hirsch regarding moving forward with sale of property (.1); | .10 | 525.00 | 52.50 |
| 9/26/25 | BTC | Communicate with K. Hirsch regarding proposed sales process (.2); | .20 | 525.00 | 105.00 |
| 9/29/25 | BTC | Communicate with K. Hirsch regarding survey of property (.1); Communicate with P. Lowe and Partners regarding moving forward with sale (.2); | .30 | 525.00 | 157.50 |
| 10/01/25 | BTC | Communicate with K. Hirsch, P. Lowe et al regarding management of real property (.4); | .40 | 525.00 | 210.00 |
| 10/02/25 | BTC | Communicate with J. Rayome regarding withdrawal (.1); | .10 | 525.00 | 52.50 |


GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/25 | BTC | Communicate with K. Hirsch regarding lease and sale issues (.1); | .10 | 525.00 | 52.50 |
| 10/06/25 | BTC | Communicate with P. Lowe et al regarding sales process for real property (.3); | .30 | 525.00 | 157.50 |
| 10/07/25 | BTC | Review orders relating to Jetall adversary and other upcoming hearings (.3); Communicate with P. Lowe regarding next steps (.1); | .40 | 525.00 | 210.00 |
| 10/08/25 | BTC | Communicate with P. Lowe, K. Hirsch, et al regarding starting sales process (.6); Prepare sale pleadings (.4); | 1.00 | 525.00 | 525.00 |
| 10/08/25 | BTC | Communicate with J. Pelayo regarding continuance motion in removed proceeding pending in front of Judge Perez (.2); | .20 | 525.00 | 105.00 |
| 10/09/25 | BTC | Attend hearings in various contested matters (2.7); | 2.70 | 525.00 | 1,417.50 |
| 10/10/25 | BTC | Communicate with S. Bryant, counsel for Romspen, regarding issues relating to adversary proceeding pending in front of Judge Perez (.3); | .30 | 525.00 | 157.50 |
| 10/15/25 | BTC | Communicate with K. Hirsch and P. Lowe regarding pending matters (.2); | .20 | 525.00 | 105.00 |
| 10/15/25 | BTC | Prepare application to continue employment of real estate broker (.8); | .80 | 525.00 | 420.00 |
| 10/16/25 | BTC | Prepare application to continue employment of real estate broker (.4); | .40 | 525.00 | 210.00 |
| 10/16/25 | BTC | Review proposed interim cash collateral order and communicate with P. Lowe regarding same (.4); | .40 | 525.00 | 210.00 |
| 10/21/25 | BTC | Communicate with J. Pelayo et al regarding Southern District of Texas adversary to be transferred to W.D. Tex (.4); | .40 | 525.00 | 210.00 |
| 10/22/25 | BTC | Prepare for and attend hearing on motion to transfer adversary from Southern District of Texas (.3); Prepare form of order (.2); | .50 | 525.00 | 262.50 |
| 10/23/25 | BTC | Prepare transfer order (.2); Communicate with counsel for interested parties regarding same (.2); | .40 | 525.00 | 210.00 |
| 10/29/25 | BTC | Prepare application to continue employment of broker (.4); Communicate with P. Lowe and K. Hirsch regarding sales process (.2); | .60 | 525.00 | 315.00 |
| 10/30/25 | BTC | Communicate with J. Rayome, P. Lowe, et al regarding personal items in Suite 700 (.3); Prepare outline of proposed sales process (.4); | .70 | 525.00 | 367.50 |
| 10/31/25 | BTC | Attend oral ruling on 9019 (1.0); Communicate with K. Hirsch and P. Lowe regarding post-ruling steps (.6); Communicate with property manager regarding Justin Rayome issues (.2); Prepare application to continue employment of broker (.3); | 2.10 | 525.00 | 1,102.50 |
| 11/04/25 | BTC | Review and analyze Choudhri motion relating to authority (.5); Prepare application to employ broker (.3); Prepare bidding procedures motion (.4); | 1.20 | 525.00 | 630.00 |



**GDHM GRAVES DOUGHERTY HEARON & MOODY**
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/25 | BTC | Communicate with P. Lowe and K. Hirsch regarding sales process and related issues (.4); | .40 | 525.00 | 210.00 |
| 11/10/25 | BTC | Communicate with K. Hirsch regarding status of 9019 (.2); | .20 | 525.00 | 105.00 |
| 11/11/25 | BTC | Communicate with K. Hirsch and P. Lowe regarding Romspen foreclosure and process for wrapping up estate (.3); Review and analyze foreclosure documents (.2); | .50 | 525.00 | 262.50 |
| 11/12/25 | BTC | Communicate with T. Grundemeier, counsel for taxing authority, regarding status of ad valorem property taxes (.1); | .10 | 525.00 | 52.50 |
| 11/13/25 | BTC | Communicate with T. Grundemeier, counsel for taxing authority, regarding Romspen foreclosure (.1); | .10 | 525.00 | 52.50 |
| 11/18/25 | BTC | Prepare for and attend status conferences (.4); Communicate with P. Lowe and K. Hirsch regarding next steps (.1); | .50 | 525.00 | 262.50 |
| 11/20/25 | BTC | Review and analyze Choudhri motion for leave to appeal (.2); Communicate with P. Lowe regarding pending matters (.1); | .30 | 525.00 | 157.50 |
| 11/26/25 | BTC | Review proposed stipulated dismissal of transferred adversary (.2); Communicate with P. Lowe regarding same (.1); | .30 | 525.00 | 157.50 |
| 11/26/25 | BTC | Communicate with P. Lowe regarding issues relating to insurance adjuster Vise (.1); | .10 | 525.00 | 52.50 |
| 12/02/25 | BTC | Communicate with K. Hirsch regarding foreclosure and next steps (.2); Communicate with P. Lowe regarding next steps (.2); | .40 | 525.00 | 210.00 |
| 12/03/25 | BTC | Communicate with P. Lowe regarding closing out chapter 11 (.2); | .20 | 525.00 | 105.00 |
| 12/04/25 | BTC | Review and analyze motion to convert (.5); Communicate with P. Lowe regarding same (.1); | .60 | 525.00 | 315.00 |
| 12/05/25 | BTC | Communicate with P. Lowe and K. Hirsch regarding possible wind-up of chapter 11 (.2); | .20 | 525.00 | 105.00 |
| 12/08/25 | BTC | Communicate with K. Hirsch and P. Lowe regarding Choudhri and converting case (.3); | .30 | 525.00 | 157.50 |
| 12/09/25 | BTC | Communicate with P. Lowe regarding UST redlines to motion to convert (.2); | .20 | 525.00 | 105.00 |
| 12/23/25 | BTC | Communicate with P. Lowe and N. Parker regarding insurance and lease issues (.1); | .10 | 525.00 | 52.50 |
| 12/26/25 | BTC | Communicate with P. Lowe regarding hearing on motion to convert (.1); | .10 | 525.00 | 52.50 |
| 1/07/26 | BTC | Prepare for and attend hearing on motion to convert (3.5); Communicate with P. Lowe regarding transition to chapter 7 (.2); Communicate with G. Wright, counsel for UST, regarding transition to chapter 7 (.1); | 3.80 | 600.00 | 2,280.00 |
| 1/08/26 | BTC | Communicate with P. Lowe regarding transition to chapter 7 (.1); | .10 | 600.00 | 60.00 |



PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 1/22/26 | BTC | Prepare final fee application (1.1); | 1.10 | 600.00 | 660.00 |

**TOTAL FEES FOR PROFESSIONAL SERVICES**     **$ 17,275.00**

**SUMMARY OF FEES FOR PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---:|---:|---:|
| Harding, Matthew J. | .90 | 500.00 | 450.00 |
| Cumings, Brian T. | 25.60 | 525.00 | 13,440.00 |
| Cumings, Brian T. | 5.00 | 600.00 | 3,000.00 |
| Stahl, Mark A. | 1.10 | 350.00 | 385.00 |
| **Total** | **32.60** | | **$ 17,275.00** |

**REIMBURSABLE COSTS**

| Date | Description | Amount |
|---|---|---:|
| 9/11/25 | Filing fee (TX Southern District Court), Visa-NMD, 8/01/2025 | 405.00 |
| 9/11/25 | Fee (Harris County District Clerk), Visa-NMD, 8/04/2025 | 126.30 |
| 9/11/25 | Filing fees, Harris District Clerk - Civil, Visa-GDH, 8/01/2025 | 4.25 |
| 9/11/25 | Filing fees, Harris District Clerk - Civil, Visa-GDH, 8/04/2025 | 85.66 |
| 9/24/25 | Travel expenses for trip to Houston for Hearing (Mileage $266, Parking $17), Brian Cumings, 9/23/2025 | 266.00 |
| 10/01/25 | Fee for mailout (Certificate of Service), Visa-NMD, 9/24/2025 | 68.16 |
| 12/01/25 | Fee for mailout (Certificate of Service), Visa-NMD, 11/05/2025 | 303.46 |

**TOTAL REIMBURSABLE COSTS**     **$ 1,258.83**

**TOTAL INVOICE AMOUNT**     **$ 18,533.83**



PO Box 98, Austin, Texas 78767  
(512) 480-5600  
accounting@gdhm.com  
TIN: 74-2587674

| | |
|---|---|
| John Patrick Lowe | January 26, 2026 |
| | Invoice No.  2087519 |

## REMITTANCE COPY

Our File No. A32885.20

RE:   1001 WL Bankruptcy

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 18,533.83** |

| | |
|---|---|
| **All checks should be made payable to:** | GDHM<br>Attention: Accounts Receivable<br>P.O. Box 98<br>Austin, TX 78767-9998 |
| **For payment by wire or ACH in USD:** | Bank of America<br>Austin, TX<br>Account: #005774315877<br>ACH ABA Routing: #111000025<br>Wire ABA Routing: #026009593<br>Int'l SWIFT Code: BOFAUS3N |

To pay your bill online via credit card please visit  
https://secure.lawpay.com/pages/gravesdoughertyhearonmoody/operating

## INVOICES ARE PAYABLE UPON RECEIPT

Please return this remittance with your payment

*We appreciate your business.*