Case No. 24-10119-smr           APPENDIX L-2016-a-2
1001 WL, LLC, Debtor

# FINAL FEE APPLICATION SUMMARY

I.     CLIENT – John Patrick Lowe, Chapter 11 Trustee
II.    REQUESTING APPLICANT/FIRM - Graves Dougherty Hearon & Moody, P.C., attorneys for trustee
III.   TOTAL AMOUNT OF FEES REQUESTED -
      a. Fees: $152,447.50;
      b. Expenses: $2,213.55;
      c. Pre-petition retainer, if any: $0;
      d. Time period covered: January 17, 2025, to January 23, 2026.
IV.   BREAKOUT OF CURRENT APPLICATION

(1)

| PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS | FEES |
|---|---|---|---|---|
| **INTERIM APPLICATION PERIOD** | | | | |
| Cumings, Brian T. | Attorney | $525 | 236.4 | $124,110.00 |
| Harding, Matthew J. | Attorney | $500 | 6.7 | $3,350.00 |
| Trickey, Christopher H. | Attorney | $600 | .1 | $60.00 |
| Guerrero, Candice M. | Paralegal | $250 | 13.5 | $3,375.00 |
| Williams, Dylan P. | Paralegal | $250 | 1.8 | $450.00 |
| Holder, Diana M. | Paralegal | $250 | .3 | $75.00 |
| Hayes, Jennifer L. | Paralegal | $250 | .4 | $100.00 |
| Stahl, Mark A. | Attorney | $350 | 6.5 | $2,275.00 |
| Nitsch, Marianne W. | Attorney | $475 | 2.9 | $1,377.50 |
| **SUBTOTAL** | | | **268.60** | **$135,172.50** |
| **POST-INTERIM APPLICATION PERIOD** | | | | |
| Cumings, Brian T. | Attorney | $500 | .9 | $450.00 |
| Cumings, Brian T. | Attorney | $525 | 25.6 | $13,440.00 |
| Cumings, Brian T. | Attorney | $600 | 5.0 | $3,000.00 |
| Stahl, Mark A. | Attorney | $350 | 1.1 | $385.00 |
| SUBTOTALS | | | 32.60 | $17,275.00 |
| **TOTALS** | | **$506.13** | **301.2** | **$152,447.50** |

MINIMUM FEE INCREMENTS - .1 hour
EXPENSES: $2,213.55
TOTAL FEES AND EXPENSES                             $154,661.05

V.    PRIOR APPLICATIONS:
        Interim, $136,127.22 in fees and expenses, approved on November 3, 2025 [Dkt. No. 1005] and already paid.

VI.   OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:
       The Chapter 11 Trustee will be entitled to his compensation. The Trustee's property manager and real estate broker will be entitled to compensation. The Trustee's accountant will be entitled to compensation.

# EXHIBIT 3

VII.    RESULT OBTAINED – Represented the Trustee in administering single asset real estate and dealing with running feud between secured creditor and Debtor's principal.