**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | Chapter 7 |
| Debtor. | § | |

**NOTICE TO CREDITORS OF FILING OF FINAL APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Austin Division, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the Application, and you will be provided with notice of the date, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Application.**

Graves Dougherty Hearon & Moody, PC ("Graves Dougherty"), Counsel to John Patrick Lowe, Chapter 11 trustee (the "Trustee") of the bankruptcy estate of 1001 WL, LLC (the "Estate"), hereby serves this notice to those listed on the attached creditors mailing matrix that they have filed their Final Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred in the above-styled and numbered cause of action and that the complete Application filing referenced above can be located by going to https://www.pacer.gov/ or by contacting Counsel to the Trustee, Brian T. Cumings at: bcumings@gdhm.com, with a subject line of: 24-10119-smr, 1001 WL, LLC.

Attached to this Notice is a copy of the Fee Application Summary which was Exhibit "3" to the Fee Application filing. Unless you wish to object to the proposed Fee Application within 21 days of the date of this Notice, you do not need to take any further action in this regard.

| | | |
|---|---|---|
| /s/ Brian T. Cumings | 512.480.5626, bcumings@gdhm.com | January 29, 2026 |

3752137.v1