# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1001 WL, LLC | § | Case No. 24-10119-smr |
| | § | |
| Debtor | § | Chapter 11 |

## Schedule of Unpaid Post-Petition, Pre-Conversion Debts

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

Comes now John Patrick Lowe, Trustee, and makes and files this Schedule of Unpaid Post-Petition, Pre-Conversion Debts and in support of it respectfully represents to the Court as follows:

**1.**

John Patrick Lowe, the Chapter 11 trustee, submits this Schedule of Unpaid Post-Petition, Pre-Conversion Debtors.

**2.**

The Chapter 11 trustee paid all invoices submitted to him before the date of January 23, 2026 Order Granting Motion to Convert Case to Chapter 7 (Relates to ECF No. 1029), docket entry 1043. Since the entry of that Order, the Chapter 11 trustee received the following four invoices:

1) Datawatch Systems, Inc., Invoice Number 416946, Invoice Date: 11/30/25 i/a/o $248.97;

2) Cirro Energy, Invoice Number 342001485661, Account Number 11 593 247-7 dated 01/22/2026 i/a/o $17,048.66;

3) Modern Pest Control, Invoice No. 745503, Account number 74317 Dated 01/20/26 i/a/o $189.44; and

4) Waste Management of Texas, Inc., Invoice Number 8071052-0011-5, Customer ID 24-43917-13000 dated 01/26/26 i/a/o $1,049.57.

The Chapter 11 trustee has turned those four invoices over to the current property manager.

Dated: February 2, 2026.

Respectfully submitted,

_____
John Patrick Lowe, Chapter 11 Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

## DECLARATION

Under penalty of perjury, I declare that I have read the schedule filed with this declaration and that its statements are true and correct.

_____
John Patrick Lowe, Chapter 11 Trustee

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Schedule of Unpaid Post-Petition, Pre-Conversion Debts has been served on the parties listed on the attached Service List, by the CM/ECF system; or by First Class mail, postage prepaid; or by electronic mail on this the 2nd day of February 2026:

_____
Patrick Lowe