# SERVICE LIST

| | | |
|---|---|---|
| ABC Home & Commercial Services<br>11934 Barker Cypress Road<br>Cypress, TX 77433-1802 | Ali Choudhri<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | Ali Choudhri<br>2425 West Loop St., 11th Flr.<br>Houston, TX 77027 |
| Ameritrex Imaging & Services<br>PO Box 841511<br>Houston, TX 77284-1511 | Baker Botts, LLP<br>401 S 1st St<br>Unit 1300<br>Austin, TX 78704-1296 | BARRON & NEWBURGER, P.C.<br>C/O STEPHEN W. SATHER<br>7320 N. MoPac Expwy., Suite 400<br>Austin, TX 78731-2347 |
| BDFI, LLC<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | BDFI, LLC<br>2425 West Loop South, Suite 1100<br>Houston, TX 77027-4210 | BDFI, LLC<br>c/o Mark A. Junell<br>The Junell Law Firm, PC<br>746 Country Lane<br>Houston, TX 77024-5508 |
| BDFI, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Boxer Property Management Corporation<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 | Boxer Property Management Corporation<br>c/o Reed W. Burritt, Atty.<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 |
| Capital Premium Financing<br>PO Box 667180<br>Dallas, TX 75266-7180 | CFI Mechanical, Inc.<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | Cirro<br>PO Box 2229<br>Houston, TX 77252-2229 |
| City of Houston Water<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Cleaning Advanced Systems, LLC<br>Pavlock Law Firm, PLLC<br>6345 Garth Road 110-122<br>Baytown, TX 77521-5625 |
| Comcast<br>9602 S 300 W Suite B<br>Sandy, UT 84070-3336 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| EAO Global LLC<br>14315 Briarhills Pkwy<br>Houston, TX 77077 | Environmental Coalition Inc.<br>Po Box 1568<br>Stafford, TX 77497-1568 | FirePro Tech<br>6830 N Eldridge Pkwy Suite 110<br>Houston, TX 77041-2635 |
| FireTron Life Safety Solutions<br>PO Box 1604<br>Stafford, TX 77497-1604 | Fluid Meter Sales & Service, Inc.<br>1303 Steele Drive<br>Friendswood, TX 77546-2018 | GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 |
| Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 | Harcon Mechanical Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 |

| | | |
|---|---|---|
| Harris County Tax Assessor<br>PO Box Box 77210-4633 | Harris County Tax Assessor<br>PO Box 4089<br>Houston, TX 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jeremy M Reichman<br>Vinson & Elkins, LLP<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX 75201 | Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 |
| Kevin M. Epstein<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>BY THE CM/ECF SYSTEM ONLY | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 | Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>One International Centre<br>100 N.E. Loop 410, Suite 615<br>San Antonio, TX 78216 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 |
| Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 | Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 |
| Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 | Nationside Investigations & Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 |
| RIC (West Loop) LLC<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle Hirsch<br>2200 Ross Ave., Suite 4200W<br>Dallas, TX 75201-2763 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 | Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 |
| Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, TX 78248 | David Neal Stern<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expressway, Suite 400<br>Austin, TX 78731-2347 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 |
| Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347<br>BY THE CM/ECF SYSTEM ONLY | Steven Bass<br>U.S. Attorney's Office<br>903 San Jacinto Blvd., Ste. 314<br>Austin, TX 78701-2449 |

| | | |
|---|---|---|
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 |
| TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 | TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 |
| Travis B Vargo<br>c/o Leslie M Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 #615<br>San Antonio TX 78216-4713 | Kevin M. Epstein<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>BY THE CM/ECF SYSTEM ONLY | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |