## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1001 WL, LLC | § | Case No. 24-10119-smr |
| | § | |
| Debtor | § | Chapter 7 |

### Final Report of Chapter 11 Trustee Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(e)

Comes now John Patrick Lowe, Trustee, and makes and files this Final Report of Chapter 11 Trustee Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(e) and in support of it respectfully represents to the Court as follows:

**1.**

The Chapter 11 Trustee was appointed by the Office of the United States Trustee on January 23, 2025.

**2.**

The principal asset in the estate was an improved real property asset commonly known as 1001 West Loop South, Houston, Texas. The lender, which had obtained relief from the automatic stay before the appointment of the Chapter 11 Trustee, foreclosed its lien on that asset on December 2, 2025.

**3.**

The case was converted to a Chapter 7 case on January 23, 2026.

**4.**

The Chapter 11 Trustee turned the balance in the trust account, $570,645.03, over to the Chapter 7 trustee.

**5.**

The Chapter 11 trustee will file an application for compensation and for reimbursement of expenses.

**6.**

The receipts and disbursements record for the Chapter 11 Trustee's administration of the estate is attached to this report.

Dated: February 6, 2026.

Respectfully submitted,

_____

John Patrick Lowe, Chapter 11 Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

## DECLARATION

Under penalty of perjury, I declare that I have read the Final Report of Chapter 11 Trustee Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(e) filed with this declaration and that its statements are true and correct.

_____

John Patrick Lowe, Chapter 11 Trustee

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Final Report of Chapter 11 Trustee Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(e) has been served on the parties listed below, by the CM/ECF system; or by First Class mail, postage prepaid; or by electronic mail on this the **6th** day of February 2026:

**Debtor:**

1001 WL, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741

**Debtor's Attorney:**

Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731
**BY THE CM/ECF SYSTEM ONLY**

**United States Trustee:**

Kevin M. Epstein
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450
**BY THE CM/ECF SYSTEM ONLY**



_____

Patrick Lowe