**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> **1001 WL LLC**, ) <br> ) <br> Debtor. ) <br> ) <br> ) | Case No. 24-10119 <br> Chapter 7 |

**NOTICE OF ENTRY OF ORDER CONVERTING CASE TO CHAPTER 7**

PLEASE TAKE NOTICE that on January 23, 2026—upon motion of RIC (West Loop) LLC, as assignee of the collateral interests of TIG Romspen US Master Mortgage LP—the Court entered an order converting the above-captioned case from one under chapter 11 to one under chapter 7. A true and correct copy of such order is attached hereto for reference.

DATED this 6th day of February 2026.

                                                  **BRYAN CAVE LEIGHTON PAISNER LLP**

                                                  */s/ R. Luke Graham*
                                                  R. Luke Graham (Tex. Bar No. 24127305)
                                                  Kyle S. Hirsch (Tex. Bar No. 24117262)
                                                  2200 Ross Avenue, 4200W
                                                  Dallas, Texas 75201
                                                  Telephone: 602.364.7170
                                                  Email: kyle.hirsch@bclplaw.com
                                                  Email: luke.graham@bclplaw.com

                                                  ***Attorneys for TIG Romspen US***
                                                  ***Master Mortgage LP and RIC (West Loop) LLC***

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: January 23, 2026

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| 1001 WL, LLC, § | | CASE NO. 24-10119-SMR |
| § | | |
| DEBTOR. § | | CHAPTER 11 |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**
**(Relates to ECF No. 1029)**

This matter came before the Court on the motion (the "Motion") by RIC (West Loop) LLC ("RIC"), as assignee of the collateral interests of TIG Romspen US Master Mortgage LP ("Romspen"), an exempted Cayman Islands limited partnership, seeking to convert this chapter 11 case to a chapter 7 case pursuant to § 1112 of the Bankruptcy Code. The Court held a hearing on the Motion on January 7, 2026.

After considering the pleadings, the arguments, and the evidence before the Court, and for the reasons stated on the record at the January 7, 2026 hearing,

1

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that § 1112(b)(2) of the Bankruptcy Code does not apply because insufficient evidence of an exception to conversion under § 1112(b) was provided at the January 7, 2026 hearing.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee and/or the Chapter 11 Trustee's counsel shall file final fee applications within 30 days of the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Debtor or Chapter 11 Trustee shall, as applicable, within 14 days after the effective date of conversion (or such other time period expressly provided by the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court), comply with the applicable requirements of Federal Rules of Bankruptcy Procedure 1007 and 1019.

**IT IS FURTHER ORDERED** that within 30 days after the effective date of conversion, the Debtor or Chapter 11 Trustee shall, as applicable, file the final report and account required by Bankruptcy Rule 1019(e).

**IT IS FURTHER ORDERED** that the case shall be, and hereby is, converted to a case under chapter 7 of the Bankruptcy Code. The United States Trustee's Office is requested to promptly appoint a Chapter 7 Trustee.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the Chapter 11 Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that this Order is without prejudice to the United States Trustee's rights to file a motion to surcharge.

**IT IS FURTHER ORDERED** that the Chapter 11 Trustee shall pay all funds in his possession to the Chapter 7 Trustee upon appointment of the Chapter 7 Trustee. The Chapter 7

Trustee shall hold such funds subject to further order of this Court.

**IT IS FURTHER ORDERED** that to the extent an irreconcilable conflict exists between the Court's oral ruling on January 7, 2026 and this Order, the terms of this Order shall control.

**IT IS FURTHER ORDERED** that RIC shall serve a copy of this Order upon all parties-in-interest.

# # #

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 6, 2026, I caused a copy of the foregoing to be served via the Court's CM/ECF electronic transmission facilities on all attorneys and parties entitled to such service, as listed below. I further certify that I caused a copy of the foregoing to be served by United States, First Class mail upon all parties listed in the attached mailing matrix.

  CM/ECF Service:

Clinton Wayne Alexander on behalf of Attorney Kell C Mercer
calexander@bls-legal.com

Clinton Wayne Alexander on behalf of Interested Party Kell C Mercer
calexander@bls-legal.com

William Steven Bryant on behalf of Creditor TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant on behalf of Defendant TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant on behalf of Defendant TIG Romspen US Master Mortgage, LP
steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

Reed W. Burritt on behalf of Creditor Boxer Property Management Corporation
Reed.Burritt@BoxerProperty.com

Beau Butler on behalf of Interested Party Xavier Educational Academy, LLC
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Ali Choudhri
ali@jetallcapital.com

Brian Talbot Cumings on behalf of Attorney Graves Dougherty Hearon & Moody, P.C.
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant 1001 WL, LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant PCR Property Services LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Interested Party John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Intervenor John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Trustee John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Michelle V. Friery on behalf of Creditor Sonder USA Inc.
michelle@wilsonfriery.com, admin@wilsonfriery.com

Javier Gonzalez, Jr on behalf of Interested Party Xavier Educational Academy, LLC
jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Genevieve M. Graham on behalf of Interested Party Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Genevieve M. Graham on behalf of Plaintiff Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Robert Luke Graham on behalf of Creditor RIC (West Loop) LLC
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham on behalf of Creditor TIG Romspen US Master Mortgage LP
luke.graham@bclplaw.com, carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Justin Hanna on behalf of Creditor TIG Romspen US Master Mortgage LP
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Defendant Galleria Loop Note Holder, LLC
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna on behalf of Plaintiff TIG Romspen US Master Mortgage LP
justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Kyle Hirsch on behalf of Creditor RIC (West Loop) LLC
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Creditor TIG Romspen US Master Mortgage LP
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch on behalf of Plaintiff TIG Romspen US Master Mortgage LP
kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Mark Junell on behalf of Creditor BDFI, LLC
mark@junellfirm.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Kirklin Properties LLC
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Ali Choudhri
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

J. Eric Lockridge on behalf of Creditor Sonder USA Inc.
eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

John Patrick Lowe on behalf of Trustee John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, in his capacity as Court-Appointed Receiver
luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell on behalf of Interested Party Travis B Vargo
luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Kell C. Mercer on behalf of Creditor BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Dward DarJean
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Jetall Capital, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Intervenor Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Plaintiff Jetall Capital LLC
kell.mercer@mercer-law-pc.com

Brigid K Ndege on behalf of Creditor TIG Romspen US Master Mortgage LP
brigid.ndege@bclplaw.com, deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Shea Neal Palavan on behalf of Interested Party Galleria Loop Note Holder, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Ali Choudhri
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Plaintiff Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

James Q. Pope on behalf of Creditor BDFI, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope on behalf of Interested Party Galleria Loop Note Holder, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Counter Defendant Jetall Capital LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Ali Choudhri
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff Jetall Capital LLC
justin.rayome.law@gmail.com

Jeremy M Reichman on behalf of Attorney Bryan Cave Leighton Paisner, LLP
jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
croy@krcl.com, ajezisek@krcl.com

Gia Samavati on behalf of Interested Party Ali Choudhri
gia@samavatilawfirm.com

Gia Samavati on behalf of Plaintiff Galleria Loop Note Holder LLC
gia@samavatilawfirm.com

Stephen W. Sather on behalf of Defendant 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Interested Party Barron & Newburger, P.C.
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Plaintiff 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Ronald J Smeberg on behalf of Interested Party Smeberg Law Firm, PLLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Mark Curtis Taylor on behalf of Attorney Holland & Knight LLP
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Attorney Mark Taylor
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Plaintiff 1001 WL, LLC
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Eric Terry on behalf of Creditor WCW Houston Properties
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Dalio Holdings I, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Travis Brian Vargo on behalf of Interested Party Travis B Vargo
tvargo@vargolawfirm.com, mpoynter@vargolawfirm.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

                              */s/ R. Luke Graham*
                              R. Luke Graham