United States Bankruptcy Court
Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 24-10119-smr |
| 1001 WL, LLC, | § § | |
| | § | CHAPTER 7 |
| **Debtor** | § | |

# FIRST AND FINAL FEE APPLICATION OF JOHN PATRICK LOWE, CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION

This pleading requests relief that may be adverse to your interests.

If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.

A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, CLERK, U.S. BANKRUPTCY COURT, AUSTIN DIVISION, 903 SAN JACINTO, SUITE 322, AUSTIN, TX 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.

**TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW John Patrick Lowe, Chapter 11 Trustee, (the "Applicant"") and files this First and Final Application (the "Final Application") for approval of his compensation for services in the total amount or $99,430.67 incurred during Applicant's tenure as Chapter 11 Trustee (the "Trustee"). In support of this First and Final Application, Applicant respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the Western District of Texas. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is 11 U.S.C. 330 and 331, Federal Rule of Bankruptcy Procedure 2016(a), and the Local Rules of this Court.

## BACKGROUND

3. On February 6, 2024 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*

4. On January 23, 2025, the United States Trustee appointed John Patrick Lowe to serve as the Chapter 11 Trustee ("Trustee). Dkt. No. 647.

## APPOINTMENT OF JOHN PATRICK LOWE

5. On January 16, 2025, the United States Trustee filed its Application for Order Approving Appointment of John Patrick Lowe as Chapter 11 Trustee (the "Application" (dkt #640). By Order dated January 23, 2025, this Court approved the appointment of John Patrick Lowe as Chapter 11 Trustee, (the "Order") (dkt #647), a copy of which is attached as *Exhibit A.*

6. This is Applicant's First and Final Fee Application. This First and Final Fee Application includes fees in the amount of $96,565.00 and expenses in the amount of $2,865.67. for the period from January 16, 2025 through January 26, 2026 (the "Final Period").

Fees for the services related to preparation and submission of this First and Final Fee Application are approximately $2,865.67.

7. The services were rendered during Applicant's representation in this case, and Applicant believes such fees were reasonable, necessary and appropriate, given the circumstances.

## NATURE AND EXTENT OF SERVICES PROVIDED

8. Applicant has provided services as Chapter 11 Trustee during the twelve (12) months since Applicant was appointed in this case. Attached to this First and Final Fee Application are records of the time keeping entries generated by Applicant (the "Compensation Support Exhibit" and "Expenses Support Exhibit").[1] These entries provide detailed descriptions of Applicant's services during the Final Period.

9. The Compensation Support Exhibit and this First and Final Fee Application specifies the Trustee who provided compensable services during the Final Period. Specifically, the Compensation Support Exhibit provides the service, as well as the following: (1) Applicant's billing rate, (2) number of hours expended on each service, and (3) the total amount of compensation requested by the results obtained.

10. Applicant's First and Final Fee Application seeks compensation, during the period from January 16, 2025 through January 26, 2026.

11. **Time and Labor Required**. Compensation Support Exhibit lists in detail all of the work performed for which compensation is sought. Time entries include the date the service were rendered, a description of the services, and the time expended.

---

[1] See *Exhibit B and C*

**FIRST AND FINAL FEE APPLICATION** **PAGE 3 OF 6**

Applicant believes that such detail establishes that its request for compensation is reasonable. All of the services specified were actual and necessary for the Trustee to perform his statutory duties.

12. **Skill Required to Perform the Services Properly**. Bankruptcy is a specialized are of federal practice, requiring knowledge of the Bankruptcy Code and other related state and federal statutes and precedent. It also requires a working knowledge of a number of other areas of law.

13. **Customary Fee**. The normal hourly billing rate of Applicant at the time of this Application is $350.00 per hour and summarized in *Exhibit B* filed in support of this First and Final Fee Application. It is contemplated that the Trustee will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that Trustee will seek interim compensation as permitted by 11 U.S.C. § 331. Applicant is informed and believes that the hourly rate of the Applicant are reasonable in light of the current hourly rates charged by other attorneys in the San Antonio and Austin area and summarized in *Exhibit B* filed in support of this First and Final Fee Application.

14. **Amount Involved and Results Obtained**. The principal asset in the estate was a commercial building in Houston, Texas. The Chapter 11 Trustee engaged a property manager and a real estate broker and he also moved the Court to approve a comprehensive settlement agreement with the lienholder. After several hearings over many days, the Court took the matter under advisement. The Court denied one aspect of the settlement agreement and otherwise approved the settlement agreement. While

that matter was pending the lender foreclosed its lien on the real property asset. During the administration of the estate, the Chapter 11 Trustee responded to an array of contested matters.

15. **Experience, Reputation, and Ability of Applicant**: Applicant is an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and has a particular expertise with regard to bankruptcy and debtor/creditor matters in cases under the Bankruptcy Code. Applicant has been on the panel of Chapter 7 Trustees in this District since 1985, has prosecuted hundreds of adversary proceedings in this Court and has successfully argued bankruptcy cases before the Fifth Circuit.

## CONCLUSION

16. Pursuant to this First and Final Fee Application, Applicant seeks approval on a final basis of all approved, accrued paid and unpaid compensation as follows: compensation and expenses in the total sum of $99,430.67. Applicant requests final approval and payment of all unpaid compensation and expenses for the Final Period in the amount of $99,430.67.

## PRAYER

WHEREFORE, Applicant respectfully prays that the Court enter an Order (i) approving this Final Application; (ii) allowing, on a final basis, the reasonable fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate; and (iii) directing the Chapter 7 Trustee to promptly pay the approved unpaid amount to

Applicant; and (iv) granting such other and further relief to which Application is justly entitled.

Respectfully submitted February 11, 2026.

By: _____
John Patrick Lowe
Texas Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

**Chapter 11 Trustee**

CERTIFICATE OF SERVICE

On February 11, 2026 a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties listed in the attached service list within 2 days of the electronic filing of this Application on this the ____11th____ day of February, 2026:

_____
John Patrick Lowe