**United States Bankruptcy Court**
**The Western District of Texas**
**Austin Division**

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | |
| | § | CHAPTER 7 |
| **Debtor** | § | |

## FIRST AND FINAL FEE APPLICATION SUMMARY

I. CLIENT:

   John Patrick Lowe, Chapter 11 Trustee

II. REQUESTING APPLICANT/FIRM:

   John Patrick Lowe

III. TOTAL AMOUNT OF FEES REQUESTED:

   a. Fees: $96,565.00

   b. Expenses: $2,865.67

   c. Pre-petition retainer, if any: None

   d. Time period covered: January 16, 2025 through January 26, 2026

IV. BREAKOUT OF CURRENT APPLICATION

| NAME/CAPACITY | TOTAL HOURS | RATE | TOTAL |
|---|---|---|---|
| John Patrick Lowe/Chapter 11 Trustee | 275.90 | $ 350.00 | $ 96,565.00 |

   MINIMUM FEE INCREMENTS - 0.1 hours

V. EXPENSES -   $ 2,865.67

VI. AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $0.00

VII. PRIOR APPLICATIONS: NONE

VIII. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

| Name | Party Represented |
| --- | --- |
| John Patrick Lowe, Chapter 7 Trustee | Bankruptcy Estate of 1001 WL, LLC |
| John Mosley | Accountant for the Estate |
| Brian Cumings, Counsel for the Chapter 11 Trustee | |