

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: January 23, 2025.

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 1001 WL, LLC, | § | CASE NO. 24-10119-SMR |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING APPOINTMENT OF JOHN PATRICK LOWE
### AS CHAPTER 11 TRUSTEE
(Relates to ECF No. 640)

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of John Patrick Lowe as Chapter 11 Trustee in the bankruptcy case of 1001 WL, LLC, case number 24-10119, it is hereby

ORDERED that the appointment is approved.

### # # #

Form of Order submitted by
Gary Wright
Office of the United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701
(512) 916-5328
gary.wright3@usdoj.gov



EXHIBIT " A "