# Trustee: John Patrick Lowe
## Expenses Support Exhibit
### Exhibit C

**Case Number: 24-10119-CH 11**

**Debtor: 1001 WL, LLC**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 05/08/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL TO BUDA FOR THE MAY 8, 2025 HEARINGS AND RETURN HOME. | 305.000000 | MILES | $0.70 | $213.50 |
| 06/26/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL TO AUSTIN FOR 06/27/25 HEARINGS. | 160.000000 | MILES | $0.70 | $112.00 |
| 06/27/2025 | 2025 MILEAGE : 2025 MILEAGE RETURN FROM AUSTIN TO TIME FROM HEARINGS. | 160.000000 | MILES | $0.70 | $112.00 |
| 08/03/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL TO AUSTIN FOR THE 08/04/25 HEARINGS. | 160.000000 | MILES | $0.70 | $112.00 |
| 08/04/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL - RETURN HOME FROM AUSTIN HEARINGS OF 08/04/25. | 160.000000 | MILES | $0.70 | $112.00 |
| 08/17/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL TO AUSTIN FOR THE AUGUST 18, 2025 HEARINGS. | 160.000000 | MILES | $0.70 | $112.00 |
| 08/18/2025 | 2025 MILEAGE : 2025 MILEAGE TRAVEL HOME FROM HEARINGS IN AUSTIN. | 160.000000 | MILES | $0.70 | $112.00 |
|  |  | 1265.000000 |  |  | $885.50 |
| 02/11/2025 | Federal Express - total : Federal Express - total DOCUMENTS SEND TO HOUSTON SCARLET MACGEORGE | 1.000000 | Charges | $47.72 | $47.72 |
| 02/17/2025 | Federal Express - total : Federal Express - total DOCUMENTS SENT TO SCARLET IN HOUSTON | 1.000000 | Charges | $47.72 | $47.72 |
| 02/28/2025 | Federal Express - total : Federal Express - total DOCUMENTS SENT TO SCARLET MACGEORGE IN HOUSTON | 1.000000 | Charges | $71.76 | $71.76 |
| 03/11/2025 | Federal Express - total : Federal Express - total SENT CHECK TO NORTHBROOK ILL 60062 | 1.000000 | Charges | $192.38 | $192.38 |
| 04/02/2025 | Federal Express - total : Federal Express - total PACKAGE TO HOUSTON | 1.000000 | Charges | $47.31 | $47.31 |
| 05/22/2025 | Federal Express - total : Federal Express - total CIRRO ENERGY CHECK | 1.000000 | Charges | $84.67 | $84.67 |
| 05/24/2025 | Federal Express - total : Federal Express - total CHECK TO DELUX ELEVATOR ILL, | 1.000000 | Charges | $112.27 | $112.27 |
| 05/27/2025 | Federal Express - total : Federal Express - total DOCUMENTS SENT TO NATALIE | 1.000000 | Charges | $77.75 | $77.75 |
| 06/13/2025 | Federal Express - total : Federal Express - total CIRRO ENERGY CK RICHARDSON TEXAS | 1.000000 | Charges | $48.02 | $48.02 |
| 07/14/2025 | Federal Express - total : Federal Express - total CIRRO ENERGY RICHARDSON TEXAS | 1.000000 | Charges | $58.50 | $58.50 |
| 07/15/2025 | Federal Express - total : Federal Express - total LOCKBOX SERVICES IRVING TEXAS HARTFORD INSURANCE | 1.000000 | Charges | $63.38 | $63.38 |
| 07/16/2025 | Federal Express - total : Federal Express - total CHECK TO NATALIE PARKER HOUSTON TEXAS | 1.000000 | Charges | $31.43 | $31.43 |

Trustee: John Patrick Lowe
**<u>Expenses Support Exhibit</u>**
**<u>Exhibit C</u>**

### Case Number: 24-10119-CH 11
### Debtor: 1001 WL, LLC

| Date | Description | Qty | Type | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/2025 | Federal Express - total : Federal Express - total CHECK TO BUFFALO NEW YORK | 1.000000 | Charges | $77.50 | $77.50 |
| 08/13/2025 | Federal Express - total : Federal Express - total MAIL OUT CHECKS TO NATALIE PARKER | 1.000000 | Charges | $31.23 | $31.23 |
| 10/06/2025 | Federal Express - total : Federal Express - total | 1.000000 | Charges | $68.31 | $68.31 |
| 10/13/2025 | Federal Express - total : Federal Express - total CHECK SENT TO NATALIE PARKER | 1.000000 | Charges | $68.31 | $68.31 |
| 11/18/2025 | Federal Express - total : Federal Express - total CHECK SENT TO NATALIE PARKER | 1.000000 | Charges | $32.82 | $32.82 |
| 12/09/2025 | Federal Express - total : Federal Express - total CHECK TO NATALIE PARKER IN HOUSTON | 1.000000 | Charges | $68.31 | $68.31 |
| 12/19/2025 | Federal Express - total : Federal Express - total CHECK TO NATALIE PARKER IN HOUSTON | 1.000000 | Charges | $68.31 | $68.31 |
| 01/19/2026 | Federal Express - total : Federal Express - total MONTHLY PAYMENT TO NATALIE | 1.000000 | | $34.22 | $34.22 |
| | | 20.000000 | | | $1,331.92 |
| 05/06/2025 | Miscellaneous item(s) : Miscellaneous item(s) LODGING FOR THE HEARING IN AUSTIN | 1.000000 | | $94.00 | $94.00 |
| 06/26/2025 | Miscellaneous item(s) : Miscellaneous item(s) OMNI AUSTIN HOTEL - OVERNIGHT STAY FOR 06/27/25 HEARING IN JUDGE ROBINSON'S COURT. FIRM CREDIT CARD USED. | 1.000000 | CHARGE | $239.91 | $239.91 |
| | | 2.000000 | | | $333.91 |
| 06/26/2025 | Parking Fees - total : Parking Fees - total HEARINGS AUSTIN | 1.000000 | | $51.96 | $51.96 |
| 06/27/2025 | Parking Fees - total : Parking Fees - total HEARINGS. | 1.000000 | CHARGE | $51.96 | $51.96 |
| 08/04/2025 | Parking Fees - total : Parking Fees - total PARKING - HEARINGS OF 08/04/25. | 1.000000 | CHARGE | $55.21 | $55.21 |
| 08/18/2025 | Parking Fees - total : Parking Fees - total FLASH PEAK PARKING AUSTIN CENTRE - PARKING EXPENSE INCURRED ON AUGUST 17/18, 2025. | 1.000000 | CHARGE | $55.21 | $55.21 |
| | | 4.000000 | | | $214.34 |
| 01/31/2025 | Premium on Trustee's Bond : Premium on Trustee's Bond INTERNATIONAL SURETIES - BOND PREMIUM, BOND #016246682, TERM: 01/16/25 TO 01/16/26. FIRM CHECK NO. 3799. | 1.000000 | CHARGE | $100.00 | $100.00 |
| | | 1.000000 | | | $100.00 |
| | **Total Expenses** | | | | **$2,865.67** |

Trustee: John Patrick Lowe
**Expenses Support Exhibit**
**Exhibit C**

**Case Number: 24-10119-CH 11**
**Debtor: 1001 WL, LLC**

**Expense Recap**

|  |  |
|---|---|
| 2025 MILEAGE | $885.50 |
| Federal Express - total | $1,331.92 |
| Miscellaneous item(s) | $333.91 |
| Parking Fees - total | $214.34 |
| Premium on Trustee's Bond | $100.00 |
| **Total Expenses** | **$2,865.67** |

**Total Expenses:** $2,865.67

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $2,865.67