

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: February 13, 2026**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**ORDER SUSTAINING DEBTOR'S AMENDED OBJECTION TO
CLAIM OF TIG ROMSPEN US MASTER MORTGAGE, LP
(Claim No. 1-2)**

CAME ON TO BE CONSIDERED Debtor's Amended Objection to Claim of Tig Romspen US Master Mortgage, LP (Claim No. 1-2). The Court finds that such objection should be sustained.

IT IS THEREFORE ORDERED that Claim 1-2 filed by Tig Romspen U.S. Master Mortgage, LP is hereby denied.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order on:

1

Tig Romspen US Master Mortgage, LP
c/o Kyle Hirsch
Bryan Cave Leighton Paisner, LLP
2200 Ross Avenue, Suite 4200W
Dallas, TX 75201

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

