**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: February 13, 2026**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:

**1001 WL LLC**,

Debtor.

Case No. 24-10119
Chapter 11

WITHDRAWN

**ORDER**

This matter came before the Court pursuant to the *Second Motion For An Order Finding In Contempt Of Court And Sanctioning Galleria Loop Note Holder, LLC And Ali Choudhri* (the "Contempt Motion"). Based on the arguments and evidence presented in the Contempt Motion and the hearing thereon, for good cause shown,

**THE COURT HEREBY FINDS** that Galleria Loop Note Holder, LLC ("GLNH") and its sole member and manager Ali Choudhri ("Choudhri") failed without good cause to comply with this Court's order compelling production of documents beginning July 1, 2024, and on a rolling basis with full production due by July 8, 2024.

**IT IS HEREBY ORDERED** that the Contempt Motion is GRANTED. GLNH and Choudhri are hereby found to be in contempt of this Court, and are ordered to pay sanctions to Romspen in the amount of $5,000 for each day beyond June 8, 2024, that full document production has not been completed. GLNH and Choudhri shall pay, by no later than the fifth (5th) calendar day of each month, all sanctions incurred through the end of the prior month by wire transfer to Romspen's counsel pursuant to instructions previously provided by Romspen's counsel. GLNH and Choudhri shall file and serve a Notice of Compliance upon completing production, which shall affirm full and complete production under penalty of perjury.

**IT IS HEREBY FURTHER ORDERED** that Romspen is entitled to recover its reasonable attorneys' fees and expenses incurred in connection with preparing the Contempt Motion and corresponding motion to expedite, and appearing for the hearing on the Contempt Motion, in an amount to be determined.

**IT IS HEREBY FURTHER ORDERED** that Choudhri, as the designated representative of GLNH, shall appear for a deposition at a date, time and location to be determined by Romspen on the topics approved as set forth in this Court's Order dated June 4, 2024 (the "June 4 Order"). Romspen shall file and serve a notice of deposition on not less than three (3) business days' notice, setting forth the date, time and location of the deposition. The noticed deposition may be continued by Romspen at its counsel's discretion. The failure to appear or to be properly prepared to testify on the topics approved in the June 4 Order shall subject Choudhri and GLNH to further sanctions.

**IT IS HEREBY ORDERED** that to the extent full document production has not been accomplished as of July 15, 2024, debtor and debtor-in-possession 1001 WL LLC (the "Debtor") shall be subject in its plan confirmation proceedings to an adverse inference on any issue covered by a document that should have been, but was not, timely produced by GLNH. Because Choudhri

WITHDRAWN

is the sole member and manager of GLNH, and he is also the manager and person in control of the Debtor, such an inference is justified.

**IT IS HEREBY FURTHER ORDERED** that except as expressly adjusted herein, the findings and orders set forth in this Court's prior Orders shall remain in full force and effect.

SO ORDERED.

###

