**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

Dated: February 13, 2026

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**ORDER SUSTAINING DEBTOR'S AMENDED OBJECTION TO**
**CLAIM OF TIG ROMSPEN US MASTER MORTGAGE, LP**
**(Claim No. 1-2)**

CAME ON TO BE CONSIDERED Debtor's Amended Objection to Claim of Tig Romspen US Master Mortgage, LP (Claim No. 1-2). The Court finds that such objection should be sustained.

IT IS THEREFORE ORDERED that Claim 1-2 filed by Tig Romspen U.S. Master Mortgage, LP is hereby denied.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order on:

1

Tig Romspen US Master Mortgage, LP
c/o Kyle Hirsch
Bryan Cave Leighton Paisner, LLP
2200 Ross Avenue, Suite 4200W
Dallas, TX 75201

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731



United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Broocks Wilson, Wilson Friery PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Feb 13 2026 22:23:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Feb 13 2026 22:22:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

cr     ##+      Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Ali Choudhri
ali@jetallcapital.com

Beau Butler
on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;nwhite@jw.com

Brian Talbot Cumings
on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege
on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Bruce J Duke
on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com

Clinton Wayne Alexander
on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander
on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Eric Terry
on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright
on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham
on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

24-10119-smr Doc#1059 Filed 02/15/26 Entered 02/15/26 23:24:01 Imaged Certificate of Notice Pg 5 of 7

| District/off: 0542-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

| | |
|---|---|
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Gia Samavati | on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com |
| Gia Samavati | on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com |
| J. Eric Lockridge | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| Jeremy M Reichman | on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |

24-10119-smr Doc#1059 Filed 02/15/26 Entered 02/15/26 23:24:01 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

| | |
|---|---|
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |
| Paul Kirklin | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Reed W. Burritt | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |

24-10119-smr Doc#1059 Filed 02/15/26 Entered 02/15/26 23:24:01 Imaged Certificate of Notice Pg 7 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

Shea Neal Palavan
    on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 81