**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: February 13, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **1001 WL LLC**, | ) | Case No. 24-10119 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER**

This matter came before the Court pursuant to the *Second Motion For An Order Finding In Contempt Of Court And Sanctioning Galleria Loop Note Holder, LLC And Ali Choudhri* (the "Contempt Motion"). Based on the arguments and evidence presented in the Contempt Motion and the hearing thereon, for good cause shown,

**THE COURT HEREBY FINDS** that Galleria Loop Note Holder, LLC ("GLNH") and its sole member and manager Ali Choudhri ("Choudhri") failed without good cause to comply with this Court's order compelling production of documents beginning July 1, 2024, and on a rolling basis with full production due by July 8, 2024.

1

**IT IS HEREBY ORDERED** that the Contempt Motion is GRANTED. GLNH and Choudhri are hereby found to be in contempt of this Court, and are ordered to pay sanctions to Romspen in the amount of $5,000 for each day beyond June 8, 2024, that full document production has not been completed. GLNH and Choudhri shall pay, by no later than the fifth (5th) calendar day of each month, all sanctions incurred through the end of the prior month by wire transfer to Romspen's counsel pursuant to instructions previously provided by Romspen's counsel. GLNH and Choudhri shall file and serve a Notice of Compliance upon completing production, which shall affirm full and complete production under penalty of perjury.

**IT IS HEREBY FURTHER ORDERED** that Romspen is entitled to recover its reasonable attorneys' fees and expenses incurred in connection with preparing the Contempt Motion and corresponding motion to expedite, and appearing for the hearing on the Contempt Motion, in an amount to be determined.

**IT IS HEREBY FURTHER ORDERED** that Choudhri, as the designated representative of GLNH, shall appear for a deposition at a date, time and location to be determined by Romspen on the topics approved as set forth in this Court's Order dated June 4, 2024 (the "June 4 Order"). Romspen shall file and serve a notice of deposition on not less than three (3) business days' notice, setting forth the date, time and location of the deposition. The noticed deposition may be continued by Romspen at its counsel's discretion. The failure to appear or to be properly prepared to testify on the topics approved in the June 4 Order shall subject Choudhri and GLNH to further sanctions.

**IT IS HEREBY ORDERED** that to the extent full document production has not been accomplished as of July 15, 2024, debtor and debtor-in-possession 1001 WL LLC (the "Debtor") shall be subject in its plan confirmation proceedings to an adverse inference on any issue covered by a document that should have been, but was not, timely produced by GLNH. Because Choudhri

2

is the sole member and manager of GLNH, and he is also the manager and person in control of the Debtor, such an inference is justified.

**IT IS HEREBY FURTHER ORDERED** that except as expressly adjusted herein, the findings and orders set forth in this Court's prior Orders shall remain in full force and effect.

SO ORDERED.

###



United States Bankruptcy Court

Western District of Texas

In re:  Case No. 24-10119-smr
1001 WL, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 5
Date Rcvd: Feb 13, 2026      Form ID: pdfintp      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Broocks Wilson, Wilson Friery PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON M5R 3N5, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Feb 13 2026 22:23:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2026 22:23:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Feb 13 2026 22:22:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

cr        ##+        Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Ali Choudhri
ali@jetallcapital.com

Beau Butler
on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;nwhite@jw.com

Brian Talbot Cumings
on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege
on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Bruce J Duke
on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com

Clinton Wayne Alexander
on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander
on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Eric Terry
on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright
on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham
on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

24-10119-smr Doc#1060 Filed 02/15/26 Entered 02/15/26 23:24:01 Imaged Certificate of Notice Pg 6 of 8

| District/off: 0542-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

Genevieve M. Graham
    on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
    on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

Gia Samavati
    on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

J. Eric Lockridge
    on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
    on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
    on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
    on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
    on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
    on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
    on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna
    on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna
    on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome
    on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
    on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer
    on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
    on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

24-10119-smr Doc#1060 Filed 02/15/26 Entered 02/15/26 23:24:01 Imaged Certificate of Notice Pg 7 of 8

| District/off: 0542-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdfintp | Total Noticed: 19 |

| | |
|---|---|
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |
| Paul Kirklin | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Reed W. Burritt | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;danielle@smeberg.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |

Shea Neal Palavan
    on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
    on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Stephen Kirklin
    on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
    on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
    on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
    on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
    on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
    on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 81