**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 14, 2026.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| 1001 WL, LLC | § § | Case No. 24-10119-smr |
| Debtor | § § | |

### FINAL ORDER ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL

Came on for consideration the *Motion for Use of Cash Collateral* [Dkt. #33] (the "Motion") filed by Debtor 1001 WL, LLC (the "Debtor"). The Court, having considered the Motion, the interim orders (the "Interim Orders") entered on the Motion, and the conversion of this case to one under Chapter 7, finds that the Motion should be disposed of on a final basis as set forth herein.

**IT IS, THEREFORE, ORDERED**, that all relief previously granted through the Interim Order is approved on a final basis.

**IT IS, FURTHERMORE, ORDERED**, that any further relief requested in the Motion has been rendered MOOT by, among other things, the conversion of this case from Chapter 11 to Chapter 7, and that the remainder of the relief requested in the Motion is therefore DENIED.

**IT IS, FURTHERMORE, ORDERED**, that the bankruptcy estate funds in the Chapter 7 Trustee's possession shall remain subject to the Court's authority and jurisdiction and remain subject to disbursement only upon authorization by the Court.

# # #

*Order Submitted By Counsel for Chapter 7 Trustee:*

Brian T. Cumings
GRAVES DOUGHERTY HEARON & MOODY, PC
401 Congress Ave., Suite 2700
Austin, TX 78701
bcumings@gdhm.com