## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1001 WL, LLC | § | Case No. 24-10119-smr |
| | § | |
| Debtor | § | Chapter 7 |

### Motion to Abandon Certain Furniture and Equipment

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Austin Division, <u>903 San Jacinto Blvd., Suite 322, Austin, Texas 78701</u>. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

John Patrick Lowe, the Trustee in this case, makes and files this Motion, and in support of it respectfully represents to the Court as follows:

1.

Movant is the Chapter 7 in the case. The case was commenced on February 6, 2024 as a Chapter 11 case. The movant was appointed as the Chapter 11 Trustee on January 23, 2025. The case was converted to a Chapter 7 case on January 23, 2026. This Motion is filed by right of 11 United States Code §§ 554(a) and 704 and Federal Rule of Bankruptcy Procedure 6007.

1

**2.**

The estate once owned a building commonly known as 1001 West Loop South in Houston, Texas 77027. The lender obtained relief from the automatic stay and foreclosed its deed of trust lien on that real property asset on December 2, 2025. There are furniture and equipment located in Suite 700 of that building. The Trustee moves the abandonment of the furniture and equipment (except computers) in that suite.

**3.**

The Trustee does not move the abandonment of any computer or any paper or electronic records located in that suite.

**4.**

The authority for the requested relief is 11 United States Code §554(a). It authorizes the abandonment of an asset of a bankruptcy estate when the asset is of inconsequential value and benefit to the bankruptcy estate.

**5.**

Considering the costs of employing an auctioneer and selling those minimal assets, they are in these circumstances of inconsequential value and benefit to this bankruptcy estate.

WHEREFORE, premises considered, the Trustee requests that the Court enter an Order granting this Motion, and for such other and further relief, at law or in equity, as to which he may be justly entitled.

February 19, 2026

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

### Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Motion to Abandon Certain Furniture and Equipment, and the proposed Order, have been served on the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 19th day of February 2026.

Patrick Lowe