UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1001 WL, LLC, | § | Case No. 24-10119-smr |
| | § | |
| Debtor | § | Chapter 7 |

**Order Granting Trustee's Motion to Abandon Certain Furniture and Equipment**

On this day came on to be considered the Trustee's Motion to Abandon Certain Furniture and Equipment. After considering the Motion and the docket, no timely objection to the Trustee's Motion having been filed, the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Abandon Certain Furniture and Equipment is granted.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to abandon the contents of an office, furniture and equipment (except computers), Suite 700 at 1001 West Loop South, Houston, Texas.

IT IS FURTHER ORDERED that entry of this Order shall be deemed to constitute the abandonment of the contents of an office, furniture and equipment (except computers), in Suite 700 at 1001 West Loop South, Houston, Texas.

IT IS FURTHER ORDERED that entry of this Order shall not constitute the abandonment of any computers or of any paper or electronic records.

### 

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com