UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

APPLICATION FOR POST-CONVERSION EMPLOYMENT OF GRAVES
DOUGHERTY HEARON & MOODY, PC

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Austin Division, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the Application, and you will be provided with notice of the date, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Application.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe ("Trustee"), the duly appointed and acting Chapter 7 trustee in the above-captioned bankruptcy case, and hereby files this Application for Post-Conversion Employment of Graves Dougherty Hearon & Moody, PC (the "Application") requesting authority for the law firm of Graves Dougherty Hearon & Moody, PC ("Graves Dougherty") to represent the Trustee in his capacity as Chapter 7 trustee. The Trustee would respectfully show the Court as follows:

1. This case was filed on February 6, 2024 (the "Petition Date") under Chapter 11 of title 11 of the United States Code.

2. On January 23, 2024, the Trustee was appointed as Chapter 11 Trustee [Dkt. No. 647].

3. On February 19, 2025, the Court approved the retention of Graves Dougherty to represent the Trustee in his capacity as Chapter 11 Trustee.

4. On January 23, 2026 (the "Conversion Date"), the Court entered an order converting this case to one under Chapter 7 of title 11 of the United States Code.

5. Just like the Trustee, to the extent that Graves Dougherty will be receiving compensation for its services during the period between the Petition Date and the Conversion Date, it will be receiving payment through a carveout from the collateral of Debtor's secured creditor. Graves Dougherty's final fee application [Dkt. No. 1051] was filed on January 29, 2026, and remains pending.

6. On January 26, 2026, the Trustee was appointed as the Chapter 7 trustee.

7. In this proceeding, there are legal matters requiring the services of an attorney, including but not necessarily limited to, representing and advising the Trustee with respect to any efforts to liquidate assets of this chapter 7 bankruptcy estate (the "Estate"), employing professionals, prosecuting claims, objecting to claims, pursuing potential litigation, and generally representing the Estate in such matters as may from time to time arise.

8. The Trustee seeks to employ Graves Dougherty as his attorneys with regards to matters related to the Estate. It is in the best interest of the Estate that Graves Dougherty be employed to represent the Trustee as counsel. Brian T. Cumings, the primary attorney for Graves Dougherty in this matter, is a Licensed Attorney in good standing with the State Bar of Texas Mr. Cumings has experience in matters like those present in this case and frequently represents bankruptcy trustees in this District. The attorneys at Graves Dougherty have extensive experience dealing with litigation matters such as may arise during the pendency of this bankruptcy case. The Trustee believes that it is in the best interest of the Estate to employ Graves Dougherty to represent

3783275.v1

the Trustee generally, subject to the obligations of Trustee and Graves Dougherty not to perform duplicative legal work.

9. Graves Dougherty has no interest adverse to the Estate. Attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the Declaration of Brian T. Cumings, that Graves Dougherty has no interest adverse to this Estate. Graves Dougherty previously represented the Trustee in his capacity as Chapter 11 trustee prior to the Conversion Date. Graves Dougherty currently represents Travis Vargo, a party-in-interest in this bankruptcy case, in an unrelated case, *In re Private Lender Network, LLC*, Case No. 25-10742-smr, United States Bankruptcy Court for the Western District of Texas, Austin Division. Although no actual conflict exists, due to the prior brief representation of Travis Vargo by Graves Dougherty in another case tangentially connected to this bankruptcy case (*see* Dkt. Nos. 715 and 831), if any matters arise in this bankruptcy case relating to Travis Vargo, the Trustee will handle them directly in order to ensure that there will remain no conflict of interest.

10. The attorneys of Graves Dougherty will generally charge their normal hourly rates, if not reduced rates. The attorney who will be primarily responsible is Brian T. Cumings, whose current reduced hourly rate is $550.00. Rates may be adjusted upward at the beginning of each calendar year. From time to time, assistance may be provided by other attorneys with Graves Dougherty at their then-standard hourly rates, which at present range from $285.00 to $750.00. Paralegals and Administrative Staffs will charge $20.00-$250.00. The attorneys will also be entitled to reimbursement of reasonable expenses, attached hereto as **Exhibit 3** is the fee agreement of Graves Dougherty.

11. No compensation will be paid until a fee application has been filed and approved

by the Court, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

12. A list of other active bankruptcy cases in which Graves Dougherty currently represents John Patrick Lowe in his capacity as bankruptcy trustee is attached hereto as **Exhibit 4**.

13. Graves Dougherty maintains an office for practice of law at 401 Congress Avenue, Suite 2700, Austin, TX 78701, telephone (512) 480-5626, fax (512) 536-9926.

WHEREFORE PREMISES CONSIDERED, Trustee respectfully requests that the Court approve the retention of Graves Dougherty by the Trustee, and for such other and further relief to which he might be entitled at law or in equity.

Respectfully submitted,

BY: */s/ John Patrick Lowe*
John Patrick Lowe
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com
By:*/s/ Brian T. Cumings*
Brian T. Cumings
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Application has been served by the Court's ECF e-filing notification on all parties receiving such notices on February 19, 2026, and as reflected below and the Notice of Proposed Employment is being served to those on the Service List appended to this Application.

Office of the United States Trustee
903 San Jacinto, Room 230
Austin, TX 78701

1001 WL, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741
*Debtor*

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy, Suite 400
Austin, TX 78731
*Debtor's Counsel*

By:*/s/ Brian T. Cumings*
Brian T. Cumings