**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF PROPOSED EMPLOYMENT OF PROFESSIONAL PURSUANT TO 11 U.S.C § 327(a)**

This pleading requests relief that may be adverse to your interests.

If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.

A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Austin Division, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the Application, and you will be provided with notice of the date, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Application.

| | |
|---|---|
| Name of client: | John Patrick Lowe, Chapter 7 Trustee |
| Identity of professional: | Brian Cumings, Graves Dougherty Hearon & Moody PC, 401 Congress Avenue, Suite 2700, Austin, Texas 78701, bcumings@gdhm.com |
| Nature of profession: | Attorneys as Counsel |
| Conflicts: | None |
| Retainer: | None |
| Proposed compensation: | Standard hourly rates; for Mr. Cumings, presently $550.00; GDHM's attorneys rates range from $285.00-$750.00; rate increases anticipated at beginning of new calendar year(s). |
| List of other professionals in case: | none at this time |

/s/     *John Patrick Lowe*
John Patrick Lowe, Chapter 7 Trustee

3776646.v1