```
Label Matrix for local noticing        1001 WL, LLC                              U.S. BANKRUPTCY COURT
0542-1                                  2450 Wickersham Lane, Suite 202           903 SAN JACINTO, SUITE 322
Case 24-10119-smr                       Austin, TX 78741-4744                     AUSTIN, TX 78701-2450
Western District of Texas
Austin
Wed Jan 15 09:27:59 CST 2025

ABC Home & Commercial                   Ali Choudhri                              Ali Choudhri
Services                                1001 West Loop S Ste 700                  2425 West Loop St., 11th Flr.
11934 Barker Cypress Road               Houston, TX 77027-9033                    Houston, TX 77027
Cypress, TX 77433-1802


Ameritrex Imaging & Services            BDFI, LLC                                 BDFI, LLC
PO Box 841511                           1001 West Loop S Ste 700                  2425 West Loop South, Suite 1100
Houston, TX 77284-1511                  Houston, TX 77027-9033                    Houston, TX 77027-4210


BDFI, LLC                               Baker Botts, LLP                          Boxer Property Management Corporation
c/o Mark A. Junell                      401 S 1st St                              7324 Southwest Fwy #1900
The Junell Law Firm, PC                 Unit 1300                                 Houston TX 77074-2057
746 Country Lane                        Austin, TX 78704-1296
Houston, TX 77024-5508


Boxer Property Management Corporation   CFI Mechanical, Inc.                      Capital Premium Financing
c/o Reed W. Burritt, Atty.              6109 Brittmoore Rd                        PO Box 667180
7324 Southwest Fwy #1900                Houston, TX 77041-5610                    Dallas, TX 75266-7180
Houston TX 77074-2057


Cirro                                   City of Houston                           City of Houston Water
PO Box 2229                             c/o Tara L. Grundemeier                   PO Box 1560
Houston, TX 77252-2229                  Linebarger Goggan Blair & Sampson LLP     Houston, TX 77251-1560
                                        PO Box 3064
                                        Houston, TX 77253-3064


Cleaning Advanced Systems, LLC          Cleaning Advances Service                 Comcast
Pavlock Law Firm, PLLC                  110 Cypress Station Suite 111             9602 S 300 W Suite B
6345 Garth Road 110-122                 Houston, TX 77090-1626                    Sandy, UT 84070-3336
Baytown, TX 77521-5625


Datawatch Systems                       Drew Dennett                              Environmental Coalition Inc.
4520 East West Highway 200              2450 Wickersham Lane, Suite 202           Po Box 1568
Bethesda, MD 20814-3382                 Austin, TX 78741-4744                     Stafford, TX 77497-1568


FirePro Tech                            FireTron Life Safety Solutions            Fluid Meter Sales & Service,
6830 N Eldridge Pkwy Suite 110          PO Box 1604                               Inc.
Houston, TX 77041-2635                  Stafford, TX 77497-1604                   1303 Steele Drive
                                                                                  Friendswood, TX 77546-2018


GFS Industries                          Galleria Note Holder, LLC                 Harcon Mechanical
24165 IH 10 W Suite 217                 c/o James Pope                            Contractors
San Antonio, TX 78257-1160              6161 Savoy Drive Suite 1125               9009 W Little York
                                        Houston, TX 77036-3343                    Houston, TX 77040-4113
```

| | | |
|---|---|---|
| Harris County Tax Assessor<br>PO Box Box 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 | Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 |
| Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 | Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 |
| Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 | Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 |
| Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 | Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 | Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 |
| Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 | Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 |
| Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 | T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 |
| TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 | TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 | TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 |
| TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 |

```
Zindler Service Co                David Neal Stern                          Mark Curtis Taylor
2450 Fondren Suite 113            Barron & Newburger, P.C.                  Holland & Knight
Houston, TX 77063-2314            7320 N. MoPac Expressway, Suite 400       100 Congress Ave
                                  Austin, TX 78731-2347                     Suite 1800
                                                                            Austin, TX 78701-4042


Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)1001 WL, LLC                   (u)See Attached                           End of Label Matrix
2450 Wickersham Ln                                                          Mailable recipients    63
Suite 202                                                                   Bypassed recipients     2
Austin, TX 78741-4744                                                       Total                  65
```