**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 14, 2026.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 7<br><br>Case No. 24-10119-smr |
| 1001 WL, LLC | | |
| Debtor | | |

### FINAL ORDER ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL

Came on for consideration the *Motion for Use of Cash Collateral* [Dkt. #33] (the "Motion") filed by Debtor 1001 WL, LLC (the "Debtor"). The Court, having considered the Motion, the interim orders (the "Interim Orders") entered on the Motion, and the conversion of this case to one under Chapter 7, finds that the Motion should be disposed of on a final basis as set forth herein.

**IT IS, THEREFORE, ORDERED**, that all relief previously granted through the Interim Order is approved on a final basis.

**IT IS, FURTHERMORE, ORDERED**, that any further relief requested in the Motion has been rendered MOOT by, among other things, the conversion of this case from Chapter 11 to Chapter 7, and that the remainder of the relief requested in the Motion is therefore DENIED.

**IT IS, FURTHERMORE, ORDERED**, that the bankruptcy estate funds in the Chapter 7 Trustee's possession shall remain subject to the Court's authority and jurisdiction and remain subject to disbursement only upon authorization by the Court.

# # #

*Order Submitted By Counsel for Chapter 7 Trustee:*

Brian T. Cumings
GRAVES DOUGHERTY HEARON & MOODY, PC
401 Congress Ave., Suite 2700
Austin, TX 78701
bcumings@gdhm.com

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

**Recip ID        Recipient Name and Address**
db                +   1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;nwhite@jw.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | |
| | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | |
| | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | |
| | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | |
| | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |
| Clinton Wayne Alexander | |
| | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | |
| | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Eric Terry | |
| | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | |
| | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | |
| | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | |
| | on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com |
| Gia Samavati | |
| | on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com |
| Gia Samavati | |
| | on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com |
| J. Eric Lockridge | |
| | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com |
| James Q. Pope | |
| | on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| James Q. Pope | |
| | on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net |
| Javier Gonzalez, Jr | |
| | on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com |
| Jeremy M Reichman | |
| | on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com |
| John C. Roy | |
| | on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com |
| John Patrick Lowe | |
| | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | |
| | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Justin Hanna | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Hanna | |
| | on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com |
| Justin Hanna | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com |
| Justin Rayome | |
| | on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | |

24-10119-smr Doc#1064 Filed 02/19/26 Entered 02/19/26 23:32:02 Imaged Certificate of Notice Pg 5 of 7

| District/off: 0542-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com |
| Justin Rayome | |
| | on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com |
| Kell C. Mercer | |
| | on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | |
| | on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com |
| Kyle Hirsch | |
| | on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Kyle Hirsch | |
| | on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net, sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Leslie M. Luttrell | |
| | on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Lyndel A. Vargas | |
| | on behalf of Interested Party Ali Choudhri LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Junell | |
| | on behalf of Creditor BDFI LLC mark@junellfirm.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com |
| Mark Curtis Taylor | |
| | on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com |
| Michelle V. Friery | |
| | on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com |
| Patrick Clayton Joost | |
| | on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com |

24-10119-smr Doc#1064 Filed 02/19/26 Entered 02/19/26 23:32:02 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Paul Kirklin | on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com |
| Paul Kirklin | on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com |
| Paul Kirklin | pkirklin@kirklinlaw.com |
| Reed W. Burritt | on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com |
| Robert Luke Graham | on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Robert Luke Graham | on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com |
| Ronald J Smeberg | on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov |
| Shea Neal Palavan | on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email |
| Shea Neal Palavan | on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email |
| Stephen Kirklin | on behalf of Attorney Paul Kirklin skirklin312@gmail.com |
| Stephen W. Sather | on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Travis Brian Vargo | on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com |

District/off: 0542-1     User: admin     Page 5 of 5
Date Rcvd: Feb 17, 2026     Form ID: pdfintp     Total Noticed: 1
TOTAL: 81