**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: § | | Case No. 24-10119-SMR |
| 1001 WL, LLC § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

### APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCOUNTANT FOR TRUSTEE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, <u>903 San Jacinto Blvd., Suite 322, Austin, Texas 78701</u>. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

John Mosley, accountant for John Patrick Lowe, Trustee, files this Application for Allowance of Compensation and Reimbursement of Expenses of Accountant for Trustee, and would show the Court as follows:

1. This Application is made pursuant to §330 of the Bankruptcy Code. This case was filed under Chapter 11 on February 6, 2024, and converted to Chapter 7 on January 23, 2026. On February 25, 2025, an order of the court, docket #682, was entered allowing the Trustee, John Patrick Lowe, to employ John Mosley as his duly appointed accountant in this case.

2. From January 27, 2025 through February 20, 2026, inclusive, the accountant has incurred fees for professional services rendered totaling $820.00 and expenses of $77.25.

3. There have been no prior applications for fees and expenses in this case. No retainer was received by the Accountant. Any compensation to be received will not be shared and no agreement or understanding exists between Accountant, or any other entity, for the sharing of compensation to be received for services rendered in connection with this case.

4. <u>Time and Labor Required.</u>  The total award sought of $820.00, represents 4.1 hours.

| Event | Fee |
|---|---|
| Advised Trustee on tax matters | $ 620.00 |
| Preparation of Fee Application and supporting documents | $ 200.00 |
| TOTAL FEE | $ 820.00 |

5. <u>Novelty and Difficulty of Questions.</u>  This case was neither novel nor difficult.

6. <u>Skill Requisite to Perform Legal Services Properly.</u>  Skill and experience in the field of tax law and accounting was required.

7. <u>Preclusion of Other Employment Due to the Case.</u>  If the Accountant had not been representing the Trustee in this case, he would have been able to expend a like number of hours representing other clients; therefore, certain other employment was precluded from representation in this case.

8. <u>Customary Fee.</u>  Applicant seeks approval of fees of John Mosley of $200.00 per hour. The rates charged are the normal charges for work for clients for a case of this magnitude.  The fees are usual and customary in the Western District of Texas with some variation. These are customary charges by Accountant and other certified public accountants in the area.

9. <u>Whether Fee is Fixed or Contingent.</u>  Accountant has worked on an hourly basis.

10. <u>Time Limitations Imposed by Client and Other Circumstances.</u>  The tax return was due in accordance with Title 26 of the United States Code.  Accountant had to prepare the return by obtaining information from the Trustee.

11. <u>Amount of Money and Property Involved and Result Obtained.</u>  The tax return was necessary to the estate, because the liability (or lack thereof) to the IRS has to be determined by the filing of returns before the funds available to unsecured creditors may be known.

12. <u>Experience, Reputation and Abilities of Accountants.</u>  Accountant enjoys a good reputation in the community.  The Accountant has significant experience and is a licensed Certified Public Accountant in the State of Texas.

13. <u>Undesirability of Case.</u>  This case has not been undesirable.

14. <u>Nature and Length of Professional Relationship of Client.</u>  Accountant had no prior relationship with the Debtor prior to being hired in this case.  The Accountant has prior relationships with Trustee on other bankrupt estates and legal matters.

15. <u>Awards in Similar Cases.</u>  The applicant submits that the compensation sought herein is not inconsistent with that awarded in other cases of a similar nature throughout the Western District of Texas and in the Austin area generally.

WHEREFORE, PREMISES CONSIDERED, John Mosley, accountant for Trustee, prays that the Court enter an order allowing compensation and expenses of $897.25 for John Mosley from January 27, 2025 through February 20, 2026, inclusive, and that John Patrick Lowe, Trustee, be authorized to pay such compensation, and for such other relief as may be just and equitable.

Respectfully submitted,

/s/ *John Mosley*
John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Telephone: 512-327-7777
Facsimile: 512-852-4777
ACCOUNTANT FOR TRUSTEE

CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on this February 20, 2026, a true and correct copy of the above and foregoing Application, the Fee Application Summary, and Compensation and Expense Support Exhibit were served by the CM/ECF system or first class, U.S. mail, to U. S. Trustee, 903 San Jacinto, Suite 230, Austin, Texas 78701, John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801, and Debtor(s)' attorney, Stephen W. Sather, Barron & Newburger, PC, 7320 N. MoPac Expy, Suite 400, Austin, TX 78731, and that the Fee Application Summary has been sent to all creditors listed on the attached exhibit by first class, U. S. mail.

# Invoice

**John Mosley**
Attorney at Law
Certified Public Accountant
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759

**Invoice #:** 24-10119
**Invoice Date:** 2/20/2026

**Bill To:**
John Patrick Lowe
Chapter 7 Trustee

**Matter:**
In Re: 1001 WL, LLC
Case No. 24-10119-SMR

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/27/2025 | Review of petition, schedules, and statement of financial affairs | 1.2 | 200.00 | 240.00 |
| 2/17/2025 | Receipt, review and transmit multiple emails regarding information needed to help establish the income tax status of the Debtor | 1.1 | 200.00 | 220.00 |
| 2/18/2025 | Receipt and review of summary judgment ruling | 0.4 | 200.00 | 80.00 |
| 3/27/2025 | Receipt and review of Application to Approve Compromise | 0.4 | 200.00 | 80.00 |
| 2/20/2026 | Preparation of Fee Application and supporting documents | 1 | 200.00 | 200.00 |
| 2/20/2026 | 72 copies @ .25 | 75 | 0.25 | 18.75 |
| 2/20/2026 | Postage | 75 | 0.78 | 58.50 |

| | |
|---|---|
| **Total** | $897.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $897.25 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: § | | Case No. 24-10119-SMR |
| 1001 WL, LLC § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

**FEE APPLICATION SUMMARY**

This pleading requests relief that may be adverse to your interests.

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, <u>903 San Jacinto Blvd., Suite 322, Austin, Texas 78701</u>. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

I. <u>CLIENT:</u>  Trustee: John Patrick Lowe

II. <u>REQUESTING APPLICANT/FIRM:</u>  John Mosley

III. TOTAL AMOUNT OF FEES REQUESTED:

    a. Fees: $820.00
    b. Expenses: $77.25
    c. Pre-petition retainer, if any: None
    d. Time period covered: January 27, 2025 through February 20, 2026

IV. BREAKOUT OF CURRENT APPLICATION:

| NAME/CAPACITY | TOTAL HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| FEES: | | | |
| Mosley CPA | 4.1 | $200.00 | $ 820.00 |

| EXPENSES: | | |
|---|---|---|
| | Copies | $ 18.75 |
| | Postage | $ 58.50 |
| TOTAL EXPENSES: | | $ 77.25 |

AMOUNT ALLOCATED FOR PREPARATION OF THE FEE APPLICATION: $200.00

V.    <u>PRIOR APPLICATIONS:</u>    None

VI.    <u>OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:</u>

| <u>NAME</u> | <u>PARTY REPRESENTED</u> |
|---|---|
| John Patrick Lowe | Trustee |

VII.    <u>RESULTS OBTAINED:</u>    Advised Trustee on tax matters; and prepared fee application and supporting documents.

/s/ *John Mosley*
John Mosley
SBN: 14581640
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Telephone: 512-327-7777
Facsimile: 512-852-4777

| | | |
|---|---|---|
| ABC Home & Commercial Services<br>11934 Barker Cypress Road<br>Cypress, TX 77433-1802 | Ali Choudhri<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | Ali Choudhri<br>2425 West Loop St., 11th Flr.<br>Houston, TX 77027<br>MAIL RETURNED |
| Ameritrex Imaging & Services<br>PO Box 841511<br>Houston, TX 77284-1511 | Baker Botts, LLP<br>401 S 1st St<br>Unit 1300<br>Austin, TX 78704-1296 | BARRON & NEWBURGER, P.C.<br>C/O STEPHEN W. SATHER<br>7320 N. MoPac Expwy., Suite 400<br>Austin, TX 78731-2347 |
| BDFI, LLC<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033<br>MAIL RETURNED | BDFI, LLC<br>2425 West Loop South, Suite 1100<br>Houston, TX 77027-4210<br>MAIL RETURNED | BDFI, LLC<br>c/o Mark A. Junell<br>The Junell Law Firm, PC<br>746 Country Lane<br>Houston, TX 77024-5508 |
| BDFI, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Boxer Property Management Corporation<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 | Boxer Property Management Corporation<br>c/o Reed W. Burritt, Atty.<br>7324 Southwest Fwy #1900<br>Houston TX 77074-2057 |
| Capital Premium Financing<br>PO Box 667180<br>Dallas, TX 75266-7180 | CFI Mechanical, Inc.<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | Cirro<br>PO Box 2229<br>Houston, TX 77252-2229 |
| City of Houston Water<br>PO Box 1560<br>Houston, TX 77251-1560 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Cleaning Advanced Systems, LLC<br>Pavlock Law Firm, PLLC<br>6345 Garth Road 110-122<br>Baytown, TX 77521-5625 |
| Comcast<br>9602 S 300 W Suite B<br>Sandy, UT 84070-3336 | Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| EAO Global LLC<br>14315 Briarhills Pkwy<br>Houston, TX 77077 | Environmental Coalition Inc.<br>Po Box 1568<br>Stafford, TX 77497-1568 | FirePro Tech<br>6830 N Eldridge Pkwy Suite 110<br>Houston, TX 77041-2635 |
| FireTron Life Safety Solutions<br>PO Box 1604<br>Stafford, TX 77497-1604 | Fluid Meter Sales & Service, Inc.<br>1303 Steele Drive<br>Friendswood, TX 77546-2018 | GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160<br>MAIL RETURNED |
| Galleria Loop Note Holder, LLC<br>c/o Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, Texas 78248-1609 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 | Harcon Mechanical Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 |

| | | |
|---|---|---|
| Harris County Tax Assessor<br>PO Box Box 77210-4633 | Harris County Tax Assessor<br>PO Box 4089<br>Houston, TX 77210-4633 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IHC Specialty Benefits, Inc.<br>5353 Wayzata Boulevard<br>Suite 300<br>St. Louis Park, MN 55416-1317 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 |
| Jeremy M Reichman<br>Vinson & Elkins, LLP<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX 75201 | Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033<br>MAIL RETURNED | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210<br>MAIL RETURNED |
| Kevin M. Epstein<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>BY THE CM/ECF SYSTEM ONLY | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 | Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>One International Centre<br>100 N.E. Loop 410, Suite 615<br>San Antonio, TX 78216 |
| Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042<br>MAIL RETURNED |
| Mary E. Morandini<br>96 Cummings Point Road<br>Stamford, CT 06902-7919 | Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 |
| Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 | Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207<br>MAIL RETURNED | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 |
| RIC (West Loop) LLC<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle Hirsch<br>2200 Ross Ave., Suite 4200W<br>Dallas, TX 75201-2763 | Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 | Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 |
| Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, TX 78248 | David Neal Stern<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expressway, Suite 400<br>Austin, TX 78731-2347 | Sonder USA Inc.<br>c/o J. Eric Lockridge<br>Kean Miller LLP<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 |
| Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347<br>BY THE CM/ECF SYSTEM ONLY | Steven Bass<br>U.S. Attorney's Office<br>903 San Jacinto Blvd., Ste. 314<br>Austin, TX 78701-2449 |

| | | |
|---|---|---|
| T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 |
| TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 | TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296<br>MAIL RETURNED |
| Travis B Vargo<br>c/o Leslie M Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 #615<br>San Antonio TX 78216-4713 | Kevin M. Epstein<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>BY THE CM/ECF SYSTEM ONLY | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |
| 1001 WL, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741 | Mark Curtis Taylor<br>Holland & Knight<br>98 San Jacinto Blvd, Ste. 1900<br>Austin, TEX 78701-4238 | Nationwide Investigation & Security<br>1001 West Loop S, Ste 216<br>Houston, TX 77027-9085 |