**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: § | | Case No. 24-10119-SMR |
| 1001 WL, LLC § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

### ORDER ALLOWING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ACCOUNTANT

Came on to be considered the Application for Compensation and Reimbursement of Expenses of Accountant for John Mosley, and the Court, having considered such Application, finds that such Application should be allowed. The Court finds the fees and expenses charged are actual, necessary costs, and expenses of preserving the estate pursuant to 11 U.S.C. §503(b)(1)(A). It is, therefore,

**ORDERED** that accountant fees of $897.25 for John Mosley are allowed as an administrative claim in this case, and the Trustee is authorized to pay such claim.

The entity submitting this order represents to the Court that the underlying Application was filed and served in conformity with the local rules, that no pleadings or response has been filed in opposition thereto, and that the relief to be granted by the order is consistent with the relief plead for in that Application.

# # #

Prepared by:
John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Phone: 512-327-7777
Fax: 512-852-4777
Email: john@rjmosley.com