**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 27, 2026.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re § | | |
| § | | Case No. 24-10119-smr |
| 1001 WL, LLC, § | | |
| § | | Chapter 11 |
| Debtor. § | | |

**ORDER ON FINAL APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

CAME ON TO BE CONSIDERED the *Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application") [Dkt. No. 1051] filed by Graves Dougherty Hearon & Moody, PC in the above-captioned bankruptcy case. After considering the Application and any responses thereto, the Court is of the opinion that it should be APPROVED on a final basis.

**IT IS, THEREFORE, ORDERED**, that the total amount of $154,661.05 in fees billed and expenses incurred by Graves Dougherty Hearon & Moody, PC in the representation of John

Patrick Lowe in his capacity as Chapter 11 from January 17, 2025, through January 23, 2026, are hereby approved and allowed on a final basis pursuant to 11 U.S.C. §§ 330 and 506(c) and the Chapter 7 Trustee authorized and directed to pay the same with credit given for all amounts previously paid.

# # #

*Order Prepared by Counsel for Ch. 11 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com