24-10119-smr  Doc#1069  Filed 03/12/26  Entered 03/12/26 14:59:29  Main Document  Pg 1 of 2

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 12, 2026.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**United States Bankruptcy Court
Western District of Texas
Austin Division**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10119-smr** |
| **1001 WL, LLC,** | § § § | |
| | § | **CHAPTER 7** |
| **Debtor** | § § | |

<u>**ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF
JOHN PATRICK LOWE, CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION**</u>

On this date came on for consideration the First and Final Fee Application of John Patrick Lowe, Chapter 11 Trustee for Allowance and Payment of Compensation for Services Rendered for the Period from January 16, 2025 through January 26, 2026 (the "Application) seeking allowance of compensation incurred during such period of time, and it appearing that notice and service of such Application have been made in accordance with the Bankruptcy Rules, Local Rules and Orders of this Court, and after considering the pleadings of record and the arguments of counsel;

THE COURT FINDS that the services provided by Applicant were necessary and beneficial to the estate and that the fees sought are reasonable after considering the following factors: (1) the time and labor required; (2) the customary fee; (3) the amount involved and the results obtained; and (4) the experience, reputation and ability of the attorney.

IT APPEARING that to the extent herein provided, that final compensation should be authorized; it is therefore,

ORDERED that John Patrick Lowe, shall be, and hereby is awarded **FINAL** compensation in the aggregate amount of **NINTY-NINE THOUSAND, FOUR HUNDRED THIRTY AND 67/100 DOLLARS ($99,430.67)** for services rendered as Chapter 11 Trustee for the period from January 16, 2025 through January 26, 2026, as an expense of administration of Chapter 11 priority; IT IS FURTHER

ORDERED that the Chapter 7 Trustee is authorized and directed to pay John Patrick Lowe, the unpaid balance of its awarded compensation, which is **NINTY-NIE THOUSAND, FOUR HUNDRED THIRTY AND 67/100 DOLLARS ($99,430.67)** as a Chapter 11 administrative expense of the bankruptcy estate of 1001 WL, LLC.

###

SUBMITTED BY:

John Patrick Lowe
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com