## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

*Robert Joseph Lawson*
*CLERK OF COURT*

*(512) 916-5237*

DATE: March 20, 2026

LUTTRELL + CARMODY LAW GROUP
c/o Leslie Luttrell
100 NE Loop 410 #615
San Antonio TX 78216

# FILED

## MAR 2 0 2026

U.S. BANKRUPTCY COURT
BY_____DEPUTY

RE: **Exhibits**

Bankruptcy Case No.: **24-10119-smr**
Case Style: 1001 WL, LLC

Dear Ms Luttrell:

A final order was entered on 10/20/25 regarding the following contested matters:

**Doc. #970 Motion to show authority**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 3/30/26 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

*received response- exhibit destroyed*

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]