**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 19, 2026.**



**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 24-10119-SMR |
| **1001 WL, LLC** | § | |
| | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

### ORDER ALLOWING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ACCOUNTANT

Came on to be considered the Application for Compensation and Reimbursement of Expenses of Accountant for John Mosley, and the Court, having considered such Application, finds that such Application should be allowed. The Court finds the fees and expenses charged are actual, necessary costs, and expenses of preserving the estate pursuant to 11 U.S.C. §503(b)(1)(A). It is, therefore,

**ORDERED** that accountant fees of $897.25 for John Mosley are allowed as an administrative claim in this case, and the Trustee is authorized to pay such claim.

The entity submitting this order represents to the Court that the underlying Application was filed and served in conformity with the local rules, that no pleadings or response has been filed in opposition thereto, and that the relief to be granted by the order is consistent with the relief plead for in that Application.

### # # #

Prepared by:
John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Phone: 512-327-7777
Fax: 512-852-4777
Email: john@rjmosley.com

United States Bankruptcy Court

Western District of Texas

In re:

1001 WL, LLC

    Debtor

Case No. 24-10119-smr

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdfintp | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Broocks Wilson, Wilson Friery PLLC, 708 Main Street, Ste 10th Floor, Houston, TX 77002-3246 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Mar 19 2026 23:41:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 19 2026 23:41:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 19 2026 23:41:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 19 2026 23:41:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Mar 19 2026 23:40:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |

District/off: 0542-1

User: admin

Page 2 of 5

Date Rcvd: Mar 19, 2026

Form ID: pdfintp

Total Noticed: 19

cr       ##+       Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com |

District/off: 0542-1      User: admin      Page 3 of 5

Date Rcvd: Mar 19, 2026      Form ID: pdfintp      Total Noticed: 19

Genevieve M. Graham
> on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
> on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

Gia Samavati
> on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

J. Eric Lockridge
> on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
> on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
> on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
> on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
> on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
> on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com

John Patrick Lowe
> pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
> on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Hanna
> on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Hanna
> on behalf of Defendant Galleria Loop Note Holder LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna
> on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com carolyn.herrera@bclplaw.com

Justin Rayome
> on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
> on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer
> on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
> on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch

on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell

on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell

on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas

on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell

on behalf of Creditor BDFI LLC mark@junellfirm.com

Mark Curtis Taylor

on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery

on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com

Patrick Clayton Joost

on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com

Paul Kirklin

on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin

on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin

pkirklin@kirklinlaw.com

Reed W. Burritt

on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert John Mosley

on behalf of Interested Party John Mosley john@rjmosley.com

Robert Luke Graham

on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin

on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov

Shea Neal Palavan

on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email

District/off: 0542-1     User: admin     Page 5 of 5

Date Rcvd: Mar 19, 2026     Form ID: pdfintp     Total Noticed: 19

Shea Neal Palavan
on behalf of Plaintiff Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
on behalf of Interested Party Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
on behalf of Interested Party Ali Choudhri service@houstonip.com  snpalavan@recap.email

Stephen Kirklin
on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
on behalf of Interested Party Barron & Newburger  P.C. ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
on behalf of Defendant 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather
on behalf of Plaintiff 1001 WL  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Tara L. Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com  mpoynter@vargolawfirm.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant
on behalf of Defendant TIG Romspen US Master Mortgage  LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 82