# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **1001 WL, LLC,** | § | **Case No. 24-10119-smr** |
| | § | |
| **Debtor** | § | **Chapter 7** |

### Motion to Approve a Distribution to RIC (West Loop) LLC

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Austin Division, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

**1.**

Movant is the Trustee in this Chapter 7 case. The case was commenced on February 6, 2024 as a Chapter 11 case. The movant was appointed as the Chapter 11 Trustee on January 23, 2025. The case was converted to a Chapter 7 case on January 23, 2026. This Motion is filed by right of 11 United States Code §§ 704 and 725.

**2.**

The balance in the trust account is $451,783.28, all of that the cash collateral of the lender, then TIG Romspen US Master Mortgage LP, now RIC (West Loop) LLC. See the December 4, 2025 Transfer of Claim Other Than For Security, docket entry 1026.

**3.**

The Trustee has paid the allowed legal fees and expenses of the lawyer for the bankruptcy estate, the allowed accounting fees and expenses of the accountant for the bankruptcy estate and the allowed Chapter 11 Trustee compensation and expenses.

**4.**

The trustee moves for authority to pay the unpaid quarterly fees owing to the United States Trustee and distribute the remaining money in the trust account to the lender, RIC (West Loop) LLC.

WHEREFORE, premises considered, the Trustee requests that the Court enter an Order granting this Motion, and for such other and further relief, at law or in equity, as to which he may justly be entitled.

March 23 , 2026

Respectfully submitted,

_____
John Patrick Lowe, Chapter 7 Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone (830) 407-5115
Email: pat.lowe.law@gmail.com

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Motion to Approve a Distribution to RIC (West Loop) LLC, and the proposed Order, have been mailed to the parties listed on the attached Service List, by the CM/ECF system; or by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 23rd day of March 2026.

_____
Patrick Lowe