## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **1001 WL, LLC,** | § | **Case No. 24-10119-SMR** |
| | § | |
| **Debtor** | § | **Chapter 7** |

### Order Granting Motion to Approve a Distribution to RIC (West Loop) LLC

On this day came on to be considered the Chapter 7 Trustee's Motion to Approve a Distribution to RIC (West Loop) LLC. After considering the Motion and the docket, no timely objection to the Trustee's Motion having been filed, the Court is of the opinion that the Trustee's Motion should be granted.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee's Motion to Approve a Distribution to RIC (West Loop) LLC is granted.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to pay the unpaid quarterly fees owing to the United States Trustee and distribute the entire remaining balance of the trust account to RIC (West Loop) LLC.

### # #

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone (830) 407-5115
Email: pat.lowe.law@gmail.com