# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
### 903 SAN JACINTO, SUITE 322
### AUSTIN, TX 78701

*Robert Joseph Lawson*
*CLERK OF COURT*

*(512) 916-5237*

DATE:    March 20, 2026

GRAVES, DOUGHERTY, HEARON & MOODY PC
c/o Brian Cumings
401 Congress Ave #2700
Austin TX 78701

# FILED

## MAR 2 5 2026

**U.S. BANKRUPTCY COURT**
**BY_____DEPUTY**

RE:   **Exhibits**

Bankruptcy Case No.:   **24-10119-smr**
Case Style:   1001 WL, LLC

Dear    Mr Cumings:

A final order was entered on 8/14/25 regarding the following contested matters:

### Doc. #849 Motion for continuance

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **3/30/26** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

received response- exhibit destroyed

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]