

**Kell C. Mercer, P.C.**
mercer-law-pc.com

901 S Mopac Expy Bldg 1 Ste 300
Austin, TX  78746
(512) 627-3512
kell.mercer@mercer-law-pc.com

April 20, 2025

Brian T. Cumings, Esq.
Graves Dougherty Hearon & Moody PC
401 Congress Ave Ste 2700
Austin, TX 78701

Kyle Hirsch, Esq.
Bryan Cave Leighton Paisner LLP
Dallas Arts Tower
2200 Ross Ave #4200W
Dallas, TX 75201

> **Re:     Insurance Proceeds; 1001 WL, LLC; Chapter 11, Case No. 24-10119-smr; In the United States Bankruptcy Court for the Western District of Texas, Austin Division**

Counsel:

As counsel for Ali Choudhri and Galleria Loop Note Holder, LLC ("GLNH") in connection with the above referenced bankruptcy case, I am responding on a preliminary basis to the issues raised in the Motion to Compel Turnover and for Order to Show Cause filed by TIG Romspen US Master Mortgage LP ("TIG Romspen") filed on April 18, 2025.

I have conducted a threshold investigation of these issues to facilitate a prompt resolution involving property of the bankruptcy estate of 1001 WL, LLC. I am informed as follows: (1) a $500,000 insurance payment was issued by joint check to 1001 WL, LLC, GLNH, and TIG Romspen; (2) the present location of the joint check is unknown, but it has not been endorsed, negotiated, or deposited by Ali Choudhri (or any affiliate or representative); and (3) the joint check is not in the possession, custody, or control of Ali Choudhri.

To expedite resolution, the issuer can be contacted and requested to stop payment, reissue, and deliver a new joint check to J. Patrick Lowe, Chapter

11 Trustee for 1001 WL, LLC (the "Trustee"). While the ultimate disposition of the funds payable through the joint check will need to be determined in accordance with applicable law and the parties' respective rights, that determination can be addressed separately from the immediate matter of securing the funds.

This communication is without prejudice or waiver to Choudhri's response to the Motion to Compel Turner and for Order to Show Cause, which will be responded to in due order.

I stand ready to communicate further regarding this matter.

Sincerely,

Kell C. Mercer

cc:  Clients