# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−10119−smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **1001 WL, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **5/19/26  at   09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 1080 Motion to Approve a Distribution to RIC (West Loop) LLC (21 Day Objection Language) filed by John Patrick Lowe for Trustee John Patrick Lowe ) Hearing Scheduled For 5/19/2026 at 09:30 AM at Austin Courtroom 1 (Lopez, Jennifer)

Dated:  4/16/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

United States Bankruptcy Court

Western District of Texas

In re:

1001 WL, LLC

    Debtor

Case No. 24-10119-smr

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 16, 2026 | Form ID: 132 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| aty | + | Mark Taylor, Kane Russell Coleman & Logan PC, 410 Congress Avenue, Suite 2100, Austin, TX 78701-3620 |
| aty | | Nicholas R Marcus, Bryan Cave Leighton Paisner LLP, 161 N Clark St #4300, Chicago, IL 60601-3315 |
| cr | + | BDFI, LLC, 2425 West Loop South, Suite 1100, Houston, TX 77027-4210 |
| intp | + | Balance Companies LLC, 5005 Hidalgo St. No. 304, Houston, TX 77056-6422 |
| cr | + | Boxer Property Management Corporation, c/o Reed W. Burritt, 7324 Southwest Freeway, Suite 1900, Houston, TX 77074 UNITED STATES 77074-2057 |
| intp | + | Kell C Mercer, 2500 Bee Cave Road, Building 2, Suite 15, Austin, TX 78746, UNITED STATES 78746-5869 |
| intp | + | PCR Brokerage Houston, LLC, 1360 Post Oak blvd #1900, Houston, TX 77056-3049 |
| cr | + | RIC (West Loop) LLC, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle Hirsch, 2200 Ross Ave., Suite 4200W, Dallas, TX 75201-2763 |
| cr | | TIG Romspen US Master Mortgage LP, 162 Cumberland Street, Suite 300, Toronto, ON MSR 3NS, CANADA |
| intp | + | The Steidley Law Firm, 3701 Kirby Drive, Ste. 1196, Houston, TX 77098-3916 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ssather@bn-lawyers.com | Apr 16 2026 22:40:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 16 2026 22:40:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 16 2026 22:40:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 16 2026 22:40:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |
| intp | + | Email/Text: JOHN@RJMOSLEY.COM | Apr 16 2026 22:40:00 | John Mosley, 3834 Spicewood Springs Road, STE 202, Austin, TX 78759-8978 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |
| cr | ##+ | Drew Dennett, 2450 Wickersham Lane, #202, Austin, TX 78741-4744 |

| District/off: 0542-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 132 | Total Noticed: 17 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody  P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com  ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL  LLC bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com  ctrickey@gdhm.com |
| Brigid K Ndege | on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com |
| Bruce J Duke | on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com  brucedukeesq@gmail.com |
| Clinton Wayne Alexander | on behalf of Interested Party Kell C Mercer calexander@bls-legal.com |
| Clinton Wayne Alexander | on behalf of Attorney Kell C Mercer calexander@bls-legal.com |
| Eric Terry | on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Genevieve M. Graham | on behalf of Plaintiff Xavier Educational Academy  LLC ggraham@graham-pllc.com |
| Genevieve M. Graham | on behalf of Interested Party Xavier Educational Academy  LLC ggraham@graham-pllc.com |

District/off: 0542-1                          User: admin                          Page 3 of 5

Date Rcvd: Apr 16, 2026                       Form ID: 132                         Total Noticed: 17

Gia Samavati

on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

Gia Samavati

on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

Gia Samavati

on behalf of Interested Party Galleria Loop Note Holder  LLC gia@samavatilawfirm.com

J. Eric Lockridge

on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com  eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope

on behalf of Interested Party Galleria Loop Note Holder  LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope

on behalf of Creditor BDFI  LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr

on behalf of Interested Party Xavier Educational Academy  LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman

on behalf of Attorney Bryan Cave Leighton Paisner  LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy

on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com  ajezisek@krcl.com;rboley@krcl.com

John Patrick Lowe

pat.lowe.law@gmail.com  plowe@ecf.axosfs.com

John Patrick Lowe

on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com  plowe@ecf.axosfs.com

Justin Hanna

on behalf of Creditor TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Defendant Galleria Loop Note Holder  LLC justin.hanna@bclplaw.com, carolyn.herrera@bclplaw.com

Justin Hanna

on behalf of Plaintiff TIG Romspen US Master Mortgage LP justin.hanna@bclplaw.com  carolyn.herrera@bclplaw.com

Justin Rayome

on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin Rayome

on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome

on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Kell C. Mercer

on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant BDFI  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Defendant Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Galleria Loop Note Holder  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Creditor BDFI  LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer

on behalf of Interested Party Jetall Capital  LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch

on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Plaintiff RIC (West Loop) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch

on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell

on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell

on behalf of Interested Party Travis Vargo  in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas

on behalf of Interested Party Dalio Holdings I  LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas

on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell

on behalf of Creditor BDFI  LLC mark@junellfirm.com

Mark Curtis Taylor

on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Attorney Mark Taylor mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor

on behalf of Plaintiff 1001 WL  LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery

on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com  admin@wilsonfriery.com

Patrick Clayton Joost

on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com  patrickjoost34@gmail.com

Paul Kirklin

on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin

on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Paul Kirklin

pkirklin@kirklinlaw.com

Reed W. Burritt

on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert John Mosley

on behalf of Interested Party John Mosley john@rjmosley.com

Robert Luke Graham

on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham

on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg

on behalf of Interested Party Smeberg Law Firm  PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin

on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov

Shea Neal Palavan

on behalf of Interested Party Galleria Loop Note Holder  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Plaintiff Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Interested Party Jetall Capital  LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan

on behalf of Interested Party Ali Choudhri service@houstonip.com  snpalavan@recap.email

Stephen Kirklin

on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather

on behalf of Interested Party Barron & Newburger  P.C. ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;bhadl
ey@bn-lawyers.com;svsather@outlook.com

Stephen W. Sather

on behalf of Defendant 1001 WL  LLC ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;bhadl
ey@bn-lawyers.com;svsather@outlook.com

Stephen W. Sather

on behalf of Plaintiff 1001 WL  LLC ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;bhadl
ey@bn-lawyers.com;svsather@outlook.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo

on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com  mpoynter@vargolawfirm.com

United States Trustee - AU12

ustpregion07.au.ecf@usdoj.gov

William Steven Bryant

on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com
jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant

on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com
jpelayo@lockelord.com;wlbank@troutman.com

William Steven Bryant

on behalf of Defendant TIG Romspen US Master Mortgage  LP steven.bryant@troutman.com,
jpelayo@lockelord.com;wlbank@troutman.com

TOTAL: 84