# EXHIBIT A

RP-2025-478391

## SUBSTITUTE TRUSTEE'S DEED

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Date:  December 2, 2025

Borrower:  Galleria Loop Note Holder LLC, a Texas limited liability company

Borrower's Address:  2500 West Loop South, Suite 255, Houston, Texas 77027 (as set forth in the Deed of Trust)

60 West Second Street, Freeport, New York 11520 (as set forth in the Harris County Tax Assessor-Collector's Records for Account No. 045-140-001-0010)

1001 W Loop S, Houston, Texas 77027 (as set forth in the Harris County Tax Assessor-Collector's Records for Account No. 045-140-001-0020)

Holder:  RIC (West Loop) LLC, by assignment from TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership

Holder's Address:  162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5

Substitute Trustees:  Jeff Leva, Sandy Dasigenis, Steve Leva, and each of them acting alone

Substitute Trustees' Address:  2200 Ross Avenue, Suite 4200 W, Dallas, Texas 75201

Deed of Trust:  Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing

Date:  September 4, 2019

Grantor:  Galleria Loop Note Holder LLC, a Texas limited liability company

| | |
|---|---|
| Lender: | TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership |
| Trustee: | Clifton M. Dugas, II |
| Recording: | Recorded on September 5, 2019, as Document Number RP-2019-392981 of the Official Public Records of Harris County, Texas. |
| Secures: | Promissory Note (as amended, modified, extended and/or restated from time to time, "Note"), dated May 31, 2019, in the original principal amount of $18,500,000.00, executed by Grantor, payable to the order of Lender and currently held by Lender. |
| Property: | All real property, improvements and personal property described as collateral in the Deed of Trust (defined above); the legal description of the real property is also, for the sake of convenience only, described in Exhibit A attached hereto and made a part hereof for all purposes; however, the description of the real property, improvements and personal property in the Deed of Trust will control to the extent of any conflict or any deficiency in such description contained in the Notice of Substitute Trustee's Sale filed and posted in connection with the Foreclosure Sale or this Substitute Trustee's Deed, it being the intent that the Foreclosure Sale cover all property, real, personal, tangible and intangible, which constitutes collateral under, and described in, the Deed of Trust. |

Foreclosure Sale:

| | |
|---|---|
| Date of Sale: | Tuesday, December 2, 2025 |
| Time of Sale: | 10:03 a.m. local time |
| Place of Sale: | Magnolia South Ballroom inside the Bayou City Event Center located at 9401 Knight Road, Houston, TX 77045 |
| Grantee: | RIC (West Loop) LLC, a Texas limited liability company, as assignee of TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership |
| Grantee's Mailing Address: | 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 |

RP-2025-478391

| | |
|---|---|
| <u>Purchase Price</u>: | $15,000,000.00 (which payment, in accordance with applicable law and the terms of the Deed of Trust, was made by crediting the Purchase Price against amounts due on or with respect to the indebtedness secured by the Deed of Trust, including the Note) |

Grantor conveyed to Trustee the Property for the purposes of securing and enforcing payment of, among other things, the Note.

Lender is the owner and holder of the Note, and Holder is the holder (by assignment from Lender) of all liens and security interests, assignments and encumbrances securing the Note, including, without limitation, those under the Deed of Trust.

Borrower defaulted under the terms of the Note and the Deed of Trust by failing to repay the entire outstanding balance upon maturity, and the same remains due and payable as of the date hereof.

Lender appointed Substitute Trustees, and each of them acting alone, under the circumstances and in the manner set forth in the Deed of Trust. Lender instructed Substitute Trustees, and each of them acting alone, as authorized by and provided in the Deed of Trust, to enforce the trust due to the occurrence of the foregoing events and sell the Property at the Foreclosure Sale. Lender then assigned its interests in and to the Deed of Trust to Holder.

As evidenced by executed affidavits held in Holder's file, at the request of Lender as beneficiary under the Deed of Trust, Substitute Trustees (i) filed, or caused to be filed, written notice ("Notice") of the earliest time, place and terms of the Foreclosure Sale with the county clerk of Harris County, Texas, and (ii) posted, or caused to be posted, the Notice at the location in Harris County, Texas designated for such notices by the County Commissioners of Harris County, Texas, the county in which the Property is situated. In addition, also as evidenced by executed affidavits held in Holder's file, counsel to Lender as beneficiary under the Deed of Trust served, or caused to be served, the Notice by certified mail, return receipt requested, on each debtor obligated to pay the Note according to the records of Lender and as required by law.

All prerequisites required by law, the Deed of Trust and/or other documents creating, evidencing, describing or securing the Note have been duly satisfied by Lender and/or Holder and by Substitute Trustees.

The Foreclosure Sale was held by the undersigned Substitute Trustee pursuant to the terms of the Deed of Trust and in accordance with the laws of the State of Texas on the Date of Sale, Time of Sale and at the Place of Sale. The Foreclosure Sale commenced at the Time of Sale and was concluded by 4:00 p.m. on the Date of Sale.

Grantee, being the highest bidder at the Foreclosure Sale, did purchase the Property for the Purchase Price.

The undersigned Substitute Trustee, in consideration of the foregoing and of the payment of the Purchase Price, by the authority conferred on the undersigned Substitute Trustee by the Deed of Trust, GRANTS, SELLS and CONVEYS to Grantee, its legal representatives, successors and assigns, the Property, together with, all and singular, the rights, privileges, and appurtenances

RP-2025-478391

3

thereto, subject, subordinate and inferior to any senior encumbrances and other exceptions to conveyance and warranty in the Deed of Trust (the "Permitted Exceptions").

TO HAVE AND TO HOLD the Property, together with the rights, privileges and appurtenances thereto, subject, subordinate and inferior to the Permitted Exceptions, to Grantee, its legal representatives, successors and assigns, forever. Substitute Trustee binds Borrower and Borrower's legal representatives, successors and assigns to warrant and defend the Property to Grantee, its legal representatives, successors and assigns forever, against the claims or claims of all persons claiming or to claim the same or any part thereof, except as to the Permitted Exceptions. Trustee has not made, and does not make, any representation, express or implied, with respect to the personal property and the personal property is sold to Buyer "as is, where is, and with all faults." There is no warranty relating to title, possession, quiet enjoyment, or the like in this disposition of personal property.

SANDY DASIGENIS, Substitute Trustee

4

STATE OF TEXAS                    §
                                 §
COUNTY OF HARRIS                 §

Before me, the undersigned authority, on the 2nd day of December, 2025, personally appeared SANDY DASIGENIS, Substitute Trustee, known to me to be the person whose name is subscribed to the foregoing instrument, and he/she acknowledged to me that she executed the same in the capacity therein stated.

[SEAL]

NICOLE DURRETT
Notary Public, State of Texas
Comm. Expires 09-08-2026
Notary ID 128847355

Notary Public in and for the State of Texas

NICOLE DURRETT
Printed Name

My Commission Expires:

_____09-08-2026_____

After recording return to:

Kyle Hirsch
c/o Bryan Cave Leighton Paisner LLP
2200 Ross Avenue, Suite 4200 W
Dallas, Texas 75201

RP-2025-478391

5

## EXHIBIT A

(Property Description)

BEING 3.889 ACRES OF LAND OUT OF THE WILLIAM WHITE SURVEY, ABSTRACT NO. 836, HOUSTON, HARRIS COUNTY, TEXAS AND BEING THE SAME PROPERTY CONVEYED TO HE 1001 WEST LOOP, LP BY SPECIAL WARRANTY DEED RECORDED UNDER HARRIS COUNTY CLERK'S FILE NO. 20070732480, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 5/8 INCH IRON ROD SET ON THE EAST RIGHT OF WAY LINE OF I. H. 610 WEST LOOP FOR THE NORTHWEST CORNER OF LOT 1, BLOCK 1, POST OAK PARK, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 134, PAGE 25 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS;

THENCE NORTH 02 DEGREES 26 MINUTES 59 SECONDS WEST, WITH THE EAST RIGHT OF WAY LINE I. H. 610 WEST LOOP, A DISTANCE OF 645.83 FEET TO A 5/8 INCH IRON ROD SET FOR THE CORNER AT THE SOUTHWEST WATERS EDGE OF BUFFALO BAYOU;

THENCE DOWNSTREAM ALONG THE SOUTHWEST WATERS EDGE OF BUFFALO BAYOU AS FOLLOWS:

SOUTH 68 DEGREES 17 MINUTES 34 SECONDS EAST, 138.43 FEET;

SOUTH 62 DEGREES 02 MINUTES 17 SECONDS EAST, 100.04 FEET;

SOUTH 58 DEGREES 53 MINUTES 53 SECONDS EAST, 100.36 FEET;

SOUTH 58 DEGREES 37 MINUTES 53 SECONDS EAST, 100.48 FEET;

SOUTH 59 DEGREES 55 MINUTES 24 SECONDS EAST, 100.22 FEET;

SOUTH 52 DEGREES 39 MINUTES 23 SECONDS EAST, A DISTANCE OF 20.56 FEET TO A POINT FOR CORNER ON THE NORTH LINE OF THAT CERTAIN 15,032 SQUARE FOOT TRACT OF LAND CONVEYED TO HARRIS COUNTY FLOOD CONTROL DISTRICT BY J. BROWN CUTBIRTH, JR., TRUSTEE, AS RECORDED IN VOLUME 6960, PAGE 72 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS;

THENCE, NORTH 87 DEGREES 33 MINUTES 01 SECONDS EAST, WITH THE NORTH LINE OF SAID 15,032 SQUARE FOOT TRACT, A DISTANCE OF 40.06 FEET TO A POINT FOR CORNER;

THENCE, SOUTH 53 DEGREES 15 MINUTES 01 SECONDS WEST, A DISTANCE OF 45.83 FEET TO A POINT ON THE NORTHEAST LINE OF SAID POST OAK PARK;

THENCE WITH THE NORTHWESTERLY BOUNDARY OF SAID POST OAK PARK AS FOLLOWS:

NORTH 69 DEGREES 15 MINUTES 45 SECONDS WEST, 22.74 FEET;

A-1

A-2

SOUTH 10 DEGREES 28 MINUTES 15 SECONDS WEST, 85.00 FEET;

SOUTH 83 DEGREES 23 MINUTES 15 SECONDS WEST, 34.60 FEET;

NORTH 32 DEGREES 38 MINUTES 45 SECONDS WEST, 87.00 FEET;

SOUTH 46 DEGREES 48 MINUTES 15 SECONDS WEST, 39.70 FEET;

SOUTH 01 DEGREES 01 MINUTES 15 SECONDS WEST, 48.40 FEET;

SOUTH 78 DEGREES 50 MINUTES 15 SECONDS WEST, 59.60 FEET;

SOUTH 02 DEGREES 57 MINUTES 45 SECONDS EAST, 96.40 FEET;

SOUTH 60 DEGREES 41 MINUTES 15 SECONDS WEST, 41.10 FEET;

SOUTH 11 DEGREES 19 MINUTES 15 SECONDS WEST, 68.00 FEET;

NORTH 72 DEGREES 24 MINUTES 45 SECONDS WEST, 145.40 FEET;

SOUTH 24 DEGREES 05 MINUTES 15 SECONDS WEST, 30.01 FEET;

SOUTH 42 DEGREES 57 MINUTES 45 SECONDS EAST, 68.90 FEET;

SOUTH 43 DEGREES 26 MINUTES 15 SECONDS WEST, 60.30 FEET;

SOUTH 89 DEGREES 37 MINUTES 15 SECONDS WEST, A DISTANCE OF 71.62 FEET TO THE PLACE OF BEGINNING AND CONTAINING 3.889 ACRES OF LAND, MORE OR LESS.

Harris County Tax Assessor Account Nos.:
045-140-001-0010
045-140-001-0020

Street Address:
1001 W Loop S., Houston, Texas 77027

A-2

RP-2025-478391

# Pages 8

12/04/2025 10:22 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees  $49.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS