RP-2025-478390
12/04/2025 ER $45.00

RP-2025-478390

## ASSIGNMENT OF DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

TIG ROMSPEN US MASTER MORTGAGE LP,
an exempted Cayman Islands limited partnership
(Assignor)

to

RIC (WEST LOOP) LLC,
a Texas limited liability company
(Assignee)

Effective as of December 2, 2025 ("**Effective Date**")

Property Location:
County of Harris
State of Texas

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
Bryan Cave Leighton Paisner LLP
3800 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Attn: Trevor A. Jenkins
Telephone: 816-374-3200

Recording Reference: RP-2019-392981

**ASSIGNMENT OF DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING**

Effective as of the Effective Date, TIG ROMSPEN US MASTER MORTGAGE LP, an exempted Cayman Islands limited partnership, having an address at 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 ("**Assignor**"), as the holder of the instrument hereinafter described and for valuable consideration hereby assigns, sells, transfers and delivers to RJC (WEST LOOP) LLC, a Texas limited liability company, having an address at 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 ("**Assignee**"), its successors, participants and assigns, without recourse, all right, title and interest of Assignor, in and to that certain:

DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING made by GALLERIA LOOP NOTE HOLDER LLC, a Texas limited liability company to Assignor dated as of September 4, 2019, and recorded on September 5, 2019, as Document Number RP-2019-392981 in the Recorder's Office of the Clerk and Recorder of Harris County, Texas (as the same may have been amended, modified, restated, supplemented, renewed or extended) and creating a lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This instrument shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

RP-2025-478390

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

TIG ROMSPEN US MASTER MORTGAGE LP,
an exempted Cayman Islands limited partnership
(Assignor)

to

RIC (WEST LOOP) LLC,
a Texas limited liability company
(Assignee)

Effective as of December 2, 2025 ("**Effective Date**")

Property Location:
County of Harris
State of Texas

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
Bryan Cave Leighton Paisner LLP
3800 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Attn: Trevor A. Jenkins
Telephone: 816-374-3200

Recording Reference: RP-2019-393175

RP-2025-478390

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed effective as of the Effective Date.

**ASSIGNOR:**

TIG ROMSPEN US MASTER MORTGAGE LP,
an exempted Cayman Islands limited partnership

By:  Romspen US Master Mortgage GP LLC
Its:  General Partner

By: Romspen US Mortgage GP Inc.
Its: General partner of its sole member

By:_____
Print Name: JOEL MICKELSON
Title: Authorized Signing Officer

## ACKNOWLEDGMENT

PROVINCE
~~STATE~~ OF __ONTARIO__ )
                                    ) SS.
COUNTY OF __N/A__ )

On this __26TH__ day of __NOVEMBER__ in the year 2025, before me, __VINCENT BERRY__, a Notary Public in and for said state, personally appeared __JOEL MICKELSON__, the Authorized Signing Officer of Romspen US Mortgage GP Inc. the General partner of its sole member of Romspen US Master Mortgage GP LLC the General Partner of TIG ROMSPEN US MASTER MORTGAGE LP, an exempted Cayman Islands limited partnership, known to me to be the person who executed the within instrument on behalf of said limited liability company and acknowledged to me that he/she executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal at my office in __TORONTO__ , __ON__ , the day and year last above written.

_____
Vincent Berry
Notary Public in and for
said County and State

RP-2025-478390

# EXHIBIT A
## LEGAL DESCRIPTION

Being 3.889 acres of land out of the William White Survey, Abstract No. 836, Houston, Harris County, Texas and being the same property conveyed to HE 1001 West Loop, LP by Special Warranty Deed recorded under Harris County Clerk's File No. 20070732480, and being more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod set on the East right of way line of I.H. 610 West Loop for the Northwest corner of Lot 1, Block 1, Post Oak Park, according to the Plat thereof recorded in Volume 134, Page 25 of the Map Records of Harris County, Texas;

THENCE North 02 degrees 26 minutes 59 seconds West, with the East right of way line I.H. 610 West Loop, a distance of 645.83 feet to a 5/8 inch iron rod set for the corner at the Southwest waters edge of Buffalo Bayou;

THENCE downstream along the Southwest water edge of Buffalo Bayou as follows:

South 69 degrees 17' 34" East, 138.43 feet;

South 62 degrees 02' 17" East, 100.04 feet;

South 58 degrees 53' 53" East, 100.36 feet;

South 58 degrees 37' 53" East, 100.48 feet;

South 59 degrees 55' 24" East, 100.22 feet;

South 52 degrees 39' 23" East, a distance of 20.56 feet to a point for corner of the North line of that certain 15.032 Square foot tract of land conveyed to Harris County Flood Control District by J. Brown Cutbirth, Jr., Trustee, as recorded in Volume 6960, Page 72 of the Deed Records of Harris County, Texas;

THENCE North 87 degrees 33' 01" East, with the North line of said 15.032 square foot tract, a distance of 40.06 feet to a point for corner;

THENCE South 53 degrees 15' 01" West, a distance of 45.83 feet to a point on the Northeast line of said Post Oak Park;

THENCE with the Northwesterly boundary of said Post Oak Park as follows:

North 69 degrees 15' 45" West, 22.74 feet;

South 10 degrees 28' 15" West, 85.00 feet;

South 83 degrees 23' 15" West, 34.60 feet;

North 32 degrees 38' 45" West, 87.00 feet;

South 46 degrees 48' 15" West, 39.70 feet;

South 01 degrees 01' 15" West, 48.40 feet;

South 78 degrees 50' 15" West, 59.60 feet;

South 02 degrees 57' 45" East, 96.40 feet;

South 60 degrees 41' 15" West, 41.10 feet;

South 11 degrees 19' 15" West, 68.00 feet;

North 72 degrees 24' 45" West, 145.40 feet;

South 24 degrees 05' 15" West, 30.01 feet;

South 42 degrees 57' 45" East, 68.90 feet;

South 43 degrees 26' 15" West, 60.30 feet;

South 89 degrees 37' 15" West, a distance of 71.62 feet to the PLACE OF BEGINNING and containing 3.889 acres of land, more or less.

RP-2025-478390

# Pages 7

12/04/2025 10:22 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees  $45.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

**COUNTY CLERK**
**HARRIS COUNTY, TEXAS**