

Notice of Undeliverable Mail to Debtor

May 21, 2026

From: United States Bankruptcy Court, Western District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: 1001 WL, LLC, Case Number 24-10119, smr

**FILED**

**JUN 01 2026**

**U.S. BANKRUPTCY COURT**
BY_____DEPUTY

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**U.S. BANKRUPTCY COURT**
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701**

---

Undeliverable Address:
Holland & Knight LLP
c/o Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX 78701

Role type/cr id: aty
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

_____

_____

1

64004003859029



Undeliverable Address:
Drew Dennett
2450 Wickersham Lane, #202
Austin, TX 78741

Role type/cr id: cr
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 18024, AUSTIN TX 78760-8024
FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

P.O. Box 18024
Austin, Tx 78760 - 8024

_Drew Dennett_                                                5-24-26

Signature of Debtor or Debtor's Attorney                     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

003856        64004003859029