**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**GARY W. WRIGHT**
**ASSISTANT UNITED STATES TRUSTEE**
**JESSICA L. HANZLIK**
**TRIAL ATTORNEY**
**615 E. Houston St., Ste. 533**
**San Antonio, TX 78205**
**Telephone: (210) 472-4665**
**E-mail: Jessica.L.Hanzlik @usdoj.gov**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO.   24-10119-SMR** |
| **1001 WL, LLC** | § | |
| | § | |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR.** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ORDER TO APPEAR AND SHOW CAUSE,** was served upon Justin Rayome at Universal Law Group, PLLC 10350 Richmond Ave, Suite 450, Houston, TX 77042, 5882 Sugar Hill Dr., Houston, TX 77057 and 1001 West Loop South, Suite 700, Houston, TX 77027 by FedEx and United States Mail, first class, postage prepaid, on August 13, 2026.

By: /s/*Jessica L. Hanzlik*
Jessica L. Hanzlik
Trial Attorney
Texas State Bar No.: 24055661
615 E. Houston St., Ste. 533
San Antonio, TX   78205
Telephone: (210) 472-4665
E-mail: Jessica.L.Hanzlik@usdoj.gov