**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 11, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10119-SMR** |
| | § | |
| **1001 WL, LLC,** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

**ORDER TO APPEAR AND SHOW CAUSE**

On August 22, 2025, the Court entered its Order Issuing Sanctions on Justin Rayome at ECF No. 916 (the "Order") against attorney Justin Rayome ("Rayome") after finding that Rayome filed a Transcript Request and signed on behalf of his client, Ali Choudhri ("Choudhri") without Choudhri's authority, in violation of Federal Rule of Bankruptcy Procedure 9011(c).

The Order required that Rayome pay a $1,000.00 sanction within fifteen (15) days after the entry of the Order. The Order further required that Rayome complete and file proof of completion

of three (3) hours of a Texas Continuing Legal Education ("CLE") ethics course within ninety (90) days after the entry of the Order.

Also on August 22, 2025, the Court entered an Order Issuing Sanctions on Paul Kirklin and Justin Rayome at ECF No. 917 (the "Kirklin Order") against Rayome and attorney Paul Kirklin ("Kirklin") after finding that Rayome and Kirklin failed to comply with the Court's Administrative Policies and Procedures for Electronic Filing (the "E-Filing Procedures") and finding that Rayome and Kirklin violated Federal Rule of Bankruptcy Procedure 9011(c).

The Kirklin Order required that Kirklin and Rayome each independently pay a $500.00 sanction within fifteen (15) days after the entry of the Kirklin Order. The Kirklin Order further required that Kirklin and Rayome each independently re-take the Court's CM/ECF electronic filing training and file proof of completion within thirty (30) days of the entry of the Kirklin Order, and that Kirklin and Rayome each independently take and file proof of completion of one (1) hour of a Texas CLE ethics course within ninety (90) days of the entry of the Kirklin Order.

On September 18, 2025, Rayome filed a *Motion to Suspend Deadlines for Show Cause Orders Concerning ECF's 820 and 821* at ECF No. 957 (the "Motion"). In the Motion, Rayome stated that he had recently been hospitalized and requested that the Court suspend the pending deadlines imposed by the Order at ECF No. 916 and the Kirklin Order at ECF No. 917 (collectively, the "Sanctions Orders") until Rayome's release and full recovery. Rayome represented in the Motion that he had "fully complied with payment of all fines imposed by the Court." ECF No. 957, pg. 1.

On September 22, 2025, the Court entered its Order Granting in Part Justin Rayome's Motion to Suspend Deadlines at ECF No. 963 (the "Deadline Suspension Order"), which extended the CM/ECF training deadline imposed on Rayome in the Court's Kirklin Order by sixty (60) days

from the filing of the Motion. The Court did not extend the Texas CLE ethics course deadlines imposed by the Sanctions Orders because the Court found that Rayome had sufficient time to comply with the original deadlines.

Despite notice of the original and extended deadlines, it appears that Rayome has failed to file proof of completion of any Texas CLE ethics courses or the CM/ECF training with the Court.

Based on the foregoing, the Court finds that a show cause hearing should be held to determine whether the Court should impose further sanctions on Rayome because of: (1) his failure to file proof of completion of the required Texas CLE ethics courses, and (2) his failure to complete the required CM/ECF training, related to the Sanctions Orders. Accordingly,

**IT IS THEREFORE ORDERED** that attorney Justin Rayome shall appear at a hearing (the "Show Cause Hearing") on **September 29, 2026 at 9:30 a.m. live in Austin Courtroom 1**, located at 903 San Jacinto Blvd., Austin, TX 78701. At the Show Cause Hearing, the Court will hear evidence and determine whether Justin Rayome has complied with the Sanctions Orders.

**IT IS FURTHER ORDERED** that Justin Rayome shall appear at the Show Cause Hearing and submit evidence and show cause as to why:

1. He should not be suspended from filing, appearing, and/or practicing before the U.S. Bankruptcy Court for the Western District of Texas;

2. He should not face disgorgement of all or a portion of the legal fees paid to him by Ali Choudhri;

3. The Court should not impose additional monetary sanctions for his noncompliance with the Sanctions Orders;

4. He should not be referred to the United States District Court for the Western District of Texas or the District Disciplinary Committee for appropriate review, investigation, and

recommendation for further disciplinary proceedings pursuant to Rule AT-7 of the Local Rules of the Western District of Texas;

5. He should not be referred to the State Bar of Texas; and/or

6. He should not be subject to any other relief as the Court deems reasonable and appropriate under the circumstances including, but not limited to, completing additional legal education training.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee and United States Trustee shall have standing to appear and be heard and present evidence on this show cause Order.

**IT IS FURTHER ORDERED** that the Court reserves the right to issue reasonable and appropriate sanctions should attorney Justin Rayome fail to appear at the Show Cause Hearing including, but not limited, an order directing the United States Marshals Service to take Justin Rayome into custody and bring him before the Court.

**IT IS FURTHER ORDERED** that the United States Trustee is hereby directed to provide this Order to Justin Rayome at his last known mailing address as set forth on the State Bar of Texas directory, and file a certificate of service reflecting the same on the docket.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Order.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10119-smr |
| 1001 WL, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 12, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1001 WL, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | + | David Neal Stern, Barron & Newburger, P.C., 7320 N. MoPac Expressway, Suite 400, Austin, TX 78731-2347 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Beau Butler | on behalf of Interested Party Xavier Educational Academy LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Defendant 1001 WL LLC bcumings@gdhm.com, ctrickey@gdhm.com |

Brian Talbot Cumings
on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Defendant PCR Property Services LLC bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Interested Party John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brian Talbot Cumings
on behalf of Intervenor John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com

Brigid K Ndege
on behalf of Creditor TIG Romspen US Master Mortgage LP brigid.ndege@bclplaw.com deborah.field@bclplaw.com,brigid-ndege-4743@ecf.pacerpro.com

Bruce J Duke
on behalf of Interested Party Ali Choudhri bruce@bdukelawfirm.com brucedukeesq@gmail.com

Clinton Wayne Alexander
on behalf of Attorney Kell C Mercer calexander@bls-legal.com

Clinton Wayne Alexander
on behalf of Interested Party Kell C Mercer calexander@bls-legal.com

Eric Terry
on behalf of Creditor WCW Houston Properties eric@ericterrylaw.com

Gary W. Wright
on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Genevieve M. Graham
on behalf of Plaintiff Xavier Educational Academy LLC ggraham@graham-pllc.com

Genevieve M. Graham
on behalf of Interested Party Xavier Educational Academy LLC ggraham@graham-pllc.com

Gia Samavati
on behalf of Plaintiff Galleria Loop Note Holder LLC gia@samavatilawfirm.com

Gia Samavati
on behalf of Interested Party Ali Choudhri gia@samavatilawfirm.com

Gia Samavati
on behalf of Interested Party Galleria Loop Note Holder LLC gia@samavatilawfirm.com

J. Eric Lockridge
on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com eric-lockridge-9072@ecf.pacerpro.com

James Q. Pope
on behalf of Interested Party Galleria Loop Note Holder LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope
on behalf of Creditor BDFI LLC ecf@thepopelawfirm.com, jpope@jubileebk.net

Javier Gonzalez, Jr
on behalf of Interested Party Xavier Educational Academy LLC jgonzalez@jw.com, dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Jeremy M Reichman
on behalf of Attorney Bryan Cave Leighton Paisner LLP jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy
on behalf of U.S. Trustee United States Trustee - AU12 croy@krcl.com ajezisek@krcl.com;rboley@krcl.com

John Patrick Lowe
pat.lowe.law@gmail.com plowe@ecf.axosfs.com

John Patrick Lowe
on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Justin Rayome
on behalf of Plaintiff Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
on behalf of Counter Defendant Jetall Capital LLC justin.rayome.law@gmail.com

Justin Rayome
on behalf of Interested Party Ali Choudhri justin.rayome.law@gmail.com

Justin Rayome
on behalf of Attorney Justin Rayome justin.rayome.law@gmail.com

Justin D. Hanna
on behalf of Defendant Galleria Loop Note Holder LLC jhanna@condontobin.com, carolyn.herrera@bclplaw.com

Justin D. Hanna
on behalf of Plaintiff TIG Romspen US Master Mortgage LP jhanna@condontobin.com carolyn.herrera@bclplaw.com

Justin D. Hanna
on behalf of Creditor TIG Romspen US Master Mortgage LP jhanna@condontobin.com carolyn.herrera@bclplaw.com

Kell C. Mercer
on behalf of Intervenor Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Defendant Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Defendant Dward DarJean kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Interested Party Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Interested Party Galleria Loop Note Holder LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Plaintiff Jetall Capital LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Defendant BDFI LLC kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Interested Party Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Defendant Ali Choudhri kell.mercer@mercer-law-pc.com

Kell C. Mercer
on behalf of Creditor BDFI LLC kell.mercer@mercer-law-pc.com

Kyle Hirsch
on behalf of Plaintiff RIC (West Loop) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Creditor RIC (West Loop) LLC kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Creditor TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Kyle Hirsch
on behalf of Plaintiff TIG Romspen US Master Mortgage LP kyle.hirsch@bclplaw.com
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Leslie M. Luttrell
on behalf of Interested Party Travis B Vargo luttrell@lclawgroup.net
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Leslie M. Luttrell
on behalf of Interested Party Travis Vargo in his capacity as Court-Appointed Receiver luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Lyndel A. Vargas
on behalf of Interested Party Dalio Holdings I LLC LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas
on behalf of Interested Party Ali Choudhri LVargas@chfirm.com
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Mark Junell
on behalf of Creditor BDFI LLC mark@junellfirm.com

Mark Curtis Taylor
on behalf of Attorney Holland & Knight LLP mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
on behalf of Plaintiff 1001 WL LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor
on behalf of Attorney Mark Taylor mtaylor@krcl.com ajezisek@krcl.com,tgreenblum@krcl.com

Michelle V. Friery
on behalf of Creditor Sonder USA Inc. michelle@wilsonfriery.com admin@wilsonfriery.com

Patrick Clayton Joost
on behalf of Interested Party ServiceLink Patrick.Joost@fnf.com patrickjoost34@gmail.com

Paul Kirklin
on behalf of Interested Party Kirklin Properties LLC pkirklin@kirklinlaw.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin
on behalf of Interested Party Ali Choudhri pkirklin@kirklinlaw.com

Reed W. Burritt
on behalf of Creditor Boxer Property Management Corporation Reed.Burritt@BoxerProperty.com

Robert John Mosley
on behalf of Interested Party John Mosley john@rjmosley.com

Robert Luke Graham
on behalf of Creditor RIC (West Loop) LLC luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Robert Luke Graham
on behalf of Creditor TIG Romspen US Master Mortgage LP luke.graham@bclplaw.com
carolyn.herrera@bclplaw.com;luke-graham-3636@ecf.pacerpro.com

Ronald J Smeberg
on behalf of Interested Party Smeberg Law Firm PLLC ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Shane P. Tobin
on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov
gary.wright3@usdoj.gov;Christy.S.Simmons@usdoj.gov;Jessica.L.Hanzlik@usdoj.gov

Shea Neal Palavan
on behalf of Interested Party Galleria Loop Note Holder LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
on behalf of Interested Party Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
on behalf of Plaintiff Jetall Capital LLC service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan
on behalf of Interested Party Ali Choudhri service@houstonip.com snpalavan@recap.email

Stephen Kirklin
on behalf of Attorney Paul Kirklin skirklin312@gmail.com

Stephen W. Sather
on behalf of Plaintiff 1001 WL LLC ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;stephaniesather@bn-lawyers.com

Stephen W. Sather
on behalf of Defendant 1001 WL LLC ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;stephaniesather@bn-lawyers.com

Stephen W. Sather
on behalf of Interested Party Barron & Newburger P.C. ssather@bn-lawyers.com,
plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;stephaniesather@bn-lawyers.com

Tara L. Grundemeier
on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Travis Brian Vargo
on behalf of Interested Party Travis B Vargo tvargo@vargolawfirm.com mpoynter@vargolawfirm.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

William Steven Bryant
on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com

| | |
|---|---|
| | jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Creditor TIG Romspen US Master Mortgage LP steven.bryant@troutman.com jpelayo@lockelord.com;wlbank@troutman.com |
| William Steven Bryant | on behalf of Defendant TIG Romspen US Master Mortgage LP steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com |

TOTAL: 84