**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO SELL PROPERTY OF THE ESTATE**

CAME ON FOR CONSIDERATION the *Motion to Sell Property of the Estate* [Dkt. No. ____] (the "Motion")[1] in which the Trustee seeks approval for a sale of the Residual Assets. The Court finds that the proposed sale is for a reasonable price, is fair, equitable, and in the best interest of the creditors of the Estate. The Court, being of the opinion that the Motion is well taken, will hereby GRANT the same as set out below.

**IT IS, THEREFORE, ORDERED,** that, within fifteen days of the date of this order, RIC (West Loop) LLC ("RIC") shall pay the Trustee the sum of $25,000.00 (the "Purchase Price").

**IT IS, FURTHERMORE, ORDERED,** that upon receipt of the Purchase Price, Trustee is authorized and directed to transfer the Residual Assets to RIC or its assigns, and to execute such

1 Capitalized terms not defined herein have the meaning given them in the Motion.

documents as may be reasonably requested by RIC as evidence of such transfer.

**IT IS, FURTHERMORE, ORDERED,** that the transfer of the Residual Assets to RIC under this Order shall be as-is, where-is, with no warranties of any kind.

**IT IS, FURTHERMORE, ORDERED,** that the transfer of the Residual Assets to RIC under this Order shall be free and clear of all liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(f).

**IT IS, FURTHERMORE, ORDERED,** that the Court retains jurisdiction to interpret and enforce the terms of this Order.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com