AO 435 (Rev. 10/23) - PRE-FILLED WORKING COPY

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Vivienne Andrade | 713-874-4801 | 09/12/2026 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| legal@jetallcapital.com | Houston | TX | 77027 |

| 8. CASE NUMBER | 9. JUDGE | 10. FROM | 11. TO |
|---|---|---|---|
| 24-10119-SMR | Christopher G. Bradley | 10/09/2025 | 10/09/2025 |

| 12. CASE NAME | 13. CITY | 14. STATE |
|---|---|---|
| In re 1001 WL, LLC | Austin | Texas |

**15. ORDER FOR**

☐ APPEAL ☒ NON-APPEAL ☐ CRIMINAL ☐ CIVIL ☐ CRIMINAL JUSTICE ACT

☒ BANKRUPTCY ☐ IN FORMA PAUPERIS ☐ OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) requested.)

☒ OTHER - COMPLETE HEARING

Complete transcript of the October 9, 2025 hearing at approximately 9:30 a.m. on the Motions to Show Authority, including ECF Nos. 837, 838, 839, 840, and 970, and all portions heard jointly/consolidated with In re Texas REIT, LLC, Case No. 24-10120-SMR. Include the Court's rulings/findings and all testimony/argument presented during the consolidated hearing.

**17. ORDER / TURNAROUND**

☐ 30-Day ☐ 14-Day ☐ 7-Day ☒ 3-Day ☐ Next-Day ☐ 2-Hour

Original transcript requested: 1. Fastest available expedited service requested; please advise immediately if faster delivery is available.

**CERTIFICATION**

By signing below, I certify that I will pay all charges (deposit plus additional).

Vivienne Andrade

18. SIGNATURE / TYPED NAME

09/12/2026

19. DATE

Request submitted to Access Transcripts

Court: U.S. Bankruptcy Court
903 San Jacinto Ste 322
Austin, TX 78701
512-916-5237

*Working copy prepared from AO 435 fields. Verify court-specific submission instructions before filing.*