**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-10119-SMR** |
| **1001 WL, LLC,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**NOTICE OF COMPLIANCE WITH THE ETHICS CLE REQUIREMENTS OF THE SANCTIONS ORDERS AND RESPONSE TO ORDER TO APPEAR AND SHOW CAUSE [ECF NO. 1095]**

**TO THE HONORABLE SHAD M. ROBINSON,**
**UNITED STATES BANKRUPTCY JUDGE:**

Justin Rayome ("Rayome"), individually, files this Notice of Compliance with the Ethics CLE Requirements of the Sanctions Orders and Response to the Court's Order to Appear and Show Cause entered August 11, 2026, and docketed August 12, 2026, at ECF No. 1095 (the "Show Cause Order"), and respectfully shows the Honorable Court as follows:

## I.
## BACKGROUND

1. On August 22, 2025, the Court entered its Order Issuing Sanctions at ECF No. 916 (the "Order"), which required Rayome to (i) pay a $1,000.00 sanction within fifteen (15) days of entry, and (ii) complete, and file proof of completion of, three (3) hours of a Texas Continuing Legal Education ("CLE") ethics course within ninety (90) days of entry.

2. Also on August 22, 2025, the Court entered its Order Issuing Sanctions at ECF No. 917 (the "Kirklin Order," and together with the Order, the "Sanctions Orders"), which required Rayome to, among other things, (i) pay a $500.00 sanction within

fifteen (15) days of entry, and (ii) complete, and file proof of completion of, one (1) additional hour of a Texas CLE ethics course within ninety (90) days of entry.

3. Rayome has paid the monetary sanctions imposed by the Sanctions Orders—$1,500.00 in the aggregate—in full. The matter addressed by this Notice is the remaining requirement that Rayome complete, and file proof of completion of, four (4) total hours of Texas CLE ethics coursework.

## II.
## CIRCUMSTANCES BEARING ON THE TIMING OF COMPLIANCE

4. Shortly after entry of the Sanctions Orders, Rayome was hospitalized, as reflected in his Motion to Suspend Deadlines for Show Cause Orders Concerning ECF's 820 and 821 filed September 18, 2025, at ECF No. 957, which the Court granted in part by its Order at ECF No. 963. Upon his release from hospitalization, Rayome completed in-patient treatment followed by a structured, extended aftercare program.

5. Rayome did not resume a normal work schedule following his release. Although he did not cease working entirely, he was not compensated for the work he performed during that period and received unemployment benefits for a portion of it. Rayome did not resume full-time, compensated employment until April 2026.

6. Rayome incurred substantial debt to cover the costs of in-patient treatment and the associated aftercare regimen. Since resuming full-time employment, the majority of Rayome's income has been devoted to satisfying those obligations and to ordinary living expenses. Only recently was Rayome able to allocate a portion of his income to purchase the coursework necessary to satisfy the ethics CLE requirements imposed by the Sanctions Orders.

7. Separately, in connection with a show cause order entered by the Honorable Michael M. Parker of the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in a bankruptcy proceeding pending before that court, Rayome's CM/ECF filing credentials for the Western District of Texas were suspended for a period of time. Those credentials were ordered reinstated, without restriction, in March 2026; however, due to a clerical error, the reinstatement was not effectuated until July 2026. Until that time, Rayome was unable to file individually in this District, including any notice or proof of completion in this case. The record of those proceedings before Judge Parker is available to the Court for verification.

## III.
## SATISFACTION OF THE ETHICS CLE REQUIREMENTS

8. Rayome has now purchased, enrolled in, and completed Texas CLE ethics coursework exceeding the four (4) hours required by the Sanctions Orders, as reflected in the TexasBarCLE receipts attached hereto:

a. **Exhibit A** — TexasBarCLE receipt for "CLE Fifteen: Estate Planning & Probate 2025 (Top Rated Topics)" (TexasBarCLE Online Class), accredited for 15.75 hours of MCLE credit, including 3.5 hours of ethics; and

b. **Exhibit B** — TexasBarCLE receipt for "Just Ask: How We Must Stop Minding Our Own Business in the Legal World (Suicide & Depression Prevention Essentials)" (TexasBarCLE Online Class), accredited for 1 hour of MCLE credit, consisting of 1 hour of ethics.

9. Together, the coursework reflected in Exhibits A and B comprises 4.5 hours of Texas CLE ethics credit—exceeding the four (4) hours required under the Sanctions

Orders. Rayome will promptly file the certificates of completion issued by TexasBarCLE, together with his State Bar of Texas MCLE record reflecting the claimed credit, and will present the same to the Court at the Show Cause Hearing.

## IV.
## REQUEST

10. Rayome respectfully submits that the foregoing, together with Exhibits A and B, demonstrates satisfaction of the ethics CLE requirements imposed by the Sanctions Orders, and that—the monetary sanctions having been paid in full and the ethics CLE coursework now complete—no further sanctions are warranted on account of the ethics CLE matters identified in the Show Cause Order.

11. Rayome will appear at the Show Cause Hearing on September 29, 2026, at 9:30 a.m. in Austin Courtroom 1, as ordered, and stands ready to provide any further evidence or information the Court may require.

**WHEREFORE, PREMISES CONSIDERED**, Rayome respectfully requests that the Court:

a. accept this Notice and Exhibits A and B as evidence of Rayome's satisfaction of the ethics CLE requirements imposed by the Sanctions Orders;

b. decline to impose further sanctions on account of the ethics CLE matters identified in the Show Cause Order; and

c. grant Rayome such other and further relief, at law or in equity, to which he may show himself justly entitled.

Respectfully submitted,

*/s/ Justin Rayome*
Justin Rayome
State Bar No. 24130709
5882 Sugar Hill Dr.
Houston, Texas 77057
Phone: (214) 934-9345
Email: rayome.law@gmail.com
*Individually*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2026, a true and correct copy of the foregoing Notice, together with Exhibits A and B thereto, was served via the Court's CM/ECF electronic filing system upon all parties and counsel of record entitled to receive electronic notice in this case, including the Office of the United States Trustee and the Chapter 7 Trustee.

*/s/ Justin Rayome*
Justin Rayome