From: administrator@email.texasbarcle.com

To: jrayome@ulg.law

Date: 9/25/2026 3:50:32 PM

Subject: TexasBarCLE Receipt - Online Sale

---

TexasBarCLE
Education by the Bar, for the Bar

9/24/2026

Thank you for choosing TexasBarCLE!

Here is your receipt and confirmation of your order.

Sale To: **Justin Rayome**
5882 Sugar Hill Dr
Houston, TX 77057-2004

1. CLE Fifteen: Estate Planning & Probate 2025 (Top Rated Topics) -*online class*
   *TexasBarCLE Online Class*
   MCLE Credit: 15.75 hrs (includes 3.5 hrs ethics)
   Accreditation expires 11/30/2026
   Access online class

Product Total: $475.00

---

Order #:AD1P1CC94721

Credit Card of: Justin Rayome

**Order Total: $475.00**

**PAID IN FULL**

Thank you for your order!

*TexasBarCLE Customer Service*

*Please do not reply to this email, as we are unable to respond from this address. If you need assistance, please contact us here: Contact Us.*

To explore other CLE options, visit www.TexasBarCLE.com.

---

**Online Class Instructions**

Links to your online classes appear on the home page at www.TexasBarCLE.com under the heading 'My Online Classes/mp3s' when you are logged in.

You may also use the 'My Purchases' link at the top navigation menu to return to your online class at any time. You do not have to take an online class all at one time. You may stop at any time and return to where you left off by using the scroll bar on the player. Note: Accreditation expires on the date shown for the course.

Once you have claimed credit for your class, the link to it will disappear from the home page; but you can still

access it by clicking the 'My Purchases' link at top of the navigation menu.

For further instructions regarding online classes, please read our help page at Frequently Asked Questions

**Copyright Notice**

Any unauthorized downloading and distribution of copyrighted material or software from this site, or from other sites to which it links, without the copyright owner's permission, is strictly prohibited. The compilation of all content on this site is the exclusive property of the State Bar of Texas and protected by U.S. and international copyright laws.