**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 29, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10119-SMR** |
| | § | |
| **1001 WL LLC,** | § | |
| | § | |
| **DEBTOR.** | § | |
| | § | **CHAPTER 7** |
| | § | |

**ORDER ON SHOW CAUSE SETTING OCTOBER 6, 2026 DEADLINE**

On February 6, 2024, the above-referenced *pro se* Debtor (the "Debtor") filed a voluntary petition (the "Petition" at ECF No. 1) under chapter 11. On January 23, 2026, the case was converted to a chapter 7 case.

On August 12, 2026, the Court entered an Order to Show Cause (the "Order to Show Cause" at ECF No. 1095).

On September 29, 2026, the Court held a show cause hearing to determine why Justin Rayome failed to complete the required ECF training, CLE requirements, and failed to file documentation proving compliance with such requirements.

Based on the testimony of Justin Rayome and for the reasons set forth on the record, the Court sets a show cause compliance deadline of **October 6, 2026,** for Justin Rayome to complete the ECF training, complete the CLE requirements, and file the appropriate documentation showing actual completion of the ECF Training and actual completion of the CLE courses. Accordingly,

**IT IS THEREFORE ORDERED** that Justin Rayome shall complete the ECF training, complete the CLE requirements, and file the appropriate documentation showing actual completion of the ECF Training and actual completion of the CLE courses on or before **October 6, 2026**.

**IT IS FURTHER ORDERED** that if Justin Rayome fails to complete the ECF training, complete the CLE requirements, and file the appropriate documentation showing actual completion of the ECF Training and actual completion of the CLE courses on or before **October 6, 2026**, then a contempt hearing will be set by the Court and further sanctions will be imposed per the Court's Order to Show Cause at ECF 1095.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Show Cause Order.

# # #