**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-10119-SMR** |
| **1001 WL, LLC,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**SUPPLEMENTAL NOTICE OF COMPLIANCE WITH THE SANCTIONS ORDERS [ECF NOS. 916 AND 917] AND THE COURT'S ORDER OF SEPTEMBER 29, 2026 [ECF NO. 1102], AND SUPPLEMENTAL RESPONSE TO ORDER TO APPEAR AND SHOW CAUSE [ECF NO. 1095]**

**TO THE HONORABLE SHAD M. ROBINSON,**
**UNITED STATES BANKRUPTCY JUDGE:**

Justin Rayome ("Rayome"), individually, files this Supplemental Notice of Compliance (the "Supplemental Notice") in further response to the Court's Order to Appear and Show Cause entered at ECF No. 1095 (the "Show Cause Order"), and in compliance with the Court's order entered following the September 29, 2026 show cause hearing at ECF No. 1102 (the "September 29 Order"). This Supplemental Notice supplements the Notice of Compliance filed September 25, 2026, at ECF No. 1101 (the "Initial Notice"), and respectfully shows the Honorable Court as follows:

## I. BACKGROUND

1. On August 22, 2025, the Court entered its Order Issuing Sanctions at ECF No. 916 (the "Order") and its Order Issuing Sanctions at ECF No. 917 (the "Kirklin Order," and together with the Order, the "Sanctions Orders"). In the aggregate, the Sanctions Orders required Rayome to (i) pay monetary sanctions totaling $1,500.00; (ii) complete, and file proof of completion of, four (4) hours of Texas Continuing Legal Education ("CLE") ethics coursework; and (iii) under the Kirklin

Order, complete the CM/ECF attorney training administered by the Clerk of this Court. The deadline for the CM/ECF training was extended by the Court's Order at ECF No. 963.

2. The monetary sanctions have been paid in full. On September 25, 2026, Rayome filed the Initial Notice, which addressed the ethics CLE requirement and attached TexasBarCLE receipts reflecting his purchase of and enrollment in 4.5 hours of accredited Texas ethics coursework.

3. Rayome appeared in person at the show cause hearing on September 29, 2026 (the "Show Cause Hearing"). At the Show Cause Hearing, the Court directed Rayome to (i) complete the CM/ECF attorney training required by the Kirklin Order and file proof of completion; and (ii) file further documentary proof that the ethics CLE coursework described in the Initial Notice had in fact been completed, specifically including his official MCLE transcript from the State Bar of Texas. Those directives were memorialized in the September 29 Order.

4. Rayome acknowledges that the CM/ECF training requirement of the Kirklin Order should have been completed within the time set by that order, as extended by ECF No. 963, and that the Initial Notice did not address it. Rayome regrets that oversight. As set forth below, both requirements identified by the Court at the Show Cause Hearing have now been satisfied, and proof of satisfaction is attached.

## II.
## COMPLETION OF THE CM/ECF ATTORNEY TRAINING REQUIREMENT

5. Following the Show Cause Hearing, Rayome completed each of the CM/ECF Attorney Training modules administered by the Clerk of the United States Bankruptcy Court for the Western District of Texas. Attached hereto are:

a. **Exhibit A** — Rayome's completed CM/ECF Attorney Training Answer Sheet, dated October 1, 2026, reflecting the completion codes for all eight (8) required training modules (Website Overview; Administrative Procedures Review; File Proof of Claim Now; Intro to CM/ECF; Managing Your ECF Account; Filing Motion/Application with Proposed Order; Adversary Complaint Case Opening; and Adversary Case Opening – Notice of Removal); and

b. **Exhibit B** — the Certificate of Completion issued by the United States Bankruptcy Court for the Western District of Texas, dated October 2, 2026, and executed by Carol Boggess, CM/ECF Coordinator, certifying that Rayome "has successfully completed the CM/ECF Attorney Training modules requirement."

6. Exhibits A and B establish that the CM/ECF training requirement imposed by the Kirklin Order has been satisfied.

## III.
## CONFIRMATION OF COMPLETION OF THE ETHICS CLE REQUIREMENT

7. In accordance with the Court's directive at the Show Cause Hearing, Rayome attaches as **Exhibit C** his official MCLE Transcript generated from the State Bar of Texas member portal on October 5, 2026 (the "MCLE Transcript"). The MCLE Transcript is the State Bar's record of CLE credit reported to and accepted by the Minimum Continuing Legal Education Department, and it reflects the following ethics coursework completed in September and October 2026:

a. "Just Ask: How We Must Stop Minding Our Own Business" (State Bar Course No. 174318522), taken September 24, 2026 — 1.00 hour of MCLE credit, consisting of 1.00 hour of ethics;

b. "CLE 15: Estate Planning & Probate 2025 (Top Rated Topics)" (State Bar Course No. 174300780), taken September 24, 2026 — 15.75 hours of MCLE credit, including 3.50 hours of ethics; and

c. "Inaugural Icons // The Murdaugh Murders: A Lesson in Ethics" (State Bar Course No. 174333787), taken October 5, 2026 — 3.75 hours of MCLE credit, including 3.25 hours of ethics.

8. Each of the foregoing courses was presented by TexasBarCLE, the continuing legal education arm of the State Bar of Texas, and attended by webcast. The TexasBarCLE Uniform Certificates of Attendance for each course, executed by Rayome and acknowledged by a TexasBarCLE representative, are attached as **Exhibit D** (Just Ask), **Exhibit E** (CLE 15: Estate Planning & Probate 2025), and **Exhibit F** (Inaugural Icons // The Murdaugh Murders: A Lesson in Ethics).

9. The courses identified in the Initial Notice (Exhibits D and E hereto) alone comprise 4.50 hours of Texas ethics credit, exceeding the four (4) hours required by the Sanctions Orders. Following the Show Cause Hearing, and in light of the concerns expressed by the Court, Rayome completed an additional ethics course (Exhibit F) devoted entirely to professional responsibility. In total, Rayome has completed 7.75 hours of Texas ethics credit since September 24, 2026, as confirmed by the State Bar of Texas on the MCLE Transcript.

## IV.
## REQUEST

10. Each component of the Sanctions Orders has now been satisfied: the monetary sanctions have been paid in full; the ethics CLE requirement has been completed and is confirmed by the State Bar of Texas's official record; and the CM/ECF

training requirement of the Kirklin Order has been completed and certified by the Clerk's CM/ECF Coordinator. Rayome has also appeared before the Court as directed and has filed the proof required by the September 29 Order.

11. Rayome respectfully submits that the Initial Notice, this Supplemental Notice, and Exhibits A through F hereto demonstrate full compliance with the Sanctions Orders and the September 29 Order, and that no further sanctions are warranted. Rayome remains available to provide any further information the Court may require.

**WHEREFORE, PREMISES CONSIDERED**, Rayome respectfully requests that the Court:

a. accept this Supplemental Notice and Exhibits A through F as proof of Rayome's completion of the CM/ECF training requirement of the Kirklin Order and of the ethics CLE requirement of the Sanctions Orders;

b. find that the Sanctions Orders [ECF Nos. 916 and 917] and the September 29 Order [ECF No. 1102] have been satisfied in full;

c. discharge the Show Cause Order [ECF No. 1095] without the imposition of further sanctions; and

d. grant Rayome such other and further relief, at law or in equity, to which he may show himself justly entitled.

Respectfully submitted,

*/s/ Justin Rayome*
Justin Rayome
State Bar No. 24130709
5882 Sugar Hill Dr.
Houston, Texas 77057
Telephone: (214) 934-9345
Email: rayome.law@gmail.com
*Individually*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the foregoing Supplemental Notice, together with Exhibits A through F thereto, was served via the Court's CM/ECF electronic filing system upon all parties and counsel of record entitled to receive electronic notice in this case, including the Office of the United States Trustee and the Chapter 7 Trustee.

*/s/ Justin Rayome*
Justin Rayome