# United States Bankruptcy Court
# Western District of Texas

## CM/ECF Attorney Training Answer Sheet

| Training Module | Code |
|---|---|
| Website Overview | 23yy782 |
| Administrative Procedures Review | 7K3B8 |
| File Proof of Claim Now | 3HLQ9 |
| Intro to CMECF | 7TX872 |
| Managing Your ECF Account | 8RJ5M |
| Filing Motion/Application w/Proposed Order | 9XP3Q |
| Adversary Complaint Case Opening | 9XP2Y |
| Adversary Case Opening – Notice of Removal | 2NR3Y |

Attorney Name: Justin Rayome Date: October 1, 2026