# CERTIFICATE OF COMPLETION

**Texas Western Bankruptcy Court**
certifies that

# JUSTIN RAYOME

has successfully completed the
CM/ECF Attorney Training modules requirement.

October 2, 2026

Date Awarded

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

Carol Boggess

Carol Boggess, CMECF Coordinator