# MCLE TRANSCRIPT

## STATE BAR OF TEXAS
### Minimum Continuing Legal Education
### MCLE Transcript

Justin Peter Louis Rayome
10350 Richmond Ave., Suite 450
Houston, 77042

Report Date: 10/05/2026
Barcard: 24130709
Birth Month: 1 - January

## MCLE TRANSCRIPT

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours | Self Study Hours | S S E H |
|---|---|---|---|---|---|---|---|---|
| 2027 | 10/5/2026 | 10/5/2026 | 174333787 | Inaugural Icons // The Murdaugh Murders: A Lesson in Ethics | 3.75 | 3.25 | 0.00 | C |
| 2027 | 9/24/2026 | 9/24/2026 | 174300780 | CLE 15: Estate Planning & Probate 2025 (Top Rated Topics) | 15.75 | 3.50 | 0.00 | C |
| 2027 | 9/24/2026 | 9/24/2026 | 174318522 | Just Ask: How We Must Stop Minding Our Own Business | 1.00 | 1.00 | 0.00 | C |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours | Self Study Hours | S S E H |
|---|---|---|---|---|---|---|---|---|
| 2026 | 12/30/2025 | 12/30/2025 | 174288941 | Real Estate 101: 2025 | 7.00 | 1.75 | 0.00 | 0 |
| 2026 | 12/29/2025 | 12/29/2025 | 174302821 | The AI Highway: Life in the Fast Lane | 0.50 | 0.25 | 0.00 | 0 |
| 2026 | 12/29/2025 | 12/29/2025 | 174303691 | Texas Abortion Law After Senate Bill 31: The Life of the Mot | 1.00 | 0.00 | 0.00 | 0 |
| 2026 | 12/29/2025 | 12/29/2025 | 174270257 | Bankruptcy Law 101: 2016 | 5.50 | 0.50 | 0.00 | 0 |
| 2026 | 12/27/2025 | 12/27/2025 | 174277454 | Just Ask: How We Must Stop Minding Our Own Business | 1.00 | 1.00 | 0.00 | 0 |
| 2025 | 12/30/2023 | 12/30/2023 | 174191027 | Navigating an IRS Audit | 1.00 | 0.00 | 0.00 | 0 |
| 2025 | 12/30/2023 | 12/30/2023 | 174191028 | The Basics of Tax Insurance | 1.00 | 0.00 | 0.00 | 0 |
| 2025 | 12/29/2023 | 12/29/2023 | 174214873 | Distressed Partnerships and Real Estate Businesses | 1.00 | 0.25 | 0.00 | 0 |
| 2025 | 12/28/2023 | 12/28/2023 | 174207284 | Phishing, Hacking, Ransonware: How to Protect Yourself | 1.00 | 1.00 | 0.00 | 0 |
| 2025 | 12/28/2023 | 12/28/2023 | 174218952 | First Wednesday Tax Update - Dec. 6, 2023 | 1.00 | 0.00 | 0.00 | 0 |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours | Self Study Hours | S S E H |
|---|---|---|---|---|---|---|---|---|
| 2025 | 12/27/2023 | 12/27/2023 | 174213163 | Ethics! Ethics in Taxation | 1.00 | 1.00 | 0.00 | C |
| 2025 | 12/27/2023 | 12/27/2023 | 174203048 | Tax Attorney Wellness | 1.00 | 1.00 | 0.00 | C |
| 2025 | 9/29/2023 | 12/30/2023 | 174176358 | Tax Implications: Death of a Partner or S Corp. Shareholder | 1.00 | 0.00 | 0.00 | C |
| 2025 | 7/5/2023 | 7/5/2023 | 174169612 | Justice James A. Baker Guide to Ethics and Professionalism | 4.00 | 4.00 | 0.00 | C |
| 2025 | 2/2/2023 | 2/2/2023 | 174184564 | First Wednesday Tax Update - Feb. 1, 2023 - online | 1.00 | 0.00 | 0.00 | C |
| 2025 | 1/31/2023 | 1/31/2023 | 174150987 | Litigating a Case Before the U.S. Tax Court | 1.00 | 0.25 | 0.00 | C |
| 2025 | 1/31/2023 | 1/31/2023 | 174156101 | Partnership Incentive Equity Tax Issues -online | 1.00 | 0.00 | 0.00 | C |