# Uniform Certificate of Attendance

**INSTRUCTIONS:** To claim attendance at this TexasBarCLE course, please complete sections #1 and #2 and then contact your accrediting board/commission for instructions on how to submit this form. If you are required to report to more than one state/agency, make copies and complete a separate form

STATE BAR OF TEXAS Created in 1939

TexasBarCLE
CONTINUING LEGAL EDUCATION

**1** v 4

Course Name: CLE 15: Estate Planning & Probate 2025 (Top Rated Topics)

Course Date: 09/25/2026 Course Location: Webcast

Texas MCLE Number: 1 7 4 3 0 0 7 8 0

Based on sixty minutes (60) per hour, the State Bar of Texas Mandatory Continuing Legal Education (MCLE) Committee has approved the total instruction time of this course (rounded to the nearest one-quarter hour) to be*:

15.75 MCLE Participatory Credit Hours

3.50 MCLE Participatory Credit Hours of ethics/professional responsibility

**Excludes all non-substantive portions of the program such as meals, breaks, welcoming remarks, speaker introductions and business/Section meetings.*

**2**

By signing below, I certify that I attended this course on the date indicated above and am entitled to claim 15.75 CLE credit hours, including 3.50 CLE hours in ethics/ professional responsibility.

Justin Rayome
Name (print)

*Justin Rayome*
Signature

24130709
Bar, Registration or Supreme Court number

Texas
State in which this CLE credit is to be claimed

*Sara Ortega*
**TexasBarCLE Representative**

NOTE: While the accuracy of the information provided above is the responsibility of the claimant, TexasBarCLE certifies that the person identified above submitted this form to its representative for acknowledgment.

- **Texas Board of Public Accountancy Sponsor #135**
- **Texas Department of Insurance Provider #32398**
  - Non-Attorney Adjusters: fax to TDI (512-322-4360) this *Certificate* AND the TDI *Qualifying Continuing Education Credit Licensee Request Form.*
  - Attorney Adjusters: fax to TDI (512-322-4360) the *Qualifying Continuing Education Credit* Licensee *Request Form* AND a copy of your State Bar MCLE record showing you received credit for this course (go to TexasBar.com/MyBarPage or call the Bar's MCLE Department at 800-204-2222, x1806 or direct at 512-427-1806). This *Certificate of Attendance* is NOT needed!

Questions about getting TDI credit? Call TDI at **512-322-3503.**