AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

FILED
OCT 07 2026
U.S. BANKRUPTCY COURT
BY_______DEPUTY

Please Read Instructions:

| | | |
|---|---|---|
| 1. NAME<br>Vivienne Andrade | 2. PHONE NUMBER<br>713-874-4801 | 3. DATE<br>10/07/2026 |

| | | | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>legal@jetallcapital.com | 5. CITY<br>Houston | 6. STATE<br>TX | 7. ZIP CODE<br>77027 |

| | | |
|---|---|---|
| 8. CASE NUMBER<br>24-10119-smr | 9. JUDGE<br>Shad M. Robinson | DATES OF PROCEEDINGS<br>10. FROM 10/09/2025 11. TO 10/09/2025 |

| | | |
|---|---|---|
| 12. CASE NAME<br>In re 1001 WL, LLC | LOCATION OF PROCEEDINGS<br>13. CITY Austin | 14. STATE<br>TX |

**15. ORDER FOR**

- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☒ BANKRUPTCY
- ☐ OTHER

**16. TRANSCRIPT REQUESTED**

Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

- ☐ VOIR DIRE
- ☐ OPENING STATEMENT
- ☐ CLOSING ARGUMENT
- ☐ OPINION OF COURT
- ☒ OTHER (Specify)

**Entire hearing held 10/09/2025**, including proceedings concerning **ECF 837, 838, 839 and 840** (motions to show authority over Galleria Loop Note Holder, LLC, BDFI, LLC, Jetall Capital, LLC, and Ali Choudhri) and **ECF 970** (Receiver Travis Vargo's Motion to Show Authority and to Strike Pleadings), together with all related argument, testimony, admitted exhibits, and rulings during that hearing.

**17. ORDER CATEGORY**

- ☐ 30-Day
- ☐ 14-Day
- ☐ 7-Day
- ☒ 3-Day
- ☐ Next-Day
- ☐ 2-Hour
- ☐ REALTIME

**ORIGINAL - No. of copies:** 1 **FIRST COPY:** 0 **ADDITIONAL COPIES:** 0

**Requested service: 3-Day expedited.**

If 3-Day service is unavailable, please process at the fastest available service and advise the requester of the expected turnaround and required deposit.

**CERTIFICATION (18 & 19)**

By signing below, I certify that I will pay all charges (deposit plus additional).

**18. SIGNATURE:** Vivienne Andrade **19. DATE:** 10/06/26

Signature intentionally left blank for Vivienne Andrade to sign before hand delivery.

## HAND-DELIVERY NOTES

- Case: In re 1001 WL, LLC, Case No. 24-10119-smr.
- Judge: Shad M. Robinson.
- Hearing date requested: October 9, 2025.
- Division/location: Austin, Texas.
- Request: Entire hearing, including the authority disputes reflected in ECF 837, 838, 839, 840 and 970.
- Service requested: 3-Day expedited, or fastest available if 3-Day cannot be accommodated.
- Requester: Vivienne Andrade, legal@jetallcapital.com, 713-874-4801.
- Vivienne should sign and date Items 18 and 19 before the form is hand-delivered to the Austin Bankruptcy Clerk's Office.