**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re:<br><br>**1001 WL LLC**,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-10119<br>Chapter 7 |

**OBJECTION TO**
**ALI CHOUDHRI'S MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME TO TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE**

RIC (West Loop) LLC (the "***RIC***") objects to Ali Choudhri's motion for leave (the "***Motion for Leave***") to file an untimely objection (the "***Sale Motion Objection***") to the *Motion to Sell Property of the Estate* filed at ECF 1098[1] on September 14, 2026 (the "***Sale Motion***"), on behalf of John Patrick Lowe, Chapter 7 Trustee (the "***Trustee***").

Federal Rule of Bankruptcy Procedure 9006(b)(1) – cited by Mr. Choudhri as the basis for the relief requested in the Motion for Leave – authorizes, but does not require, the Court to extend a deadline; and only upon a finding that the <u>failure to act</u> was the result of excusable neglect. 9006(b)(1) (". . . the court *may* . . .")(emphasis added). Here, the facts and circumstances do not warrant the requested relief.

Mr. Choudhri cites, as his reason for failing to timely act on the Sale Motion, the Trustee's refusal to respond to his August 13 email asking for details on the higher bid received. The Sale Motion contains these details – a cash payment of $25,000 for the free-and-clear transfer of the "Residual Assets." So although the Trustee may not have responded directly to Mr. Choudhri's

[1] The Sale Motion was served on Mr. Choudhri at his addresses of record [ECF 1098-2]. One of those addresses is Suite 700 at the foreclosed commercial property now owned by RIC. Mr. Choudhri has no lawful right of occupancy in that space. RIC expressly reserves all of its rights relating thereto.

email request for disclosure, the Trustee disclosed openly and publicly the details of RIC's higher and better bid as of the Sale Motion filing on September 14. Thus, Mr. Choudhri's reason for delay lacks merit, and the reason for delay is "by far the most critical" consideration under Rule 9006(b)(1). *Dimmit v. Ockenfels*, 407 F.3d 21, 24 (1st Cir. 2005) (affirming district court's rejection of excusable neglect argument under the *Pioneer* factors).

The Motion for Leave also lacks good faith. Notwithstanding the Sale Motion describing the pending offer from RIC, Mr. Choudhri fails to propose any offer that competes with the pending offer from RIC. The Motion for Leave appears to be nothing more than a punitive effort to force the cash-poor estate and Mr. Choudhri's adversaries to unnecessarily incur expense participating in, and this Court to waste its valuable resources conducting, a hearing for which there is no legitimate competing bid. This is not a good faith basis to entertain the late-filed and meritless Sale Motion Objection (as to which RIC expressly reserves all of its rights).

For the reasons set forth herein, RIC objects to the Motion for Leave, and asks that the Court deny the same, disregard the Sale Motion Objection, and enter an order approving the Sale Motion as unopposed.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Kyle S. Hirsch*

Kyle S. Hirsch, Texas Bar No. 24117262
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Ave., Suite 4600E
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Email: kyle.hirsch@bclplaw.com

**ATTORNEYS FOR TIG ROMSPEN US MASTER MORTGAGE LP AND RIC (WEST LOOP) LLC**

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, a true and correct copy of the foregoing to was served on the following via the Court's ECF filing system:

Clinton Wayne Alexander on behalf of Attorney/Interested Party Kell C Mercer
calexander@bls-legal.com

William Steven Bryant on behalf of Creditor/Defendant TIG Romspen US Master Mortgage LP
steven.bryant@troutman.com, jpelayo@lockelord.com;wlbank@troutman.com

Reed W. Burritt on behalf of Creditor Boxer Property Management Corporation
Reed.Burritt@BoxerProperty.com

Beau Butler on behalf of Interested Party Xavier Educational Academy, LLC
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com

Ali Choudhri
ali@jetallcapital.com

Brian Talbot Cumings on behalf of Attorney Graves Dougherty Hearon & Moody, P.C.
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant 1001 WL, LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant PCR Property Services LLC
bcumings@gdhm.com, ctrickey@gdhm.com

Brian Talbot Cumings on behalf of Defendant/Interested Party/Intervenor/Trustee John Patrick Lowe
bcumings@gdhm.com, ctrickey@gdhm.com

Bruce J Duke on behalf of Interested Party Ali Choudhri
bruce@bdukelawfirm.com, brucedukeesq@gmail.com

Michelle V. Friery on behalf of Creditor Sonder USA Inc.
michelle@wilsonfriery.com, admin@wilsonfriery.com

Javier Gonzalez, Jr on behalf of Interested Party Xavier Educational Academy, LLC
jgonzalez@jw.com,
dtrevino@jw.com;kgradney@jw.com;steso@jw.com;mmcclenathen@jw.com

Genevieve M. Graham on behalf of Interested Party/Plaintiff Xavier Educational Academy, LLC
ggraham@graham-pllc.com

Tara L. Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L. Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Jessica Lanoue Hanzlik on behalf of U.S. Trustee United States Trustee - AU12
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov

Patrick Clayton Joost on behalf of Interested Party ServiceLink
Patrick.Joost@fnf.com, patrickjoost34@gmail.com

Mark Junell on behalf of Creditor BDFI, LLC
mark@junellfirm.com

Paul Kirklin
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Kirklin Properties LLC
pkirklin@kirklinlaw.com

Paul Kirklin on behalf of Interested Party Ali Choudhri
pkirklin@kirklinlaw.com

Stephen Kirklin on behalf of Attorney Paul Kirklin
skirklin312@gmail.com

J. Eric Lockridge on behalf of Creditor Sonder USA Inc.
eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

John Patrick Lowe on behalf of Trustee John Patrick Lowe
pat.lowe.law@gmail.com, plowe@ecf.axosfs.com

Leslie M. Luttrell on behalf of Interested Party Travis Vargo, in his capacity as Court-Appointed Receiver
luttrell@lclawgroup.net,
sdpitts@lclawgroup.net;wperotti@lclawgroup.net;emeier@lclawgroup.net

Kell C. Mercer on behalf of Creditor/Defendant BDFI, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant/Interested Party Galleria Loop Note Holder, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant/Interested Party/Intervenor Ali Choudhri
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Defendant Dward DarJean
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Interested Party/Plaintiff Jetall Capital, LLC
kell.mercer@mercer-law-pc.com

Robert John Mosley on behalf of Interested Party John Mosley
john@rjmosley.com

Shea Neal Palavan on behalf of Interested Party Galleria Loop Note Holder, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party/Plaintiff Jetall Capital, LLC
service@houstonip.com, snpalavan@recap.email

Shea Neal Palavan on behalf of Interested Party Ali Choudhri
service@houstonip.com, snpalavan@recap.email

James Q. Pope on behalf of Creditor BDFI, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

James Q. Pope on behalf of Interested Party Galleria Loop Note Holder, LLC
ecf@thepopelawfirm.com, jpope@jubileebk.net

Justin Rayome on behalf of Attorney Justin Rayome
justin.rayome.law@gmail.com

Justin Rayome on behalf of Plaintiff/Counter Defendant Jetall Capital LLC
justin.rayome.law@gmail.com

Justin Rayome on behalf of Interested Party Ali Choudhri
justin.rayome.law@gmail.com

Jeremy M Reichman on behalf of Attorney Bryan Cave Leighton Paisner, LLP
jreichman@velaw.com, vmartin@velaw.com;courtmail@velaw.com

John C. Roy on behalf of U.S. Trustee United States Trustee - AU12
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

Gia Samavati on behalf of Interested Party/Plaintiff Galleria Loop Note Holder, LLC
gia@samavatilawfirm.com

Gia Samavati on behalf of Interested Party Ali Choudhri
gia@samavatilawfirm.com

Stephen W. Sather on behalf of Defendant/Plaintiff 1001 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;stephaniesather@bn-lawyers.com;bhadley@bn-lawyers.com

Stephen W. Sather on behalf of Interested Party Barron & Newburger, P.C.
ssather@bn-lawyers.com, plevine@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;kparsley@bn-lawyers.com;mpineda@bn-lawyers.com;stephaniesather@bn-lawyers.com;bhadley@bn-lawyers.com

Ronald J Smeberg on behalf of Interested Party Smeberg Law Firm, PLLC
ron@smeberg.com, ronaldsmeberg@yahoo.com;denielle@smeberg.com

Mark Curtis Taylor on behalf of Attorney Holland & Knight LLP
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Attorney Mark Taylor
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark Curtis Taylor on behalf of Plaintiff 1001 WL, LLC
mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Eric Terry on behalf of Creditor WCW Houston Properties
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov,
gary.wright3@usdoj.gov;Christy.S.Simmons@usdoj.gov;Jessica.L.Hanzlik@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Lyndel A. Vargas on behalf of Interested Party Dalio Holdings I, LLC
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel A. Vargas on behalf of Interested Party Ali Choudhri
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Travis Brian Vargo on behalf of Interested Party Travis B Vargo
tvargo@vargolawfirm.com, mpoynter@vargolawfirm.com

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

*/s/ Kyle Hirsch*________
Kyle S. Hirsch