**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § | |
| **Debtor.** | § | **Chapter 7** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

Courtney A. Vincent, of ***Vincent Law, PLLC***, enters her appearance as counsel for Arabella PH 3201 LLC ("Arabella"), an interested party, in this case.

Under Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Arabella requests that all notices given or required to be given, and all papers served or required to be served, in this case and in any related adversary proceeding be given to and served on:

Courtney A. Vincent
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
Mailing Address: P.O. Box 940129, Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

This appearance is not a waiver of any right of Arabella, including its rights in *In re Arabella PH 3201 LLC*, No. 26-20432 (Bankr. D. Wyo.), and is not consent to the

jurisdiction of this Court over Arabella or its property for any purpose other than the matters in which Arabella appears.

Date: October 17, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
Admitted to the U.S. Bankruptcy Court
for the Western District of Texas
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR ARABELLA PH 3201 LLC**

## CERTIFICATE OF SERVICE

I certify that on October 17, 2026, this notice was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**