**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-10119-smr** |
| | § | |
| **1001 WL, LLC,** | § | **Chapter 7** |
| | § | |
| **Debtor.** | § | |

# EXHIBIT I

Notice of Substitute Trustee's Sale, Harris County FRCL-2024-4895 (Sept. 10, 2024), with records affidavit

*to the*

*Motion of Arabella PH 3201 LLC, Joined by Ali Choudhri, for an Order Requiring TIG Romspen US Master Mortgage LP to Show Its Authority, and Under Bankruptcy Rule 9024 to Vacate Orders and Strike Filings Made After February 6, 2024*

STATE OF TEXAS

COUNTY OF MONTGOMERY

# AFFIDAVIT

BEFORE ME, the undersigned notary public on this day personally appeared Amanda LeCureux whose name is subscribed below, who, being by me duly sworn, did depose as follows:

"My name is Amanda LeCureux. I am over 18 years of age, of sound mind, have never been convicted of a felony and am otherwise capable of making this affidavit. I am personally acquainted with the facts stated in this affidavit.

I am the custodian of the records of Foreclosure Information & Listing Service, Inc., hereinafter referred to as FILS. Attached hereto are the records of the subject described below maintained by FILS. These records are kept by FILS in the regular course of business, and it was the course of business of FILS for an employee or representative of FILS, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

1. FILS publishes monthly lists of properties scheduled for foreclosure in Harris County, Texas, as required by the Texas Property Code, section 51.002.

2. FILS also publishes monthly lists of properties witnessed foreclosed at each month's Harris County foreclosure sales.

3. On or before September 10, 2024, FILS recorded a foreclosure notice posted at the designated foreclosure notice posting site in Harris County and/or filed in the Harris County Clerk's Office against a lien secured by the property known as 3.889 acres of land out of the William White Survey Abstract 836, a copy of which is hereby attached.

4. In order to compose it's post-foreclosure reports, FILS staffs each month's Harris County foreclosure auction with representatives who hand-record on master lists of properties scheduled, the fact of sale, bid prices and time of sale for each property sold by the secured parties' trustees.

5. By the following day, the hand-recorded notations are keyed into FILS's computerized database and reports of such post-foreclosure activity are then posted to FILS's website. A copy of the hand-recorded notations is attached.

6. A FILS representative personally witnessed and recorded a trustee sale of the property known as 3.889 acres of land out of the William White Survey Abstract 836 in Houston, Texas at 10:23 a.m., on October 1, 2024, for Fifteen Million Dollars ($15,000,000) to the lender.

7. A copy of the FILS computerized record of the foreclosure of the said property is attached.

FURTHER, AFFIANT sayeth not.

(AFFIANT)

Sworn to and subscribed before me, the undersigned authority, on this the 31 day of July, 2025.

Notary Public

TRISTAN TARACO
Notary Public, State of Texas
Comm. Expires 04-09-2029
Notary ID 135510711

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

UNOFFICIAL COPY

1001 W Loop S
Hou 77027

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

**NOTICE OF SUBSTITUTE TRUSTEE'S SALE**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | |
| **COUNTY OF HARRIS** | § | |

| | |
|---|---|
| Date: | September 10, 2024 |
| Borrower: | Galleria Loop Note Holder LLC, a Texas limited liability company |
| Borrower's Address: | [illegible]00 West Loop South, Suite 255, Houston, Texas 77027 (as set forth in the Deed of Trust) |
| | 1[illegible] Lou Al Drive, Houston, Texas 77024-2707 (as set forth in the Harris County Tax Assessor-Collector's Records for Account No. [illegible]40-001-0010) |
| | 1001 W Loop S, Houston, Texas 77027-9084 (as set forth in the Harris County Tax Assessor-Collector's Records for Account No. 04[illegible]140-00[illegible]0020) |
| Holder: | TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership |
| Holder's Address: | 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5 |
| Substitute Trustees: | Jeff Leva, Sandy Dasigenis, Pa[illegible], Megan L. Randle, Ebbie Murphy, Wayne Daughtrey, Steve Leva, and each of them acting alone |
| Substitute Trustees' Address: | 2200 Ross Avenue, Suite 4200 W, Dallas, Texas 75[illegible] |
| Deed of Trust: | Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing |
| Date: | September 4, 2019 |
| Grantor: | Galleria Loop Note Holder LLC, a Texas limited liability company |



4824584

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

UNOFFICIAL COPY

| | |
|---|---|
| Lender: | TIG Romspen US Master Mortgage LP, an exempted Cayman Islands limited partnership |
| Trustee: | Clifton M. Dugas, II |
| Secures: | Promissory Note (as amended, modified, extended and/or restated from time to time, "Note"), dated September 4, 2019, in the original principal amount of $18,500,000.00, executed by Grantor, payable to the order of Lender and currently held by Holder. |
| Recording: | Recorded on September 5, 2019, as Document Number RP-2019-392981 of the Official Public Records of Harris County, Texas. |
| Property: | All real property, improvements and personal property described as collateral in the Deed of Trust (defined above); the legal description of the real property is also, for the sake of convenience only, described in Exhibit A attached hereto and made a part hereof for all purposes; however, the description of the real property, improvements and personal property in the Deed of Trust will control to the extent of any conflict or any deficiency in such description contained in this Notice of Substitute Trustee's Sale, it being the intent that the Foreclosure Sale will cover all property, real, personal, tangible and intangible, which constitutes collateral under, and described in, the Deed of Trust. |

**Foreclosure Sale**

| | |
|---|---|
| Date of Sale: | Tuesday, October 1, 2024 |
| Time of Sale: | The sale of the Property will take place between the hours of 10:00 a.m. and 4:00 p.m. local time; the earliest time at which the sale will take place is 10:00 a.m., and the sale will begin within three hours thereafter. |
| Place of Sale: | Magnolia South Ballroom inside the Bayou City Event Center located at 9401 Knight Road, Houston, TX 77045, or if the preceding area is no longer the designated area, at the most recently designated by the County Commissioner's Court. |

Holder has appointed Jeff Leva, Sandy Dasigenis, Patricia Poston, Megan L. Randle, Ebbie Murphy, Wayne Daughtrey, Steve Leva, and each of them acting alone, as Substitute Trustees under the Deed of Trust upon the contingency and in the manner outlined by the Deed of Trust and in accordance with Chapter 51 of the Texas Property Code. Default has occurred

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

pursuant to the provisions of the Deed of Trust. The indebtedness evidenced by the Note is now wholly due. Holder has instructed Substitute Trustees, and each of them acting alone, to sell the Property toward the satisfaction of the Note.

The Deed of Trust may encumber both real and personal property. Notice is hereby given of Holder's election to proceed against and sell all the real property and any personal property described in the Deed of Trust in accordance with the Holder's rights and remedies under the Deed of Trust and Section 9.604 of the Texas Business and Commerce Code.

Notice is hereby given that on the Date of Sale, at the Time of Sale, Substitute Trustees, or any of them acting alone, will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS". THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION OR QUIET ENJOYMENT OR THE LIKE FOR THE PERSONAL PROPERTY INCLUDED IN THE SALE. Holder may bid by credit against the indebtedness secured by the Deed of Trust. The Substitute Trustee(s) conducting the Foreclosure Sale may, at their option, postpone the sale for a reasonable time to permit the highest bidder (if other than Holder) to produce cash to pay the purchase price bid, and the sale may be resumed if the bidder fails to produce cash to pay the purchase price within such time period, provided in any event the sale shall be concluded no later than 4:00 P.M. local time.

TR

Sandy Dasigenis

SANDY DASIGENIS, Substitute Trustee

UNOFFICIAL COPY

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was acknowledged before me on this 10th day of September, 2024, by SANDY DASIGENIS, as Substitute Trustee.

[SEAL] STEVE LEVA Notary Public, State of Texas Comm. Expires 09-29-2026 Notary ID 125859186

Notary Public, State of Texas

My Commission Expires:

09-29-2026

STEVE LEVA
Printed Name of Notary

After recording return to:

Kyle S. Hirsch
c/o Bryan Cave Leighton Paisner LLP
2200 Ross Avenue, Suite 4200 W
Dallas, Texas 75201

UNOFFICIAL COPY

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

UNOFFICIAL COPY

**EXHIBIT A**

**(Property Description)**

BEING 3.889 ACRES OF LAND OUT OF THE WILLIAM WHITE SURVEY, ABSTRACT NO. 836, HOUSTON, HARRIS COUNTY, TEXAS AND BEING THE SAME PROPERTY CONVEYED TO HE 1001 WEST LOOP, LP BY SPECIAL WARRANTY DEED RECORDED UNDER HARRIS COUNTY CLERK'S FILE NO. 20[illegible]70732480, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 5/8 INCH IRON ROD SET ON THE EAST RIGHT OF WAY LINE OF I. H. 610 WEST LOOP FOR THE NORTHWEST CORNER OF LOT 1, BLOCK 1, POST OAK PARK, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 134, PAGE 25 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS;

THENCE NORTH [illegible] DEGREES 26 MINUTES 59 SECONDS WEST, WITH THE EAST RIGHT OF WAY LINE I. H. 610 WEST LOOP, A DISTANCE OF 645.83 FEET TO A 5/8 INCH IRON ROD SET FOR THE CORNER [illegible] SOUTHWEST WATERS EDGE OF BUFFALO BAYOU;

THENCE DOWNSTREAM ALONG THE SOUTHWEST WATERS EDGE OF BUFFALO BAYOU AS FOLLOWS:

SOUTH 68 DEGREES 17 MINUTES [illegible]4 SECONDS EAST, 138.43 FEET;

SOUTH 62 DEGREES 02 MINUTES 17 SECONDS EAST, [illegible]0.04 FEET;

SOUTH 58 DEGREES 53 MINUTES 53 SECONDS EAST, 100.3[illegible] FEET;

SOUTH 58 DEGREES 37 MINUTES 53 SECONDS EAST, 100.48 FEET;

SOUTH 59 DEGREES 55 MINUTES 24 SECONDS EAST, [illegible]0.22 FEET;

SOUTH 52 DEGREES 39 MINUTES 23 SECONDS EAST, A DISTANCE [illegible]20.56 FEET TO A POINT FOR CORNER ON THE NORTH LINE OF THAT CERTAIN 15,032 SQUARE FOOT TRACT OF LAND CONVEYED TO HARRIS COUNTY FLOOD CONTROL DISTRICT BY [illegible], JR., TRUSTEE, AS RECORDED IN VOLUME 6960, PAGE 72 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS;

THENCE, NORTH 87 DEGREES 33 MINUTES 01 SECONDS EAST, WITH THE NORTH LINE OF SAID 15,032 SQUARE FOOT TRACT, A DISTANCE OF 40.08 FEET TO A POINT FOR CORNER;

THENCE, SOUTH 53 DEGREES 15 MINUTES 01 SECONDS WEST, A DISTANCE OF 45.83 FEET TO A POINT ON THE NORTHEAST LINE OF SAID POST OAK PARK;

THENCE WITH THE NORTHWESTERLY BOUNDARY OF SAID POST OAK PARK AS FOLLOWS:

NORTH 69 DEGREES 15 MINUTES 45 SECONDS WEST, 22.74 FEET;

FILED 9/10/2024 8:59:36 AM FRCL-2024-4895 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

SOUTH 10 DEGREES 28 MINUTES 15 SECONDS WEST, 85.00 FEET;

SOUTH 83 DEGREES 23 MINUTES 15 SECONDS WEST, 34.80 FEET;

NORTH 32 DEGREES 38 MINUTES 45 SECONDS WEST, 87.00 FEET;

SOUTH 46 DEGREES 48 MINUTES 15 SECONDS WEST, 39.70 FEET;

SOUTH 01 DEGREES 01 MINUTES 15 SECONDS WEST, 48.40 FEET;

SOUTH 78 DEGREES 50 MINUTES 15 SECONDS WEST, 59.60 FEET;

SOUTH 02 DEGREES 57 MINUTES 45 SECONDS EAST, 96.40 FEET;

SOUTH 60 DEGREES 41 MINUTES 15 SECONDS WEST, 41.10 FEET;

SOUTH 11 DEGREES 19 MINUTES 15 SECONDS WEST, 68.00 FEET;

NORTH 72 DEGREES 24 MINUTES 45 SECONDS WEST, 14[illegible]40 FEET;

SOUTH 24 DEGREES 05 MINUTES 15 SECONDS WEST, 30.[illegible] FEET;

SOUTH 42 DEGREES [illegible] MINUTES 45 SECONDS EAST, 68.90 FEET;

SOUTH [illegible] DEGREES 26 MINUTES 15 SECONDS WEST, 60.30 FEET;

SOUTH [illegible]9 DEGREES 37 MINUTES 15 SECONDS WEST, A DISTANCE OF 71.62 FEET TO THE PLACE OF BEGINNING AND CONTAINING 3.888 ACRES OF LAND, MORE OR LESS.

UNOFFICIAL COPY

Harris County Tax Assessor Account Nos.:
045-140-001-0010
045-140-001-0020

Street Address:
1001 W Loop S., Houston, Texas 77027

# HARRIS COUNTY ACTUALS LIST - OCTOBER 1, 2024

| LEGAL DESCRIPTION | MORTGAGEE | MTGR | BPB | OPENING BID | FINAL BID | TIME | ID NBR |
|---|---|---|---|---|---|---|---|
| RES B BLK 1 CAMPANILE ON ELDR | SUNOCO L L C | NIGHAT | | | | | C-11 |
| RES A BLK 1 ELDRIDGE GROVE | SUNOCO | KHAWAR | | | | | C-12 |
| RES A BLK 1 GOOD DAY BRAESWO | AUSTIN BANK | 3839 N | | | | | C-178 |
| RES A BLK 1 HIGHLAND SALON | RAUNA INMOBILIARE | HIGHLA | | | | | C-28 |
| LOT - BLOCK 1 RES A WILDFLOWER GR | ROCKET MTG | MARTIN | | | | | SW-31 |
| A 1.7077 ACRE TRACT RESERVES A, | C R E C INNOVATION | MEDIST | | | | | C-177 |
| LOT - BLOCK 4 RES D PONDEROSA VIL | RCF II LOAN ACQUISI | RENTAL | | | | | NW-24 |
| LOT - BLOCK 9 VICTORIAN VILLAGE T | RIGHT ANGLE MANAG | INVEST | | | | | NW-42 |
| LOT - BLOCK 18 WESTWAY 1 | JPMORGAN CHASE | CARPY | | | | | NW-25 |
| LOT - BLOCK 25 FRUITLAND ADDITION | VANDERBILT MTG AN | BONSTA | | | | | SW-27 |
| A TRACT IN BLK 26 QUIMBYS S L S | NORMANGEE STATE B | EQUIVE | | | | | C-7 |
| A TRACT FROM BLK 26 QUIMBYS A | NORMANGEE STATE B | EQUIVE | | | | | C-180 |
| LOT - BLOCK - 2.498 AC ROBERT H TOL | SEATTLE BANK | LUQUET | | | | | NE-4 |
| LOT - BLOCK - A-84 REUBEN WHITE SV | TEXAS FUNDING COR ★ | PROPER | | 535,504 | | 11:05 | NE-6 |
| LOT - BLOCK - A-94 S W ALLEN SVY 0.54 | 2012 COTTAGE | BALLEZ | | | | | NW-51 |
| A 1.0075 ACRE TRACT FROM RES A | SUNOCO | A F M | | | | | C-13 |
| A 1.7190 ACRE TRACT FROM BRES B | NEWTEK SMALL BUSI | CLEAN | | | | | C-17 |
| A 12.5145 ACRE TRACT A K A NORTH | ARBOR REALTY | NORTHB | | | | | C-10 |
| RES C RICHEY ROAD APTS | ARBOR REALTY | LIFE S | | | | | C-9 |
| RETAIL UNIT OF T M C IMP | C R E C INNOVATION | MEDIST | | | | | C-5 |
| ALL OF TIMBERS OF NORTHBORO | FIDELITY BANK | PINEFO | | | | | C-23 |
| A 10 ACRE TRACT IN THE V BLANC | CARLOS ALVARENGA | SEVEN | | | | | C-179 |
| A 0.7630 ACRE TRACT FROM RES A | SUNOCO | EAST F | | | | | C-19 |
| ALL OF WINDCREST AT WEST ROA | BERKELEY POINT CA | SUTTER | | | | | C-14 |
| A 1.7190 ACRE TRACT IN THE S DEA | NEWTEK SMALL BUSI | CLEAN | | | | | C-182 |
| A 1.4758 ACRE TRACT IN THE H T C | STELLAR BANK | MICHAE | | | | | C-35 |
| A 3.071 ACRE TRACT IN THE J TAY | FANNIE MAE | PINEY | | | | | C-183 |
| A 3.5765 ACRE TRACT IN THE R VAN | WOODFOREST NTL BA | FOUNTA | | | | | C-37 |
| A 0.6198 ACRE TRACT IN THE J WHE | HARVEST SMALL BUS | MODERN | | | | | C-38 |
| A 1.5331 ACRE TRACT IN THE J W B | BDS IV TX EAGLES | GLEN O | | | | | C-33 |
| A 4.00 ACRE TRACT IN THE J T HA | SUNOCO | EAST F | | | | | C-34 |
| LOT - BLOCK - A-773 R A TOLAR SVY 1.6 | WELLS FARGO BANK | RIVERA | | | | | NE-5 |
| LOT - BLOCK - A-818 SAMUEL W UPSHA | GL&L HOLDINGS | ABED | | | | | NE-65 |
| A 3.889 ACRE TRACT IN THE WM WHI | T I G ROMSPEN | GALLER | | 15 million | | 10:23 | C-39 |
| A 4.75 ACRE TRACT IN THE WM WHI | COMM 2015 C C R | RIVERW | | | | | C-40 |
| A 5.3179 ACRE TRACT IN THE H WHI | STELLAR BANK | S Y E | | | | | C-41 |
| A 30.0103 ACRE TRACT IN THE H T C | ALHA INVESCO CORP | WESTGR | | | | | C-42 |
| A 6.895 ACRE TRACT IN THE H T C | ALPHA INVESCO COR | WESTGR | | | | | C-44 |
| A 11.1687 ACRE TRACT IN THE H T C | ALPHA INVESCO COR | WESTGR | | | | | C-43 |
| A 11.24 ACRE TRACT IN THE J DUR | BERKELEY PT CAPIT | SUTTER | | | | | C-30 |
| A 17.11 ACRE TRACT IN THE D ELLI | RESERVE 63 L L C | 6363 P | | | | | C-31 |
| LOT 1 BLOCK 1 CASTLE ROCK 3 | DEUTSCHE BANK | HENDER | | | | | NW-104 |
| LOT 1 BLK 1 ELITE ESTATES AND | U S BANK | KENNEB | | | | | C-174 |
| LOT 1 BLOCK 1 FOSTER GREEN | GROUNFLOOR PROPE | ELITE | | | | | SE-44 |

*COPYRIGHT FORECLOSURE INFORMATION & LISTING SERVICE OCTOBER 1, 2024 ALL RIGHTS RESERVED* *LOT BLOCK 1 - LOT 2 BLOCK 1*

[illegible] 535,504 [illegible]

1001 Loop South - Galleria Loop 1441

IG Rompsen

| Address Estimations | What we provide to assist you in locating the property. |
|---|---|
| Unfortunately, most commercial property foreclosure notices do not furnish the common address. Determining the address is problematic because frequently the document's exhibits only provide metes and bounds legal descriptions which complicate positive CAD record identification. | In many cases, we are able to identify a CAD link that is similar to the metes and bounds legal description provided on the foreclosure notice. The estimated link, based upon this similarity, is provided below in the Estimated Address field. However, F.I.L.S. Inc. is not contending that the Estimated Address is the actual property scheduled for foreclosure. To assist you in confirming the actual address, links to the Foreclosure Notice and the Deed of Trust are provided along with the Trustee's telephone number. |

| Mortgagor<br>Mortgagee<br>Presumed Building Type<br>Trustee | Link to CAD Record<br>Link to Foreclosure Notice<br>Link to Deed of Trust<br>Trustee Telephone Number | Legal Description<br><br><br>Key Map | Loan Origination date<br>Amount Borrowed<br>DT Clerk Number<br>Hours Of Sale |
|---|---|---|---|
| GALLERIA LOOP NOTE HOLDER<br>T I G ROMSPEN<br>OFFICE BUILDING<br>Dasigenis Or Substitute | Indeterminant<br>View Foreclosure Notice<br>View Deed of Trust<br>2815615038 | **FORECLOSED TO LENDER FOR $15,000,000, AT 1023AM** A 3.889 ACRE TRACT IN THE WM WHITE SVY A-836<br>491V | 09/19<br>$18,500,000<br>RP-2019-392981<br>10-1 |