**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-smr |
| | § | |
| 1001 WL, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**ORDER REQUIRING TIG ROMSPEN US MASTER MORTGAGE LP TO SHOW AUTHORITY AND SETTING EVIDENTIARY HEARING**

Came on for consideration the Motion of Arabella PH 3201 LLC, Joined by Ali Choudhri, for an Order Requiring TIG Romspen US Master Mortgage LP to Show Its Authority, and Under Bankruptcy Rule 9024 to Vacate Orders and Strike Filings Made After February 6, 2024 [ECF No. ____] (the "Motion"). Having considered the Motion and the record, the Court finds that the Motion should be set for evidentiary hearing. It is therefore ORDERED:

1. TIG Romspen US Master Mortgage LP ("Romspen") shall, no later than ___________, 2026, file and serve evidence of its authority to make each filing identified in Part V of the Motion, including each assignment, transfer, or other document by which it claims to have held or

transferred the note, liens, and claims at issue, and the documents described in Part VII of the Motion.

2. An evidentiary hearing on the Motion is set for __________, 2026, at ____ __.m.

3. The Court reserves ruling on all other relief requested in the Motion, including the request to vacate orders entered on Romspen's filings, to strike those filings, and for an order to show cause, pending the hearing.

Order prepared and submitted by:
Courtney A. Vincent
Minnesota Bar No.: 0403083
Admitted to the U.S. Bankruptcy Court for the Western District of Texas
Vincent Law, PLLC
1035 Dairy Ashford, Suite 145, Houston, Texas 77079
Mailing Address: P.O. Box 940129, Houston, Texas 77094
Tel: (713) 223-9300 | Fax: (832) 603-4444
info@vincentlawpllc.com
Counsel for Arabella PH 3201 LLC

# # #