**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-smr |
| | § | |
| 1001 WL, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**ORDER REQUIRING TIG ROMSPEN US MASTER MORTGAGE LP TO SHOW AUTHORITY AND SETTING EVIDENTIARY HEARING**

Came on for consideration Ali Choudhri's Motion Requiring TIG Romspen US Master Mortgage LP to Show Authority, to Vacate Orders, and to Strike Filings filed by Ali Choudhri on October ~~14~~ 19, 2026 (the "Motion"). Having considered the Motion and the record, the Court finds that the Motion should be set for evidentiary hearing. It is therefore ORDERED:

1. TIG Romspen US Master Mortgage LP ("Romspen") shall, no later than ___________, 2026, file and serve evidence of its authority to make each filing identified in Part IV of the Motion, including each assignment, transfer, or other document by which it claims to have held or transferred the note, liens, and claims at issue, and the documents described in Part VI of the Motion.

2. An evidentiary hearing on the Motion is set for ___________, 2026, at _____ __.m.

3. The Court reserves ruling on all other relief requested in the Motion, including the request to vacate orders entered on Romspen's filings, to strike those filings, and for an order to show cause, pending the hearing.

# # #

Prepared and submitted by:
Ali Choudhri, pro se
4521 San Felipe, Unit 3201, Houston, Texas 77027
(281) 630-6627 | ali@jetallcapital.com
ali@jetallcapital.com