**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-smr |
| | § | |
| 1001 WL, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**ORDER VACATING THE ORDER REGARDING MOTIONS TO SHOW AUTHORITY [ECF NO. 996]**

Came on for consideration the Motion of Arabella PH 3201 LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Vacate the Order Regarding Motions to Show Authority [ECF No. 996] or, in the Alternative, to Clarify Its Scope [ECF No. ___] (the "Motion"). Having considered the Motion, any responses, the evidence, and the record, the Court finds that the Motion should be GRANTED. It is therefore ORDERED:

1. The Order Regarding Motions to Show Authority [ECF No. 996] is VACATED.

2. The Motions to Show Authority [ECF Nos. 837, 838, 839, 840, and 970] are DENIED.

# # #

Prepared and submitted by:
Courtney A. Vincent

Minnesota Bar No. 0403083
Vincent Law, PLLC
1035 Dairy Ashford, Suite 145, Houston, Texas 77079
(713) 223-9300 | info@vincentlawpllc.com
Counsel for Arabella PH 3201 LLC
Joined by Ali Choudhri, pro se