**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10119-smr |
| | § | |
| 1001 WL, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**ORDER CLARIFYING THE ORDER REGARDING MOTIONS TO SHOW AUTHORITY [ECF NO. 996]**

Came on for consideration the Motion of Arabella PH 3201 LLC, Joined by Ali Choudhri, Under Bankruptcy Rule 9024 to Vacate the Order Regarding Motions to Show Authority [ECF No. 996] or, in the Alternative, to Clarify Its Scope [ECF No. ___] (the "Motion"). The request to vacate is DENIED. The alternative request is GRANTED, and the Order Regarding Motions to Show Authority [ECF No. 996] (the "Authority Order") is clarified as follows:

1. The Authority Order determines who may litigate on behalf of Ali Choudhri, BDFI, LLC, Galleria Loop Note Holder, LLC, and Jetall Capital LLC in this bankruptcy case and its related adversary proceedings.

2. The Authority Order does not adjudicate that Travis B. Vargo owns, or that the Amended Orders turn over, any membership interest in any limited liability company. See Authority Order at 8 n.36.

3. The Authority Order makes no determination as to any limited liability company in which Ali Choudhri does not own a membership interest, or as to any entity that is a debtor in a bankruptcy case.

4. The phrase "in this Court or any other Court" on page 9 of the Authority Order does not determine Travis B. Vargo's authority over any other entity or in any other proceeding.

5. The Authority Order does not authorize Travis B. Vargo to settle, compromise, or stipulate to a money judgment against Ali Choudhri individually.

6. The Authority Order did not approve, and this Court has not approved, any settlement between Travis B. Vargo and TIG Romspen US Master Mortgage LP. The Authority Order makes no determination that TIG Romspen US Master Mortgage LP holds the note, liens, or claim that it transferred to RIC (West Loop) LLC [ECF No. 1026].

# # #

Prepared and submitted by:
Courtney A. Vincent
Minnesota Bar No. 0403083
Vincent Law, PLLC
1035 Dairy Ashford, Suite 145, Houston, Texas 77079
(713) 223-9300 | info@vincentlawpllc.com
Counsel for Arabella PH 3201 LLC
Joined by Ali Choudhri, pro se