# EXHIBIT R

Proposed “Agreed Order of Turnover” sent by the Receiver (document dated July 10, 2025)

CAUSE NO. 2012-27197-A

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD.<br>PLAINTIFF, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI ET AL<br>DEFENDANTS | §<br>§ | 333rd JUDICIAL DISTRICT |

**AGREED ORDER OF TURNOVER**

Upon agreement of the Judgment Debtor, Ali Choudhri, it is hereby ORDERED that one hundred percent (100%) of the ownership, equity, units, interest, and/or shares in the following business entities (and the assets owned by them) are turned over to Receiver Travis Vargo for liquidation and application to the outstanding judgments pursuant to the Court's Turnover Order(s):

- DALIO HOLDINGS LLC;
- GALLERIA WEST LOOP INVESTMENT LLC;
- MEANDERING BEND LLC;
- MEMORIAL GLEN COVE LLC; AND
- PBAC 507 HOLDINGS, LLC;

DATE:

______________________________

Randy Wilson, Presiding Judge

AGREED:______________________________

Judgment Debtor, Ali Choudhri