# EXHIBIT A

SCANNED

After recording return to:

BRYAN CAVE LEIGHTON PAISNER LLP
2200 Ross Avenue, Suite 4200W
Dallas, TX 75201
Attention: Kyle S. Hirsch, Esq.

*(Space above this line for Recorder's use)*

# CORRECTIVE
# ASSIGNMENT OF BENEFICIAL INTEREST UNDER DEED OF TRUST

TIG ROMSPEN US MASTER MORTGAGE LP, an exempted Cayman Islands limited partnership ("Assignor"), having an address of 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5, hereby assigns effective as of February 16, 2024, Assignor's entire right, title, and beneficial interest in and to that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing, executed by OTISCO RDX, LLC, a Texas limited liability company, executed August 18, 2023 and recorded on August 22, 2023 as Instrument No. 135641 in the Office of the County Clerk of Wilson County, Texas (together with any amendments, renewals, extensions, or modifications thereto, collectively, the "Deed of Trust") to RIC (LAVERNIA) LLC, a Texas limited liability company ("Assignee"), with an address of 162 Cumberland Street, Suite 300, Toronto, Ontario M5R 3N5. This assignment is made without recourse, representations or warranties of any kind.

**This Corrective Assignment of Beneficial Interest Under Deed of Trust corrects the effective date of assignment set forth in that certain Assignment of Beneficial Interest Under Deed of Trust executed on March 20, 2024, and recorded March 26, 2024, as Instrument No. 141142, Receipt Number 20240326000033, in the Office of the County Clerk of Wilson County, Texas.**

***[END OF TEXT – SIGNATURE AND ACKNOWLEDGMENT PAGES FOLLOW]***

**IN WITNESS WHEREOF**, Assignor has duly executed this Corrective Assignment as of January 7, 2026.

TIG ROMSPEN US MASTER MORTGAGE LP,
an exempted Cayman Islands limited partnership
By: ROMSPEN US MASTER MORTGAGE GP LLC, a Delaware limited liability company, its general partner
By: ROMSPEN US MORTGAGE GP INC., the general partner of its sole member

By: ______________________
Name: Joel Mickelson
Title: Authorized Signing Officer

PROVINCE OF Ontario )

On the 7th day of January, 2026, before me, the undersigned, a Notary Public in and for said province, personally appeared Joel Mickelson, the authorized signing officer of ROMSPEN US MORTGAGE GP INC., general partner of the sole member of ROMSPEN US MASTER MORTGAGE GP LLC, general partner of TIG ROMSPEN US MASTER MORTGAGE LP, an exempted Cayman Islands limited partnership, who is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

RICHARD THOMAS VINCENT BERRY
NOTARY PUBLIC
ONTARIO

Notary Public, Province of Ontario

My commission expires: N/A

*VG-936-2026-159166*

**Wilson County**
**Genevieve Martinez**
**Wilson County Clerk**

**Instrument Number:** 159166

Real Property Recordings

Recorded On: February 02, 2026 10:36 AM

Number of Pages: 4

**" Examined and Charged as Follows: "**

Total Recording: $33.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 159166 |
| Receipt Number: | 20260105000084 |
| Recorded Date/Time: | February 02, 2026 10:36 AM |
| User: | Jennifer F |
| Station: | cclerk01 |

**Record and Return To:**

SERVICELINK AGENCY SALES & POSTING ATTN: SASHA GARZA
7500 DALLAS PKWY STE 200

PLANO TX 75024

COUNTY COURT ★ COUNTY OF WILSON, TEXAS ★

**STATE OF TEXAS**
**Wilson County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Wilson County, Texas**

Genevieve Martinez

Genevieve Martinez
Wilson County Clerk
Floresville, TX