# EXHIBIT A

**From:** Kyle Hirsch
**Sent:** Wednesday, October 14, 2026 11:06 AM
**To:** 'Ali Choudhri'; Leslie Luttrell
**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Vincent Law PLLC; Legal Jetall Capital
**Subject:** RE: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

The state court plaintiff (my client) does not intend to seek entry of the judgment prior to the December 3 in-person hearing setting, at which time the state court plaintiff intends to request entry of the judgment.

BCLP.

Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Wednesday, October 14, 2026 10:47 AM
**To:** Leslie Luttrell <Luttrell@lclawgroup.net>; Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Vincent Law PLLC <info@vincentlawpllc.com>; Legal Jetall Capital <legal@jetallcapital.com>
**Subject:** Re: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

Mr. Hirsch and Ms. Lutrell,

Will you stipulate the terms spelled out below?

On Wed, Oct 14, 2026 at 12:44 PM Rosario Saldana <Rosario_Saldana@txs.uscourts.gov> wrote:

> Please do not include me in these types of emails.
>
> Thanks,
>
> *Rosario Saldaña*
> Case Manager to the Honorable Christopher M. Lopez
> United States Bankruptcy Judge
> Southern District of Texas
> 515 Rusk Ave.
> Houston, TX 77002
> Direct: 713-250-5645

---

Judge Lopez's Website

**Telephonic Participation Information:**
Dial-in Telephone No: 832-917-1510

Conference Code: 590153

GoToMeeting.com code: JudgeLopez

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Wednesday, October 14, 2026 12:34 PM
**To:** Leslie Luttrell <Luttrell@lclawgroup.net>
**Cc:** Rosario Saldana <Rosario_Saldana@txs.uscourts.gov>; USTPRegion07.HU.ECF@usdoj.gov; Vincent Law PLLC <info@vincentlawpllc.com>; Legal Jetall Capital <legal@jetallcapital.com>; Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Subject:** Re: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

**CAUTION - EXTERNAL:**

Dear Ms. Saldana, Mr. Hirsch, and Ms. Luttrell:

I have reviewed Mr. Hirsch's and Ms. Luttrell's emails.

First, Ms. Luttrell's point that this case was dismissed does not affect the Court's jurisdiction over ECF No. 39. The motion concerns acts taken against property of the estate between December 5 and December 19, 2025, while the automatic stay was in effect. Dismissal does not validate acts that violated the stay while the case was open, the dismissal order did not annul the stay, and the Court retains jurisdiction to determine those violations and award the relief Section 362(k) provides. The motion asks for that and nothing more.

Second, the stay violations are the foundation of the judgment Romspen is asking the state court to sign. The proposed $42,371,306.88 judgment is stipulated to in my name by Mr. Vargo. His authority to do that, in Romspen's own proposed judgment, rests on the Western District orders he obtained, and the first act he took on that claimed authority was on December 5, 2025, after my petition was filed, when he told the Western District court he had sole control over my membership interest. Whether he had any authority to act for me is the question ECF No. 39 presents, and it should be decided before a

judgment built on that authority is entered.

Third, the urgency came from Romspen and Mr. Vargo, not from me. The state court's September 16 setting was already on file when, on October 7, 2026, Romspen re-submitted a revised proposed final judgment with Mr. Vargo's stipulation, presented as unopposed by the Receiver. A judgment submitted as unopposed can be signed on submission, without waiting for a hearing; that is what unopposed means, and that is why I asked for relief before it could happen. Mr. Hirsch's email today is the first statement from either of them that the judgment will not be acted on before December 3.

If that is now Romspen's and Mr. Vargo's position, I ask that they confirm it by stipulation: that neither TIG Romspen nor Mr. Vargo will seek, submit, or consent to entry of the proposed judgment in Cause No. 2023-84714, or any judgment against me stipulated to by Mr. Vargo, until this Court has ruled on ECF No. 39.

If they will so stipulate, I will withdraw the request for an emergency setting and ask only that the motion be heard in the ordinary course before December 3. If they will not, the December 3 setting is not a reason to deny an expedited hearing; it is the reason one is needed. I ask that the motion be set for an expedited evidentiary hearing at the Court's earliest convenience.

Mr. Hirsch, Ms. Luttrell: please let me know your clients' position immediatly.

I will provide actual notice of any setting to all parties on this thread by email and telephone and will file a certificate of notice.

Respectfully,

Ali Choudhri, Debtor, pro se
4521 San Felipe, Unit 3201, Houston, Texas 77027
(281) 630-6627 | ali@jetallcapital.com

On Wed, Oct 14, 2026 at 12:07 PM Leslie Luttrell <Luttrell@lclawgroup.net> wrote:

> Ms. Saldana, on behalf of Travis Vargo, Receiver, the opposition expressed by Mr. Hirsch on behalf of TIG Romspen is echoed by the Receiver; there is no emergency in this matter. Further, this case was dismissed on December 19, 2025 [ECF 33] and the motion to vacate the dismissal was denied on January 9, 2026 at ECF 36.
>
> Regards,
>
> Leslie
>
> ---

Leslie M. Luttrell

Luttrell + Carmody Law Group

Direct Tel. 210.426.3605

Gen.Tel. 210.426.3600

luttrell@lclawgroup.net

One International

100 N.E. Loop 410, Suite 615

San Antonio, Texas 78216

LUTTRELL + CARMODY LAW GROUP

www.lclawgroup.net

**GO GREEN: Please consider the environment before you print.**

**CONFIDENTIALITY NOTICE & VIRUS WARNING:** Because the sender of this e-mail is an attorney, the information contained herein (including any attachments) is confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use, or disseminate this information. Although this e-mail is not intended to contain any virus or defect, you are responsible for ensuring that no virus or defect exists that may affect your computer. The sender disclaims any responsibility for any loss or damages arising from any virus or defect associated with this e-mail.

PLEASE NOTE that all incoming e-mails will be automatically scanned by us and by an external service provider to eliminate unsolicited promotional e-mails ("spam"). This could result in deletion of a legitimate e-mail before it is read by its intended recipient at our firm. Please tell us if you have concerns about this automatic filtering.

---

**From:** Kyle Hirsch <kyle.hirsch@bclplaw.com>
**Sent:** Wednesday, October 14, 2026 12:01 PM
**To:** Ali Choudhri <ali@jetallcapital.com>; Rosario_Saldana@txs.uscourts.gov

**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Leslie Luttrell <Luttrell@lclawgroup.net>; Vincent Law PLLC <info@vincentlawpllc.com>; Legal Jetall Capital <legal@jetallcapital.com>
**Subject:** RE: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

Ms. Saldana –

TIG Romspen opposes the request for relief, including the request for an emergency setting.

The basis for the emergency setting noted by Mr. Choudhri is the potential for a state court judgment to be entered "at any time." Attached are (i) the Court's September 16, 2026, notice setting the matter for in-person hearing on December 3, 2026; and (ii) Plaintiff's September 29, 2026, notice of the December 3, 2026, in-person hearing (reflecting email service on Mr. Choudhri at the same email address he is using on this email thread). Given the in-person hearing is scheduled to occur more than six weeks from today, there is no reason to set this matter on an emergency basis.

All other objections and responses to Mr. Choudhri's motion are expressly reserved.

BCLP.

Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Wednesday, October 14, 2026 9:29 AM
**To:** Rosario_Saldana@txs.uscourts.gov
**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Leslie Luttrell <Luttrell@lclawgroup.net>; ZZ_Justin Hanna <Justin.Hanna@bclplaw.com>; Vincent Law PLLC <info@vincentlawpllc.com>; Kyle Hirsch <kyle.hirsch@bclplaw.com>; Legal Jetall Capital <legal@jetallcapital.com>
**Subject:** Re: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

Dear Ms. Saldana:

I am adding Mr. Hirsch, he just informed me this morning that Mr. Hanna is no longer with his firm. He represents TIG Romspen.

Thank you

On Wed, Oct 14, 2026 at 8:49 AM Ali Choudhri <ali@jetallcapital.com> wrote:

Dear Ms. Saldana:

I am the Debtor, appearing pro se, in In re Ali Choudhri, Case No. 25-90797, before Judge Lopez. As the Court will recall, this case was dismissed on December 19, 2025 (ECF No. 33).

Consistent with Judge Lopez's Court Procedures, I write to notify the Court that on October 13, 2026, I filed an Emergency Motion for Order to Show Cause, for Determination of Willful Violations of the Automatic Stay, for Turnover Accounting Under 11 U.S.C. § 543, and for Sanctions and Damages Under 11 U.S.C. §§ 362(k) and 105(a) (ECF No. 39). Exhibits are filed at ECF No. 40-1. Exhibit 18, a video recording, was lodged conventionally.

The motion requests relief not later than October 16, 2026. As explained in Part I-A of the motion, on October 7, 2026, TIG Romspen US Master Mortgage LP submitted a proposed final judgment of $42,371,306.88 against me in Cause No. 2023-84714 in the 333rd District Court of Harris County, which that court may sign at any time. That judgment rests on the same authority that is the subject of the stay-violation motion.

Because I filed the motion with the Clerk in paper as a pro se party, I would be grateful if you could confirm that it is flagged as an emergency matter on the docket. I respectfully request that the motion be set for an emergency hearing on or before October 16, 2026, or at the Court's earliest availability.

Upon receiving any hearing setting, I will immediately provide actual notice by email and telephone to all parties copied here and will file a certificate of notice.

Thank you for your assistance.

Respectfully,

Ali Choudhri
Debtor, Pro Se
4521 San Felipe, Unit 3201
Houston, Texas 77027

(281) 630-6627
ali@jetallcapital.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.