# EXHIBIT B

**From:** Kyle Hirsch
**Sent:** Wednesday, October 14, 2026 10:01 AM
**To:** 'Ali Choudhri'; Rosario_Saldana@txs.uscourts.gov
**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Leslie Luttrell; Vincent Law PLLC; Legal Jetall Capital
**Subject:** RE: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.
**Attachments:** 2026.09.16 Notice of In-Person Hearing re Motion for Entry of Stipulated Judgment - set for 12.03.2026 at 11am(619832515.1).pdf; 2026.09.29 Notice of Hearing re Plaintiff's Motion for Entry of Stipulated Judgment set 12.03.2026 at 11am(619913468.1).pdf

Ms. Saldana –

TIG Romspen opposes the request for relief, including the request for an emergency setting.

The basis for the emergency setting noted by Mr. Choudhri is the potential for a state court judgment to be entered "at any time." Attached are (i) the Court's September 16, 2026, notice setting the matter for in-person hearing on December 3, 2026; and (ii) Plaintiff's September 29, 2026, notice of the December 3, 2026, in-person hearing (reflecting email service on Mr. Choudhri at the same email address he is using on this email thread). Given the in-person hearing is scheduled to occur more than six weeks from today, there is no reason to set this matter on an emergency basis.

All other objections and responses to Mr. Choudhri's motion are expressly reserved.

Kyle S. Hirsch
Partner
Bryan Cave Leighton Paisner LLP - Phoenix, AZ USA / Dallas, TX USA
kyle.hirsch@bclplaw.com
T: +1 602 364 7170

---

**From:** Ali Choudhri <ali@jetallcapital.com>
**Sent:** Wednesday, October 14, 2026 9:29 AM
**To:** Rosario_Saldana@txs.uscourts.gov
**Cc:** USTPRegion07.HU.ECF@usdoj.gov; Leslie Luttrell <Luttrell@lclawgroup.net>; ZZ_Justin Hanna <Justin.Hanna@bclplaw.com>; Vincent Law PLLC <info@vincentlawpllc.com>; Kyle Hirsch <kyle.hirsch@bclplaw.com>; Legal Jetall Capital <legal@jetallcapital.com>
**Subject:** Re: In re Ali Choudhri, No. 25-90797 (CML) – Emergency Motion Filed 10/13/26 (ECF 39) – Relief Requested by October 16, 2026 or as soon as possible.

Dear Ms. Saldana:

I am adding Mr. Hirsch, he just informed me this morning that Mr. Hanna is no longer with his firm. He represents TIG Romspen.

Thank you

On Wed, Oct 14, 2026 at 8:49 AM Ali Choudhri <ali@jetallcapital.com> wrote:

Dear Ms. Saldana:

I am the Debtor, appearing pro se, in In re Ali Choudhri, Case No. 25-90797, before Judge Lopez. As the Court will recall, this case was dismissed on December 19, 2025 (ECF No. 33).

Consistent with Judge Lopez's Court Procedures, I write to notify the Court that on October 13, 2026, I filed an Emergency Motion for Order to Show Cause, for Determination of Willful Violations of the Automatic Stay, for Turnover Accounting Under 11 U.S.C. § 543, and for Sanctions and Damages Under 11 U.S.C. §§ 362(k) and 105(a) (ECF No. 39). Exhibits are filed at ECF No. 40-1. Exhibit 18, a video recording, was lodged conventionally.

The motion requests relief not later than October 16, 2026. As explained in Part I-A of the motion, on October 7, 2026, TIG Romspen US Master Mortgage LP submitted a proposed final judgment of $42,371,306.88 against me in Cause No. 2023-84714 in the 333rd District Court of Harris County, which that court may sign at any time. That judgment rests on the same authority that is the subject of the stay-violation motion.

Because I filed the motion with the Clerk in paper as a pro se party, I would be grateful if you could confirm that it is flagged as an emergency matter on the docket. I respectfully request that the motion be set for an emergency hearing on or before October 16, 2026, or at the Court's earliest availability.

Upon receiving any hearing setting, I will immediately provide actual notice by email and telephone to all parties copied here and will file a certificate of notice.

Thank you for your assistance.

Respectfully,

Ali Choudhri
Debtor, Pro Se
4521 San Felipe, Unit 3201
Houston, Texas 77027
(281) 630-6627
ali@jetallcapital.com

Filed 26 September 16 P2:03
Marilyn Burgess - District Clerk
Harris County

# CAUSE NO. 2023-84714

| | |
|---|---|
| **TIG ROMPSEN MASTER MORTGAGE LP** | **IN THE DISTRICT COURT** |
| **v.** | **333rd JUDICIAL DISTRICT** |
| **GALLERIA LOOP NOTE HOLDER LLC** | **HARRIS COUNTY, TEXAS** |

## NOTICE OF IN PERSON HEARING

**HIRSCH, KYLE SYLVAN bar number 24117262** has requested an In Person Hearing on the **LAW DAY DOCKET** Docket on the matter of **Plaintiff's Motion for Entry of Stipulated Judgment** on **Thursday, December 03, 2026** at **11:00 AM** in the **333rd District Court** located at **201 CAROLINE, HOUSTON TX 77002- Floor 14th**.

Docket Type: LAW DAY DOCKET
Setting Reason: Other Type of Motion
Referenced Motion: Plaintiff's Motion for Entry of Stipulated Judgment
Date/Time: Thursday, December 03, 2026 11:00 AM
Approx. Length: 30 minutes
Hearing Held Before: Presiding Judge
Court Appearance: In Person
Court Address: 201 CAROLINE ST, 14TH FLOOR, HOU, TEX 77002
Court Phone Number: (832) 927-1800

Submitted for HIRSCH, KYLE SYLVAN bar number 24117262
REQUESTOR_ADDRESS
REQUESTOR_CITY_ST_ZIP
REQUESTOR_PHONE
REQUESTOR_EMAIL

Created By:
Hirsch,Kyle,S
kyle.hirsch@bclplaw.com

This request has been **GRANTED**

____________________________

9/29/2026 2:38 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 120536842
By: Jessica Pannell
Filed: 9/29/2026 2:38 PM

CAUSE NO. 2023-84714

| | | |
|---|---|---|
| TIG ROMSPEN US MASTER MORTGAGE LP, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 333rd JUDICIAL DISTRICT |
| GALLERIA LOOP NOTE HOLDER, LLC; ALI CHOUDHRI, an individual, | § | |
| | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Motion for Entry of Stipulated Judgment is set for hearing on Thursday, December 3, 2026 at 11:00 a.m.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Vernon Lewis*
Kyle S. Hirsch
Texas Bar No. 24117262
Vernon Lewis
Texas Bar No. 12308800
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
(602) 364-7000 (Telephone)
(602) 364-7070 (Facsimile)
kyle.hirsch@bclplaw.com
vernon.lewis@bclplaw.com

**ATTORNEYS FOR TIG ROMSPEN US MASTER MORTGAGE LP**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, a true and correct copy of the foregoing was served by email to all counsel of record pursuant to Texas Rule of Civil Procedure 21a.

*/s/ Vernon Lewis*
Vernon Lewis

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 120536842
Filing Code Description: Notice
Filing Description: Notice of Hearing
Status as of 9/29/2026 4:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Hanna | | justin.hanna@bclplaw.com | 9/29/2026 2:38:28 PM | SENT |
| James Pope | | jamesp@thepopelawfirm.com | 9/29/2026 2:38:28 PM | SENT |
| Jennifer LMacGeorge | 24093627 | jmac@jlm-law.com | 9/29/2026 2:38:28 PM | SENT |
| MacGeorge Law Firm Admin | | service@jlm-law.com | 9/29/2026 2:38:28 PM | SENT |
| Kyle S.Hirsch | 24117262 | kyle.hirsch@bclplaw.com | 9/29/2026 2:38:28 PM | SENT |
| Kyle Hirsch | 24117262 | kyle.hirsch@bclplaw.com | 9/29/2026 2:38:28 PM | SENT |
| Derek RyanStaub | | dstaub@fbtgibbons.com | 9/29/2026 2:38:28 PM | SENT |
| Ali Choudhri | | ali@jetallcompanies.com | 9/29/2026 2:38:28 PM | SENT |
| Ali Choudhri | | ali@jetallcapital.com | 9/29/2026 2:38:28 PM | SENT |
| Travis Vargo | 24047027 | tvargo@vargolawfirm.com | 9/29/2026 2:38:28 PM | SENT |
| Leslie Luttrell | | lutrell@lclawgroup.net | 9/29/2026 2:38:28 PM | ERROR |
| Vernon Lewis | | vernon.lewis@bclplaw.com | 9/29/2026 2:38:28 PM | SENT |
| Vernon Lewis | | vernon.lewis@bclplaw.com | 9/29/2026 2:38:28 PM | SENT |
| Jetall Legal | | legal@jetallcompanies.com | 9/29/2026 2:38:28 PM | ERROR |