**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing (the "Hearing") will be held on the *Motion to Sell* (the "Motion") [Dkt. No. 1098] on December 1, 2026, at 9:30 am (Central) in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID 161 0862 5245.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By: /s/ *Brian T. Cumings*
Brian T. Cumings
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served by the Court's ECF e-filing notification on all parties receiving such notices on November 18, 2026, and is being served as reflected below and on those on the Service List appended hereto.

Office of the United States Trustee
903 San Jacinto, Room 230
Austin, TX 78701

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

1001 WL, LLC
2450 Wickersham Lane, Suite 202

Stephen W. Sather
Barron & Newburger, PC

Austin, TX 78741
*Debtor*

7320 N. MoPac Expy, Suite 400
Austin, TX 78731
*Debtor's Counsel*

Ali Choudhri
4521 San Felipe, Unit 3201
Houston, TX 77027

By:*/s/ Brian T. Cumings*
Brian T. Cumings