**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-10119-smr** |
| **1001 WL, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**WITNESS AND EXHIBIT LIST**

John Patrick Lowe, Chapter 7 trustee ("Trustee") files this his Witness and Exhibit List for the hearings (the "Hearing") on the Motion to Sell [Dkt. No. 1098] in the above-styled and numbered case.

## I. WITNESSES

Trustee designates the following persons who may be called as witnesses to testify at the Hearing:

1. John Patrick Lowe;
2. Any witness called or designated by another party; and
3. Any rebuttal or impeachment witnesses, as necessary.

## II. EXHIBITS

In addition, Trustee may use the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | (placeholder) | | | | | |

Trustee also requests that this Court take judicial notice of all pleadings and exhibits filed electronically in this Court's docket, and admit those exhibits without separate physical

introduction, which Trustee may use as exhibits at the Hearing.

Trustee reserves the right to supplement this Witness and Exhibit List as necessary to introduce any other documents designated by any other party and to rebut the testimony of witnesses called or exhibits designated by any other party. Trustee reserves the right to hereafter supplement, amend or modify this list as appropriate. Trustee also reserves the right to present demonstrative exhibits.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com
By:/s/ *Brian T. Cumings*
Brian T. Cumings
Tex. SBN 24082882
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by the Court's ECF e-filing notification on all parties receiving such notices on November 25, 2026, and by US First Class Mail as reflected below, and is being mailed via US First Class Mail to the Service List appended herewith.

Office of the United States Trustee
903 San Jacinto, Room 230
Austin, TX 78701

1001 WL, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741
*Debtor*

Ali Choudhri
4521 San Felipe, Unit 3201
Houston, TX 77027

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy, Suite 400
Austin, TX 78731
*Debtor's Counsel*

By:*/s/ Brian T. Cumings*
Brian T. Cumings